Case 3:12-cr-00238-JBA   Document 161-3   Filed 08/29/14   Page 1 of 7

| TARAHAN CFSPPP UNITS 3 & 4 (2 x 100 MW) | CONTRACT AGREEMENT |
|---|---|
| LOT-3 : STEAM GENERATOR & AUXILIARIES | (CA) |

# CONTRACT AGREEMENT

## CONTRACT NO. 06.PJ/063/PIKITRING SBS/2004

### FOR

### LOT – 3 : STEAM GENERATOR & AUXILIARIES

### FOR

### TARAHAN COAL FIRED STEAM POWER PLANT PROJECT
### UNITS 3 & 4 (2 x 100 MW)

THIS AGREEMENT made this 26th day of **JULY, 2004**

BETWEEN :

**PT. PERUSAHAAN LISTRIK NEGARA (PERSERO) Proyek Induk Pembangkit dan Jaringan Sumatera Selatan, Jambi, Bengkulu, Lampung, Bangka Belitung, Sumatera Barat dan Riau.**
Jalan Residen Rozak No. 2180 Sekojo, PO Box 321, Palembang 30118

Acting on behalf of :

**PT. PERUSAHAAN LISTRIK NEGARA (PERSERO)**, a limited liability company under the laws of the Republic of Indonesia and having its principal place of business at Jalan Trunojoyo Blok M I/135 Kebayoran Baru, Jakarta Selatan 12160, Indonesia (hereinafter referred to as " **the Employer** ")

**of the first party**

A Consortium of **ALSTOM Power Inc.,** a company duly incorporated under the laws of United States of America, with its Head Office in 2000 Day Hill Road, Windsor, CT 06095-0500, CEP Code : 7142-2201, U.S.A.

and

**MARUBENI CORPORATION**, a company duly incorporated under the laws of Japan, with its Head Office in 4-2 Ohtemachi 1-Chome, Chiyoda-ku, Tokyo 100, Japan.

and

**PT. ALSTOM Power Energy Systems Indonesia**, a company duly incorporated under the laws of the Republic of Indonesia, with its Head Office at Jl. Panti Mulia Baru-Ujung, Semampir, Surabaya 60155, Indonesia.
(hereinafter collectively referred to as " **the Contractor** ").

**of the second party**



1

Case 3:12-cr-00238-JBA   Document 161-3   Filed 08/29/14   Page 2 of 7

| TARAHAN CFSPPP UNITS 3 & 4 (2 x 100 MW) | CONTRACT AGREEMENT |
|---|---|
| LOT-3 : STEAM GENERATOR & AUXILIARIES | (CA) |

Whereas the Employer requires that certain works should be provided and executed by the **Contractor**, namely Lot-3 : Steam Generator & Auxiliaries in connection with Tarahan Coal Fired Steam Power Plant Project Units 3 & 4 (2 x 100 MW) and has accepted the Bid by the **Contractor** for provision and execution of such works and the remedying of any defects therein.

Whereas the Consortium will execute jointly all obligations under this Contract Agreement and the Consortium members shall be jointly and severally liable for the execution performance of the Contract Agreement.

**The Employer and the Contractor agree as follows :**

1. In this Contract Agreement, the words and expressions shall have the same meaning as are respectively assigned to them in the General Conditions of Contract hereinafter referred to.

2. The following documents (Contract Document included Volume I, II and III) shall be deemed to form and be read and construed in its priority as part of this Contract Agreement.

   **Article 1.   Contract Document**

   **1.1   Reference   GC Clause 2**

   **CONTRACT DOCUMENTS**
   The following documents shall constitute the Contract between the Employer and the Contractor, and each shall be read and construed as an integral part of the Contract :

   (1)   This Contract Agreement and the Appendices hereto
   (2)   Contract Discussion Agreement (CDA)
   (3)   Notification of Award / Letter of Intent
   (4)   Minutes of Contract Negotiation Meeting
   (5)   Contract Data Sheet
   (6)   Special Conditions of Contract
   (7)   General Conditions of Contract
   (8)   Technical Specification, Technical Schedules and Drawings
   (9)   Price Schedules
   (10)  Bid Form
   (11)  Securities, Certificates and Procedures
            Performance Security
            Advance Payment Security
            Completion Certificate
            Operational Acceptance Certificate
            Final Acceptance Certificate
            Payment Procedures
            Change Order Procedures
   (12)  The Contractor's Bid

   **1.2   Reference   GC Clause 2**

   **ORDER OF PRECEDENCE**

FOIA Exempt Confidential & Protected 6(e) Grand Jury Material          AP00027666

In the event of any ambiguity or conflict between the Contract Documents listed above, the order of precedence shall be the order in which the Contract Documents are listed in Article 1.1 (Contract Documents) above.

**1.3    Reference    GC Clause 1**

**DEFENITIONS**
Capitalized words and phrases used herein shall have the same meanings as are ascribed to them in the General Conditions of Contract.

**Article 2.    Contract Price and Terms of Payment**

**2.1    Reference    GC Clause 11**

**CONTRACT PRICE**
The Employer hereby agrees to pay to the Contractor the Contract Price in consideration of the performance by the Contractor of its obligations hereunder. The Contract Price shall be the aggregate of :

**United States Dollar** One Hundred Seventeen Million Two Hundred Eighty One Thousand Nine Hundred only.
(Amount of Foreign Currency in Words)

**USD   117,281,900.00**
(Amount of Foreign Currency in Figures)

and

**Indonesian Rupiah** Eight Billion Nine Hundred Seventeen Million Four Hundred Sixty Eight Thousand only.
(Amount of Local Currency in Words)

**IDR   8,917,468,000.00**
(Amount of Local Currency in Figures)

**Plus VALUE ADDED TAX (VAT)**

**United States Dollar**  Eleven Million Seven Hundred Twenty Eight Thousand One Hundred Ninety only.
(Amount of Foreign Currency in Words)

**USD   11,728,190.00**
(Amount of Foreign Currency in Figures)

and

**Indonesian Rupiah**   Eight Hundred Ninety One Million Seven Hundred Forty Six Thousand Eight Hundred only.
(Amount of Local Currency in Words)



FOIA Exempt Confidential & Protected 6(e) Grand Jury Material      AP00027667

**IDR  891,746,800.00**
(Amount of Local Currency in Figures)

or such other sums as may be determined in accordance with the terms and conditions of the Contract.

**2.2  Reference    GC Clause 12**

**TERMS OF PAYMENT**

The Terms of Payment according to which the Employer will reimburse the Contractor are given in **Appendix-1 (Terms of Payment)** attached hereto.

### Article 3.    Effective Date

**Reference    GC Clause 1**

The Effective Date of Contract means the date when all of the following conditions have been fulfilled :

(1)  The Contractor has submitted to the Employer the Performance Security and,

(2)  this Agreement has been duly executed for and on behalf of the Employer and the Contractor,

(3)  the Agreement has been approved by the Government of Indonesia and the Fund.

Each party shall use its best efforts to fulfill the above condition for which it is responsible as soon as practicable.

The Employer will notify the Contractor in writing by registered letter of the Effective Date when the above conditions have been fulfilled.

### Article 4.    Appendices

The Appendices listed in the attached List of Appendices shall be deemed to form an integral part of this Agreement.

Reference in the Contract Document to any Appendix shall mean the Appendices attached hereto and the Contract Documents shall be read and construed accordingly.

3.  The said Contract Documents are intended to cover and provide for first class completed work in all respects, and everything necessary to carry out this intent which may be reasonably implied from the Contract Documents shall be done by the Contractor.

In consideration of the payments to be made by the Employer to the Contractor as hereinafter mentioned, the Contractor hereby covenants with the Employer to design, execute and complete these works and remedy any defects therein in conformity to all respects with the provision of the Contract.



FOIA Exempt Confidential & Protected 6(e) Grand Jury Material                            AP00027668

4. The Employer hereby covenant to pay the Contractor, in consideration of the design, execution and completion of the works and the remedying of defects therein the Contract Price or such other sum as may become payable under the provisions of the Contract at the times and in the manner prescribed by the Contract.

5. The Contract Price and Value Added Taxes are as follows :

   **(Refer to Article 2)**

6. The source of financing for this Contract for Foreign and Local Currency Portions :

   Foreign Currency       : Japan Bank for International Cooperation (JBIC)
                            Loan No. IP-486
                            In the amount of :
                            **USD 117,281,900.00**

   Local Currency         : Government of Indonesia (GOI) / APLN
                            In the amount of :
                            **IDR 8,917,468,000.00**

   VAT 10 %               : Government of Indonesia (GOI) / APLN
                            In the amount of :
                            **USD 11,728,190.00** and
                            **IDR 891,746,800.00**

7. The Contractor has furnished and the Employer accepted the Performance Security as follows :

   1) ALSTOM Power Inc.
      Issued by : PT.BANK BNP PARIBAS INDONESIA
      No : BG/TF/237/04
      Date of Issuance : July 23, 2004
      Validity Period : Effective Date of the Contract until December 17, 2008
      Foreign Currency Portion : **USD 3,812,160.00**

   2) MARUBENI CORPORATION
      Issued by : The Bank of Tokyo-Mitsubishi, Ltd., Head Office, Tokyo
      No : L/G No. G-001-9847878/773P0
      Date of Issuance : July 15, 2004
      Validity Period : Effective Date of the Contract until December 17, 2008
      Foreign Currency Portion : **USD 5,565,329.00**
      Local Currency Portion   : **IDR 980,921,480.00**

   3) PT. ALSTOM Power Energy Systems Indonesia
      Issued by : PT.BANK BNP PARIBAS INDONESIA
      No : BG/TF/238/04
      Date of Issuance : July 23, 2004
      Validity Period : Effective Date of the Contract until December 17, 2008
      Foreign Currency Portion : **USD 3,523,520.00**



FOIA Exempt Confidential & Protected 6(e) Grand Jury Material                              AP00027669

| TARAHAN CFSPPP UNITS 3 & 4 (2 x 100 MW) | CONTRACT AGREEMENT |
|---|---|
| LOT-3 : STEAM GENERATOR & AUXILIARIES | (CA) |

8. The Employer hereby covenant to provide the Contractor such facilities as set forth in the Contract.

9. This Contract Agreement shall extend to, be binding upon and ensure to the benefits of the successors and assigns of the parties hereto.

IN WITNESS WHEREOF the Employer and the Contractor has respectively affixed their seals and the hands of their proper officers on the date hereof.

FOR AND ON BEHALF OF
ALSTOM Power Inc.

**WILLIAM L. POMPONI**
Vice President
Utility Boiler Sales – Asia Pacific

FOR AND ON BEHALF OF
PT. Perusahaan Listrik Negara (Persero),
P.T. PLN (Persero) Proyek Induk
Pembangkit dan Jaringan
Sumatera Selatan, Jambi, Lampung
Bengkulu, Bangka Belitung,
Sumatera Barat dan Riau

**M. DALYONO**
Principal Project Manager

FOR AND ON BEHALF OF
MARUBENI CORPORATION

**CHIHIRO SHIKAMA**
Senior Operating Officer,
Utility & Infrastructure Division

FOR AND ON BEHALF OF
P.T. ALSTOM Power
Energy Systems Indonesia

**EKO SULIANTO**
Director

6

FOIA Exempt Confidential & Protected 6(e) Grand Jury Material    AP00027670

8.  The Employer hereby covenant to provide the Contractor such facilities as set forth in the Contract.

9.  This Contract Agreement shall extend to, be binding upon and ensure to the benefits of the successors and assigns of the parties hereto.

IN WITNESS WHEREOF the Employer and the Contractor has respectively affixed their seals and the hands of their proper officers on the date hereof.

FOR AND ON BEHALF OF
ALSTOM Power Inc.

**WILLIAM L. POMPONI**
Vice President
Utility Boiler Sales – Asia Pacific

FOR AND ON BEHALF OF
PT. Perusahaan Listrik Negara (Persero),
P.T. PLN (Persero) Proyek Induk
Pembangkit dan Jaringan
Sumatera Selatan, Jambi, Lampung
Bengkulu, Bangka Belitung,
Sumatera Barat dan Riau

**M. DALYONO**
Principal Project Manager

FOR AND ON BEHALF OF
MARUBENI CORPORATION

**CHIHIRO SHIKAMA**
Senior Operating Officer,
Utility & Infrastructure Division

FOR AND ON BEHALF OF
P.T. ALSTOM Power
Energy Systems Indonesia

**EKO SULIANTO**
Director

6

FOIA Exempt Confidential & Protected 6(e) Grand Jury Material

AP00027671