| | |
|---|---|
| **From:** | Lawrence HOSKINS |
| **Sent:** | Thu, 19 Aug 2004 12:07:38 +0200 (GMT+02:00) |
| **To:** | |
| **Cc:** | |
| **Subject:** | Re: Appointment |

Dear Wisno

Thanks your mail. For your information I will be leaving Alstom at the end of this month to join a UK company ( NATS - National Air Traffic Services ) as Commercial Director. My replacement will be Pedro Sole - currently the IN SVP for the Americas .

I have many good memories of Alstom and probably would have stayed if the company's response to my push for a new challenge had been a bit faster .

I thank you for your support and send best wishes to you and your family for the future .

I will ask my assistant Fengge to make appointments for you with Pedro and Philippe Joubert if he is available.

With Best Regards

Lawrence


NEW EQUIPMENT SALES
Phone: +62-21-573-9710
08/19/2004 09:58 AM

To: Lawrence HOSKINS/FR/CRN/ALSTOM@GA
cc:
Subject: Appointment

Dear Lawrence,

During my trip to USA, I will visit Europe and have the intention to visit Paris from 28 until 30 Sep 04 and would like to see you on 29 or 30 Sep before lunch time, anytime which is convenient to you. Also, I appreciate your help to have the opportunity to meet Philippe Joubert, as you know on my last visit in May 04, I miss both of you.

I appreciate your response soonest, before I make appointments with some persons from Areva on the same period of time.

Looking forward to hear from you.

Kind regards,
Wisnoentoro Martokoesoemo

:._____
CONFIDENTIALITY : This e-mail and any attachments are confidential and may be privileged. If you are not a named recipient, please notify the sender immediately and do not disclose the contents to another person, use it for any purpose or store or copy the information in any medium.