UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAWRENCE HOSKINS. | 3:12-cr-238 (JBA)<br><br>November 24, 2014 |

### ORDER PERMITTING TRAVEL ABROAD

WHEREAS, on May 19, 2014, this Court issued an order setting conditions of pretrial release for the defendant including:  1) the execution a $1.5 million surety bond, co-signed by Philip Hoskins and Tina Patient; 2) secured by $100,000 cash and a $750,000 security interest in Mr. Hoskins's home in England; 3) the defendant to reside with Philip Hoskins in Dallas, Texas; 4) restrictions limiting his travel to Connecticut, New York, and Texas, and points necessary for travel between those three states; and 5) the execution of an irrevocable waiver of extradition (applicable worldwide);

WHEREAS, Mr. Hoskins has satisfied all of the aforementioned conditions;

WHEREAS, on August 19, 2014, this Court issued an order (the "First Travel Order") allowing Mr. Hoskins to travel abroad between September 2, 2014 and September 17, 2014, and requiring Mr. Hoskins to enter a second surety bond with a total value of $2 million, co-signed by Phil Hoskins and Tina Patient, and fully secured by $400,000 in cash, a $1.1 million security interest in a home in England jointly owned by Mr. Hoskins and his wife, and a $500,000 security interest in a boat jointly owned by Mr. Hoskins and his wife (the "Second Bond"), in order to secure this trip abroad (Doc. 158);

WHEREAS Mr. Hoskins entered the Second Bond and travelled abroad on September 2, 2014;

WHEREAS, Mr. Hoskins was unable to return to the United States on September 17, 2014 because of a delay in securing a parole from the Department of Homeland Security permitting him to re-enter the United States;

WHEREAS, on September 25, 2014, this Court issued an order modifying the First Travel Order *nunc pro tunc* to permit Mr. Hoskins to return to the United States on October 1, 2014;

WHEREAS, Mr. Hoskins returned to the United States on October 1, 2014;

WHEREAS, the Second Bond remains in effect, and the cash and security interests securing the Second Bond remain in place;

WHEREAS, Mr. Hoskins has two unexpired passports, one in the custody of the United States government, and the other being held secure by the defendant's counsel, Christopher J. Morvillo, until the conclusion of this case;

WHEREAS, Mr. Hoskins moved this Court for an Order to Extend (Temporarily) the Territorial Limits of Bond as well as the temporary return of his passport, so that he may travel to the United Kingdom between December 1, 2014 and January 31, 2015; and

WHEREAS, counsel for the government has no objection to the proposed travel, provided Mr. Hoskins secures a parole from the Department of Homeland Security prior to leaving that will permit him to re-enter the United States on January 31, 2015,

**WHEREFORE**, the Court ORDERS the following:

1. Mr. Hoskins's motion is granted, provided that, prior to any travel, Mr. Hoskins secure a parole from the Department of Homeland Security permitting him to re-enter the United States on January 31, 2015.

2. The travel restrictions contained in this Court's May 19, 2014 Order (Doc. 104) shall be amended to allow defendant to travel from the United States to the United Kingdom from December 1, 2014 to January 31, 2015.

3. The Second Bond shall remain in place to secure the defendant's return to the United States.

4. Prior to departure, the defendant shall provide Pretrial Services with his travel itinerary for the trip

5. Prior to departure, Mr. Hoskins's counsel, Christopher J. Morvillo, shall return the defendant's passport to him to facilitate his travel;

6. Upon the defendant's return to the United States, he shall promptly surrender his passport to Mr. Morvillo and alert Pretrial Services of his return.

7. Upon returning to the United States and demonstrating full compliance with this Order, Mr. Hoskins may move this Court to vacate the Second Bond and for the return and/or release of all funds and assets posted in security thereof.

SO ORDERED this ___24th___ day of November, 2014



/s/