UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

CRIMINAL NO.: 3:12-CR-238-JBA-3

v.

LAWRENCE HOSKINS

MAY 4, 2015

## APPEARANCE

Please enter the appearance of the undersigned on behalf of the Alstom Power Inc.

**ALSTOM POWER INC.**

Bernard E. Jacques (ct12293)
McElroy, Deutsch, Mulvaney
& Carpenter, LLP
One State Street, 14th Floor
Hartford, CT 06103
Telephone: (860) 241-2662
Facsimile: (860) 522-2796
bjacques@mdmc-law.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was filed electronically with the United

States District Court, District of Connecticut on this 4th day of May, 2015.  Notice of this filing

will be sent to all counsel of record by operation of the Court's electronic filing system.

Bernard E. Jacques