Crim-Mot hrg (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK Breigh Freberg          RPTR/ECRO/TAPE Julia Cashman

TOTAL TIME: 2 hours 32 minutes    USPO_____ INTERPRETER_____

DATE: 10/30/2015   START TIME: 10:12am   END TIME: 12:44pm

LUNCH_RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO.   12cr238 (JBA) _____ Deft # 3 _____

UNITED STATES OF AMERICA          D. Novick, D. Kahn

                                                          AUSA

vs                                      C. Morvillo, D. Raskin, B. Spears

Lawrence Hoskins          Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☐......# ___ | Deft_____ Motion_____ | ☐granted ☐denied ☐advisement | |
| ☒......# 273 | Deft_____ Motion for Reconsideration | ☐ granted ☐denied ☒advisement | |
| ☒......# 282 | Deft_____ Motion for Relief in Connection with _____ Court's Discovery Order | ☐ granted ☒denied ☐advisement *without prejudice* | |
| ☒......# 308 | Deft_____ Motion to Seal | ☒ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ Motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement | |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement | |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement | |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Deft_____ oral motion_____ | ☐ granted ☐denied ☐advisement | |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐advisement | |
| ☐......# ___ | Govt's oral motion_____ | ☐ granted ☐ denied ☐advisement | |
| ☐............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ | |
| ☐............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR | |
| ☐............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | | |
| ☐............. | Defendant REMANDED to custody | | |
| ☐............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | | |
| ☐............. | _____ hearing continued until _____ at _____ | | |
| ☐............. | Court finds defendant _____ ☐ competent ☐ incompetent | | |
| ☐............. | Court orders defendant _____ to undergo psychiatric evaluation | | |
| ☐............. | Motion Hearing continued until _____ at _____ | | |
| ☐............. | SEE PAGE II for additional entries | | |

## DOCUMENTS FILED IN OPEN COURT

☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed
☐ .............. _____ ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____