UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>LAWRENCE HOSKINS. | 3:12-cr-238 (JBA)<br><br>February 29, 2016 |

**MOTION TO MODIFY *NUNC PRO TUNC*
THE COURT'S ORDER PERMITTING TRAVEL ABROAD**

Lawrence Hoskins, the defendant in the above-captioned action, through counsel, respectfully moves *nunc pro tunc* for a temporary extension of this Court's Order Permitting Travel Abroad (Doc. 320, the "Travel Order") from February 28, 2016 until 72 hours after the United States Department of Homeland Security ("DHS") issues a corrected parole visa permitting Mr. Hoskins's return to the United States. In connection with this motion, we respectfully submit as follows:

1. On November 19, 2015, the Court granted Mr. Hoskins's motion to travel from the United States to England and Australia, and to remain abroad until February 28, 2016. (*See* the Travel Order.)

2. On December 3, 2015, the Court issued an order modifying the Travel Order, to allow Mr. Hoskins to depart the United States prior to securing an advance parole visa to return to the United States. (Doc. 322, the "Modified Travel Order.") The Modified Travel Order required Mr. Hoskins to obtain the necessary visa paperwork from the United States Embassy in London prior to February 28, 2016. (*Id.*, ¶ 2.)

3. On February 23, 2016, Mr. Hoskins was informed by the Embassy in London that DHS had approved his visa, which could be retrieved from the Embassy on February 25, 2016. On February 25, Mr. Hoskins retrieved the visa. Mr. Hoskins was issued three copies of the visa in sealed envelopes, which included a copy to present to Customs officials at Gatwick Airport in London, a copy to present to Customs officials at John F. Kennedy Airport in New York, and a copy to retain for his own records. Mr. Hoskins was instructed not to unseal either of the two visa envelopes intended for Customs.

4. On February 28, 2016, Mr. Hoskins arrived at Gatwick Airport to board a flight to New York. Mr. Hoskins presented the sealed visa to Customs. Upon opening the envelope, Customs and Mr. Hoskins discovered that the photograph on the visa was of someone other than Mr. Hoskins. Customs confiscated all three copies of the visa and advised Mr. Hoskins that he could not travel until DHS reissued the visa with the correct photograph. Customs advised Mr. Hoskins that he should request a corrected visa from the Embassy in London.

5. On February 28, 2016, Mr. Hoskins informed Pretrial Services that he was unable to board his flight and would not return to the United States as scheduled. Counsel for Mr. Hoskins informed counsel for the government of the delay that same day.

6. On the date hereof, Mr. Hoskins contacted the U.S. Embassy in London to request a corrected visa.

7. Once DHS issues a correct visa, Mr. Hoskins will promptly make arrangements to return to New York. Mr. Hoskins will depart England for New York within 72 hours of DHS issuing the corrected visa.

8. The government does not object to Mr. Hoskins remaining in England until 72 hours after DHS issues the corrected visa.

**WHEREFORE**, Mr. Hoskins respectfully requests that the Court's Order Permitting Travel Abroad (Doc. 320) be temporarily extended, *nunc pro tunc*, from February 28, 2016 until 72 hours after DHS issues a corrected visa permitting Mr. Hoskins to return to the United States.

Dated: New York, New York
February 29, 2016

Respectfully submitted,

By: /s/
Christopher J. Morvillo
Federal Bar No. phv06801

CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, New York 10019
(212) 878-8000
Christopher.Morvillo@CliffordChance.com

Brian E. Spears

SPEARS MANNING LLC
2425 Post Road
Southport, CT 06890
Tel. (203) 292-9766
Fax. (203) 292-9682
bspears@spearsmanning.com
Federal Bar No. ct14240

*Counsel for Lawrence Hoskins*

**Certificate of Service**

    I hereby certify that on February 29, 2016, a copy of foregoing document was filed electronically and served by e-mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

                                /s/ Christopher J. Morvillo