UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**UNITED STATES OF AMERICA**

v.                                                          Criminal No: 3:12 CR 238 (JBA)

**LAWRENCE HOSKINS**

## ORDER

Lawrence Hoskins has waived the rights accorded him by the Speedy Trial Act of 1974, 18 U.S.C. §3161(8)(A).  The Court finds that the period of delay resulting from this continuance from April 18, 2016 through June 6, 2016 for Speedy Trial Act purposes serves the ends of justice, and outweighs the interests of the defendant and the public in a speedy trial, pursuant to 18 U.S.C. §3161(h)(7) (B)(iv), in that failure to grant continuance would deny defendant reasonable time for effective trial preparation, taking into account the exercise of due diligence.

Accordingly, the period of delay from April 18, 2016 through June 6, 2016 is hereby excluded pursuant to 18 U.S.C. § 3161(h)(7).  See Zedner v. United States, 547 U.S. 489 (2006).

IT IS SO ORDERED.

/s/
Janet Bond Arterton
United States District Judge

**Dated at New Haven, Connecticut:   March 21, 2016**

1