UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 3:12CR238 (JBA) |
| v. | |
| LAWRENCE HOSKINS | April 1, 2016 |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America hereby appeals to the United States Court of Appeals for the Second Circuit from a Ruling on a Motion to Dismiss Count One of the Third Superseding Indictment and a Motion *in Limine* [doc. no. 270], entered in this case on August 13, 2015, and from a Ruling on a Motion to Reconsider the Court's Ruling on the aforementioned Motion to Dismiss Count One of the Third Superseding Indictment and Motion *in Limine* [doc. no. 342], entered in this case on March 16, 2016.

Respectfully submitted,

| | |
|---|---|
| ANDREW WEISSMANN | MICHAEL J. GUSTAFSON |
| CHIEF, FRAUD SECTION | FIRST ASSISTANT U.S. ATTORNEY |
| Criminal Division | District of Connecticut |
| United States Department of Justice | |
| | |
| /s/ | /s/ |
| | |
| DANIEL S. KAHN | DAVID E. NOVICK |
| ACTING DEPUTY CHIEF | ASSISTANT U.S. ATTORNEY |
| Fraud Section, Criminal Division | 157 Church St., 25th Floor |
| U.S. Department of Justice | New Haven, Connecticut 06510 |
| 1400 New York Avenue, N.W. | Tel. (203) 821-3700 |
| Washington, D.C. 20005 | Federal Bar No. phv02874 |
| Tel. (202) 616-3434 | |
| Federal Bar No. phv04243 | |

## **CERTIFICATION**

      I hereby certify that on April 1, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                              /s/
                            DAVID E. NOVICK
                            ASSISTANT UNITED STATES ATTORNEY