UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

v.

LAWRENCE HOSKINS.

3:12-cr-238 (JBA)

August 23, 2018

## ORDER PERMITTING TRAVEL ABROAD AND MODIFYING CONDITIONS OF RELEASE

WHEREAS, on May 19, 2014, this Court issued an order setting conditions of pretrial release for the defendant including: 1) the execution of a $1.5 million surety bond, co-signed by Philip Hoskins and Tina Patient, secured by $100,000 cash and a $750,000 security interest in Mr. Hoskins's home in England (the "First Bond"); 2) restrictions limiting his travel to Connecticut, New York, and Texas, and points necessary for travel between those three states; and 3) the execution of an irrevocable waiver of extradition (applicable worldwide) (Doc. 104, the "Release Order");

WHEREAS, Mr. Hoskins has satisfied all of the aforementioned conditions;

WHEREAS, on August 19, 2014, this Court issued an order (Doc. 158) allowing Mr. Hoskins to travel abroad between September 2, 2014 and September 17, 2014, and requiring Mr. Hoskins to enter a second surety bond with a total value of $2 million, co-signed by Phil Hoskins and Tina Patient, and fully secured by $400,000 in cash, a $1.1 million security interest in a home in England jointly owned by Mr. Hoskins and his wife, and a $500,000 security interest in a boat jointly owned by Mr. Hoskins and his wife (the "Second Bond"), in order to secure this trip abroad;

WHEREAS, the First Bond and Second Bond remain in effect, and the cash and security interests securing them remain in place;

WHEREAS, on April 1, 2016, the government filed notice that it would seek an interlocutory appeal of this Court's decision granting, in part, Mr. Hoskins's Motion to Dismiss Count One of the Third Superseding Indictment (Doc. 344);

WHEREAS, on April 28, 2016, this Court issued an Order permitting Mr. Hoskins to remain in the United Kingdom until 15 days after the Court of Appeals issues a mandate returning this action to this Court, or the appeal is otherwise concluded (Doc. 348);

WHEREAS, Mr. Hoskins moved this court for an Order to Extend (Temporarily) the Territorial Limits of Bond and Modify Conditions of Release, so that he may travel from the United Kingdom to Australia from September 29, 2018 until October 25, 2018; and

WHEREAS, the government does not object to Mr. Hoskins's proposed trip to Australia;

**WHEREFORE**, the Court ORDERS the following:

1. Mr. Hoskins's motion is granted.
2. The travel restrictions contained in the Release Order shall be amended to allow Mr. Hoskins to travel to Australia from September 29, 2018 to October 25, 2018.
3. Mr. Hoskins shall inform Pretrial Services of the trip to Australia.
4. The First Bond and the Second Bond shall remain in place to secure Mr. Hoskins's travel.

SO ORDERED this 23d day of August, 2018

/s/
USDJ