UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LAWRENCE HOSKINS | Crim. No. 3:12cr238 (JBA) |

**VERDICT FORM**

**Count One: Conspiracy to Violate the Foreign Corrupt Practices Act**
As to the charge in Count One of conspiracy to violate the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Two: Foreign Corrupt Practices Act** (November 16, 2005 wire transfer)
As to the charge in Count Two of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Three: Foreign Corrupt Practices Act** (January 4, 2006 wire transfer)
As to the charge in Count Three of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Four: Foreign Corrupt Practices Act** (March 28, 2006 wire transfer)
As to the charge in Count Four of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Five: Foreign Corrupt Practices Act** (December 6, 2006 wire transfer)

As to the charge in Count Five of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Six: Foreign Corrupt Practices Act** (March 7, 2007 wire transfer)

As to the charge in Count Six of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Seven: Foreign Corrupt Practices Act** (October 5, 2009 wire transfer)

As to the charge in Count Seven of violation of the Foreign Corrupt Practices Act, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Eight: Conspiracy to Commit Money Laundering**

As to the charge in Count Eight of conspiracy to commit money laundering, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Nine: Money Laundering** (December 14, 2005 wire transfer)

As to the charge in Count Nine of money laundering, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Ten: Money Laundering** (March 1, 2006 wire transfer)

As to the charge in Count Ten of money laundering, we the jury unanimously find that the defendant Lawrence Hoskins is:

Not Guilty _____    Guilty __✓__

**Count Eleven: Money Laundering** (August 8, 2006 wire transfer)

    As to the charge in Count Eleven of money laundering, we the jury unanimously find that the defendant Lawrence Hoskins is:

        Not Guilty ✓        Guilty _____

**Count Twelve: Money Laundering** (March 9, 2007 wire transfer)

    As to the charge in Count Twelve of money laundering, we the jury unanimously find that the defendant Lawrence Hoskins is:

        Not Guilty _____        Guilty ✓

/S/
_____
Signature of Foreperson

11/8/2019
_____
Date

3