1    UNITED STATES DISTRICT COURT
         DISTRICT OF CONNECTICUT

2

3    _____
                                    )
4    UNITED STATES OF AMERICA,      )
                                    ) No. 3:12-CR-238 (JBA)
5               Plaintiff,          )
                                    ) November 6, 2019
6                                   )
     v.                             ) 10:05 a.m.
7                                   )
                                    ) 141 Church Street
8                                   ) New Haven, Connecticut
     LAWRENCE HOSKINS,              )
9                                   )
                Defendant.          )
10   _____)

11

12

                    JURY TRIAL
13
                    VOLUME VII
14

15

16

17   B E F O R E:

18       THE HONORABLE JANET BOND ARTERTON, U.S.D.J.
                      AND A JURY
19

20

21

22

23

24       Official Court Reporter:
         Melissa J. Cianciullo, RMR, CRR, CRC
25       (203) 606-1794

```
1    A P P E A R A N C E S:

2    For the Government:

3         DAVID E. NOVICK, AUSA
          U.S. Attorney's Office - NH
4         157 Church Street, 23rd Floor
          New Haven, CT 06510
5         (203) 821-3700
          E-mail: david.novick@usdoj.gov
6
          DANIEL S. KAHN, ESQ.
7         LORINDA LARYEA, ESQ.
          U.S. Department of Justice
8         Fraud Section, Criminal Division
          1400 New York Avenue, N.W.
9         Room 11308
          Washington, D.C., 20005
10        Email: daniel.kahn@usdoj.gov
                 lorinda.laryea@usdoj.gov
11
     For the Defendant:
12
          CHRISTOPHER J. MORVILLO, ESQ.
13        DANIEL SILVER, ESQ.
          BENJAMIN K. PEACOCK, ESQ.
14        Clifford Chance US LLP - NY
          New York, NY 10019-6131
15        (212) 878-8000
          E-mail: christopher.morvillo@cliffordchance.com
16                daniel.silver@cliffordchance.com
                  benjamin.peacock@cliffordchance.com
17
          BRIAN E. SPEARS, ESQ.
18        Spears Manning & Martini LLC
          2425 Post Road, Suite 203
19        Southport, CT 06890
          (203) 292-9766
20        E-mail: bspears@spearsmanning.com

21                                                        09:31

22                                                        09:31

23

24

25
```

1                I N D E X

2

3                                         PAGE

4  JURY CHARGE                          1231

5  GOVERNMENT'S CLOSING ARGUMENT       1316

6  DEFENDANT'S CLOSING ARGUMENT        1359

7  GOVERNMENT'S REBUTTAL CLOSING ARGUMENT   1438

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

| | | |
|---|---|---|
| 1 | (Call to Order, 10:05 a.m.) | 10:05 |
| 2 | (Outside the presence of the Jury.) | 10:05 |
| 3 | THE COURT: Good morning, Counsel, ladies and | 10:05 |
| 4 | gentlemen, Mr. Hoskins. Please be seated. | 10:05 |
| 5 | My first question to you is that Juror Number | 10:05 |
| 6 | 4 is once again late. My -- we have two choices. We | 10:05 |
| 7 | can wait and we know we're time pressured today, or | 10:05 |
| 8 | we can excuse her. | 10:05 |
| 9 | MR. NOVICK: The government asks to wait, | 10:05 |
| 10 | Your Honor, I mean, a reasonable amount of time but | 10:05 |
| 11 | we would ask to wait. I share in the Court's | 10:05 |
| 12 | frustration. | 10:05 |
| 13 | MR. MORVILLO: Well, what would be a | 10:05 |
| 14 | reasonable amount of time? | 10:05 |
| 15 | THE COURT: Ten minutes. After that I will | 10:05 |
| 16 | excuse her. | 10:05 |
| 17 | MR. NOVICK: Your Honor, have we heard from | 10:05 |
| 18 | the juror in terms of -- | 10:05 |
| 19 | THE COURT: No. She just is coming from New | 10:05 |
| 20 | London and she is always late. All right. | 10:05 |
| 21 | I believe there were a couple reporters who | 10:06 |
| 22 | wanted a copy of the charge. I believe are copies. | 10:06 |
| 23 | We will give you copies in just a moment. | 10:06 |
| 24 | Would you mind putting -- giving those copies | 10:07 |
| 25 | to those who want them. | 10:07 |

1    All right.  We'll bring in the jury.                10:07

2    (Jury entered the proceedings, 10:08 a.m.)         10:08

3    THE COURT:  Please be seated, ladies and           10:08

4  gentlemen.  It's essential that we begin our          10:08

5  proceedings on time, particularly because your        10:08

6  deliberations which you will begin by the end of      10:08

7  today are now the essential role for you to play.  We 10:08

8  will sit a minimum of 9:30 to 5 during your           10:08

9  deliberations.  You all may vote to extend those      10:08

10 hours as you wish.                                     10:08

11   It is now time for me to instruct you on the        10:09

12 law to be applied in the case.  You must take the law 10:09

13 as I give it to you.  If any attorney or any witness  10:09

14 or exhibit states a different legal principle than    10:09

15 from that which I state to you in my instructions,    10:09

16 it's my instructions you must follow.  And the        10:09

17 instructions as a whole constitute the law of the     10:09

18 case and must be applied as a whole.  Please don't    10:09

19 single out any one instruction or ignore others.      10:09

20   You have a copy of these instructions in your       10:09

21 notebook.  I give it to you in writing.  I am giving  10:09

22 it to you orally so that whatever is your style of    10:09

23 best learning, we can accommodate that.  You can      10:09

24 follow along or you can just listen.  You will have   10:09

25 your charge with you in the jury room for your        10:09

1    reference and use.  So if you make notes on it, the        10:09
2    notebook along with your paper notebook will go back       10:10
3    with you into the jury room.                               10:10
4        Regardless of any opinion that you may have            10:10
5    as to what the law is or ought to be, it would be a        10:10
6    violation of your sworn duty if you were to base a         10:10
7    verdict on any view of the law other than the             10:10
8    instructions of the Court.  As well you would violate      10:10
9    your sworn duty if you were to base any finding of         10:10
10   fact on anything other than the evidence presented to      10:10
11   you in this case.                                          10:10
12       As the presiding judge, I perform two primary          10:10
13   functions during a trial.  I decide what evidence is       10:10
14   admissible for your consideration and I instruct you       10:10
15   on the law that you are to apply to the case, to the       10:10
16   facts that you find proved.  You'll recall I gave you      10:10
17   some preliminary instructions before evidence began,       10:10
18   but now after all the evidence has closed, the full        10:11
19   and final instructions are given to you.                   10:11
20       As members of the jury, you are the sole               10:11
21   judges of the facts.  You pass on the evidence.  You       10:11
22   determine the credibility of the witnesses.  You           10:11
23   resolve such conflicts as there may be in the              10:11
24   testimony, and you draw whatever reasonable                10:11
25   inferences you decide to draw from the facts as you        10:11

1    have determined them, and you determine the weight of                10:11

2    the evidence.                                                         10:11

3         And in determining these issues, no one may                     10:11

4    invade your province or your function as jurors.  In                 10:11

5    order for you to determine the facts, you must rely                  10:11

6    on your own recollection of the evidence.                            10:11

7         Because you are the exclusive judges of the                     10:11

8    facts, my charge or any ruling I made during trial                   10:11

9    reflects no opinion as to the facts or whether the                   10:11

10   government has proved its case or what your verdict                  10:11

11   should be.                                                           10:11

12        Our courts operate under an adversarial                         10:11

13   system in which it is the role of the attorneys to                   10:12

14   press hard for their respective positions, and in                    10:12

15   fulfilling that role, they have not only the right                   10:12

16   but the obligation to make objections to the                         10:12

17   introduction of evidence that they feel is improper                  10:12

18   under our federal rules.  The application of these                   10:12

19   rules of evidence is not always clear.  Lawyers often               10:12

20   disagree.  And it's my job as the judge to resolve                   10:12

21   these disputes.  But my rulings on evidentiary                       10:12

22   matters have nothing to do with the ultimate merits                  10:12

23   of the case and are not to be considered as points                  10:12

24   scored for one side or the other.                                    10:12

25        Now, during a trial one cannot help observing                   10:12

1    the personalities and styles of the attorneys, but            10:12

2    it's important for you to recognize this is not a              10:12

3    contest among attorneys.  You are to decide this case          10:12

4    solely on the basis of the evidence or the lack of             10:12

5    evidence, and the statements and characterizations of          10:13

6    the evidence by the attorneys are not evidence.                10:13

7    Insofar as you find their closing arguments helpful,           10:13

8    take advantage of them.  But it is your memory and             10:13

9    your evaluation of the evidence in the case that               10:13

10   controls.                                                       10:13

11       Although the defendant Lawrence Hoskins has                 10:13

12   been indicted, you will remember that an indictment             10:13

13   is only an accusation and that it is not evidence,              10:13

14   and Mr. Hoskins has pled not guilty to all twelve              10:13

15   counts against him.                                             10:13

16       The law presumes the defendant to be innocent               10:13

17   of these charges against him.  The burden is on the            10:13

18   government to prove the guilt of the defendant beyond          10:13

19   a reasonable doubt.  This burden never shifts to the           10:13

20   defendant for the simple reason that the law never             10:13

21   imposes upon a defendant in a criminal case any                10:13

22   burden or duty of calling any witnesses or producing           10:13

23   any evidence.  And for that reason, you must presume           10:14

24   that Mr. Hoskins is innocent throughout your                   10:14

25   deliberations until such time, if any, that you as a           10:14

1    jury are satisfied that the government has proved his              10:14

2    guilt beyond a reasonable doubt.                                  10:14

3         In short, the defendant began this trial with               10:14

4    a clean slate and no evidence against him, and this              10:14

5    presumption of innocence alone is sufficient to                  10:14

6    acquit him unless, after careful and impartial                   10:14

7    consideration of all the evidence in the case, you as            10:14

8    jurors are unanimously convinced beyond a reasonable             10:14

9    doubt of his guilt.                                              10:14

10         It is not required that the government prove               10:14

11   guilt beyond all possible doubt.  Proof beyond a                 10:14

12   reasonable doubt is sufficient to convict.  A                    10:14

13   reasonable doubt is not a caprice or whim, it is not             10:14

14   speculation or suspicious or sympathy.  Reasonable               10:14

15   doubt is a doubt based upon reason and common sense.             10:14

16   It's a doubt that a reasonable person has after                  10:15

17   carefully weighing all of the evidence or lack of                10:15

18   evidence.  It's a doubt which would cause a                      10:15

19   reasonable person to hesitate to act in a matter of              10:15

20   importance in his or her personal life.  Proof beyond            10:15

21   a reasonable doubt must therefore be proof of such a             10:15

22   convincing character that a reasonable person would             10:15

23   not be -- would not hesitate to rely and act upon it             10:15

24   in the most important of his or her own affairs.  If             10:15

25   you view the evidence as reasonably permitting either            10:15

1  of two conclusions, guilty or not guilty, you must                10:15

2  find the defendant not guilty.                                    10:15

3       If after fair and impartial consideration of                10:15

4  all the evidence or lack of evidence you have a                   10:15

5  reasonable doubt on any element of any of the crimes             10:15

6  charged against the defendant, it is your duty to                10:15

7  acquit him on that count.  On the other hand, if                 10:15

8  after fair and impartial consideration of all the                10:16

9  evidence, you are satisfied of the defendant's guilt             10:16

10  beyond a reasonable doubt, you should vote to convict           10:16

11  him on that particular count.                                   10:16

12       Now, the defendant has argued that he                      10:16

13  withdrew from the conspiracies charged in Counts One            10:16

14  and Eight before the statute of limitations period             10:16

15  began on September 22, 2005.  I'm going to give you            10:16

16  more detail in a few minutes.  But in short, if you            10:16

17  find that the government has proved these two charged          10:16

18  conspiracies beyond a reasonable doubt, then the               10:16

19  defendant has the burden to prove by a preponderance           10:16

20  of the evidence that he withdrew from those                    10:16

21  conspiracies prior to that statute of limitations             10:16

22  period.  Preponderance means more likely than not             10:16

23  that the facts claimed by the defendant has been              10:16

24  proved.                                                        10:17

25       Now, whenever I say the government has to                  10:17

1    prove a fact to you, I mean it has to prove that fact

2    beyond a reasonable doubt, as I've just explained

3    that term to you.  But I'm not going to always repeat

4    those exact words.

5         And similarly, when I say you must find a

6    fact in order to return a guilty verdict, you must

7    find that fact to have been proved by the government

8    beyond a reasonable doubt even if I simply use the

9    word "find."

10        So let's take an overview of the crimes

11   charged.

12        The second amended third superseding

13   indictment which I'm now going to refer to as "the

14   indictment."  You have a copy of that in the front of

15   your notebook.  It is not evidence.  It's an

16   accusation giving notice to the defendant of the

17   charges against him.  It contains twelve counts.  It

18   is not evidence of guilt and must not influence your

19   decision in any way as to whether the government has

20   proved these charges.

21        You must consider each count separately and

22   return a separate unanimous verdict of not guilty or

23   guilty as to each count.  Whether you find the

24   defendant not guilty or guilty on one count must not

25   affect your verdict on the other counts.

10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:17
10:18
10:18
10:18
10:18
10:18
10:18
10:18
10:18

1     In Count One, the defendant Lawrence Hoskins    10:18

2  is charged with conspiracy to violate the Foreign    10:18

3  Corrupt Practices Act, FCPA.    10:18

4     In Counts Two through Seven, the defendant    10:18

5  Lawrence Hoskins is charged with violating the    10:18

6  Foreign Corrupt Practices Act.    10:18

7     In Count Eight, the defendant Lawrence    10:18

8  Hoskins is charged with conspiracy to launder money.    10:18

9     In Counts Nine through Twelve, the defendant    10:18

10  Lawrence Hoskins is charged with money laundering.    10:19

11     The defendant Lawrence Hoskins is    10:19

12  alternatively charged with aiding and abetting others    10:19

13  to commit the crimes charged in Counts Two through    10:19

14  Seven and Nine through Twelve, and the crime of    10:19

15  aiding and abetting others will be explained to you    10:19

16  later.    10:19

17     I'm now going to discuss the counts in more    10:19

18  detail along with the elements of each offense that    10:19

19  the government must prove.    10:19

20     Lawrence Hoskins has pled not guilty to the    10:19

21  charges contained in the indictment in this case, and    10:19

22  the government therefore has the burden of proving    10:19

23  his guilt beyond a reasonable doubt on each element    10:19

24  of each offense charged.  In your deliberations, you    10:19

25  must analyze each count, element by element, as I    10:19

1    shall explain them to you, and you may not find                    10:19
2    Mr. Hoskins guilty of a particular count unless your              10:19
3    analysis leads you to conclude that the government                10:20
4    has proved each and every element of that count                   10:20
5    beyond a reasonable doubt.  If there is even one                   10:20
6    element of that count which the government has not                 10:20
7    proved beyond a reasonable doubt, you must return a                10:20
8    verdict of not guilty on that count.  For each count              10:20
9    I will refer to the allegations in the indictment                 10:20
10   which you have followed by an explanation of the                   10:20
11   statutes that define the offense followed by                       10:20
12   instructions on the elements of that offense.                      10:20
13        Count one charges Mr. Hoskins with conspiring                 10:20
14   to violate the Foreign Corrupt Practices Act and not              10:20
15   with the separate underlying crime of violating the               10:20
16   FCPA.  The government's allegations in Count One are               10:20
17   set out in pages 1 through 22 of the indictment that              10:21
18   you have in the front of your notebook.  I will not               10:21
19   read them in their entirety here.                                  10:21
20        Section 371 of Title 18 of the United States                 10:21
21   Code states in pertinent part, quote, If two or more              10:21
22   persons conspire to commit any offense against the                10:21
23   United States, and one or more of such persons do any             10:21
24   act to effect the object of the conspiracy, each is               10:21
25   guilty of an offense against the United States.                    10:21

1    In this case the defendant is accused of

2  having been a member of a conspiracy to violate

3  certain federal laws.  A conspiracy is a kind of

4  criminal partnership, a combination or agreement of

5  two or more persons to join together to accomplish

6  some unlawful purpose.

7    The crime of conspiracy to violate a federal

8  law is an independent offense, separate and distinct

9  from the actual violation of any specific federal

10 laws, which law refers to as the substantive

11 offenses, substantive crimes.

12   Indeed you may find the defendant guilty of

13 the crime of conspiracy to commit an offense against

14 the United States even though the substantive crime

15 that was the object of the conspiracy was not

16 actually committed.

17   Congress has deemed it appropriate to make

18 conspiracy, standing alone, a separate crime even if

19 the conspiracy is not successful because collective

20 criminal action poses a greater threat to the

21 public's safety and welfare than individual conduct

22 and increases the likelihood of success of a

23 particular criminal venture.

24   In order to satisfy its burden of proof, the

25 government must prove each of the following five

1    essential elements beyond a reasonable doubt:                10:23

2         One, two or more persons entered into the              10:23

3    unlawful agreement charged in Count One of the              10:23

4    indictment starting in or around 2002.                      10:23

5         Two, the defendant knowingly and willfully             10:23

6    became a member of the conspiracy.                          10:23

7         Three, the defendant was an agent of a                 10:23

8    domestic concern.                                           10:23

9         Four, one of the members of the conspiracy             10:23

10   knowingly committed at least one of the overt acts          10:23

11   charged in the indictment.                                  10:23

12        And five, the overt act or acts that you find          10:23

13   to have been committed was or were committed to             10:23

14   further some objective of the conspiracy.                   10:24

15        The first element that the government must             10:24

16   prove beyond a reasonable doubt to establish the            10:24

17   offense of conspiracy is that two or more persons           10:24

18   entered into the unlawful agreement charged in Count        10:24

19   One of the indictment.                                      10:24

20        In order for the government to satisfy this            10:24

21   element, you need not find that the alleged members         10:24

22   of the conspiracy met together and entered into any         10:24

23   express or formal agreement.  And similarly, you need       10:24

24   not find that the alleged conspirators stated in            10:24

25   words or writing what the scheme was, its object or         10:24

1    purpose, or every precise detail of the scheme or          10:24

2    means by which the object or purpose was to be             10:24

3    accomplished.  What the government must prove is that      10:24

4    there was a mutual understanding, either spoken or         10:24

5    unspoken, between two or more people to cooperate          10:25

6    with each other to accomplish an unlawful act.             10:25

7         You may, of course, find the existence of an          10:25

8    agreement to disobey and disregard the law has been        10:25

9    established by direct proof.  However, since               10:25

10   conspiracy is by its very nature characterized by          10:25

11   secrecy, you may also infer its existence from the         10:25

12   circumstances of this case and the conduct of the          10:25

13   parties involved.                                          10:25

14        In a very real sense, then, in the context of         10:25

15   conspiracy cases, actions often speak louder than          10:25

16   words.  In this regard, you may, in determining            10:25

17   whether an agreement existed here, consider the            10:25

18   actions and statements of all those you find to be         10:25

19   participants as proof that a common design existed on      10:25

20   the part of the persons charged to act together to         10:25

21   accomplish an unlawful purpose.                            10:26

22        The second element that the government must            10:26

23   prove is that Mr. Hoskins knowingly, willfully and         10:26

24   voluntarily became a member of the conspiracy.             10:26

25        If you're satisfied that the conspiracy               10:26

1    charged in the indictment existed, you must ask                10:26
2    yourselves who the members of that conspiracy were.            10:26
3    In deciding whether Mr. Hoskins was in fact a member           10:26
4    of the conspiracy, you should consider whether he              10:26
5    knowingly and willfully joined the conspiracy.  Did            10:26
6    he participate in it with knowledge of its unlawful            10:26
7    purpose and with the specific intent to further its            10:26
8    business or objective as an associate or worker?  In           10:26
9    other words, did the defendant join the conspiracy             10:27
10   with an awareness of at least some of its -- of the            10:27
11   basic aims and purposes of the unlawful agreement.             10:27
12       In that regard, it has been said that in                   10:27
13   order for a defendant to be deemed a participant in a          10:27
14   conspiracy, he must have had a stake in the venture            10:27
15   or its outcome.  You're instructed that while proof            10:27
16   of a financial interest in the outcome of the scheme           10:27
17   is not essential, you may properly consider whether            10:27
18   he had such an interest in your determination of               10:27
19   whether or not the defendant was a member of the               10:27
20   conspiracy charged in the indictment.                          10:27
21       It is important for you to understand that                 10:27
22   the defendant's participation in the conspiracy must           10:27
23   be established by independent evidence of his own              10:27
24   acts and statements, as -- or statements, as well as          10:27
25   those of others -- as well as those of the other              10:28

1    alleged coconspirators and the reasonable inferences    10:28

2    that may be drawn from them.    10:28

3         The defendant's knowledge is a matter of    10:28

4    inference from the facts proved.  In that connection,    10:28

5    I instruct you that to become a member of the    10:28

6    conspiracy, the defendant need not have known the    10:28

7    identities of each and every other member, nor need    10:28

8    he have been apprised of all their activities.    10:28

9    Moreover, the defendant need not have been fully    10:28

10   informed as to all the details or the scope of the    10:28

11   conspiracy in order to justify an inference of    10:28

12   knowledge on his part.  Furthermore, the defendant    10:28

13   need not have joined in all the conspiracy's unlawful    10:28

14   objectives.    10:28

15        The extent of the defendant's participation    10:28

16   has no bearing on the issue of the defendant's guilt.    10:28

17   A conspirator's liability is not measured by the    10:29

18   extent or the duration of his participation.  Indeed    10:29

19   a member may perform separate and distinct acts.    10:29

20   Each member may perform separate and distinct acts    10:29

21   and may perform them at different times.  Some    10:29

22   conspirators play major roles while others play minor    10:29

23   roles in the scheme.  An equal role is not what the    10:29

24   law requires.  In fact, even a single act may be    10:29

25   sufficient to draw the defendant within the ambit of    10:29

1     the conspiracy.     10:29

2         Now, I want to caution you, however, that the     10:29

3     defendant's mere presence at the scene of an alleged     10:29

4     crime does not by itself make him a member of the     10:29

5     conspiracy. Similarly, mere association with one or     10:29

6     more members of the conspiracy does not automatically     10:29

7     make the defendant a member. A person may know or be     10:30

8     friendly with a criminal without being a criminal     10:30

9     himself. Mere similarity of conduct or the fact that     10:30

10     they may have assembled together and discussed common     10:30

11     aims and interests does not necessarily establish     10:30

12     membership in the conspiracy.     10:30

13         I also want to caution you that mere     10:30

14     knowledge or acquiescence, without participation, in     10:30

15     the unlawful plan is not sufficient. Moreover, the     10:30

16     fact that the acts of a defendant without knowledge     10:30

17     merely happened to further the purposes or objectives     10:30

18     of the conspiracy does not make the defendant a     10:30

19     member. More is required under the law. What is     10:30

20     necessary is that the defendant must have     10:30

21     participated with knowledge of at least some of the     10:30

22     purposes or objectives of the conspiracy and with the     10:30

23     intention of aiding in the accomplishment of those     10:31

24     unlawful ends.     10:31

25         In sum, the defendant, with an understanding     10:31

1    of the unlawful character of the conspiracy, must          10:31

2    have intended to engage, advise or assist in it for        10:31

3    the purpose of furthering the illegal undertaking.         10:31

4    He thereby becomes a knowing and willing participant       10:31

5    in the unlawful agreement, that is to say a               10:31

6    conspirator.                                              10:31

7         Now, the third element that the government          10:31

8    must prove is that the defendant was an agent of a        10:31

9    domestic concern.                                         10:31

10        A domestic concern is any individual who is a        10:31

11   citizen, national or resident of the United States or     10:31

12   any corporation, partnership, association,               10:31

13   joint-stock company, business trust, unincorporated      10:32

14   organization or sole proprietorship which has its         10:32

15   principal place of business in the United States or       10:32

16   is organized under the laws of a state of the United      10:32

17   States or a territory, possession, commonwealth of        10:32

18   the United States.  Here the parties have stipulated      10:32

19   that Alstom Power was a domestic concern, and the         10:32

20   government must prove that the defendant was an agent     10:32

21   of Alstom Power, Inc., in connection with the alleged     10:32

22   FCPA offenses.                                            10:32

23        An agent is a person who agrees to perform           10:32

24   acts or services for another person or company, known     10:32

25   as the principal.  To create an agency relationship,      10:32

1  there must be, one, a manifestation by the principal                 10:32

2  that the agent will act for it; two, acceptance by                   10:32

3  the agent of the undertaking; and, three, an                         10:33

4  understanding between the agent and the principal                    10:33

5  that the principal will be in control of the                         10:33

6  undertaking.                                                         10:33

7        The undertaking consists of the acts or                        10:33

8  services which the agent performs on behalf of the                   10:33

9  principal.                                                           10:33

10        Such control need not be present at every                     10:33

11  moment, its exercise may be attenuated, and it may                  10:33

12  even be ineffective.  Proof of agency may not -- need               10:33

13  not be in the form of a formal agreement between                    10:33

14  agent and principal.  Rather, it may be inferred                    10:33

15  circumstantially from the words and actions of the                  10:33

16  parties involved.                                                   10:33

17        One may be an agent for some business                         10:33

18  purposes and not others.  Here the government must                  10:33

19  prove that the defendant was an agent of a domestic                 10:33

20  concern in connection with the specific events                      10:34

21  related to the Tarahan Project.                                     10:34

22        You have seen and heard evidence that this                    10:34

23  term "agent" was sometimes used to refer to                         10:34

24  third-party consultants in this case.  But in                       10:34

25  determining whether Mr. Hoskins was an agent of                     10:34

1   Alstom Power, Inc., you should only use the    10:34

2   definition of agency which I have given you and you    10:34

3   should not consider any other uses of the term    10:34

4   "agent."    10:34

5        The fourth element that the government must    10:34

6   prove beyond a reasonable doubt to establish the    10:34

7   offense of conspiracy is that at least one of the    10:34

8   overt acts charged in the indictment was knowingly    10:34

9   committed by at least one of the conspirators at or    10:34

10  about the time and place alleged.    10:34

11       I refer you to pages 12 through 22 of the    10:35

12  indictment which lists all -- which lists the overt    10:35

13  acts which the government alleges were committed in    10:35

14  the District of Connecticut and elsewhere.    10:35

15       In order for the government to satisfy this    10:35

16  element, it's not required that all the overt acts    10:35

17  alleged in the indictment be proven.    10:35

18       Similarly, you need not find that Mr. Hoskins    10:35

19  committed the overt act or acts.  It's sufficient for    10:35

20  the government to show that one of the conspirators    10:35

21  knowingly committed an overt act in furtherance of    10:35

22  the conspiracy, since such an act becomes, in the    10:35

23  eyes of the law, the acts of all the members of the    10:35

24  conspiracy.    10:35

25       You are further instructed that the overt act    10:35

1    need not have been committed at precisely the time    10:35

2    alleged in the indictment.  It is sufficient if you    10:35

3    are convinced beyond a reasonable doubt that it    10:36

4    occurred at or about the time and place stated.    10:36

5        There is a limit on how much time the    10:36

6    government has to obtain an indictment.  For you to    10:36

7    find the defendant guilty of conspiracy, the    10:36

8    government must prove beyond a reasonable doubt that    10:36

9    at least one overt act in furtherance of the    10:36

10    conspiracy was committed after September 22, 2005.    10:36

11        You must also find that the overt act    10:36

12    occurred while the conspiracy was still in existence.    10:36

13        Now, the fifth and final element of -- that    10:36

14    the government must prove beyond a reasonable doubt    10:36

15    is that the overt act was committed for the purpose    10:36

16    of carrying out the unlawful agreement.    10:36

17        In order for the government to satisfy this    10:36

18    element, it must prove that at least one overt act    10:37

19    was knowingly and willfully done by at least one    10:37

20    conspirator in furtherance of some object or purpose    10:37

21    of the conspiracy as charged in the indictment.  In    10:37

22    this regard you should bear in mind that the overt    10:37

23    act standing alone may be an innocent lawful act.    10:37

24    Frequently, however, an apparently innocent act sheds    10:37

25    its harmless character if it's a step in carrying    10:37

1  out, promoting, aiding or assisting the                    10:37

2  conspiratorial scheme.  You are therefore instructed       10:37

3  that the overt act does not have to be an act that in       10:37

4  and of itself is criminal or constitutes an objective       10:37

5  of the conspiracy.                                          10:37

6       Now, I've committed into evidence the acts            10:37

7  and statements of others who the government claims          10:37

8  were coconspirators of Mr. Hoskins.  Whether or not        10:37

9  these individuals were coconspirators is exclusively        10:38

10  for you to determine.  The reason for allowing this        10:38

11  evidence against the defendant has to do with the          10:38

12  nature of the crime of conspiracy.  The crime of --        10:38

13  the conspiracy is often referred to as a partnership       10:38

14  in crime.  Thus, as in other types of partnerships,        10:38

15  when people enter into a conspiracy to accomplish an       10:38

16  unlawful act, each and every member becomes a partner      10:38

17  of one another in carrying out the conspiracy.             10:38

18       Accordingly, reasonably foreseeable acts,            10:38

19  declarations, statements and omissions of any member       10:38

20  of the conspiracy made in furtherance of the common        10:38

21  purpose of the conspiracy, are deemed under law to be      10:38

22  the acts of all the members and all the members of         10:38

23  the conspiracy are responsible for such acts,              10:39

24  declarations, statements and omissions.                    10:39

25       If you find beyond a reasonable doubt that           10:39

1    the defendant was a member of the conspiracy charged          10:39

2    in the indictment, then any acts done or statements           10:39

3    made in furtherance of the conspiracy by persons              10:39

4    found by you to have been members of that conspiracy          10:39

5    may be considered against the defendant.  And this is         10:39

6    so even if such acts were done and statements were            10:39

7    made in the defendant's absence and without his               10:39

8    knowledge.                                                     10:39

9          However, before you may consider the                    10:39

10   statements or the acts of a coconspirator in deciding         10:39

11   the issue of the defendant's guilt, you must first            10:39

12   determine that the acts and statements were made              10:39

13   during the existence and in furtherance of the                10:39

14   unlawful scheme.  If the acts were done or the                10:39

15   statements made by someone whom you do not find to            10:40

16   have been a member of the conspiracy or if they were          10:40

17   not done or said in furtherance of the conspiracy,            10:40

18   then they cannot be considered by you as evidence             10:40

19   against the defendant.                                        10:40

20         Now, Mr. Hoskins has raised the defense that            10:40

21   he withdrew from the conspiracy charged in this Count         10:40

22   One before September 22, 2005, and that therefore the         10:40

23   statute of limitations ran out before the government          10:40

24   obtained an indictment charging him with that                 10:40

25   conspiracy and this prosecution is time-barred.  The          10:40

1  statute of limitations is a law that puts a limit on  10:40

2  how much time the government has to obtain an  10:40

3  indictment.  A defendant who withdraws from a crime  10:41

4  before the relevant statute of limitations period  10:41

5  begins has a complete defense to prosecution.  The  10:41

6  defendant has the burden of proving to you that he in  10:41

7  fact withdrew from the conspiracy and that he did so  10:41

8  before September 22, 2005.  10:41

9       Once a person joins a conspiracy, that person  10:41

10  remains a member until he withdraws from it.  Any  10:41

11  withdrawal must be complete and it must be done in  10:41

12  good faith.  A person can withdraw from a conspiracy  10:41

13  by taking some affirmative steps to terminate or  10:41

14  abandon his participation in and efforts to promote  10:41

15  the conspiracy.  In other words, the defendant must  10:41

16  have demonstrated some type of positive action that  10:42

17  disavowed or defeated the purpose of the conspiracy.  10:42

18  Proof that the defendant merely ceased conspiratorial  10:42

19  activity is not enough.  10:42

20       Where a defendant by his conspiratorial  10:42

21  actions sets in motion events that are designed to  10:42

22  have effect beyond the period of his active  10:42

23  participation, the defendant's affirmative act of  10:42

24  withdrawal must be aimed at weakening or undermining  10:42

25  the foreseeable consequences of his own participation  10:42

1    in the conspiracy.    10:42

2        Resignation from employment does not by    10:42

3    itself necessarily constitute withdrawal unless you    10:42

4    find the defendant acted to disavow or defeat the    10:42

5    purpose of the conspiracy.    10:43

6        For example, a defendant may withdraw from a    10:43

7    conspiracy by giving a timely warning about the    10:43

8    conspiracy to proper law enforcement officials or    10:43

9    wholly depriving his prior efforts of effectiveness    10:43

10   in the commission of the crime or making appropriate    10:43

11   efforts to prevent the commission of a crime or by    10:43

12   doing acts that are inconsistent with the objects of    10:43

13   the conspiracy and making reasonable efforts to    10:43

14   communicate those acts to his coconspirators.    10:43

15       The defendant has the burden of proving that    10:43

16   he withdrew from the conspiracy by a preponderance of    10:43

17   the evidence.  To prove something by a preponderance    10:43

18   of the evidence means to prove that it is more likely    10:43

19   true than not true.  In determining -- it is    10:43

20   determined by considering all the evidence and    10:44

21   deciding which evidence is more convincing.  In    10:44

22   determining whether the defendant has proven that he    10:44

23   withdrew from the conspiracy, you may consider the    10:44

24   relevant testimony of all of the witnesses regardless    10:44

25   of who called them, and all the relevant exhibits    10:44

received in evidence, regardless of who may have                10:44

produced them.  If the evidence appears to be equally           10:44

balanced between withdrawal or no withdrawal or if              10:44

you can't say which side it -- on which side it                 10:44

weighs heavier, the defendant will have failed to               10:44

prove his defense of withdrawal from the conspiracy.            10:44

However, it is important to remember that the fact              10:44

that the defendant has raised this defense does not             10:44

relieve the government of its burden of proving each            10:44

and every element of the crime of conspiracy.                   10:45

        The defense of withdrawal prior to the                  10:45

statute of limitations period is a defense to the               10:45

conspiracy charged in Count One.  If you find                   10:45

Mr. Hoskins has proven by a preponderance of the                10:45

evidence that he withdrew from the charged conspiracy           10:45

before September 22, 2005, then you must acquit him             10:45

of the charge in Count One.  But even if you find               10:45

that Mr. Hoskins withdrew from the charged                      10:45

conspiracies, that withdrawal is not a defense to               10:45

Counts Two through Seven or Counts Nine through                 10:45

Twelve.                                                         10:45

        So let's talk about Counts Two through Seven            10:45

which charge Mr. Hoskins with violation of the                  10:45

Foreign Corrupt Practices Act.  Counts Two through              10:45

Seven charge the same crime, but each count is as to            10:46

1    a different alleged violation of the FCPA.  You must          10:46
2    consider each count separately.  Counts Two through           10:46
3    Seven of the indictment read, in pertinent part, "On          10:46
4    or about the dates set forth below in the District of         10:46
5    Connecticut and elsewhere, Hoskins being an agent of          10:46
6    a domestic concern did willfully use and caused to be         10:46
7    used and aid and abet the use of mails and means and          10:46
8    instrumentalities of interstate commerce corruptly in         10:46
9    furtherance of an offer, payment, promise to pay and          10:46
10   authorization of the payment of money, offer, gift,           10:46
11   promise to give and authorization of the giving of            10:46
12   anything of value to a foreign official, and to a             10:46
13   person, while knowing that all or a portion of such           10:46
14   money and thing of value would be and has been                10:47
15   offered, given, promised to a foreign official for            10:47
16   purposes of, (i) influencing the acts and decisions           10:47
17   of each such foreign official in his or her official          10:47
18   capacity; (ii) inducing such foreign official to do           10:47
19   and to omit to do acts in violation of the lawful             10:47
20   duty of such official; and (iii) securing an improper         10:47
21   advantage; and iv) inducing such foreign official to          10:47
22   use his or her influence with a foreign government            10:47
23   and agencies and instrumentalities thereof to affect          10:47
24   and influence acts and decisions of such government           10:47
25   and agencies and instrumentalities in order to assist         10:47

1    Hoskins, Pomponi, Alstom, Alstom Power U.S., Alstom    10:48
2    Prom, Alstom Indonesia, Pierucci, Rothschild, Alstom    10:48
3    Indonesia Employee A who is Reza Moenaf, Alstom    10:48
4    Indonesia Employee B, that's Eko Sulianto, Marubeni,    10:48
5    Marubeni Employee A, Junji Kusunoki, Consultant A,    10:48
6    Pirooz Sharafi, and Consultant B, Azmin Aulia, and    10:48
7    others in obtaining and retaining business for and    10:48
8    with, and directing business to, the consortium, and    10:48
9    the others as follows:  Count Two refers to the date    10:48
10   of November 16, 2005, and the means and    10:49
11   instrumentalities of interstate and international    10:49
12   commerce claimed is employees of Alstom Power U.S.    10:49
13   while in Connecticut caused a wire transfer in the    10:49
14   amount of $200,064 from the company's bank account in    10:49
15   New York to Consultant A, Sharafi's bank account in    10:49
16   Maryland.    10:49
17          Count Three, January 4, 2006, employees of    10:49
18   Alstom Power U.S. while in Connecticut caused a wire    10:49
19   transfer in the amount of $200,064 from the company's    10:49
20   bank account in New York to Consultant A, Sharafi's    10:49
21   bank account in Maryland.    10:49
22          Count Four, March 28, 2006, employees of    10:49
23   Alstom Power U.S., while in Connecticut caused a wire    10:50
24   transfer in the amount of $466,816 from the company's    10:50
25   bank account in New York to Alstom Prom's bank    10:50

1    account in Zurich, Switzerland, which amount was          10:50

2    transferred by Alstom Prom to Consultant B, Aulia's       10:50

3    bank account in Singapore.                                10:50

4         Count Five, December 6, 2006, employees of           10:50

5    Alstom Power U.S., while in Connecticut caused a wire     10:50

6    transfer in the amount of $266,752 from the company's     10:50

7    bank account in New York to Alstom Prom's bank            10:50

8    account in Zurich, Switzerland, which amount was          10:50

9    transferred by Alstom Prom to Consultant B's,             10:50

10   Aulia's, bank account in Singapore.                       10:51

11        Count Six, March 7, 2007, employees of Alstom        10:51

12   Power U.S., while in Connecticut caused a wire            10:51

13   transfer in the amount of $200,064 from the company's     10:51

14   bank account in New York to Consultant A's,               10:51

15   Sharafi's, bank account in Maryland.                      10:51

16        Count Seven, October 5, 2009, employees of           10:51

17   Alstom Power U.S., while in Connecticut caused a wire     10:51

18   transfer in the amount of $66,688 from the company's      10:51

19   bank account in New York to Consultant A, Sharafi's,      10:51

20   bank account in Maryland, all in violation of Title       10:51

21   15, United States Code 78dd-2 and Title 18, United        10:51

22   States Code, Section 2.                                   10:52

23        Now, Section 78DD-2 of Title 15 of the U.S.          10:52

24   Code states, "It shall be unlawful for any domestic       10:52

25   concern or for any agent of such domestic concern to      10:52

1    make use of the mails or any means or instrumentality          10:52
2    of interstate commerce corruptly in furtherance of an          10:52
3    offer, payment, promise to pay or authorization of             10:52
4    the payment of any money, offer, gift, promise,                10:52
5    promise to give or authorization of the giving of              10:52
6    anything of value to, one, any foreign official for            10:52
7    purposes of, (A) influencing any act or decision of            10:52
8    such foreign official in his official capacity,                10:53
9    inducing such foreign official to do or omit to do             10:53
10   any act in violation of the lawful duty of such                10:53
11   official, or securing any improper advantage or, (B)           10:53
12   inducing such foreign official to use his influence            10:53
13   with a foreign government or instrumentality thereof           10:53
14   to affect or influence any act or decision of such             10:53
15   government or instrumentality, in order to assist              10:53
16   such domestic concern in obtaining or retaining                10:53
17   business for or with or directing business to any              10:53
18   person or, three, while any person -- excuse me, any           10:53
19   person, while knowing that all or a portion of such            10:53
20   money or thing of value will be offered, given or              10:53
21   promised, directly or indirectly, to any foreign               10:54
22   official, to any foreign political party or official           10:54
23   thereof, or to any candidate for foreign political             10:54
24   office, for the purpose of influencing any act or              10:54
25   decision of such foreign official, political party,            10:54

1  political official or candidate in his or its                    10:54

2  official capacity, inducing such foreign official,              10:54

3  political party, party official or candidate to do or           10:54

4  omit to do any act in violation of the lawful duty of           10:54

5  such foreign official, political party, party                   10:54

6  official, or candidate, or securing any improper               10:54

7  advantage or (B) inducing such foreign official,               10:54

8  political party, political official -- excuse me,               10:54

9  party official or candidate to use his or its                   10:54

10 influence with a foreign government or                          10:54

11 instrumentality thereof to affect or influence any             10:55

12 act or decision of such government or                           10:55

13 instrumentality, in order to assist such domestic             10:55

14 concern in obtaining or retaining business for or              10:55

15 with, or directing business to any person.                      10:55

16        Now, the elements of the FCPA.  In order to            10:55

17 prove Mr. Hoskins guilty of violating the FCPA as              10:55

18 charged in Counts Two through Seven, the government           10:55

19 must prove each of the following seven elements               10:55

20 beyond a reasonable doubt:  Mr. Hoskins was an agent          10:55

21 of a domestic concern; Mr. Hoskins acted corruptly            10:55

22 and willfully; Mr. Hoskins made use of the mails or            10:55

23 any means or instrumentality of interstate commerce           10:55

24 in furtherance of an unlawful act under the FCPA;             10:56

25 four, Mr. Hoskins offered, paid, promised to pay or           10:56

1   authorized the payment of money or of anything of                10:56

2   value; five, the offer, payment, promise to pay or               10:56

3   authorized payment was to a foreign official or to               10:56

4   any person while Mr. Hoskins knew that all or a                  10:56

5   portion of the payment or gift would be offered,                 10:56

6   given, promised, directly or indirectly, to a foreign            10:56

7   official; six, that the payment was for one of four              10:56

8   purposes, A, to influence any act or decision of the             10:56

9   foreign official in his or her official capacity.  B,            10:56

10  to induce the foreign official to do or omit to do               10:56

11  any act in violation of the official's unlawful duty.            10:56

12  C, to induce that foreign official to use his or her             10:57

13  influence with a foreign government or                           10:57

14  instrumentality thereof, to affect or influence any              10:57

15  act or decision of such government or instrumentality            10:57

16  or, D, to secure any improper advantage.  And seven,             10:57

17  that payment was made to assist Alstom Power, Inc.,              10:57

18  in obtaining or retaining business for or with or                10:57

19  directing business to any person.                                10:57

20        Now, the first element that the government                 10:57

21  must prove beyond a reasonable doubt is that                     10:57

22  Mr. Hoskins was an agent of a domestic concern.                  10:57

23        And my earlier instructions about the meaning              10:57

24  of agent apply equally here and you should refer back            10:57

25  to pages 13 and 14 for those instructions.                       10:57

1    The second element the government must prove

2  is that the defendant acted corruptly and willfully.

3  An act is done corruptly if it is done voluntarily

4  and intentionally and with bad purpose or evil motive

5  of accomplishing either an unlawful end or a result

6  or an unlawful end or result by some unlawful method

7  or -- excuse me, a lawful end or result by some

8  unlawful method or means.  The term "corruptly" in

9  the FCPA is intended to connote that the offer,

10  payment or promise was intended to influence the

11  foreign official to misuse his or her official

12  capacity.

13    An act is done willfully if it is done

14  purposely and with intent to do something which the

15  law forbids.  The government need not prove that the

16  defendant was aware of the specific law that he is

17  charged with violating.

18    The third element that the government must

19  prove is that the defendant made use of the mails or

20  any means or instrumentality of interstate commerce

21  in furtherance of an unlawful act under the FCPA.

22    The term "interstate commerce" means trade,

23  commerce, transportation or communication among the

24  several states or between any foreign country and any

25  state or between any state and anyplace outside

10:57
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:58
10:59
10:59
10:59
10:59
10:59
10:59
10:59
10:59
10:59
10:59

1    thereof, and such term includes the intra use,    10:59

2    intrastate use of a telephone and/or other intrastate    10:59

3    method, means of communication or any other    10:59

4    interstate instrumentality.  If such mechanisms as    11:00

5    trade, transportation or communication are utilized    11:00

6    by a person and goods passing between the various    11:00

7    states, they are instrumentalities of interstate    11:00

8    commerce.    11:00

9        The parties have stipulated that the wires    11:00

10    charged in the indictment constituted means and    11:00

11    instrumentalities of interstate commerce.    11:00

12        It is not necessary for the defendant to have    11:00

13    been directly or personally involved in the charged    11:00

14    wire as long as the wire was reasonably foreseeable    11:00

15    in the execution of the alleged bribery scheme.    11:00

16        In this regard, it is sufficient to establish    11:00

17    this element of the crime if the evidence justifies a    11:00

18    finding that the defendant caused the wires to be    11:00

19    sent by others.  This does not mean that the    11:00

20    defendant must have specifically authorized others to    11:00

21    make the wire.  When one does an act with knowledge    11:01

22    that the use of the wires will follow in the ordinary    11:01

23    course of business or where such use of the wires can    11:01

24    be reasonably foreseen, even though not actually    11:01

25    intended, then he causes the wires to be used.    11:01

1    The fourth element that the government must

2    prove is that the defendant offered, paid, promised

3    to pay or authorized the payment of money or of

4    anything of value.

5    It is not required that the payment actually

6    take place or that the gift actually be given.

7    Instead, it is the offer, promise or authorization of

8    payment that completes the crime.  Thus, you may find

9    this element has been proved even if the payment was

10   not actually made.

11   Further, it is not necessary that the payment

12   or the offer, promise or authorization of payment was

13   made directly by the defendant to a foreign official.

14   A person who engages in bribery of a foreign official

15   through any other person or entity is liable under

16   the FCPA, just as if that person had engaged in

17   bribery directly.  Thus, if you find that the

18   defendant authorized another person to pay or promise

19   a bribe, then you may find that this element has been

20   proved.

21   The fifth element which the government must

22   prove is that the offer, payment, promise to pay or

23   authorization of payment was to a foreign official or

24   to any person while the defendant knew that all or a

25   portion of the payment or gift would be offered,

11:01
11:01
11:01
11:01
11:01
11:01
11:01
11:01
11:01
11:01
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02
11:02

1  given or promised, directly or indirectly, to a     11:03

2  foreign official.     11:03

3          For the purposes of this element, a person's     11:03

4  state of mind is knowing with respect to conduct, a     11:03

5  circumstance or a result if that person is aware that     11:03

6  he is engaging in such conduct and that such     11:03

7  circumstance exists or that such result is     11:03

8  substantially certain to occur.  A person has such     11:03

9  knowledge if the evidence shows he was aware of a     11:03

10  high probability of the existence of such     11:03

11  circumstance, unless he actually believes that such     11:03

12  circumstance does not exist.     11:03

13          The term "foreign official" means any officer     11:03

14  or employee of a foreign government or any     11:03

15  department, agency or instrumentalities thereof, or     11:03

16  any person acting in an official capacity for or on     11:03

17  behalf of any such government, department, agency or     11:04

18  instrumentality.     11:04

19          An instrumentality of a foreign government is     11:04

20  an entity controlled by the government of a foreign     11:04

21  country which performs a function of that government.     11:04

22  State-owned or state-controlled companies that     11:04

23  provide services to the public may meet this     11:04

24  definition.     11:04

25          And here the parties have stipulated that PLN     11:04

1  was an instrumentality of a foreign government,                11:04

2  namely, Indonesia.                                             11:04

3       The sixth element which the government must               11:04

4  prove is that the payment was for any one of four              11:04

5  purposes:                                                      11:04

6       To influence any act or decision of the                  11:04

7  foreign official in his or her official capacity;             11:04

8       To induce the foreign official to do or omit             11:04

9  any act in violation of that official's lawful duty;          11:05

10      To induce that foreign official to use his or             11:05

11 her influence with a foreign government or                     11:05

12 instrumentality thereof to affect or influence any             11:05

13 act or decision of such government or                          11:05

14 instrumentality; or                                            11:05

15      To secure any improper advantage.                        11:05

16      And the seventh element which the government              11:05

17 must prove is that the payment was made to assist a            11:05

18 domestic concern in obtaining or retaining business           11:05

19 or directing business to any person or company.               11:05

20      It is not necessary for the government to                 11:05

21 prove that the domestic concern actually obtained or          11:05

22 retained any business as a result of the unlawful             11:05

23 offer, payment, promise or gift.                              11:05

24      You must consider all seven elements as to                11:06

25 each of Counts Two through Seven separately.  If you          11:06

1    find the government has not proved all seven elements     11:06

2    beyond a reasonable doubt as to any particular count,     11:06

3    you must find Mr. Hoskins not guilty of that count.     11:06

4    If you find the government has proved all seven     11:06

5    elements beyond a reasonable doubt as to any     11:06

6    particular count, then you should find Mr. Hoskins     11:06

7    guilty of that count.     11:06

8          It doesn't matter who suggested that a     11:06

9    corrupt offer, payment, promise or gift be made.  An     11:06

10   act, the act prohibits any offer, authorization,     11:06

11   promise or gift intended to influence the recipient     11:06

12   regardless of who first suggested it.  It is not a     11:06

13   defense that the offer, promise or payment was     11:06

14   demanded on the part of a government official as a     11:07

15   price for continuing to do business or other benefit     11:07

16   or that the business may be harmed if the payment is     11:07

17   not made, that the offer to pay, promise to pay,     11:07

18   payment, promise to pay or authorization of payment     11:07

19   made have been first suggested by the recipient is     11:07

20   not deemed an excuse for a defendant's decision to     11:07

21   make a corrupt payment, nor does it alter the corrupt     11:07

22   purpose for which the offer to pay payment, promise     11:07

23   to pay or authorization of payment was made.     11:07

24          Now, there is another method by which you may     11:07

25   evaluate the possible guilt of Mr. Hoskins for Counts     11:07

1    Two through Seven even if you don't find that the          11:07

2    government has satisfied its burden of proof with          11:07

3    respect to each element of that particular count,          11:08

4    considering each count separately.                         11:08

5         If, following my instructions, you find               11:08

6    beyond a reasonable doubt that the defendant was a         11:08

7    member of the conspiracy charged in Count One of the       11:08

8    indictment and that he did not prove that he withdrew      11:08

9    from the conspiracy by a preponderance of the              11:08

10   evidence and thus you find the defendant is guilty on      11:08

11   the conspiracy count, then you may also but are not        11:08

12   required to find him guilty of the violations of the       11:08

13   Foreign Corrupt Practices Act in Counts Two through        11:08

14   Seven, provided you find, beyond a reasonable doubt,       11:08

15   each of the following elements:                            11:08

16        The crime charged in Counts Two, Three, Four,         11:08

17   Five, Six or Seven was committed.                          11:08

18        Two, that Mr. Hoskins was an agent of a               11:08

19   domestic concern.                                          11:09

20        Three, the person or persons you find                 11:09

21   actually committed the crime were members of the           11:09

22   conspiracy you found to have existed.                      11:09

23        Four, the substantive crime was committed             11:09

24   pursuant to the common plan and understanding you          11:09

25   found to exist among the coconspirators.                   11:09

1       Five, that the defendant was a member of that    11:09

2   conspiracy at the time the substantive crime was    11:09

3   committed.    11:09

4       And, six, the defendant could reasonably have    11:09

5   foreseen that the substantive crime would be    11:09

6   committed by his coconspirators.    11:09

7       If you find all six of these elements to be    11:09

8   proved beyond a reasonable doubt as to any of Counts    11:09

9   Two through Seven, then you may find the defendant    11:09

10  guilty of the FCPA violations charged in that count    11:09

11  even though he did not personally participate in the    11:09

12  acts constituting that particular count or did not    11:09

13  have actual knowledge of it.    11:10

14      And the reason for this rule is simply that a    11:10

15  coconspirator who commits a crime pursuant to a    11:10

16  conspiracy is deemed to be acting on behalf of all    11:10

17  other -- of the other conspirators and, therefore,    11:10

18  all the coconspirators must bear criminal    11:10

19  responsibility for the commission of the crimes    11:10

20  committed by its members.    11:10

21      However, if you are not satisfied as to the    11:10

22  existence of any of these six elements as to any    11:10

23  particular count among Counts Two through Seven, then    11:10

24  you may not find the defendant guilty of that count    11:10

25  using this alternative method unless the government    11:10

1  proves beyond a reasonable doubt that the defendant                11:10

2  personally committed or aided and abetted the                      11:10

3  commission of that crime.                                          11:10

4      Now we're going to move to Count Eight which                   11:10

5  charges Mr. Hoskins with conspiring to launder money               11:11

6  but not with the separate underlying crime of money                11:11

7  laundering.  Count Eight of the indictment reads in                11:11

8  pertinent part, "From in or around 2002, and                       11:11

9  continuing through in or around 2009, in the District              11:11

10  of Connecticut and elsewhere, Hoskins did willfully               11:11

11  that is, with the intent to further the objects of                11:11

12  the conspiracy and knowingly combine, conspire,                   11:11

13  confederate and agree with Alstom, Alstom Power U.S.,             11:11

14  Alstom Prom, Alstom Indonesia, Pierucci, Pomponi,                 11:11

15  Rothschild, Alstom Indonesia Employee 1 Moenaf,                   11:11

16  Alstom Indonesia Employee B Sulianto, Marubeni,                   11:12

17  Marubeni Employee A Kusunoki, Consultant A Sharafi,              11:12

18  Consultant B Aulia, and others known and unknown to               11:12

19  the grand jury to commit offenses under Title 18                  11:12

20  United States Code Sections 1956 and 1957."                       11:12

21      The manner in and means by which Hoskins and                  11:12

22  his coconspirators sought to accomplish the purpose               11:12

23  of the conspiracy included, among other things, the               11:12

24  following:  Hoskins, while located in the District of             11:12

25  Connecticut and elsewhere, together with others,                  11:12

1  discussed in person, via telephone and via e-mail the          11:12

2  instructions for sending money to Consultant A's,              11:12

3  Sharafi's, bank account in Maryland.                           11:13

4         Hoskins, while located in the District of               11:13

5  Connecticut and elsewhere, together with others,               11:13

6  directed the wire transfer of, and caused to be                11:13

7  wired, from Alstom Power U.S.'s and Marubeni's bank            11:13

8  accounts in New York to Consultant A, Sharafi, his            11:13

9  bank account in Maryland for the purpose of                    11:13

10  concealing and disguising the bribe payments to               11:13

11  Official 1 and that's Emir Moeis.                              11:13

12         Consultant A, Sharafi, took a portion of the           11:13

13  money paid to Consultant A's bank account, Sharafi's,         11:13

14  in Maryland and engaged in monetary transactions              11:13

15  designed to conceal the source of the moneys and the          11:13

16  fact that they were bribes to Official 1, Moeis.              11:13

17         Consultant A, Sharafi, took a portion of the           11:14

18  money paid to Consultant A's bank account, Sharafi's,         11:14

19  in Maryland and engaged in monetary transfers                 11:14

20  designed to promote the payment of bribes through             11:14

21  international monetary transfers for the benefit of           11:14

22  Official 1, Moeis.                                             11:14

23         Consultant A, Sharafi, took a portion of the           11:14

24  moneys paid to Consultant A, Sharafi, his bank               11:14

25  account in Maryland, and engaged in monetary                  11:14

1  transactions of value greater than $10,000 using    11:14

2  criminally-derived property.    11:14

3       Hoskins, while located in the District of    11:14

4  Connecticut and elsewhere, together with others,    11:14

5  directed the wire transfer of and caused to be wired    11:14

6  money from Alstom Prom's and Marubeni's bank accounts    11:14

7  to Consultant B, Aulia's, bank account for the    11:14

8  purpose of concealing and disguising the bribe    11:15

9  payments to foreign officials at PLN, including    11:15

10  Official 2, Eddie Widiono, and Official 3, Bambang    11:15

11  Tetuko, among others.    11:15

12       All in violation of Title 18, United States    11:15

13  Code Section 1956(h).    11:15

14       That statute provides, "Any person who    11:15

15  conspires to commit any offense defined in 1956 or    11:15

16  1957, those sections, shall be subject to the same    11:15

17  penalties as those prescribed for the offense of the    11:15

18  commission of which was the object of the    11:16

19  conspiracy."    11:16

20       In order for you to find the defendant guilty    11:16

21  of the money laundering conspiracy charged in Count    11:16

22  Eight, the government must prove beyond a reasonable    11:16

23  doubt both of the following two elements:  Two or    11:16

24  more persons entered into the unlawful agreement    11:16

25  charged in Count Eight of the indictment; and, two,    11:16

1  that Mr. Hoskins knowingly and willfully became a                11:16

2  member of that conspiracy.                                       11:16

3         With respect to the money laundering                      11:16

4  conspiracy charged in Count Eight, you need not find             11:16

5  that an overt act was committed in furtherance of the            11:16

6  conspiracy, and unlike the conspiracy -- unlike the              11:16

7  conspiracy charged in Count One.  Unlike in Counts               11:16

8  One through Seven, the government need not prove that             11:16

9  the agent -- that the defendant was an agent of a                11:17

10 domestic concern.                                                11:17

11        Element one that the government must prove is              11:17

12 that two or more persons entered the unlawful                    11:17

13 agreement charged in Count Eight of the indictment,              11:17

14 and the instructions I gave you regarding the                    11:17

15 existence of an unlawful agreement as to Count One                11:17

16 apply equally here, and you should refer to them on              11:17

17 pages 10 and 11.                                                 11:17

18        The Count Eight charges two objects of the                11:17

19 conspiracy to launder money.  The object of a                    11:17

20 conspiracy is the unlawful goal that the                         11:17

21 coconspirators agree to achieve.  In order for you to            11:17

22 find the defendant guilty of the money laundering                11:17

23 conspiracy charged in Count Eight, the government                11:17

24 must prove that at least one of these two objectives             11:17

25 was the object of the money laundering conspiracy.               11:18

1    On the other hand, the government need not prove both    11:18

2    objectives of the conspiracy for you to find the    11:18

3    defendant guilty on this conspiracy count.  It's    11:18

4    sufficient if you unanimously find beyond a    11:18

5    reasonable doubt that the government has proved one    11:18

6    of these objectives.  You must agree on the specific    11:18

7    objective or objectives that the defendant agreed to    11:18

8    try to accomplish.  If you cannot unanimously agree    11:18

9    that at least one of these objectives of the    11:18

10   conspiracy has been proved, then you must find the    11:18

11   defendant not guilty on Count Eight.    11:18

12           The first object of the conspiracy that's    11:18

13   alleged in Count Eight is violation of 18 United    11:18

14   States Code 1956(a)(2)(A) which says, "To knowingly    11:19

15   transport, transmit and transfer money, monetary    11:19

16   instruments and funds from a place in the United    11:19

17   States to a place outside the United States, with the    11:19

18   intent to promote the carrying on of a specified    11:19

19   unlawful activity; namely, bribery of a foreign    11:19

20   official, a felony violation of the FCPA, Title 15,    11:19

21   U.S. Code Section 77dd-2 in violation of Title 18,    11:19

22   United States Code Section 1956(a)(2)(A).    11:19

23           In other words, Count Eight alleges that    11:19

24   violation of Section 1956(a)(2)(A) is one of the    11:20

25   unlawful goals that the coconspirators agreed to    11:20

1    achieve.                                                              11:20

2         The elements of a violation of 1956(a)(2)(A)                    11:20

3    are set out at pages 36 to 38.  These elements may                  11:20

4    aid you in your determination of whether the                        11:20

5    government has sustained its burden of proof with                   11:20

6    respect to Count Eight.  The government doesn't have                11:20

7    to prove that each of these elements occurred in                    11:20

8    order to prove this object of the conspiracy.                       11:20

9    Rather, you need to determine if the government has                 11:20

10   proven that the commission of this offense was an                   11:20

11   object or a goal of the conspiracy that's alleged in               11:20

12   Count Eight.                                                         11:20

13        And the second object of the conspiracy                        11:20

14   that's alleged is violation of 18 United States Code               11:20

15   1957 which says, "To engage in a monetary transaction              11:21

16   by, through and to a financial institute, in and                    11:21

17   affecting interstate and international commerce, in                 11:21

18   criminally-derived property that was of a value                     11:21

19   greater than $10,000, that is, the deposit,                         11:21

20   withdrawal, transfer and exchange of U.S. currency,                 11:21

21   funds and monetary instruments, such property having               11:21

22   been derived from a specific unlawful activity,                     11:21

23   namely, bribery of a foreign official, a felony                     11:21

24   violation of the FCPA at Title 15 of the United                     11:21

25   States Code, Section 78dd-2, and in violation of                    11:22

1    Title 18, United States Code, Section 1958.    11:22

2         In other words, Count Eight alleges that    11:22

3    violation of Section 1957 is one of the unlawful    11:22

4    goals that the coconspirators agreed to achieve.    11:22

5         I earlier said 1958 and I mean 1957.    11:22

6         Violation of United States Code 1957 includes    11:22

7    five elements.  I will describe the elements here to    11:22

8    aid you in your determination of whether the    11:22

9    government has sustained its burden of proof with    11:22

10   respect to Count Eight.  The elements of violating    11:22

11   Section 1957 include:    11:22

12        First, that the defendant engaged or    11:22

13   attempted to engage in a monetary transaction in or    11:23

14   affecting interstate commerce.    11:23

15        Two, that the monetary transaction involved    11:23

16   criminally-derived property of a value greater than    11:23

17   $10,000.    11:23

18        Three, that the property was derived from    11:23

19   specified unlawful activity here, a violation of the    11:23

20   Foreign Corrupt Practices Act.    11:23

21        Four, that the defendant acted knowingly,    11:23

22   that is with knowledge that the transaction involved    11:23

23   proceedings of a criminal offense.    11:23

24        And, five, that the transaction took place in    11:23

25   the United States.    11:23

1    And that's the five elements.

2    The term "monetary transaction" means the

3    deposit, withdrawal, transfer or exchange in or

4    affecting interstate or foreign commerce of funds or

5    a monetary instrument by, through or to a financial

6    institution.

7    The term "interstate" or "foreign commerce"

8    means commerce between any combination of states,

9    territories or possessions of the United States, or

10   between the United States and a foreign country.

11   The term "criminally-derived property" means

12   any property constituting or derived from, proceeds

13   obtained from a criminal offense.  The term

14   "proceeds" means any property, or any interest in

15   property, that someone acquires or retains as profits

16   resulting from the commission of the specified

17   unlawful activity.

18   Again, the government does not need to prove

19   that each of these elements occurred in order to

20   prove this object of the conspiracy.  Rather, you

21   need to determine if the government has proven that

22   commission of this offense was an object or goal of

23   the conspiracy alleged in Count Eight.

24   The second element the government must prove

25   under Count Eight is membership in the conspiracy,

11:23
11:23
11:23
11:23
11:23
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:24
11:25
11:25
11:25
11:25
11:25

1  that is the defendant knowingly and willfully became    11:25

2  a member of the conspiracy charged in Count Eight.    11:25

3      My earlier explanations to you of what is    11:25

4  meant by "knowingly" and "willfully" apply equally    11:25

5  here and you will find them back at pages 11 through    11:25

6  13.  But I'm not going to repeat them again here.    11:25

7      If you find that the object of the conspiracy    11:25

8  charged in Count Eight was to violate Section    11:25

9  1956(a)(2)(A), then the government must prove that    11:26

10  the defendant intended to achieve that object and    11:26

11  with the intent to promote the carrying on of    11:26

12  specified unlawful activity, that is, violation of    11:26

13  the Foreign Corrupt Practices Act.  If you do not    11:26

14  find that the government has proved that the    11:26

15  defendant acted with such intent, then you may not    11:26

16  find him guilty of Count Eight with respect to the    11:26

17  first object of the conspiracy, the violation of    11:26

18  1956(a)(2)(A).    11:26

19      If you find that the object of the conspiracy    11:26

20  alleged in Count Eight was to violate 1957, then the    11:26

21  government must prove that the defendant intended to    11:26

22  achieve that object and knew that the transaction    11:26

23  involved funds derived from unlawful activity.  The    11:27

24  government need not prove that the defendant knew the    11:27

25  specific crime from which those funds were derived.    11:27

1    If you do not find that the government has proved    11:27
2    that the defendant had such knowledge, then you may    11:27
3    not find him guilty of Count Eight with respect to    11:27
4    the second object of the conspiracy, the violation of    11:27
5    1957.    11:27
6    Mr. Hoskins has also asserted the defense of    11:27
7    withdrawal to the charges in Count Eight.  I    11:27
8    instructed you as to the requirements of a withdrawal    11:27
9    defense and I refer them to you at instruction pages    11:27
10   17 to 19 to be applied to this count as well.    11:27
11   The defense of withdrawal prior to the    11:27
12   statute of limitations period is a defense to the    11:28
13   conspiracy charged in Count Eight.  If you find    11:28
14   Mr. Hoskins has proven by a preponderance of the    11:28
15   evidence that he withdrew from the charged conspiracy    11:28
16   before September 22, 2005, then you must acquit him    11:28
17   of the charge in Count Eight.    11:28
18   Now we go to Counts Nine through Twelve which    11:28
19   are the substantive money laundering counts.  They    11:28
20   charge Mr. Hoskins with unlawfully transporting or    11:28
21   attempting to transport funds or monetary instruments    11:28
22   from the United States to a place outside the United    11:28
23   States.  Counts Nine through Twelve charge the same    11:28
24   crime, but each is as to a different alleged    11:28
25   transportation of a monetary instrument or funds.    11:28

| | |
|---|---|
| 1 | Again, you must consider each count separately.  I | 11:29 |
| 2 | will read Counts Nine through Twelve of the | 11:29 |
| 3 | indictment. | 11:29 |
| 4 | "On or about the dates set forth in the | 11:29 |
| 5 | District of Connecticut and elsewhere, Hoskins did | 11:29 |
| 6 | knowingly transport, transmit and transfer and aid, | 11:29 |
| 7 | abet and cause others to transport, transmit and | 11:29 |
| 8 | transfer, and attempt to transport, transmit and | 11:29 |
| 9 | transfer the following monetary instruments and funds | 11:29 |
| 10 | from a place in the United States, namely Maryland, | 11:29 |
| 11 | to a place outside the United States, namely | 11:29 |
| 12 | Indonesia, intending that each of the transactions, | 11:29 |
| 13 | in whole and in part, promoting the carrying out of | 11:29 |
| 14 | the specified unlawful activity, that is a felony | 11:29 |
| 15 | violation of the Foreign Corrupt Practices Act, | 11:29 |
| 16 | Section 77dd-2 as follows: | 11:30 |
| 17 | Count Nine, December 14, 2005, wire transfer | 11:30 |
| 18 | in the amount of $100,000 from Consultant A's, | 11:30 |
| 19 | Sharafi's, bank account in Maryland to a bank account | 11:30 |
| 20 | in Indonesia for the purpose of paying Official 1, | 11:30 |
| 21 | Moeis, to promote the carrying on of the bribery | 11:30 |
| 22 | scheme. | 11:30 |
| 23 | Count Ten, March 1, 2006, wire transfer in | 11:30 |
| 24 | the amount of $100,000 from Consultant A's, | 11:30 |
| 25 | Sharafi's, bank account in Maryland to a bank account | 11:30 |

1    in Indonesia for the purpose of paying Official 1,          11:30

2    Moeis, to promote the carrying on of the bribery            11:30

3    scheme.                                                     11:31

4         Count Eleven, August 8, 2006, wire transfer           11:31

5    in the amount of $80,000 from Consultant A's,               11:31

6    Sharafi's, bank account in Maryland to a bank account       11:31

7    in Indonesia for the purpose of paying Official 1,          11:31

8    Moeis, to promote the carrying on of the bribery            11:31

9    scheme.                                                     11:31

10        And Count Twelve, March 9, 2007, the wire              11:31

11   transfer in the amount of $80,000 from Consultant           11:31

12   A's, Sharafi's, bank account in Maryland to a bank          11:31

13   account in Indonesia for the purpose of paying              11:31

14   Official 1, Moeis, to promote the carrying on of the        11:31

15   bribery scheme, all in violation of 56(a)(2)(A) and         11:31

16   2."                                                         11:31

17        1956(a)(2)(A) provides, "Whoever transports,           11:32

18   transmits or transfers or attempts to transport,            11:32

19   transmit or transfer a monetary instrument or funds         11:32

20   from a place in the United States to or through a           11:32

21   place outside the United States or to a place in the        11:32

22   United States from or through a place outside the           11:32

23   United States with the intent to promote the carrying       11:32

24   out of unlawful -- of specified unlawful activity is        11:32

25   guilty of a crime."                                         11:32

1           The elements of money laundering which the

2    government must prove is proving the crime of

3    unlawful transportation of funds or monetary

4    instruments with the intent to promote the carrying

5    on of specified unlawful activity in violation of

6    Section 1956(a)(2)(A), the government must establish

7    beyond a reasonable doubt each of these following

8    elements:

9           One, the defendant transported or attempted

10   to transport a monetary instrument or funds from a

11   place in the United States to or through a place

12   outside the United States; and, two, the defendant

13   did so with the intent to promote the carrying on of

14   specified unlawful activity, here violations of the

15   Foreign Corrupt Practices Act.

16          Unlike in Counts One through Seven, the

17   government does not have to prove that the defendant

18   was an agent of a domestic concern.

19          Element One that the government must prove

20   beyond a reasonable doubt is that the defendant

21   transported or attempted to transport a monetary

22   instrument or funds from a place in the United States

23   to or through a place outside the United States.

24          The term "monetary instrument" means coin or

25   currency of the United States or of any other

1    country, traveler's checks, personal checks, bank          11:34

2    checks, money orders, investment securities in bearer      11:34

3    form or otherwise in such form that title thereto          11:34

4    passes upon delivery and negotiable instruments in         11:34

5    bearer form or otherwise in such form that title           11:34

6    thereto passes upon delivery.                              11:34

7         The term "funds" refers to money or                   11:34

8    negotiable paper that can be converted into currency.      11:35

9         "Transportation" is not a word that requires          11:35

10   a definition.  It's a word that has ordinary everyday      11:35

11   meaning.  The government need not prove that the           11:35

12   defendant physically carried the funds or monetary         11:35

13   instrument in order to prove that he is responsible        11:35

14   for transporting it.  All that is required is that         11:35

15   the defendant caused the funds or monetary instrument      11:35

16   to be transported.                                         11:35

17        To satisfy this element, the government must          11:35

18   also prove that the funds or monetary instruments          11:35

19   were transported from somewhere in the United States       11:35

20   to or through someplace outside the United States.         11:35

21        The second element that the government must           11:35

22   prove is that the defendant acted with intent to           11:35

23   promote the carrying on of specified unlawful              11:35

24   activity, namely, violating the Foreign Corrupt            11:36

25   Practices Act.                                             11:36

1    To act intentionally means to act

2  deliberately and purposefully, not by mistake or

3  accident with the purpose of promoting, facilitating

4  or assisting the carrying on of violations of the

5  Foreign Corrupt Practices Act.  If you find that the

6  defendant acted with the intention or deliberate

7  purpose of promoting, facilitating or assisting in

8  the carrying on of violating of the Foreign Corrupt

9  Practices Act, then the second element is satisfied.

10    In addition to those two elements, you must

11  also decide whether the offenses charged in Counts

12  Nine through Twelve occurred, in whole or in part,

13  within the District of Connecticut, referred to as

14  the venue.  You are instructed that the District of

15  Connecticut consists of the entire state of

16  Connecticut.

17    Specifically as to each of Counts Nine

18  through Twelve, the government must prove that the

19  monetary transaction charged in that count was

20  conducted at least in part in the District of

21  Connecticut.  The term "conducts" includes

22  initiating, concluding or participating in initiating

23  or concluding a transaction.  If you find that a

24  transfer occurred in multiple stages and you find

25  that each stage was an integral part of a single plan

11:36
11:36
11:36
11:36
11:36
11:36
11:36
11:36
11:36
11:36
11:36
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37
11:37

1    to transfer funds, then you should consider any such          11:37

2    transfers to be one single transaction for purposes          11:38

3    of determining whether the government has proved the          11:38

4    venue requirement.                                            11:38

5         As to the venue requirement and the venue               11:38

6    requirement only, the government need not prove venue         11:38

7    beyond a reasonable doubt, only by a preponderance of         11:38

8    the evidence.  In other words, the government must            11:38

9    prove that it is more likely than not that the venue          11:38

10   requirement is met and you must consider venue                11:38

11   separately as to Counts Nine through Twelve.                  11:38

12        If you find the government failed to prove               11:38

13   the venue requirement as to any of those counts, then         11:38

14   you must find the defendant not guilty of that                11:38

15   particular count because he has a right to be tried           11:38

16   only in the district where venue is proper.                   11:38

17        Now, there's another method by which you may             11:38

18   evaluate the possible guilt of Mr. Hoskins for Counts         11:39

19   Nine through Twelve even if you do not find that the          11:39

20   government has satisfied its burden of proof with             11:39

21   respect to each element of that particular count,             11:39

22   considering each count separately.  If following my          11:39

23   instructions you find beyond a reasonable doubt that          11:39

24   the defendant was a member of the conspiracy charged          11:39

25   in Count Eight of the indictment and that he did not          11:39

1  prove that he withdrew from the conspiracy by a          11:39
2  preponderance of the evidence and thus you find the      11:39
3  defendant is guilty on the conspiracy count, then you    11:39
4  may also, but you are not required, to find him          11:39
5  guilty of the money laundering charged in Counts Nine    11:39
6  through Twelve provided you find beyond a reasonable     11:39
7  doubt each of the following elements:                    11:39
8        The crime charged in Count Nine, Ten, Eleven       11:40
9  or Twelve was committed.                                 11:40
10        Two, the person or persons you find actually      11:40
11 committed the crime were members of the conspiracy       11:40
12 you found to have existed.                               11:40
13        Three, the substantive crime was committed        11:40
14 pursuant to the common plan and understanding that       11:40
15 you found to exist among the coconspirators.             11:40
16        Four, the defendant was a member of that          11:40
17 conspiracy at the time the substantive crime was         11:40
18 committed.                                               11:40
19        And, five, the defendant could reasonably         11:40
20 have foreseen that the substantive crime would have      11:40
21 been committed by his coconspirators.                    11:40
22        If you find all five of these elements to be      11:40
23 proved beyond a reasonable doubt as to any of Counts     11:40
24 Two -- that should be Nine through Twelve.  Right?       11:41
25 I'll substitute that page in your books.                 11:41

1    -- then you may find the defendant guilty of    11:41

2    the money laundering charged in that count even    11:41

3    though he did not personally participate in the acts    11:41

4    constituting that particular count or did not have    11:41

5    actual knowledge of it.  The reason for this rule is    11:41

6    simply that a coconspirator who commits a crime    11:41

7    pursuant to a conspiracy is deemed to be acting on    11:42

8    behalf of the other conspirators.  And, therefore,    11:42

9    all the coconspirators must bear criminal    11:42

10   responsibility for the commission of the crimes    11:42

11   committed by the members.    11:42

12        If, however, you are not satisfied as to the    11:42

13   existence of any of these five elements on any    11:42

14   particular count among Counts Nine through Twelve,    11:42

15   then you may not find the defendant guilty of that    11:42

16   count using this alternative method unless the    11:42

17   government proves beyond a reasonable doubt that the    11:42

18   defendant personally committed or aided and abetted    11:42

19   the commission of that crime.    11:42

20        Earlier I mentioned that in Counts Two    11:43

21   through Seven and Nine through Twelve, the defendant    11:43

22   is charged not only as a principal who committed the    11:43

23   crime but alternatively with having aided or    11:43

24   abetting, abetted the violations of the Foreign    11:43

25   Corrupt Practices Act alleged in Counts Two through    11:43

1 Seven and the money laundering charged in Counts Nine

2 through Twelve.

3       The aiding and abetting statute, Section 2 of

4 Title 18 of the U.S. Code, provides in relevant part,

5 "Whoever commits an offense against the United States

6 or aids or abets or counsels, commands, induces or

7 procures its commission, is punishable as a

8 principal."

9       Under the aiding and abetting statute, it's

10 not necessary for the government to show that the

11 defendant himself physically committed the crime with

12 which he is charged in order for the government to

13 sustain its burden.  A person who aids or abets

14 another to commit an offense is just as guilty of

15 that offense as if he committed it himself.

16       Accordingly, you may find the defendant

17 guilty of the offense charged if you find beyond a

18 reasonable doubt that the government has proved that

19 another person actually committed the offense with

20 which the defendant is charged and the defendant

21 aided or abetted that person in the commission of the

22 offense.

23       As to the offenses charged in Counts Two

24 through Seven which charge the defendant with

25 violation of the Foreign Corrupt Practices Act, you

11:43
11:43
11:43
11:43
11:43
11:43
11:43
11:43
11:43
11:43
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44
11:44

1    may not find the defendant guilty under the aiding                    11:45

2    and abetting theory of liability unless you also find                 11:45

3    that the government has proved beyond a reasonable                    11:45

4    doubt that Mr. Hoskins was an agent of a domestic                     11:45

5    concern.  And I previously gave you instruction as to                 11:45

6    the meaning of those terms at 13 to 14.  As to Counts                 11:45

7    Nine through Twelve, the government need not prove                     11:45

8    that the defendant was an agent of a domestic                         11:45

9    concern.                                                              11:45

10        As you can see, the first requirement is that                    11:45

11   you find that another person has committed the crime                  11:45

12   charged.  Obviously, no one can be convicted of                       11:45

13   aiding or abetting the criminal acts of another if no                 11:45

14   crime was committed by the other person in the first                  11:45

15   place.  But if you do find that the crime was                         11:45

16   committed, then you must consider whether the                         11:46

17   defendant aided or abetted the commission of that                     11:46

18   crime.                                                                11:46

19        In order to aid or abet another to commit a                      11:46

20   crime, it's necessary that the defendant knowingly                    11:46

21   associate himself in some way with the crime and that                 11:46

22   he participate in the crime by doing some act to make                 11:46

23   the crime succeed.                                                    11:46

24        To establish that the defendant knowingly                        11:46

25   associated himself with the crime, the government                     11:46

1    must establish that the defendant had the mental    11:46

2    state required for each underlying event.  In other    11:46

3    words, as to Counts Two through Seven, the government    11:46

4    must prove that the defendant acted corruptly and    11:46

5    willfully as those terms are defined on page 23.  As    11:46

6    to Counts Nine through Twelve, the government must    11:46

7    prove that the defendant acted with intent to promote    11:46

8    the carrying on of specified unlawful activity,    11:47

9    namely, violating the Foreign Corrupt Practices Act,    11:47

10   and that's explained on page 38.    11:47

11       To establish that the defendant participated    11:47

12   in the commission of a crime, the government must    11:47

13   prove that the defendant engaged in some affirmative    11:47

14   conduct or overt act for the specific purpose of    11:47

15   bringing about that crime.    11:47

16       Participation in a crime is willful if it's    11:47

17   done voluntarily and intentionally and with the    11:47

18   specific intent to do something which the law forbids    11:47

19   or with the specific intent to fail to do something    11:47

20   the law requires to be done; that is to say, with bad    11:47

21   purpose either to disobey or disregard the law.    11:47

22       The mere presence of a defendant where a    11:48

23   crime is being committed, even coupled with knowledge    11:48

24   by the defendant that a crime is being committed, or    11:48

25   merely associated with others who were committing a    11:48

1    crime is not sufficient to establish aiding and                    11:48

2    abetting.  One who has no knowledge that a crime is                11:48

3    being committed or is about to be committed but                    11:48

4    inadvertently does something that aids in the                      11:48

5    commission of that crime is not an aider or abettor.               11:48

6    An aider or abettor must know that the crime is being              11:48

7    committed and act in a way that is intended to bring               11:48

8    about the success of the criminal venture.                         11:48

9           To determine whether a defendant aided or                   11:48

10   abetted the commission of the crime with which he is               11:48

11   charged, ask yourself these questions separately as                11:48

12   to each Counts Two through Seven and Nine through                   11:49

13   Twelve:  Did the defendant participate in the crime                11:49

14   charged as something he wished to bring about?  Did                11:49

15   he knowingly associate himself with the criminal                   11:49

16   venture?  Did he seek by his actions to make the                   11:49

17   criminal venture succeed?  If he did, then the                     11:49

18   defendant is an aider and abettor and therefore                    11:49

19   guilty of the offense.  If, on the other hand, you                 11:49

20   answer to any of these questions no, then the                      11:49

21   defendant is not an aider and abettor and you must                 11:49

22   not find him guilty on that particular count through               11:49

23   the aiding and abetting theory of liability.                       11:49

24          Now, the government is required to prove                    11:49

25   beyond a reasonable doubt for each of the counts                   11:50

| | | |
|---|---|---|
| 1 | charged in the indictment a particular mental state | 11:50 |
| 2 | as I discussed previously in describing the elements | 11:50 |
| 3 | of those charges.  In various counts, the government | 11:50 |
| 4 | must prove Mr. Hoskins acted either willfully, | 11:50 |
| 5 | corruptly, knowingly or intentionally, or with some | 11:50 |
| 6 | combination of those mental states.  If you find | 11:50 |
| 7 | Mr. Hoskins acted in good faith, that would be a | 11:50 |
| 8 | complete defense to these charges because good faith | 11:50 |
| 9 | on the part of Mr. Hoskins would be inconsistent with | 11:50 |
| 10 | his acting willfully, knowingly, corruptly or | 11:50 |
| 11 | intentionally to commit the charged offenses. | 11:50 |
| 12 | A person acts in good faith when he or she | 11:50 |
| 13 | has an honestly-held belief, opinion or | 11:50 |
| 14 | understanding, for example, that his or her conduct | 11:51 |
| 15 | is legal, if willfulness is required or in the | 11:51 |
| 16 | existence of a particular fact, if knowledge is | 11:51 |
| 17 | required, even if the belief, opinion or | 11:51 |
| 18 | understanding turns out to be inaccurate or | 11:51 |
| 19 | incorrect.  Thus, in this case, if Mr. Hoskins made | 11:51 |
| 20 | an honest mistake or had an honest misunderstanding | 11:51 |
| 21 | about his actions, then he did not act willfully, | 11:51 |
| 22 | corruptly, knowingly or intentionally. | 11:51 |
| 23 | Mr. Hoskins does not have the burden of | 11:51 |
| 24 | proving his good faith.  Good faith is a defense | 11:51 |
| 25 | because it's inconsistent with the other -- with the | 11:51 |

1    elements of the offenses charged.  And as I have told    11:51

2    you, it's the government's burden to prove beyond a    11:51

3    reasonable doubt each element of the offenses,    11:51

4    including the mental state element.    11:51

5        In deciding whether the government has proved    11:51

6    the offenses alleged in this indictment, including    11:52

7    whether Mr. Hoskins acted willfully, corruptly,    11:52

8    knowingly or intentionally, or instead whether he    11:52

9    acted in good faith, you should consider all the    11:52

10   evidence presented in the case that may bear on    11:52

11   Mr. Hoskins' state of mind.    11:52

12       If you find from the evidence that    11:52

13   Mr. Hoskins acted in good faith as to a particular    11:52

14   charged count which requires a willful, corrupt,    11:52

15   knowing or intentional mental state, then you must    11:52

16   find him not guilty on that count.    11:52

17       Now, I've used the terms "knowing" or    11:52

18   "knowingly" to describe the required mental state    11:52

19   that the defendant must have possessed in order to be    11:52

20   found guilty of certain crimes.  In determining    11:52

21   whether the defendant acted knowingly, you may    11:52

22   consider whether the defendant deliberately closed    11:53

23   his eyes to what would otherwise have been obvious to    11:53

24   him.  If you find beyond a reasonable doubt that the    11:53

25   defendant acted or that the defendant's ignorance was    11:53

1    solely and entirely the result of a conscious purpose    11:53

2    to avoid learning the truth, then this element may be    11:53

3    satisfied.  However, guilty knowledge may not be    11:53

4    established by demonstrating that the defendant was    11:53

5    merely negligent, foolish or mistaken.    11:53

6         If you find that the defendant was aware of a    11:53

7    high probability of the existence of the true facts    11:53

8    and the defendant acted with deliberate disregard of    11:53

9    those facts, you may find the defendant acted    11:53

10   knowingly.  However, if you find that the defendant    11:53

11   actually believed that those facts were not true,    11:54

12   then he did not act knowingly and you must find him    11:54

13   not guilty of that particular count.    11:54

14        It is entirely up to you whether you find the    11:54

15   defendant deliberately closed his eyes and any    11:54

16   inferences to be drawn from the evidence on this    11:54

17   issue.    11:54

18        The indictment alleges that the crimes    11:54

19   charged in Counts One through Eight occurred from in    11:54

20   and around 2002 through in or around 2009, that the    11:54

21   crimes charged in Counts Two through Seven occurred    11:54

22   on specific dates in 2005, 2006, 2007 and 2009, and    11:54

23   that the crimes charged in Counts Nine through Twelve    11:54

24   occurred on specific dates in 2005, 2006 and 2007.    11:54

25   The government is not required to prove that the    11:55

1    crime charged in each count was committed or began    11:55

2    and ended on the exact dates alleged, so long as the    11:55

3    government proves beyond a reasonable doubt that the    11:55

4    crime was committed, or begun and ended, on a date    11:55

5    reasonably near the one charged.    11:55

6        That completes my instructions on the    11:55

7    substantive law you are to apply.  If you would like    11:55

8    to stand up and stretch or leave for two seconds, we    11:55

9    will continue with guidelines for your deliberation    11:55

10    when you come back.    11:55

11        Are you all refreshed and restored?  All    11:56

12    right.    11:56

13        You are to perform the duty of finding the    11:56

14    facts without bias or prejudice as to either party    11:56

15    and with the attitude of complete fairness and    11:56

16    impartiality.    11:56

17        The fact that the prosecution has brought in    11:56

18    the name of the United States of America entitles the    11:56

19    government to no greater or lesser consideration than    11:56

20    that accorded to the defendant.  All parties, whether    11:56

21    the government or the individuals, stand equal before    11:56

22    the law and are to be dealt with as equals in a court    11:57

23    of justice.  However, it is the government that bears    11:57

24    the burden of proving Mr. Hoskins guilty beyond a    11:57

25    reasonable doubt, and Mr. Hoskins has no burden to    11:57

1  prove his innocence.  Separately, I remind you that    11:57

2  the defendant has the burden of persuasion of his    11:57

3  defense by withdrawal of the preponderance of the    11:57

4  evidence.    11:57

5      The issue of possible punishment of the    11:57

6  defendant must not in any sense enter into or    11:57

7  influence your deliberations.  The duty of imposing a    11:57

8  sentence rests exclusively upon the Court and your    11:57

9  function is to weigh the evidence in the case and to    11:57

10  determine whether or not the government has proved    11:57

11  beyond a reasonable doubt the defendant is guilty of    11:57

12  the crimes charged solely upon the basis of such    11:57

13  evidence.  Under your oath as jurors, you cannot    11:58

14  allow the consideration of potential punishment to be    11:58

15  imposed on the defendant, if he is convicted, to    11:58

16  influence your verdict in any way or in any sense    11:58

17  enter into your deliberations.    11:58

18      The crucial and central question that you    11:58

19  must ask yourself as you sift through the evidence is    11:58

20  has the government proved the guilt of Lawrence    11:58

21  Hoskins beyond a reasonable doubt?  It is for you    11:58

22  alone to decide whether the government has met its    11:58

23  burden of proof on each of the crimes charged based    11:58

24  only on the evidence introduced and subject to the    11:58

25  law as I am charging you in these instructions.  You    11:58

must not let fear, prejudice, bias or sympathy sway
you or interfere with your thinking, otherwise there
is a risk that you will not arrive at a true and just
verdict.

Our system of justice depends on you as
jurors making careful and fair decisions.  As you
learned in the video you saw during your jury
orientation, scientists have found that our first
responses are often like reflexes and are often based
on stereotypes or biases.  And even though these
quick responses may not be what we're consciously
thinking, and in fact we may be unaware of these
unconscious responses, they can influence our
thoughts, how we remember, what we see and hear, whom
we believe or disbelieve and how we make important
decisions.  As jurors, you are being asked to make
very important decisions in this case and you mustn't
let bias, prejudice or public opinion influence your
decision.  You must not be biased in favor or against
any party or witness because of his or her
disability, gender, race, religion, ethnicity, sexual
orientation, age, national origin or socioeconomic
status.

There are some ways for us to be more careful
in our thinking which I ask you to use as you

1    consider the evidence in this case.  Take the time      12:00

2    you need to test what might be a reflexive or            12:00

3    unconscious response and to reflect carefully and        12:00

4    conscientiously about the evidence.  Focus on            12:00

5    individual facts.  Do not jump to conclusions that       12:00

6    may have been influenced by unintended stereotypes or    12:00

7    associations.  Ask yourself if your opinion of the       12:00

8    witnesses or of the case would be different if the       12:00

9    people participating looked different or belonged to     12:00

10   a different group, and listen to and consider the        12:00

11   opinions of the other jurors who may have different      12:00

12   backgrounds and perspective from yours.                  12:01

13        It's also important for you not to allow            12:01

14   feelings that you might have about the nature of the     12:01

15   crimes charged to interfere with your decision-making    12:01

16   process.  Your verdict must be based exclusively upon    12:01

17   the evidence or the lack of evidence in the case.        12:01

18        In these instructions, and perhaps in the          12:01

19   coming closing arguments, you will be asked to infer,    12:01

20   on the basis of your reason, experience and common       12:01

21   sense, from one or more established facts the            12:01

22   existence of some other fact.                            12:01

23        And there are times when different inferences       12:01

24   may be drawn from the same facts.  The government        12:01

25   will ask you to draw one set of inferences while the     12:01

1  defense will ask you to draw another.  And it is for    12:01

2  you and you alone to decide what inferences, if any,    12:01

3  you will draw.    12:01

4        This process of drawing inferences from facts    12:01

5  in evidence is not a matter of guesswork or    12:02

6  speculation.  It is a reasoned, logical decision to    12:02

7  conclude that a disputed fact exists on the basis of    12:02

8  another fact which you know exists.  An inference is    12:02

9  a deduction or a conclusion that you the jury are    12:02

10  permitted to draw, but not required to draw, from the    12:02

11  facts that have been established by either direct or    12:02

12  circumstantial evidence.  In drawing inferences, you    12:02

13  should exercise your common sense and you may draw    12:02

14  such reasonable inferences from the facts as you find    12:02

15  to be justified in light of your experience.    12:02

16  Whatever inferences you may draw, however, must, when    12:02

17  taken together with all of the evidence in the case,    12:02

18  meet the standard of beyond a reasonable doubt as to    12:02

19  each element of the crimes charged.    12:02

20        So the evidence that you will use to decide    12:02

21  what the facts are comes in three forms:  The sworn    12:03

22  testimony of witnesses both on direct and    12:03

23  cross-examination, the exhibits that have been    12:03

24  received in evidence, and the stipulations that have    12:03

25  been entered into by the parties.    12:03

1       If evidence was received only for a limited                 12:03
2   purpose, you must consider only such evidence only              12:03
3   for the limited purpose I instructed you on when it             12:03
4   was offered.  Exhibits that were marked for                     12:03
5   identification but not admitted as exhibits may not             12:03
6   be considered as evidence.                                      12:03
7       You'll recall when evidence about the Muara                 12:03
8   Tawar Project was offered, I instructed you that it             12:03
9   was offered for a limited purpose.  Evidence of the             12:03
10  Muara Tawar, Tuban, Labuan Angin, East and West Java            12:03
11  CCPP, and any other projects should not be considered           12:04
12  evidence of the defendant's guilt on the Tarahan                12:04
13  Project, but can be considered by you as evidence of            12:04
14  Mr. Hoskins' motive, intent, opportunity, plan or               12:04
15  knowledge relating to the Tarahan Project.  This                12:04
16  evidence was not admitted as any evidence on the                12:04
17  defendant's propensity to engage in criminal conduct.          12:04
18      Now, when you're deciding the facts, the                    12:04
19  evidence that you will base your findings on does not           12:04
20  include arguments or statements by the lawyers.                 12:04
21  They're not witnesses.  They don't have any firsthand           12:04
22  knowledge.  The questions that were asked of the                12:04
23  witnesses, not evidence.  Anything that you've seen             12:04
24  or heard outside the courtroom, not evidence.  Any              12:04
25  testimony that the Court struck or instructed you not           12:04

1    to consider and any objections to questions or to                    12:05

2    offered exhibits, all of that is not evidence.                       12:05

3         Remember that the lawyers have a duty to                        12:05

4    their clients to object when they believe evidence is                12:05

5    being offered improperly and shouldn't be admitted.                  12:05

6    Don't be influenced by the objection or the Court's                  12:05

7    ruling on the objection.  If the objection was                       12:05

8    sustained, you ignore the question.  If the answer                   12:05

9    was given prematurely, ignore the answer.  If the                    12:05

10   objection was overruled, you treat the answer as                     12:05

11   evidence as you would any other answer.                              12:05

12        I remind you that you are to completely                         12:05

13   disregard any media reports on this case or any                      12:05

14   similar matter.  It would be unfair to consider such                 12:05

15   reports since they are not in evidence and the                       12:05

16   parties have no opportunity to challenge their                       12:05

17   accuracy or otherwise explain them away.  In short,                  12:05

18   it would be a violation of your oath as jurors to                    12:06

19   allow yourselves to be influenced in any manner by                   12:06

20   such publicity.                                                      12:06

21        There are two types of evidence that you may                    12:06

22   properly consider in deciding whether the government                 12:06

23   has or has not proved that Lawrence Hoskins is guilty                12:06

24   beyond a reasonable doubt.                                           12:06

25        One type of evidence is called direct                          12:06

1    evidence.  As its name tells you, direct evidence is                    12:06

2    a witness's testimony as to what he or she saw, heard                   12:06

3    or observed.  In other words, when a witness                           12:06

4    testifies about what's known to him or her of his own                  12:06

5    knowledge by virtue of his or her own senses, what he                  12:06

6    or she sees, feels, touches or hears, that's direct                    12:06

7    evidence.                                                              12:06

8         Circumstantial evidence is evidence that                         12:06

9    tends to prove a disputed fact by proof of other                       12:06

10   facts.  You infer on the basis of your reason and                      12:07

11   experience and common sense from an established fact                   12:07

12   whether or not some other fact has been proved.                        12:07

13        So if I asked you to assume that you've heard                     12:07

14   evidence about a kitchen in someone's home, and on                     12:07

15   the counter in the kitchen is a freshly-frosted                        12:07

16   chocolate cake, and I ask you to assume that a little                  12:07

17   fellow comes into the kitchen and after he leaves, he                  12:07

18   has brown substance around his mouth and the cake has                  12:07

19   a missing piece.  Now, you never saw, had any                          12:07

20   evidence directly that the child helped himself to                     12:07

21   the cake, but you can infer on the basis of your                       12:07

22   common sense and experience that that is what                          12:08

23   happened.  That's an easy example of what                              12:08

24   circumstantial evidence is.                                            12:08

25        The law makes no difference in its value                         12:08

1   compared to direct evidence.  The law makes no                 12:08

2   distinction between direct and circumstantial                  12:08

3   evidence.  And as I have explained before, you must            12:08

4   be satisfied with the defendant's guilt beyond a               12:08

5   reasonable doubt from all the evidence in the case.            12:08

6           Speculation, guesswork or intuition can't be           12:08

7   substituted for proof.  You must be satisfied beyond           12:08

8   a reasonable doubt from the evidence, whether it be            12:08

9   direct or circumstantial, that the defendant                   12:08

10  committed the crimes set forth in the indictment,              12:08

11  that is, every element comprising the crimes charged           12:08

12  as I've described them to you.                                  12:08

13          Now, proof of motive is not a necessary                12:08

14  element of any of the twelve counts that Mr. Hoskins           12:09

15  is charged with.  Proof of motive doesn't establish            12:09

16  guilt, nor does lack of proof of motive establish              12:09

17  that a defendant is not guilty.  If the guilt of a             12:09

18  defendant is shown beyond a reasonable doubt, it's             12:09

19  immaterial what the motive for the crime may be or             12:09

20  whether any motive be shown, but the presence or               12:09

21  absence of motive is a circumstance that you may               12:09

22  consider as bearing on the intent of a defendant.              12:09

23          The intent with which an act is done is often          12:09

24  more clearly and conclusively shown by the act itself          12:09

25  or by a series of acts than by words or explanations           12:09

1    of the act uttered long after the occurrence.                    12:09

2    Accordingly, intent, willfulness and knowledge are               12:09

3    usually established by surrounding facts and                      12:09

4    circumstances as of the time of the acts in question            12:10

5    occurred or the events took place and the reasonable            12:10

6    inferences to be drawn from them.                                12:10

7            Now, during the government's presentation of            12:10

8    its case, it presented exhibits in the forms of                  12:10

9    charts or summaries and they were admitted in                    12:10

10   addition to the underlying documents that they                   12:10

11   represent in order to save time and avoid unnecessary           12:10

12   inconvenience.  You should consider these charts and            12:10

13   summaries as you would any other evidence.                       12:10

14           The government is not required to use any               12:10

15   particular investigative techniques to prove its                 12:10

16   case.  Similarly, the law does not require calling as           12:10

17   witnesses all persons who may have been involved in             12:10

18   the case or who may appear to have some knowledge of            12:10

19   the issues in the case.  And, thus, it is not your              12:11

20   concern whether or why certain persons have or have             12:11

21   not been arrested or called as witnesses.  Nor does             12:11

22   the law require that all things mentioned during the            12:11

23   course of the trial be produced as exhibits.  Your              12:11

24   verdict must be based only on the evidence that has             12:11

25   been presented or the lack of evidence and the                   12:11

1   witness who testified -- witnesses who have                    12:11

2   testified, from which you must determine whether the           12:11

3   government has proved Lawrence Hoskins guilty beyond           12:11

4   a reasonable doubt.                                            12:11

5        You've had an opportunity now to observe all             12:11

6   the witnesses, and it will be now your job to decide          12:11

7   how believable each witness was in his testimony.             12:11

8   And as I've said, you are the judges of the                   12:11

9   credibility of each witness and the weight to be              12:11

10  given to the witness's testimony.                             12:11

11       It must be clear to you by now that you are              12:12

12  being called upon to resolve various factual issues           12:12

13  in the face of very different pictures painted by the         12:12

14  government and the defense.  In deciding whether the          12:12

15  government has met its burden of proof, you will be           12:12

16  making judgments about the testimony of the witnesses         12:12

17  that you have listened to, that you have observed.            12:12

18  And in making these judgments, you should carefully           12:12

19  scrutinize all of the testimony of each witness, the          12:12

20  circumstances under which each witness testified, and         12:12

21  any other matter in evidence that may help you decide         12:12

22  the truth and the importance of each witness's                12:12

23  testimony.                                                    12:12

24       Let me give you some factors that you may               12:12

25  take into account in making your credibility                  12:12

| | | |
|---|---|---|
| 1 | determinations. | 12:12 |
| 2 | Did the witness seem to be honest, candid and | 12:12 |
| 3 | forthright?  Did the witness have any reason not to | 12:13 |
| 4 | tell the truth or seem as if he or she was hiding | 12:13 |
| 5 | something or being evasive?  Did the witness have an | 12:13 |
| 6 | interest in the outcome of the case?  Did the witness | 12:13 |
| 7 | have a good memory?  Did the witness have the | 12:13 |
| 8 | opportunity and ability to observe accurately the | 12:13 |
| 9 | things he or she testified about?  If the witness | 12:13 |
| 10 | appeared to be trying to be honest, was he or she | 12:13 |
| 11 | nonetheless mistaken?  Was the witness's testimony | 12:13 |
| 12 | supported by other evidence, or did it differ from | 12:13 |
| 13 | the testimony of the other witnesses or evidence? | 12:13 |
| 14 | Was the witness trying to give you information | 12:13 |
| 15 | accurately or was he trying to persuade you of | 12:13 |
| 16 | something?  Was the witness's testimony and attitude | 12:13 |
| 17 | on cross-examination consistent with his testimony | 12:13 |
| 18 | and attitude on direct examination?  Did the witness | 12:13 |
| 19 | have a relationship with the government or with the | 12:14 |
| 20 | defendant that may have affected how he testified? | 12:14 |
| 21 | Did the witness have some incentive, loyalty or | 12:14 |
| 22 | motive that might cause him to shade the truth, or | 12:14 |
| 23 | did the witness have some bias, prejudice or | 12:14 |
| 24 | hostility that may have caused the witness, | 12:14 |
| 25 | consciously or not, to give you something other than | 12:14 |

1    a completely accurate account of the facts testified    12:14

2    to?    12:14

3    Your decision whether or not to believe a    12:14

4    witness may depend on how that witness impressed you,    12:14

5    applying these factors and your common sense.  How    12:14

6    much you choose to believe a witness may be    12:14

7    influenced by a witness's bias.  Also bear in mind    12:14

8    that people sometimes forget things.  A contradiction    12:14

9    within a witness's testimony or between witnesses may    12:15

10   be the result of innocent lapse of memory, or it may    12:15

11   be an intentional falsehood.  Similarly, different    12:15

12   people observing an event may testify about it    12:15

13   differently and they may do so because they remember    12:15

14   it differently or because one of them is not being    12:15

15   truthful.  Inconsistencies or discrepancies in the    12:15

16   testimony of a witness or between the testimony of    12:15

17   different witnesses may or may not cause you to    12:15

18   discredit such testimony.  If you find that a witness    12:15

19   has knowingly testified falsely concerning any    12:15

20   matter, you have the right to distrust the testimony    12:15

21   of such an individual concerning other matters.  You    12:15

22   may reject all the testimony of that witness or give    12:15

23   it such weight or credibility as you think it    12:15

24   deserves.    12:15

25   You are not required to accept testimony even    12:15

1    though the testimony is uncontradicted and the                    12:15

2    witness is not impeached.  You may decide because of              12:16

3    the witness's bearing and demeanor or because of the              12:16

4    inherent improbability of his or her testimony                    12:16

5    sufficient to you, that testimony is not worthy of                12:16

6    belief.                                                           12:16

7         The testimony of a single witness may be                     12:16

8    sufficient to convince you beyond a reasonable doubt              12:16

9    of guilt if you believe the witness has truthfully                12:16

10   and accurately related what in fact occurred.                     12:16

11   Conversely, the testimony of a single witness may                 12:16

12   produce in your minds reasonable doubt as to the                  12:16

13   existence of an essential element of an offense.                  12:16

14        You must decide what is the most accurate,                   12:16

15   credible, trustworthy and reliable evidence.  The                 12:16

16   weight of the evidence as to a particular fact is not             12:16

17   determined by the number of witnesses or exhibits.                12:17

18   It's the quality of the evidence that supports a                  12:17

19   finding as to a particular fact that should control.              12:17

20        In sum, what you must do in deciding                         12:17

21   credibility is to size a person up in light of his or             12:17

22   her demeanor, the information and explanations given,             12:17

23   and all the other evidence in the case just as you                12:17

24   would in any matter -- in any important matter where              12:17

25   you're trying to decide if a person is truthful,                  12:17

1    straightforward and accurate in his or her testimony.    12:17

2    In deciding the question of credibility, remember you    12:17

3    should use your common sense, use your good judgment    12:17

4    and your experience.    12:17

5        Now, the weight of evidence is not determined    12:17

6    by the number of witnesses testifying to the    12:17

7    existence or nonexistence of any fact.  You may find    12:18

8    that the testimony of a single witness or a few    12:18

9    witnesses as to any particular fact is more credible    12:18

10    than the testimony of a larger number of witnesses to    12:18

11    the contrary.    12:18

12        Remember, you should not accept the testimony    12:18

13    of any witness who you find not to be credible, even    12:18

14    if that witness has not been contradicted or    12:18

15    impeached.  It's up to you to decide which witnesses    12:18

16    to believe.  To do this, you look at all the    12:18

17    evidence, draw on your own common sense and personal    12:18

18    experience, and after examining all the evidence or    12:18

19    lack of evidence, you may decide that the government    12:18

20    has not persuaded you because you do not believe its    12:18

21    witnesses.  Please keep in mind that the burden of    12:18

22    proof is always on the government.  Mr. Hoskins was    12:18

23    not required to call any witnesses, to offer any    12:18

24    evidence, nor was he required to testify because he    12:19

25    is presumed to be innocent.    12:19

1    There are several persons whose names you've

2  heard during the course of the trial but who did not

3  appear here to testify.  I instruct you that each

4  party had an equal opportunity or inability to call

5  any of these witnesses.  Therefore, you should not

6  draw any inferences or reach any conclusions as to

7  what they would have testified to had they been

8  called.  Their absence should not affect your

9  judgment in any way.

10    You should remember as well that the law does

11  not impose on a defendant in a criminal case the

12  burden or duty of calling any witnesses or producing

13  any evidence.

14    Now, in this case there has been testimony

15  from three government witnesses who have been

16  promised certain benefits in exchange for the

17  witness's agreement to testify:  David Rothschild,

18  Edward Thiessen and Larry Puckett.  There is evidence

19  that the government agreed to dismiss some charges

20  against them or agreed not to prosecute them on

21  certain charges or promised to bring these witnesses'

22  cooperation to the attention of their sentencing

23  judges.

24    The government is permitted to enter into

25  these kinds of agreements.  You may accept the

1    testimony of such a witness and convict the defendant                    12:20

2    on the basis of this testimony alone if it convinces                     12:20

3    you of the defendant's guilt beyond a reasonable                         12:20

4    doubt.                                                                   12:20

5         However, you should bear in mind that a                            12:20

6    witness who has entered into an agreement has an                         12:20

7    interest in this case different than any ordinary                        12:20

8    witness.  A witness who realizes that he may be able                     12:20

9    to obtain his own freedom or receive a lighter                           12:21

10   sentence by giving testimony favorable to the                           12:21

11   prosecution has a motive to testify falsely.                            12:21

12   Therefore, you must examine his testimony with great                    12:21

13   care and view it with particular caution when you                       12:21

14   decide how much of that testimony to believe.  If,                      12:21

15   after scrutinizing his testimony, you decide to                         12:21

16   accept it, you may give whatever weight, if any, you                    12:21

17   find it deserves.                                                       12:21

18        Now, I've given you some general                                   12:21

19   considerations on credibility.  I'm not going to                        12:21

20   repeat them.  But you should ask yourselves whether                     12:21

21   these cooperating witnesses would benefit more by                       12:21

22   lying or by telling the truth.  Was their testimony                     12:21

23   made up in any way because they believed or hoped                       12:21

24   they would somehow receive favorable treatment by                       12:21

25   testifying falsely?  Or did they believe that their                     12:21

1    interests would be best served by testifying                     12:22

2    truthfully?  If you believe that the witness was                 12:22

3    motivated by hopes of personal gain, was the                     12:22

4    motivation one that would cause him to lie or was it             12:22

5    one that would cause him to tell the truth?  Did this            12:22

6    motivation color his testimony?                                  12:22

7            In sum, you should look at all the evidence              12:22

8    in deciding what credence and weight, if any, you                12:22

9    want to give to each cooperating witness.                        12:22

10           You are also instructed to draw no                       12:22

11   conclusions or inferences of any kind about the                  12:22

12   defendant Lawrence Hoskins simply from the fact that             12:22

13   a prosecution witness pled guilty to a charge against            12:22

14   him.  That witness's decision to plead guilty was a              12:22

15   personal decision about his own guilt.  And apart                12:22

16   from the testimony that witness gave, the simple fact            12:22

17   of his guilt may not be used by you in any way as                12:23

18   evidence against or unfavorable to the defendant on              12:23

19   trial here.                                                      12:23

20           You heard the testimony of FBI Special Agent            12:23

21   Jeffrey Coleman.  The mere fact that a witness is a              12:23

22   law enforcement officer or a government official does            12:23

23   not in and of itself mean that his testimony is                  12:23

24   deserving of more or less consideration or greater or            12:23

25   lesser weight.                                                   12:23

1    At the same time, it is quite legitimate for

2  defense counsel to try to attack the credibility of

3  these witnesses on the grounds that their testimony

4  may be colored by a personal or professional interest

5  in the outcome of the case.

6    It is your decision after reviewing all the

7  evidence whether to accept the testimony of each of

8  these witnesses and to give that testimony whatever

9  weight, if any, you find it deserves.

10    You may not draw any inference, favorable or

11  unfavorable, to the government or to Mr. Hoskins from

12  the fact that other persons were not named as

13  defendants in the indictment.  That these persons are

14  not on trial in this case before you or not charged

15  in this case must play no role in your consideration

16  of this case.

17    Mr. Hoskins chose not to testify in this

18  case.  Under our Constitution, a defendant has no

19  obligation to testify or present any evidence because

20  it is the government's burden to prove a defendant

21  guilty beyond a reasonable doubt.  The burden remains

22  with the government throughout the entire trial and

23  never shifts to the defendant, and the defendant is

24  never required to prove that he's innocent.

25    And, therefore, you must not attach any

12:23
12:23
12:23
12:23
12:23
12:23
12:23
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:24
12:25
12:25

1    significance at all to the fact that Mr. Hoskins did                    12:25

2    not testify.  No inference -- no adverse inference                     12:25

3    against him may be drawn by you because he did not                     12:25

4    take the witness stand, and you must not consider it                   12:25

5    in any way in your deliberations in the jury room.                     12:25

6         And lastly, during trial, you were read five                     12:25

7    stipulations that were signed by the government and                    12:25

8    the defense specifying certain facts they agreed to                    12:25

9    and two other stipulations that were not read to you                   12:25

10   but were admitted into evidence.  This means simply                    12:25

11   that both sides accept those facts in the stipulation                  12:25

12   and, therefore, there was no need for evidence by                      12:25

13   either side on those points.  The fact that the                        12:25

14   government and the defendant have stipulated to or                     12:25

15   agreed to certain facts may not be viewed by you as                    12:26

16   any admission of any criminal wrongdoing.                              12:26

17        All right.  Ladies and gentlemen, I have                         12:26

18   concluded the instructions relating to the twelve                      12:26

19   charges.  I will have a few more remarks and                           12:26

20   instructions for you after you have heard the closing                  12:26

21   arguments of counsel.                                                  12:26

22        You will now be excused to eat your lunch                        12:26

23   that is waiting for you in the jury room.  We'll take                  12:26

24   a half an hour to do that because each side is                         12:26

25   allotted up to two hours to make their closing                         12:26

1   arguments.  The government may split its closing                  12:26

2   argument because it bears the burden of proof.  Each             12:26

3   side will make their argument to you, and after that            12:26

4   I will give you a few final instructions.                        12:27

5        Hopefully we will have time today for you to             12:27

6   begin to organize yourself to begin your                         12:27

7   deliberations, and we will draw the numbers of the              12:27

8   four of you who will be the alternate jurors not                12:27

9   participating in the deliberations, but remaining               12:27

10  here in the courthouse in the special room to be                12:27

11  called back into the courtroom for any proceeding               12:27

12  such as reading back testimony or asking questions so           12:27

13  that if it should happen that one of the jurors,                12:27

14  regular jurors, can no longer participate, that                 12:27

15  alternate is fully equipped to step in and serve as a           12:27

16  regular juror, although deliberations will need to be           12:27

17  begun all over again to include that new juror in the           12:27

18  process.                                                         12:28

19       So enjoy your lunch and we'll see you back in           12:28

20  half an hour.                                                    12:28

21       (Jury exited the proceedings, 12:28 p.m.)              12:28

22       THE COURT:  All right.  Counsel, we need to           12:28

23  make a substitution on page 40.  The wrong counts are           12:28

24  referenced.  It will now include "if you find all               12:28

25  five of these elements to be proved as to any of the            12:29

| | | |
|---|---|---|
| 1 | Counts Nine through Twelve," right? | 12:29 |
| 2 | MR. NOVICK:  Yes, Your Honor. | 12:29 |
| 3 | THE COURT:  We will do that.  At the end of | 12:29 |
| 4 | all the instructions and after your closing and so | 12:29 |
| 5 | forth as the jury is -- has retired to the jury room, | 12:29 |
| 6 | I will ask you to just in bullet form put any | 12:29 |
| 7 | objections you have that remain to the charge on the | 12:29 |
| 8 | record.  And this is for the purpose of really | 12:29 |
| 9 | facilitating the appeal as to what issues remain in | 12:29 |
| 10 | contest and which have been resolved satisfactorily | 12:29 |
| 11 | by our process of discussion. | 12:29 |
| 12 | Anything else that we should raise that needs | 12:30 |
| 13 | to be addressed before we break for lunch? | 12:30 |
| 14 | MR. NOVICK:  Not from the government, Your | 12:30 |
| 15 | Honor. | 12:30 |
| 16 | MR. MORVILLO:  Nor the defense. | 12:30 |
| 17 | THE COURT:  Did we get a lavalier mike? | 12:30 |
| 18 | MR. NOVICK:  They are available, yes, Your | 12:30 |
| 19 | Honor. | 12:30 |
| 20 | THE COURT:  Good.  All right.  We stand in | 12:30 |
| 21 | recess.  We'll be back at 1. | 12:30 |
| 22 | (Lunch recess from 12:30 p.m. to 1:11 p.m.) | 12:30 |
| 23 | THE COURT:  All right.  Please be seated, | 13:11 |
| 24 | ladies and gentlemen.  We have come to the point | 13:11 |
| 25 | where the indictment can no longer be changed. | 13:11 |

1       Who will be doing the closing for the                    13:11

2  government?                                                    13:11

3       MR. KAHN:  I am, Your Honor.                             13:11

4       THE COURT:  And do you have any estimation of            13:11

5  how you will divide your two hours?                            13:11

6       MR. KAHN:  I expect that I will be roughly               13:11

7  between an hour and 20 minutes and an hour and 30,             13:11

8  and Mr. Novick will be between 40 to 30 minutes.              13:11

9       (Jury entered the proceedings, 1:13 p.m.)               13:13

10       THE COURT:  Please be seated, ladies and               13:13

11  gentlemen.                                                    13:13

12       The government will make its closing argument          13:14

13  to you.  After that, you will hear from the defense,          13:14

14  and following that a shorter rebuttal argument by the         13:14

15  government.                                                   13:14

16       You may proceed, Mr. Kahn.                              13:14

17       MR. KAHN:  Thank you, Your Honor.                       13:14

18       When the defendant became involved in the              13:14

19  Tarahan Project in Indonesia, he had a choice.  He            13:14

20  could have chosen to follow the law.  He could have           13:14

21  chosen not to bribe Indonesian officials.  He could          13:14

22  have chosen not to hire consultants to hide those             13:14

23  bribes.  The defendant didn't make that choice.  He           13:14

24  made a different choice.  The defendant chose to walk         13:14

25  down a path of corruption and coverup.  He chose to           13:14

1  join a criminal conspiracy to pay bribes and launder                    13:15

2  money.                                                                    13:15

3         Now, the defendant made that choice when he                       13:15

4  helped hire Pirooz Sharafi to pay bribes in                              13:15

5  Indonesia.  He made that choice when he pushed to                        13:15

6  bring on a second consultant when Sharafi wasn't                         13:15

7  getting the job done.  He made that choice when he                       13:15

8  pushed to get that second consultant, Azmin Aulia,                       13:15

9  more money upfront to reimburse him for the bribes                       13:15

10 that he was paying, and he made that choice when he                      13:15

11 helped get those consultancy agreements in place,                        13:15

12 consultancy agreements that called for payments for                      13:15

13 years to come.                                                           13:15

14        And he made that choice when he left Alstom,                      13:15

15 when instead of rejecting all of those other choices,                    13:15

16 he congratulated his coconspirators on winning the                       13:15

17 Tarahan Project and told them how to win more                            13:16

18 business with PLN.  The defendant made the choice to                     13:16

19 commit crimes over and over and over again.                              13:16

20        Now, at the beginning of this trial, my                          13:16

21 colleague, Ms. Laryea, told you that this was a case                     13:16

22 about bribery, corruption and lies, and during the                       13:16

23 course of this trial, you've seen the evidence of                        13:16

24 that.  But you've also seen that this is a case about                     13:16

25 choices.  And at every fork in the road, the                             13:16

1    defendant knowingly and willfully made the wrong                13:16

2    choice, the corrupt choice.  Choices have                       13:16

3    consequences, and the time has come to hold this                13:16

4    defendant accountable for the choices that he made.             13:16

5            Now, before I begin my review of the                    13:17

6    evidence, I want to take a minute and thank you on              13:17

7    behalf of the government.  I know that there's been a           13:17

8    lot of information coming your way and we really                13:17

9    appreciate how carefully you considered all the                 13:17

10   evidence that's been brought before you.  So thank              13:17

11   you.                                                            13:17

12           So today I'm going to do three things.                  13:17

13   First, I'm going to provide a brief overview of the             13:17

14   facts in the case.  Second, I'm going to briefly                13:17

15   summarize the charges contained in the indictment.              13:17

16   And third, where I'm going to spend most of my time             13:17

17   with you today, is discussing how the evidence proves           13:17

18   those charges beyond a reasonable doubt.                        13:17

19           So first is the overview of the facts.                  13:17

20           Now, you saw that this case centered around             13:17

21   the Tarahan Project.  That was a project that Alstom            13:17

22   Power, Inc., or API had been following for years,               13:17

23   long before they were owned by Alstom.  And you saw             13:17

24   that the defendant's involvement started taking place           13:18

25   in 2002, right when the project started to heat up.             13:18

1    MR. NOVICK:  Your Honor, it's not on the    13:18

2    screen.    13:18

3    MR. KAHN:  You saw Fred Pierucci from Alstom    13:18

4    Power, Inc., reach out to the defendant, ask him to    13:18

5    check on the status of the Tarahan Project and look    13:18

6    into Emir Moeis, and the defendant agreed.    13:18

7    Now, right from the beginning, the defendant    13:18

8    and his coconspirators knew that they wanted to hire    13:18

9    a consultant.  And the reason that they wanted to    13:18

10   hire a consultant is because they wanted to make sure    13:18

11   that they got the right influence with the right    13:18

12   officials, the officials who had the ability to    13:18

13   control the project.    13:18

14   And you saw that the defendant was familiar    13:18

15   with this process because right around the same time,    13:18

16   he was doing the same thing for another Alstom    13:19

17   company on another project called Muara Tawar.  They    13:19

18   were talking about which officials had the ability to    13:19

19   influence -- or which officials had the ability to    13:19

20   influence the contract, and they were talking about    13:19

21   which consultants had the best relationships with    13:19

22   those officials, which consultants the officials    13:19

23   would know would actually pay them the bribes once    13:19

24   they started getting paid.    13:19

25   And you saw that they keyed in on Eddie    13:19

1  Widiono and Emir Moeis as two key decision makers.        13:19
2  Eddie was the president of PLN, and Emir Moeis was a       13:19
3  key member of parliament.                                  13:19
4       Now, right from the beginning, Reza Moenaf            13:19
5  had concerns about Pirooz Sharafi.  Now, they knew         13:19
6  that Pirooz Sharafi had a relationship with Emir           13:19
7  Moeis, that he could bribe Emir Moeis, but Reza            13:19
8  Moenaf had concerns that Pirooz Sharafi didn't have a      13:20
9  grip on the PLN evaluation team.                           13:20
10      Now, ultimately, because it was API's                 13:20
11 decision on the Tarahan Project which consultant to        13:20
12 hire, they decided to go with Pirooz Sharafi.  Now,        13:20
13 on Muara Tawar, which API wasn't involved with, they       13:20
14 went with a different consultant.                          13:20
15      But you saw in the fall of 2003, there were           13:20
16 problems, just as Reza Moenaf had predicted.  Now,         13:20
17 that was right around the time that Larry Puckett got      13:20
18 involved in the Tarahan Project for about six weeks.       13:20
19 And you saw that Reza Moenaf told the defendant that       13:20
20 just as he had predicted, the PLN evaluation team          13:20
21 wasn't happy with Sharafi.  They were worried that         13:20
22 Sharafi wasn't going to give them the money.  He was       13:21
23 going to give them pocket money and disappear.             13:21
24      And you saw that at the same time, the                13:21
25 defendant again was dealing with the same issues on        13:21

1    the Muara Tawar Project.  There, Eddie Widiono was          13:21

2    making clear that he wanted Azmin Aulia involved.           13:21

3    They were talking about using Azmin Aulia for lower         13:21

4    levels and another consultant, Harry Wijaya, for the        13:21

5    upper levels.  But Eddie Widiono made clear that on         13:21

6    Muara Tawar and on Tarahan, he wanted Azmin Aulia.          13:21

7            And you heard what happened next.  There was        13:21

8    a meeting in Indonesia at a hotel called the                13:21

9    Dharmawangsa hotel.  You heard about that meeting           13:21

10   from Ed Thiessen and from David Rothschild.  You            13:21

11   heard how the defendant and his coconspirators              13:22

12   brought Pirooz Sharafi in, told him that his                13:22

13   commission was getting cut from 3 percent to 1              13:22

14   percent, and that 1 percent was going to be used to         13:22

15   bribe Emir Moeis.                                           13:22

16           Then Pirooz Sharafi went out and they brought       13:22

17   in Azmin Aulia and they told him that his commission        13:22

18   was going to be 2 percent, and he was going to use          13:22

19   that 2 percent to bribe PLN officials.  And you saw         13:22

20   the follow-up to that meeting where the defendant and       13:22

21   Reza Moenaf were talking about how Pirooz Sharafi was       13:22

22   going to go convince Emir Moeis that 1 was enough or        13:22

23   1 percent commission was enough for Sharafi and Moeis       13:22

24   to split.                                                   13:22

25           But even though the defendant and his               13:22

1    coconspirators figured out which consultant they          13:22

2    wanted to use and how much they wanted to pay them,       13:22

3    they still needed to deal with the terms of payment.      13:23

4    And you saw, again, this was API's decision to make.      13:23

5    It was their cash flow.  It was their bottom line.        13:23

6         But you saw the defendant trying to convince         13:23

7    them to give more money up front to Azmin Aulia, and      13:23

8    the reason that the defendant gave to Fred Pierucci       13:23

9    was elections.  Elections was the reason that they        13:23

10   needed to get more money to their consultant up           13:23

11   front.                                                    13:23

12        Now, after a few proposals that API rejected,        13:23

13   the defendant and his coconspirator, Reza Moenaf,         13:23

14   made a proposal that API could live with and they         13:23

15   approved those terms of payment.                          13:23

16        And with that in place, with the right               13:23

17   consultants, the right amount of money, the right         13:23

18   terms of payment, they were able to win the Tarahan       13:24

19   contract.  And you saw when that happened, Fred           13:24

20   Pierucci sent a congratulatory e-mail to the people       13:24

21   who were helping on the team, Bill Pomponi for            13:24

22   leading the negotiations, and the defendant, Reza         13:24

23   Moenaf and Eko Sulianto for their support.                13:24

24        Now, shortly after winning the Tarahan               13:24

25   contract and many months after those consultancy          13:24

1    agreements were put in place, the defendant left                13:24

2    Alstom for a better job in his home country of                  13:24

3    England.  But you saw in his resignation letter that            13:24

4    he described Alstom as his home company, and he made            13:24

5    sure that his coconspirators knew that he would                 13:24

6    continue to support them.  He made clear that he                13:24

7    supported the Tarahan contract, congratulating them             13:25

8    on it and giving them advice on how to keep up the              13:25

9    close relationship with PLN, how to get more business           13:25

10   in Indonesia.                                                   13:25

11       And after the defendant left, the bribe                     13:25

12   payments that he set in motion were paid out exactly            13:25

13   as he and his coconspirators had planned it.                    13:25

14       Now, you heard from Chris Varney, he was the                13:25

15   finance director at Alstom Power, Inc., and he told             13:25

16   you that based on the consultancy agreements that the           13:25

17   defendant put in place, he had to make those                    13:25

18   payments.  And you heard how they were all made from            13:25

19   Windsor.  They were made a little bit differently,              13:25

20   but they both came from Windsor, Alstom Power, Inc.,            13:25

21   and they both had the same purpose:  to pass money on          13:26

22   to the consultants so that they could pay the bribes.          13:26

23       Now, you saw Pirooz Sharafi, money going from              13:26

24   Alstom Power, Inc., to his account and on to the                13:26

25   intended destination, Emir Moeis in Indonesia.                  13:26

1    Now, you saw for Azmin Aulia, he had a bank          13:26

2  account in Singapore which is where the defendant and   13:26

3  his coconspirators originally wanted Pirooz Sharafi     13:26

4  to set up his account.  And they got with Azmin Aulia   13:26

5  exactly what they wanted from Pirooz Sharafi:  a dead   13:26

6  end for the government.                                  13:26

7    Now, you heard Special Agent Coleman testify          13:26

8  that they traced the money as far as they could, to     13:26

9  Singapore into Azmin Aulia's hands, but then the        13:27

10 trail went cold.  But you know from the e-mails the     13:27

11 same thing you heard from the witnesses:  that Azmin    13:27

12 Aulia paid the bribes to PLN officials.                 13:27

13    So now I'm going to provide a brief overview         13:27

14 of the summary -- of the charges in the indictment.     13:27

15    So Count One, ladies and gentlemen, is              13:27

16 conspiracy to violate the FCPA.  That's the agreement   13:27

17 that you heard the Judge instruct you on, the           13:27

18 agreement between the defendant and his                 13:27

19 coconspirators to engage in the bribery scheme.         13:27

20    Now, Counts Two through Seven are the actual         13:27

21 FCPA violations.  Now, each one of these counts         13:27

22 corresponds to one of the payments from Alstom Power,   13:27

23 Inc., to the consultants.                               13:27

24    Count Eight is the money laundering                  13:27

25 conspiracy, the agreement to move money, the            13:28

1  agreement to move money to promote the scheme and the          13:28

2  agreement to move money using proceeds of the scheme.          13:28

3       And Counts Nine through Twelve are the money              13:28

4  laundering counts.  Now, each one of those are the             13:28

5  transfers of money from Alstom Power, Inc., to Pirooz          13:28

6  Sharafi on to Emir Moeis from inside the United                13:28

7  States to outside the United States.                           13:28

8       So now I'm going to discuss how the evidence              13:28

9  proves those charges beyond a reasonable doubt.  Now,          13:28

10 I'm going to start with the FCPA violations because            13:28

11 the defendant didn't just agree to violate the FCPA,           13:28

12 he actually violated the FCPA.                                 13:28

13      Now, as I mentioned, each FCPA count                      13:28

14 corresponds to one of the payments from Alstom Power,          13:28

15 Inc., to the consultants.  So you see here that                13:28

16 Counts Two, Three, Six and Seven are payments from             13:29

17 Alstom Power, Inc., to Pirooz Sharafi for the purpose          13:29

18 of passing on payments to Emir Moeis.  Counts Four             13:29

19 and Five are the payments from Alstom Power, Inc., to          13:29

20 Alstom Prom in Switzerland for the purpose of passing          13:29

21 that money on to Azmin Aulia so that he could pay              13:29

22 bribes.                                                        13:29

23      Now, there are seven elements for the FCPA,               13:29

24 and you heard the Judge instruct you on those                  13:29

25 elements.  Obviously it's the Judge's instructions             13:29

| | | |
|---|---|---|
| 1 | that you need to rely on when determining whether or | 13:29 |
| 2 | not we've proven our burden beyond a reasonable | 13:29 |
| 3 | doubt. | 13:29 |
| 4 | But I'm going to submit to you, ladies and | 13:29 |
| 5 | gentlemen, that there's no question that there is | 13:29 |
| 6 | bribery here.  There's no question there is a bribery | 13:29 |
| 7 | scheme.  There is no question that there is a payment | 13:29 |
| 8 | of money given to third parties knowing that all or a | 13:30 |
| 9 | portion of that money was passed on.  That's Element | 13:30 |
| 10 | Four.  There's no question that the reason for that | 13:30 |
| 11 | was one of these four purposes.  In fact, even though | 13:30 |
| 12 | we only have to prove one of these purposes, it was | 13:30 |
| 13 | actually for all of these purposes:  to influence the | 13:30 |
| 14 | acts of the officials, to induce them to take | 13:30 |
| 15 | actions, to induce them to use influence and to | 13:30 |
| 16 | secure any improper advantage.  That's Element Six. | 13:30 |
| 17 | And there's also no question that the | 13:30 |
| 18 | payments that were being made, all of this, was done | 13:30 |
| 19 | for the purpose of helping API win the Tarahan | 13:30 |
| 20 | contract. | 13:30 |
| 21 | So what's left?  I submit, ladies and | 13:30 |
| 22 | gentlemen, that if you answer two questions, you can | 13:30 |
| 23 | determine if the defendant violated the FCPA and | 13:30 |
| 24 | committed Counts Two through Seven.  Those two | 13:31 |
| 25 | questions are:  Did the defendant corruptly and | 13:31 |

1  willfully participate in the bribery scheme, and was    13:31

2  he acting as an agent of a domestic concern, of API?    13:31

3       So let's look at the first question.  How do    13:31

4  you know that the defendant was acting corruptly and    13:31

5  willfully?  Well, you saw a lot of evidence of this.    13:31

6  And I'm not going to go through every piece of    13:31

7  evidence, obviously.  I only have a limited amount of    13:31

8  time.  But you saw a lot of evidence involving the    13:31

9  defendant's corrupt and willful acts.    13:31

10      Now, this was an e-mail on December 3rd from    13:31

11 Reza Moenaf to Lawrence Hoskins and the subject was    13:31

12 Muara Tawar.  But very quickly in the e-mail he    13:31

13 starts talking about Tarahan.  He starts telling the    13:31

14 defendant about what Pirooz Sharafi was really doing    13:32

15 on Tarahan.  Emir Moeis, this key member of    13:32

16 parliament, well, Pirooz Sharafi had that    13:32

17 relationship.  There was no question.  There was    13:32

18 never a question that Pirooz Sharafi could bribe Emir    13:32

19 Moeis, but he didn't have a grip on the PLN tender    13:32

20 team.  They didn't trust him.  He was essentially a    13:32

21 cashier.  And you know that the defendant didn't just    13:32

22 get this e-mail.  Reza Moenaf spoke to him about it.    13:32

23 Reza Moenaf forwards the e-mail to Eko Sulianto and    13:32

24 says, I spoke to Lawrence Hoskins about this.    13:32

25      And you saw when there were problems in    13:32

1    Indonesia in the fall of 2003.  Reza Moenaf again,                13:32

2    just as predicted earlier, "we have a serious agent               13:33

3    problem."  The problem, they didn't like the approach            13:33

4    that was made and they were concerned that they were             13:33

5    just going to get pocket money, that the agent had               13:33

6    not shown a willingness to spend money.                          13:33

7            And you saw the follow-up, you heard about               13:33

8    the follow-up to this.  You heard Ed Thiessen and                13:33

9    Dave Rothschild tell you about that meeting in the               13:33

10   Dharmawangsa hotel, the meeting that the defendant              13:33

11   participated in, that he spoke at.                               13:33

12           You heard Dave Rothschild tell you that they            13:33

13   told Pirooz Sharafi he was getting cut to 1 percent             13:33

14   and he was going to use that money to bribe Moeis.              13:33

15   And then Azmin Aulia was going to use the other money           13:33

16   to pay PLN, the second consultant.                              13:33

17           And you also saw the follow-up to that                  13:33

18   meeting where the defendant and Reza Moenaf are                 13:34

19   talking about how Pirooz Sharafi committed to                   13:34

20   convince Emir Moeis that one is enough.                         13:34

21           And the defendant received the messages, was           13:34

22   encouraged by them and was in the process of getting           13:34

23   Pirooz Sharafi's agreement in place, and you saw all           13:34

24   of those e-mails about the terms of payment.  You saw          13:34

25   Reza Moenaf tell the defendant we need to get Azmin            13:34

1   Aulia more money upfront.  He's prefinancing his          13:34
2   scope to fulfill his commitment up front to get the       13:34
3   right influence.                                          13:34
4        Now, the defendant didn't just receive this          13:34
5   e-mail.  He acted on it.  He forwarded it.  He asked      13:34
6   Yves Mouillet to try to get a better term of payment.     13:35
7        You saw more back and forth between Reza             13:35
8   Moenaf and the defendant that Eddie Widiono, the          13:35
9   president of PLN, was unhappy with the commitment         13:35
10  shown so far.  And the example that he gave, the          13:35
11  consultancy agreement.  That's the commitment that        13:35
12  Eddie Widiono was talking about.                          13:35
13       And Reza Moenaf said he was going to discuss         13:35
14  it with the defendant, and you know that he did           13:35
15  because the next e-mail, that's a back and forth          13:35
16  between the defendant, Reza Moenaf and Fred Pierucci,     13:35
17  because Fred Pierucci had started to hear that Eddie      13:35
18  Widiono was unhappy.                                      13:35
19       And when he asked Reza Moenaf and Lawrence           13:36
20  Hoskins to look into that, the response was, yeah,        13:36
21  Eddie is slowing down, no happy.  The reason?  The 2      13:36
22  to 3 percent.  That's what he was unhappy about, the      13:36
23  prorate terms in payment.  What commitment had they       13:36
24  shown to Eddie Widiono?  Talking.  And then Reza          13:36
25  Moenaf tells Fred Pierucci to talk to the defendant       13:36

1    about it because he was well-informed of the          13:36

2    situation.                                            13:36

3         So Fred Pierucci did talk to the defendant.      13:36

4    They e-mailed about it, and the defendant told Fred   13:36

5    Pierucci that the reason that they needed to get more 13:36

6    money upfront to their consultant was because of      13:36

7    elections.  That's the reason that they were          13:36

8    funneling money to their consultants.                 13:36

9         Now, there were a lot of other e-mails           13:36

10   related to Tarahan.  But I want to take a step back   13:37

11   for a moment and talk to you about Muara Tawar.       13:37

12        Now, why did we present that evidence to you?    13:37

13   You heard the Judge tell you that you can't consider  13:37

14   that evidence as direct evidence on the Tarahan       13:37

15   Project.  That's not why we showed it to you.         13:37

16        You heard the Judge instruct you that you can    13:37

17   consider that evidence for the defendant's intent,    13:37

18   for his knowledge and for his plan.  That's why we    13:37

19   showed it to you, because as clear as all the other   13:37

20   e-mails are, there were other things going on at the  13:37

21   time.  There were other projects where it is          13:37

22   abundantly clear that the defendant knew exactly what 13:37

23   Pirooz Sharafi was going to do.  He knew exactly what 13:37

24   Azmin Aulia was going to do.  Let me show you an      13:37

25   example.                                              13:38

1       Very early on you saw this e-mail in this        13:38

2   case.  This was an e-mail that Dave Rothschild       13:38

3   testified about where Fred Pierucci had given his    13:38

4   go-ahead to the defendant with the proposed          13:38

5   consultant Mr. M. who Dave Rothschild told you was   13:38

6   Emir Moeis.                                          13:38

7       Now, you know that the defendant knew who        13:38

8   Emir Moeis was because a week earlier he was         13:38

9   e-mailing about him.  And then you saw a couple      13:38

10  months later the evolution.  You saw them start to   13:38

11  understand what Pirooz Sharafi's weaknesses were,    13:38

12  that although he had the connection to Emir Moeis, he 13:38

13  didn't have a grip on the evaluation team.           13:38

14      So when they were discussing things for Muara    13:38

15  Tawar, they knew that they had to bribe Emir Moeis.  13:38

16  That was made clear.  Reza Moenaf made that clear in  13:39

17  this e-mail, that they had to cover three areas       13:39

18  including the engineering division, Emir and RI one,  13:39

19  Republic of Indonesia one.  And they talked about who 13:39

20  to use.  And in this e-mail, they're not talking      13:39

21  about Pirooz Sharafi.  Reza Moenaf didn't want to use 13:39

22  Pirooz Sharafi.                                       13:39

23      Now, the defendant forwarded this e-mail to       13:39

24  Roger Beyer.  And the next e-mail is Roger Beyer       13:39

25  responding saying that Emir might feel more           13:39

1  comfortable to work through Pirooz and that Reza    13:39

2  should find out if Emir would feel as comfortable    13:39

3  with Andi Salim as he would with Pirooz.  And the    13:40

4  defendant's response?  He had the same concerns.  He    13:40

5  understood that Eddie's proposed route was the    13:40

6  optimum one, but they needed to make sure there was    13:40

7  no downside with Emir and with Tarahan.    13:40

8          Now, ultimately they decided that there    13:40

9  wasn't going to be a downside, that they could cover    13:40

10  the officials at PLN without Pirooz and they could    13:40

11  use Azmin Aulia.  Now, this is almost a year before    13:40

12  they hire Azmin Aulia for Tarahan.    13:40

13          Now, another example is we've spoken to you a    13:40

14  lot about this document.  You've heard a lot about    13:40

15  this rewards e-mail, the one about the pocket money    13:40

16  in September of 2003.    13:40

17          Now, what else was going on at that time, the    13:41

18  weeks leading up to that, the two weeks leading up to    13:41

19  that?  Well, you saw Ed Thiessen and the defendant    13:41

20  having a lot of discussions about Harry Wijaya and    13:41

21  Azmin Aulia, about the fact that they were going to    13:41

22  use Harry Wijaya for upper levels and Azmin Aulia for    13:41

23  the lower levels, the fact that Eddie Widiono would    13:41

24  want a bit more on this project.  The defendant    13:41

25  responded that he understood, that things were still    13:41

1    moving about.                                              13:41

2         Now, Ed Thiessen then followed up again.             13:41

3    Eddie Widiono was making clear that he wanted to take     13:41

4    care of the ministers.  He wanted Azmin Aulia to pay      13:41

5    him so that he could pass that money on to the            13:42

6    ministers.  That was what Eddie preferred.                13:42

7         And you heard Ed Thiessen give his                   13:42

8    reservations about that because Azmin Aulia was so        13:42

9    close to Eddie Widiono that if Eddie Widiono lost a       13:42

10   desire to support Alstom, that Azmin Aulia couldn't       13:42

11   do anything about it.  He couldn't salvage the            13:42

12   situation if Eddie went cold and the defendant           13:42

13   responded that he understood.  He understood Ed           13:42

14   Thiessen's reservations about Azmin Aulia only having     13:42

15   one master and that they should go with both              13:42

16   consultants if Eddie Widiono would be comfortable         13:42

17   with this.                                                13:42

18        And then he discussed a way to circumvent the        13:42

19   very policies that he was supposed to enforce, coming     13:42

20   up with different ways to spread the contract out to      13:43

21   get them more money to use to pay bribes.                 13:43

22        Then you saw the Friends' Analysis.  Now,            13:43

23   this was what Ed Thiessen sent the defendant, his         13:43

24   boss, laying out very clearly the pros and cons of        13:43

25   the two consultants:  Harry Wijaya and Azmin Aulia.       13:43

1    Now, the left side of the screen are the
2    officials.  It's not all the officials, but it's a
3    lot of them.  Purnomo, the Minister of Mines and
4    Energy, Number 1 and 1.5, who you heard Mr. Thiessen
5    tell you was the president of Indonesia.  They're
6    talking about bribing the president of Indonesia.
7    And how do they refer to Azmin Aulia, the guy that
8    they hire a couple weeks later on Tarahan?  A bank
9    account for Purnomo.  That's the guy that the
10   defendant hires on Tarahan.
11   Now, Ed Thiessen also said they could have
12   put Pirooz Sharafi on this spreadsheet, but they
13   didn't think that he could help on Muara Tawar.  He
14   had the connection with the top, the upper levels,
15   Emir Moeis.  But on Muara Tawar, they needed people
16   working for them at the lower levels.  The top-down
17   approach wouldn't work.
18   And when the defendant got this spreadsheet,
19   got these notes, he agreed.  He agreed with the
20   philosophy of using Harry Wijaya for the upper levels
21   and Azmin Aulia for the lower levels provided they
22   get the right signals from Eddie Widiono and the
23   minister levels.
24   And that is the context less than a week
25   later that Reza Moenaf sends the e-mail to the

13:43
13:43
13:43
13:43
13:43
13:43
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:44
13:45
13:45
13:45
13:45

1    defendant about the pocket money.  He already knew                    13:45

2    that Pirooz Sharafi didn't have those connections.                    13:45

3    This is not a surprise.                                                13:45

4          And the follow-up from Ed Thiessen where it                     13:45

5    all comes together is Eddie Widiono making a clear                     13:45

6    choice.  He wants Azmin not just on Muara Tawar but                    13:45

7    on Tarahan too, and that's why they had the meeting                    13:45

8    at the Dharmawangsa hotel.  That's why they brought                    13:45

9    in Azmin Aulia to pay bribes.  They wanted to make                     13:45

10   Eddie Widiono happy.  They were lining his pockets.                    13:46

11         There is no question, ladies and gentlemen,                      13:46

12   that the defendant was acting corruptly.  This was a                   13:46

13   corrupt scheme and the defendant was right in the                      13:46

14   middle of it.                                                          13:46

15         Now, you heard the Judge instruct you that                       13:46

16   willfully means that the government needs to prove                     13:46

17   that the defendant knew what he was doing was                          13:46

18   unlawful.  We don't have to prove that he knew which                   13:46

19   statute he was violating, just that it was generally                   13:46

20   unlawful.                                                              13:46

21         And you have seen lots of evidence of it, not                    13:46

22   just the e-mails that I've showed you which make very                  13:46

23   clear he knew what he was doing was wrong, but you                     13:46

24   saw that they hired the consultants.  That was the                     13:46

25   whole reason they were hiring the consultants.                         13:46

1    That's the reason they didn't pay the bribes                    13:47

2    themselves.  They knew it was illegal.  In fact, they           13:47

3    put it in the very agreements with the consultants              13:47

4    that were going to pay the bribes, no unlawful                   13:47

5    payments.  The very thing that they were bringing               13:47

6    these consultants on to do, they said they're not               13:47

7    supposed to do.  They knew it was illegal.                      13:47

8         You saw the general Alstom policies that                   13:47

9    every employee got.  What's bribery?  Bribes given to           13:47

10   foreign public official directly or through an                  13:47

11   intermediary.  Other crimes, conspiracy, aiding and             13:47

12   abetting, incitement.  The defendant knew it was                13:47

13   illegal.                                                        13:47

14        And although we don't have to prove that the               13:47

15   defendant knew the statute he was violating, he did.            13:47

16   He knew.  He knew what the FCPA was and he knew he              13:48

17   was violating it.  That is why the defendant and his            13:48

18   coconspirators didn't want to use a U.S. bank                   13:48

19   account.  That's why they didn't want money passing             13:48

20   through the U.S. in U.S. dollars.  That's why the               13:48

21   defendant tried to find a bank account for Pirooz              13:48

22   Sharafi in Indonesia, in Singapore.                             13:48

23        Now, Pirooz Sharafi refused, he insisted on                13:48

24   using his U.S. bank account, and that's one of the              13:48

25   reasons we were able to show you the bribes going to            13:48

1    Emir Moeis.                                                    13:48

2         So before I talk about the defendant's                   13:48

3    participation, I just want to refer back to the               13:48

4    Court's instruction.  And, again, just to make clear,         13:48

5    it's the Court's full instructions you have to listen         13:49

6    to, but I'm going to direct your attention to certain         13:49

7    portions that I want to talk about.                           13:49

8         So aiding and abetting.  What does the                    13:49

9    defendant have to do to aid and abet a defense?  He           13:49

10   has to knowingly associate himself with the crime and         13:49

11   he has to take overt acts, some affirmative conduct           13:49

12   in furtherance of that purpose.  Well, that's                 13:49

13   everything I just showed you, those e-mails, helping          13:49

14   to get the consultancy agreement set up, those                13:49

15   meetings.  That's all affirmative conduct.  That is           13:49

16   aiding and abetting.                                          13:49

17        Now, you also heard the Judge instruct you               13:49

18   that for the wire transfers that were going out to            13:49

19   Pirooz Sharafi, the defendant didn't have to be              13:49

20   directly or personally involved.  In fact, as long as        13:49

21   the wires were reasonably foreseeable, that's enough          13:49

22   to meet that element of the offense.                         13:50

23        Now, remember, withdrawal is not a defense to           13:50

24   Counts Two through Seven.  So it doesn't matter that          13:50

25   the defendant left before these payments were made so         13:50

1   long as he aided and abetted them.  And you know that    13:50

2   he aided and abetted the payments being made.  He    13:50

3   participated.  He took some conduct in furtherance of    13:50

4   the payments that would be reasonably foreseeable    13:50

5   down the road because Chris Varney told you that.  He    13:50

6   told you that the consultancy agreement that the    13:50

7   defendant helped set up made it a requirement that he    13:50

8   had to send those wires unless the contract was    13:50

9   breached, which no one ever told him it was.  The    13:50

10  defendant certainly never told him that.    13:51

11       And so the fact that the defendant entered    13:51

12  into this consultancy agreement, all the work that he    13:51

13  did to sign up Pirooz Sharafi, that was aiding and    13:51

14  abetting the wires that reasonably foreseeably    13:51

15  happened down the road.    13:51

16       So the last question for the FCPA violations,    13:51

17  was the defendant acting as an agent of API.  You    13:51

18  heard the Court instruct you on what an agent is.    13:51

19  And I submit, ladies and gentlemen, the main question    13:51

20  for you to answer is whether the defendant entered    13:51

21  into this relationship, this undertaking, and whether    13:51

22  API controlled the undertaking.    13:51

23       Now, the defendant very clearly was doing    13:51

24  work on behalf of API, and we have proven beyond a    13:51

25  reasonable doubt that API controlled that    13:52

1  undertaking.  You heard the Court instruct you that                    13:52

2  control doesn't have to be present at every moment.                    13:52

3  It can be attenuated.  It can even be ineffective.                     13:52

4  There certainly doesn't have to be a formal                           13:52

5  agreement.                                                            13:52

6       And importantly, the Court instructed you                       13:52

7  that one can be an agent for some purposes and not                    13:52

8  others, and that what you are concerned about is the                  13:52

9  Tarahan Project, the services that he was providing                   13:52

10 on the Tarahan Project.                                               13:52

11      So you're not going to learn about the                          13:52

12 relationship between the defendant and API on the                     13:52

13 Tarahan Project by looking at org charts.  You heard                  13:52

14 David Rothschild make that clear.  All those org                      13:52

15 charts you saw, nothing about Tarahan.                                13:52

16      Now, how did it actually work on Tarahan?                        13:53

17 What were the things that the defendant was actually                  13:53

18 doing for API?  He was helping with sales efforts.                    13:53

19 He was helping identify consultants.  He was helping                  13:53

20 to vet and hire consultants.  He was helping to                       13:53

21 negotiate the terms of payments.                                      13:53

22      And so who controlled that undertaking,                          13:53

23 ladies and gentlemen?  That was API.  And you saw                     13:53

24 that from the very beginning:  Fred Pierucci asking                   13:53

25 Lawrence Hoskins to go look into the Tarahan Project                  13:53

1    to find out about the status, and Lawrence Hoskins    13:53

2    doing it, saying he was going to brief Fred Pierucci    13:53

3    the next time he came into town.  And remember, Fred    13:53

4    Pierucci, an API employee, the head of the boiler    13:53

5    business at API.    13:53

6        You saw Lawrence Hoskins trying to convince    13:53

7    Fred Pierucci to not increase their price, that that    13:54

8    could impact the project.  But who was in control of    13:54

9    that?  Can Windsor be persuaded?  Why did Windsor    13:54

10    need to be persuaded?  You heard Larry Puckett tell    13:54

11    you why, because Fred Pierucci controlled the    13:54

12    strategy.  He controlled the negotiation tactics.  He    13:54

13    controlled the approach.    13:54

14        Now, you also saw this play out with the    13:54

15    identifying, vetting and hiring of consultants.    13:54

16    Every time there was a back and forth, it was API's    13:54

17    decision to make.  You saw early on when they were    13:54

18    deciding between that first agent that you heard    13:54

19    about, Harsono and Pirooz Sharafi.  Reza Moenaf    13:54

20    e-mailing Fred and Dave asking for their position,    13:55

21    needing their decision ASAP, not the defendant's,    13:55

22    Fred Pierucci and Dave Rothschild's.  Fred Pierucci    13:55

23    giving his go-ahead to the defendant to get started    13:55

24    with the proposed consultant Mr. M.    13:55

25        You saw it when there were issues in the fall    13:55

1    of 2003 when they were going to bring on the second    13:55

2    consultant.  The defendant and Reza Moenaf told    13:55

3    Alstom Power, Inc., what they needed to do, but    13:55

4    Alstom Power, Inc., was in control of that.    13:55

5        Marubeni pressed Puckett and Moenaf to    13:55

6    convince Alstom Windsor, particularly Fred Pierucci,    13:55

7    to agree to take this immediate action.  And later on    13:55

8    in this e-mail, Mizushima, an employee of Marubeni    13:55

9    saying that he wanted a meeting ASAP with Fred    13:56

10   Pierucci about this critical issue.    13:56

11       And Larry Puckett told you why he wanted to    13:56

12   meet with Fred Pierucci, because that's who called    13:56

13   the shots.  This isn't just what you heard from    13:56

14   witnesses.  This is what you saw in the documents    13:56

15   related to Tarahan over and over again.  Fred    13:56

16   Pierucci called the shots as far as strategy and as    13:56

17   far as the consultant or agent.    13:56

18       You saw it in basic instructions, Bill    13:56

19   Pomponi telling the defendant to send out the fax to    13:56

20   Azmin, to send him a copy, and the defendant did it;    13:56

21   Fred Pierucci instructing the defendant, reissue ASAP    13:56

22   the revised consultancy agreement based on the    13:57

23   following terms of payment, send the revised    13:57

24   agreement by e-mail to Bill and myself.  This is how    13:57

25   things were working on the day to day on Tarahan.    13:57

1       And you also saw it with the negotiation of
2   the payment terms, the terms of payment.  You saw
3   that when Lawrence Hoskins and Reza Moenaf were
4   providing their advice on getting Azmin Aulia more
5   money upfront, Bill Pomponi said no, we can't accept
6   that.  We need you to do better.  And the defendant
7   coming back saying he can't comment on the cash flow,
8   but that his advice, his recommendation, is to go
9   with what Reza Moenaf and Yves Mouillet proposed.
10      Again, when Bill Pomponi pushed back more,
11  the defendant again recommends to go with the latest
12  proposal asking Bill Pomponi to give his all clear.
13  Bill Pomponi, API had to give the all clear.  They
14  were in control of the undertaking.  And you saw
15  that, Bill Pomponi ultimately responding they
16  approved and thanking the defendant for local -- for
17  his support.
18      And you heard it from the witnesses.  You
19  heard Dave Rothschild tell you Alstom Power, Inc.,
20  decided who to hire.  They decided which consultant,
21  how much to pay the consultant, the terms of payment.
22  All of those decisions, controlled, decided by API.
23  And you heard it from Larry Puckett.
24      Now, you didn't hear the word "report" in the
25  Judge's instruction about agency.  There's nothing in

13:57
13:57
13:57
13:57
13:57
13:57
13:57
13:57
13:57
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:58
13:59
13:59

1   there about someone needing to report.  That formal     13:59

2   reporting line, that's what employees have.  We're      13:59

3   talking about an agent.  And you heard the way the      13:59

4   things worked on Tarahan, API controlled the process.   13:59

5   They controlled the undertaking.                        13:59

6        And you saw it when they won the Tarahan          13:59

7   Project.  You saw Fred Pierucci make abundantly clear    13:59

8   what everyone's roles were, all important roles, but     13:59

9   Bill Pomponi successfully leading the negotiation and    13:59

10  the defendant, Reza and Eko for the local support.       13:59

11  That's the role that they were providing.                13:59

12       Now, you also saw that the defendant had an        14:00

13  approval role of the consultancy agreement.  Now, you    14:00

14  also saw that Alstom Power, Inc., had the final          14:00

15  approval.                                                14:00

16       Now, when he was approving that consultancy        14:00

17  agreement, who was he approving it on behalf of?  Who    14:00

18  was he doing that for?  He was doing it for API.  So     14:00

19  putting aside all of the other pieces that he was        14:00

20  doing that API controlled, let's look at who actually    14:00

21  controlled the approval of the consultancy agreement.    14:00

22  Fred Pierucci telling the defendant to reissue the       14:00

23  consultancy agreement, not can you approve.  Send it     14:00

24  back to me.  Put this in and send it back to me.         14:00

25  That's how it worked in practice.                        14:01

1    Now, remember, it's the Tarahan Project, that    14:01

2    relationship that is what you are looking at.    14:01

3    But even if you look to the more general    14:01

4    documents, they make clear that this is International    14:01

5    Network's work.  They're a sales, support and service    14:01

6    organization.  Again, very important, but that's the    14:01

7    role they're playing.  They're serving all sectors    14:01

8    based on their needs and requests.  When the sector,    14:01

9    when the business, when API requests something,    14:01

10    International Network does it.  That's where the    14:01

11    money comes from, the business units.  They fund    14:01

12    International Network.    14:01

13    You heard Chris Varney tell you between    14:01

14    International Network and the business units, the    14:02

15    business units were the ones who were in charge of    14:02

16    the projects.  You heard him tell you they're the    14:02

17    ones with the P&L, with the profits and loss center.    14:02

18    International Network gets their fundings from the    14:02

19    business unit.  And what does that mean in terms of    14:02

20    who has the ultimate decision-making authority?  API,    14:02

21    the one with the P&L.    14:02

22    In fact, you saw that International Network    14:02

23    employees get part of their salary from the work that    14:02

24    they're doing on the projects.  The projects that    14:02

25    they are help winning for the business units, that's    14:02

1  where part of their salary comes from.  You heard the          14:02

2  same thing from Larry Puckett and Ed Thiessen who             14:02

3  also both worked in International Network and the             14:02

4  fact that International Network was a support                 14:02

5  organization, that sometimes frustrated people like          14:03

6  Reza Moenaf.  "I do not know how we could change the          14:03

7  way we work, network, sector, but today I feel that I         14:03

8  have the responsibility without authority.  Since            14:03

9  sector has the final call, perhaps the answer so be          14:03

10  it.  But if you have any advice how I could do               14:03

11  better, please do let me know."                             14:03

12        Now, you heard the same thing from Ed                  14:03

13  Thiessen.  How, he had never seen that document             14:03

14  before but he heard the same thing.  And who did he         14:03

15  hear it from?  He heard it from Pedro Sole.  Pedro          14:03

16  Sole is the person who replaced the defendant as the        14:03

17  area senior vice president for the Asia region.             14:03

18  That's who told Ed Thiessen in that role, in the            14:03

19  defendant's role, that they had responsibility             14:03

20  without authority.                                          14:04

21        We've proven beyond a reasonable doubt,                14:04

22  ladies and gentlemen, that the defendant was an agent      14:04

23  of API, and we've proven beyond a reasonable doubt         14:04

24  that the defendant violated the FCPA.                       14:04

25        So now I'm going to talk about the conspiracy        14:04

 1  to violate the FCPA.  Now, this is the agreement.                14:04
 2  And as you heard the Judge instruct you, this is a               14:04
 3  separate crime.  The fact that the defendant agreed              14:04
 4  with others to do it, even if it didn't come to                  14:04
 5  fruition, that is a separate crime.  And I'm not                 14:04
 6  going to spend too much time on this because I                   14:04
 7  already walked through a lot of these elements.                  14:04
 8       But just to talk through the unlawful                       14:04
 9  agreement for a moment, the agreement doesn't have to            14:04
10  be formal.  It doesn't have to be express or in                  14:05
11  words.  It's a meeting of the minds, and the                     14:05
12  defendant doesn't even have to know all the members              14:05
13  of the conspiracy.                                               14:05
14       Now, you heard a lot of the people that he                  14:05
15  conspired with.  You heard about Fred Pierucci, Bill             14:05
16  Pomponi, Reza Moenaf, Eko Sulianto, Pirooz Sharafi,              14:05
17  Azmin Aulia; the witnesses you heard from Ed                     14:05
18  Thiessen, David Rothschild, Larry Puckett.  All of               14:05
19  those are people that the defendant entered into an              14:05
20  unlawful agreement with.                                         14:05
21       Now, I've already described for you how the                 14:05
22  defendant acted knowingly and willfully, that he                 14:05
23  entered into this bribery scheme.  I've just                     14:05
24  described for you how the defendant was an agent of              14:05
25  API.                                                             14:05

14:05
14:05
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:06
14:07
14:07
14:07
14:07
14:07
14:07
14:07
14:07

1    Now, the last two are that the defendant take

2 some overt act or one of the coconspirators take some

3 overt act.  And there were a lot of overt acts that I

4 already described.  The e-mails, the meetings, the

5 payments, those are all overt acts in furtherance of

6 the conspiracy.

7    So now I'm going to talk about the money

8 laundering charges.  These are Counts Nine through

9 Twelve.  There are two elements for this.  The two

10 questions that you have to ask yourself are did the

11 defendant cause or aid and abet money being

12 transported from inside the United States to outside

13 the United States?  And did the defendant intend to

14 promote the bribery scheme?

15    Now, you heard the Judge instruct you that

16 just with the FCPA, withdrawal is not a defense for

17 Counts Nine through Twelve.  And you also heard the

18 Judge instruct you that agency -- that we don't need

19 to prove that the defendant was an agent of API for

20 Counts Nine through Twelve.

21    So let's look at these two questions.  Did

22 the defendant cause or aid and abet money being

23 transported from inside the United States to outside

24 the United States?  Let's start with the fact that

25 that's what happened.  We know that money went from

1    inside the United States starting with API, going to                    14:07

2    Pirooz Sharafi to be passed on to Emir Moeis.  We saw                    14:07

3    the bank records.  So you know that happened.                           14:07

4            So the question is:  How do you know that the                   14:07

5    defendant aided and abetted that?  What did he do to                    14:07

6    aid and abet it?  Well, you've seen lots of evidence                    14:07

7    of that as well:  the meeting that he had at the                        14:07

8    Dharmawangsa hotel, setting Pirooz Sharafi's                            14:07

9    commission at 1 percent.  You saw that the defendant                    14:07

10   was the one who inserted Pirooz Sharafi's terms of                      14:08

11   payment into the consulting agreement.  That's aiding                   14:08

12   and abetting.                                                           14:08

13           You saw that he signed the file sheet of the                    14:08

14   terms of payment, the way that Pirooz Sharafi was                       14:08

15   going to get paid.  That's aiding and abetting Pirooz                   14:08

16   Sharafi, getting money into his hands.  The                             14:08

17   consultancy agreement itself that the defendant                         14:08

18   helped put in place making clear what the terms of                      14:08

19   payment were.  All these things are things that the                     14:08

20   defendant did to aid and abet Pirooz Sharafi to send                    14:08

21   money because at that point once the terms of payment                   14:08

22   were set, time simply had to pass.                                      14:08

23           You heard Chris Varney tell you he wouldn't                     14:09

24   have approved those payments without the consultancy                    14:09

25   agreement and he had to approve those payments                          14:09

1    because of the consultancy agreement.                    14:09

2        So how do you know that the defendant              14:09

3    intended to promote the bribery scheme?  Because that   14:09

4    was the whole purpose.  That's why they hired Pirooz    14:09

5    Sharafi from the get-go.  It was to cover Emir Moeis.    14:09

6    That's why they kept him on, why they didn't get rid    14:09

7    of him altogether.  Alstom doesn't like to just give    14:09

8    away 1 percent of a contract.                           14:09

9        And you saw the e-mail between the defendant        14:09

10   and Reza Moenaf after Pirooz Sharafi's commission was   14:09

11   cut that he had to convince Emir Moeis that one was     14:09

12   enough, and the defendant responded that he was         14:10

13   working to get Pirooz Sharafi's agreement in place.     14:10

14   And that is exactly what happened just as planned.      14:10

15   Pirooz Sharafi used the money that came from API and    14:10

16   sent it on to Emir Moeis.                               14:10

17       Now, for Counts Nine through Twelve, you            14:10

18   heard the Judge instruct you that we also have to       14:10

19   prove to you venue.  So I want to just talk about two   14:10

20   things before I discuss the evidence that proves        14:10

21   venue for you.  First, this only applies to Counts      14:10

22   Nine through Twelve.  And, second, unlike all the       14:10

23   other elements that we have to prove to you beyond a    14:10

24   reasonable doubt, we have to prove venue by a           14:11

25   preponderance of the evidence, more likely than not.    14:11

1    So how do you know whether venue has been

2    established?  The instruction is if you find that a

3    transfer occurred in multiple stages and that each

4    stage was an integral part of a single plan to

5    transfer funds, then you should consider those

6    transfers as one single transaction for determining

7    venue.

8    And so to start off with, you know that the

9    transfers started in Windsor, in Connecticut.  Chris

10   Varney told you that.  But how do you know that this

11   was all part of a single plan, multiple stages part

12   of a single plan?  Because, again, ladies and

13   gentlemen, that was the purpose.  That's why they

14   hired Pirooz Sharafi.  They weren't paying Pirooz

15   Sharafi to line his own pockets.  David Rothschild

16   told you that.  He didn't expect the money to stay in

17   his account.  No one expected the money to stay in

18   his account.  If they did, they wouldn't have given

19   him 1 percent.  The whole purpose was to pass on some

20   of that money to Emir Moeis to keep Emir Moeis happy.

21   It was all part of one plan.

22   So now I'm going to talk about conspiracy to

23   commit money laundering.  Now, for this the defendant

24   is charged with two objects.  That means that there

25   are two different ways that the defendant can be

14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:11
14:12
14:12
14:12
14:12
14:12
14:12
14:12
14:12
14:12
14:12
14:12
14:12

1    guilty of Count Eight.  And just as I talked about          14:12

2    with Counts Nine through Twelve, you heard the Judge        14:13

3    instruct you that we don't have to prove that the           14:13

4    defendant was an agent of API for Count Eight.              14:13

5         So the first way is did the defendant agree            14:13

6    that money would go from inside the United States to        14:13

7    outside the United States to promote the bribery            14:13

8    scheme?  Now, I just spent some time talking to you         14:13

9    about how he did that with Pirooz Sharafi.                  14:13

10        But another way that he did it, another way            14:13

11   that he can violate Count Eight is he also agreed to        14:13

12   do it with respect to Azmin Aulia.  You saw that            14:13

13   money for Azmin Aulia started with API, went to            14:13

14   Alstom Prom in Switzerland and then on to Azmin            14:13

15   Aulia, money going from inside the United States to        14:13

16   outside the United States for the purpose of               14:13

17   promoting the bribery scheme.                              14:13

18        And the reason you know that the defendant            14:14

19   agreed to do it is because, again, he initialed the       14:14

20   file sheet.  Money going from Alstom Power, Inc.,         14:14

21   Windsor USA to PT Gajendra, bank account Singapore,       14:14

22   outside the United States.  That's what the plan was.     14:14

23   That's what he agreed to do.                              14:14

24        Now, another way that the defendant can             14:14

25   violate Count Eight is if he agreed to move money in     14:14

1    amounts greater than $10,000 that he knew were                14:14

2    proceeds from the bribery scheme.  And he agreed to           14:14

3    do that too.  The money that went to Pirooz Sharafi's         14:14

4    bank account, the money that was going out were               14:14

5    proceeds.  When money came in to Windsor from PLN,            14:14

6    money that was only coming in because they agreed to          14:15

7    pay bribes, that's proceeds.  And the transfers that          14:15

8    went out with that money, those are transfers of more         14:15

9    than $10,000.                                                 14:15

10           So the defendant is guilty beyond a                   14:15

11    reasonable doubt of Count Eight.                             14:15

12           So the last thing that I'm going to cover             14:15

13    with you, ladies and gentlemen, is withdrawal.              14:15

14           You heard that the defendant raised a defense        14:15

15    of withdrawal.  Now, the Court instructed you that          14:15

16    this only applies to Counts One and Eight and that          14:15

17    unlike everything else, the defendant has the burden        14:15

18    here.  It's his burden to prove that he withdrew from       14:15

19    the conspiracy.                                             14:15

20           Now, you have the instruction.  But there's          14:16

21    important things to remember for withdrawing from a         14:16

22    conspiracy because when you join a conspiracy, you          14:16

23    can't just walk away.  Mere cessation is not enough.        14:16

24    Once you start something down a path, you can't just        14:16

25    walk away and let it keep going.                            14:16

1    Resignation from employment does not by    14:16
2    itself constitute withdrawal.  The Judge gives you    14:16
3    examples of what withdrawal looks like:  giving a    14:16
4    timely warning about the conspiracy to law    14:16
5    enforcement officials, wholly depriving prior efforts    14:16
6    of effectiveness, making appropriate efforts to    14:16
7    prevent the commission of a crime, doing acts that    14:16
8    are inconsistent with the objects, and then making    14:16
9    reasonable efforts to make sure your coconspirators    14:16
10   know about those acts.    14:16
11   And you heard the Judge instruct you that    14:17
12   where a defendant sets in motion events designed to    14:17
13   have an effect beyond the period of his active    14:17
14   participation, his affirmative acts of withdrawal    14:17
15   must be aimed at weakening or undermining the    14:17
16   foreseeable consequences of his own participation.    14:17
17   He has to take steps to undo what he did, to disavow    14:17
18   and defeat the conspiracy.    14:17
19   You have not seen any evidence that the    14:17
20   defendant did that.  You heard from his    14:17
21   coconspirators.  You heard that when he left, he    14:17
22   never expressed any disapproval.    14:17
23   This is Ed Thiessen.  You heard it from Dave    14:17
24   Rothschild, never heard anything about the defendant    14:18
25   not approving the conspiracy that they were involved    14:18

1  in.  Larry Puckett, nothing about the conspiracy.                    14:18

2  You heard from Chris Varney who was approving all of                14:18

3  those consulting agreements.  He never heard anything               14:18

4  about the defendant not wanting those payments to be                14:18

5  made because the defendant never took a single step.                14:18

6  He left Alstom for a better job.  That's the                        14:18

7  evidence.                                                           14:18

8         But let's look at the defendant's own words.                 14:18

9  This is his resignation letter.  Alstom is his home                 14:18

10 company.  He would have preferred to stay and he                    14:18

11 wishes every success for the future and believe that               14:18

12 under Patrick Kron's dynamic leadership, the company               14:19

13 will fully return to its rightful place in its chosen              14:19

14 markets.                                                            14:19

15        Does that sound like disavowing and defeating              14:19

16 the conspiracy?                                                     14:19

17        In an e-mail to Ed Thiessen, "Are you jumping             14:19

18 ship?"                                                              14:19

19        "Yes, shame because I've enjoyed it on                      14:19

20 board."                                                             14:19

21        Another colleague of his, "Are you leaving?"              14:19

22        "I am sorry to be leaving, but I am returning             14:19

23 to the UK as commercial director, NATS."                            14:19

24        Another e-mail, "I have many good memories                 14:19

25 and would have stayed if the company's response to my             14:19

1    push for a new challenge had been a bit faster."    14:19

2          Is he undoing anything he did?    14:19

3          Now, this is Fred Pierucci.  This is one of    14:19

4    his primary coconspirators on the Tarahan Project.    14:20

5    And what does he say to Fred Pierucci on his way out    14:20

6    the door?  Great news on Tarahan after all the    14:20

7    efforts over the years.  That is what the defendant    14:20

8    is saying about Tarahan as he's leaving, not I'm    14:20

9    disgusted with it, not we shouldn't be doing this.    14:20

10   "Great news," that is what he is saying on his way    14:20

11   out the door to a better job.    14:20

12         He's giving advice, working with his    14:20

13   coconspirators, Reza Moenaf, Yves Mouillet, let's try    14:20

14   to meet with Eddie Widiono, talk about a new power    14:20

15   plant in Sumatra.    14:20

16         Another e-mail:  "If you agree Yves should    14:20

17   visit regularly with you, Eko, Ed and Bill and others    14:21

18   to continue the close relationship with PLN and    14:21

19   others," talking about a new coal project that they    14:21

20   can win in Indonesia.  That's what the defendant is    14:21

21   talking about as he is leaving.  Disavow and defeat?    14:21

22         In fact, after he submits his letter of    14:21

23   resignation, more than a month after he submits his    14:21

24   letter of resignation, he helps get one of his    14:21

25   coconspirators a bonus based on the very corrupt    14:21

1    project that he helped win.  Disavow and defeat?                          14:21

2         And if you have any questions about how the                         14:21

3    defendant felt about Tarahan, look at his farewell                       14:21

4    e-mail to Reza Moenaf.  "As you say our efforts paid                     14:22

5    off after a lot of hard work by many people and I                       14:22

6    hope that Tarahan will be the start of many future                      14:22

7    successes for Alstom in Indonesia."                                      14:22

8         The defendant wasn't undoing what he did.  He                      14:22

9    wasn't trying to stop the consultancy agreements that                   14:22

10   he helped put in place.  He wasn't trying to stop the                   14:22

11   payments that were going to happen, that he knew were                   14:22

12   going to happen, that he intended were going to                         14:22

13   happen.  He left Alstom for a better job.  And                          14:22

14   remember, he only left after his role on the                            14:22

15   conspiracy was complete.                                                14:22

16        You heard the Judge instruct you about the                         14:22

17   different roles that people play in conspiracies.                       14:22

18   Some people have minor parts.  Some people have                         14:23

19   bigger parts.  The defendant's role was to help find                    14:23

20   consultants, to help hire them, to help get the                         14:23

21   consultancy agreements in place, to help win the                        14:23

22   Tarahan Project.  He played his part to perfection.                     14:23

23   He did all those things.  Everyone plays their part.                    14:23

24        Dave Rothschild, he played his part.  He was                       14:23

25   involved for a year at the beginning, and then he                       14:23

1    helped Sharafi get his very last payment.                    14:23

2         Larry Puckett, he played his part.  He was              14:23

3    involved for six weeks in the fall of 2003.                  14:23

4         Ed Thiessen, he played his part.                        14:23

5         The defendant played his part to perfection             14:23

6    and got the exact result that they wanted.  They paid        14:23

7    bribes.  They got the consultancy agreement set up.          14:24

8    They won the project.                                        14:24

9         Now, you heard Dave Rothschild and I think              14:24

10   maybe Larry Puckett tell you that it would have been         14:24

11   strange if Lawrence Hoskins reached out to them on           14:24

12   his way out the door.  But that's the point.  It's           14:24

13   supposed to be strange.  When you are undoing the            14:24

14   very conspiracy that you set out to do, it's going to        14:24

15   be strange.  It's supposed to make your                      14:24

16   coconspirators think twice before they continued down        14:24

17   the very path you put them on.  That is the point of         14:24

18   withdrawal.                                                  14:24

19        Did Dave Rothschild think twice before                  14:24

20   helping Pirooz Sharafi get his last payment?  No.            14:24

21   Did Ed Thiessen think twice before trying to help            14:24

22   Firman, that engineering PLN official get money?  No.        14:24

23   Because the defendant never took a single step to            14:25

24   disavow or defeat the conspiracy or to undermine the         14:25

25   very steps that he took in furtherance of it.  You           14:25

```
 1    have not seen any evidence from the defendant to meet     14:25

 2    his burden.  If anything, the government has proved       14:25

 3    to you that he did not withdraw.                          14:25

 4         Now, I want to finish with the point that I          14:25

 5    started with.  The defendant is here before you today     14:25

 6    because of the choices that he made.  He chose to be      14:25

 7    corrupt.  He chose to conspire.  He chose to commit       14:25

 8    crimes.  You have seen the evidence of that, and it's     14:25

 9    based on that evidence that the government asks that      14:25

10    you return a verdict of guilty on all counts.            14:25

11         Thank you.                                           14:26

12         THE COURT:  All right.  Thank you.  Ladies           14:26

13    and gentlemen, we'll take a ten-minute recess.  Then     14:26

14    you will hear the closing argument on behalf of           14:26

15    Mr. Hoskins.                                              14:26

16         (Jury exited the proceedings, 2:26 p.m.)             14:26

17         THE COURT:  Anything before our recess?              14:26

18         MR. NOVICK:  No, Your Honor.                         14:26

19         THE COURT:  If not, we stand in recess.              14:26

20         (Recess taken from 2:26 p.m. to 2:42 p.m.)           14:26

21         THE COURT:  Ladies and gentlemen, please be          14:42

22    seated.  Please bring in the jury.                        14:42

23         Mr. Morvillo, are you ready to proceed?              14:42

24         MR. MORVILLO:  I am, Your Honor.                     14:42

25         (Jury entered the proceedings, 2:43 p.m.)            14:43
```

1    THE COURT:  Please be seated, ladies and    14:43

2  gentlemen.    14:43

3    THE CLERK:  Your Honor, we're waiting on one    14:43

4  more juror.    14:43

5    THE COURT:  All right.  Mr. Morvillo will    14:44

6  close for Mr. Hoskins.  You may proceed.    14:44

7    MR. MORVILLO:  Thank you, Your Honor.    14:44

8    May it please the Court, Mr. Hoskins,    14:44

9  counsel, ladies and gentlemen of the jury, I would    14:44

10  like to start out by thanking you for your attention    14:44

11  and diligence throughout this trial.  We all know    14:44

12  that you have busy lives and responsibilities and    14:44

13  obligations far beyond this courtroom that have    14:44

14  nothing to do with this case and that you have each    14:44

15  hit the pause button on your own busy lives to be    14:45

16  here every day to weigh the evidence and determine    14:45

17  the fate of Mr. Hoskins.  That's a sacrifice and it's    14:45

18  humbling to behold.    14:45

19    Aside from the utterly riveting testimony    14:45

20  about reporting lines in a multinational company,    14:45

21  much of the evidence in this case has been dense and    14:45

22  rather monotonous readings of e-mails, not the    14:45

23  easiest evidence to absorb and digest.  Nevertheless,    14:45

24  it was clear to everyone in this courtroom that you    14:45

25  were focused and engaged with the evidence as it came    14:45

1  in.  But my point here is that your commitment to the

2  case was admirable and is deeply appreciated by both

3  parties.

4          You all understand how important this case is

5  for Mr. Hoskins and his family.  His fate literally

6  sits in your hands.  You are the final

7  decision-makers.  The power to end this nightmare for

8  Mr. Hoskins is about to be yours.  That is an awesome

9  responsibility.  You are the judges of the facts in

10  this case.  And so when you retire to that room to

11  deliberate, I sincerely request that each of you keep

12  in mind that this is your decision.  This is your

13  opportunity to be heard on this case.

14          With this trial, Mr. Hoskins has chosen to

15  place his fate in your hands with the belief that

16  when you consider all of the evidence, and frankly

17  the lack of evidence, you will conclude that

18  Mr. Hoskins is not guilty of any of the charges in

19  this case.

20          You have the ultimate power and authority

21  here.  You can send Mr. Hoskins home to England to

22  live out his retirement in peace.  Mr. Hoskins, his

23  family and his defense team are deeply grateful to

24  each of you for your time and attention and

25  sacrifices, those sacrifices that have enabled you to

1  be here to take on this most important                14:47

2  responsibility, to pass judgment on another human     14:47

3  being and to fairly decide how this case ends.        14:47

4         Let me pause here for a moment to discuss two  14:47

5  important concepts in this case, concepts that the    14:47

6  government glossed over, but that the Judge spent      14:47

7  some time discussing with you at the outset of her    14:47

8  instructions:  the presumption of innocence and the   14:48

9  burden of proof.                                       14:48

10         As Mr. Hoskins sits here in this very         14:48

11  courtroom as he has for the past ten days, he is      14:48

12  presumed to be innocent.  The indictment in this case 14:48

13  is nothing more than a claim.  It is evidence of      14:48

14  nothing.  And Mr. Hoskins has pleaded not guilty to   14:48

15  the charges contained in the indictment.              14:48

16         The burden of proving his guilt of the crimes  14:48

17  charged beyond a reasonable doubt rests with the      14:48

18  government.  It sits with this table right here and   14:48

19  never moves.  And this makes sense because the law    14:48

20  imposes no obligation on the defendant to call any    14:49

21  witnesses or produce any evidence at all.             14:49

22         And so when you go back into the jury room,    14:49

23  the presumption of innocence will follow you in there 14:49

24  and never leaves unless and until you as the jury are 14:49

25  convinced that the evidence has demonstrated that the 14:49

1  government has satisfied its burden on each and every          14:49

2  element of each crime charged.                                 14:49

3      What is proof beyond a reasonable doubt?                   14:49

4  We've all heard the term throughout our lives in one           14:49

5  way or another, on the news, on TV, in books,                  14:49

6  articles.  It's a concept that we have all heard               14:49

7  about, but most of us never really dwell on too much.          14:49

8  But today in this courtroom, it means everything to            14:49

9  Mr. Hoskins.  It is the burden that the government             14:49

10  must persuade you it has met before you can convict            14:50

11  Mr. Hoskins of any of the crimes charged here.                 14:50

12      Here is the beyond the reasonable doubt                    14:50

13  language from the Judge's instructions.  Think about           14:50

14  this for a moment.                                             14:50

15      It is a critically-important principle of law              14:50

16  and a fundamental tenet of our criminal justice                14:50

17  system.  Reasonable doubt is a doubt for which you             14:50

18  have a reason.  It is a doubt that would cause a                14:50

19  person to hesitate in a matter of importance in their          14:50

20  lives.  Proof beyond a reasonable doubt of such -- is          14:50

21  proof of such convincing character that a reasonable           14:50

22  person would not hesitate to rely upon it and act in           14:50

23  the most important of his or her affairs.                      14:50

24      Now, the Judge has told you that the                       14:50

25  government much prove each of crime charged beyond a           14:51

1    reasonable doubt.  But of course we're not                14:51

2    challenging every element of every crime charged.  So     14:51

3    let me break it down for you and tell you where we        14:51

4    think the government cannot prove its case.               14:51

5         What are the defenses?                               14:51

6         First, we contend that the government has            14:51

7    failed to prove beyond a reasonable doubt that            14:51

8    Mr. Hoskins was an agent of Alstom Power, Inc., on        14:51

9    the Tarahan Project.                                      14:51

10        Second, we contend that the government has           14:51

11   not proven beyond a reasonable doubt that Mr. Hoskins     14:51

12   knew that Azmin Aulia and Pirooz Sharafi were hired       14:51

13   by API to pay bribes on the Tarahan Project.              14:51

14        Third, we contend that the government has not        14:51

15   proven beyond a reasonable doubt that Mr. Hoskins is      14:51

16   responsible for causing any of the wire transfers         14:51

17   charged in this case, each of which happened after he     14:51

18   left the company, in many instances years after he        14:52

19   left the company.                                         14:52

20        And, fourth, we contend that if you find             14:52

21   beyond a reasonable doubt that Mr. Hoskins was in         14:52

22   fact a member of the FCPA and the money laundering --     14:52

23   and/or the money laundering conspiracy, that he           14:52

24   withdrew from that conspiracy when he resigned from       14:52

25   Alstom in August of 2004.                                 14:52

1    In a moment I will take you -- I will take

2  each of these defenses in turn and explain exactly

3  why in our view the government has failed to meet its

4  burden and why you must find Mr. Hoskins not guilty

5  of each and every charge in the indictment.

6    But first I would like to say a few words

7  about the quality of the evidence in this case.  What

8  do I mean by quality of the evidence?  How reliable

9  is it?  What is the source of it?  Is it from an

10  eyewitness or is it secondhand or thirdhand?  Is it

11  credible or is it biased?  Is it the subject of

12  multiple interpretations or is it clear and

13  unambiguous?  What's missing?  What are the holes?

14  And really, what does it actually tell you about the

15  allegations in this case?  Or, to put it in the words

16  of Judge Arterton's instructions to you, is it proof

17  of such a convincing character that a reasonable

18  person would not hesitate to rely and act upon it in

19  the most important of his or her affairs.

20    I submit to you that the answer to the last

21  question is a resounding no.

22    The evidence in this case came in three

23  forms:  stipulations, witnesses and documents.

24  Stipulations is by far the most reliable evidence in

25  this case because they are the facts that the parties

14:52
14:52
14:52
14:52
14:52
14:52
14:52
14:52
14:52
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53
14:53

1    actually agreed upon so that we could narrow the        14:54

2    issues for your considerations, save time in court.     14:54

3           Witnesses, there were five witnesses who        14:54

4    testified at this trial, only one of whom ever          14:54

5    actually met with or spoke to Mr. Hoskins.  And as      14:54

6    you know, that witness was Ed Thiessen and              14:54

7    Ed Thiessen didn't even work on the Tarahan Project.    14:54

8    Tarahan wasn't Mr. Thiessen's deal and he had only a    14:54

9    passing involvement with it, which I will discuss in    14:54

10   a moment.                                               14:54

11          Other than Mr. Thiessen, none of the other      14:54

12   four witnesses, Mr. Rothschild, Mr. Puckett,            14:54

13   Mr. Varney or Agent Coleman had any firsthand           14:54

14   information to offer you about Mr. Hoskins.  They       14:54

15   didn't tell you anything that they actually heard       14:54

16   Mr. Hoskins say, nor did any of them tell you           14:55

17   anything about any meetings that they attended with     14:55

18   him.  They did not tell you about a conversation they   14:55

19   had with him because they never spoke to him.  They     14:55

20   did not tell you about a meeting they personally        14:55

21   attended with Mr. Hoskins because they never attended   14:55

22   a meeting with him.  They did not provide you with      14:55

23   any firsthand information about what Mr. Hoskins said   14:55

24   or heard as they simply don't possess such             14:55

25   information.  None of these four witnesses has ever     14:55

1    even met Mr. Hoskins.                                        14:55

2         So what does that mean?  It means there is no          14:55

3    testimony in this case from anyone who actually             14:55

4    worked with Mr. Hoskins on the Tarahan Project who          14:55

5    also actually spoke with him.  And the Tarahan             14:55

6    Project, of course, is the subject, the focus of the        14:56

7    charges in this case.                                       14:56

8         Think about that for a minute.  There is no           14:56

9    testimony in this case about what Mr. Hoskins said to       14:56

10   either of the two witnesses, Mr. Puckett and                14:56

11   Mr. Rothschild, who worked on the Tarahan Project           14:56

12   with him because they never spoke and they barely           14:56

13   e-mailed.  That's simply astonishing.  And if that          14:56

14   makes you uneasy as you're about to walk into that          14:56

15   room and weigh Mr. Hoskins' guilt or innocence, it          14:56

16   definitely should.  Because you see, ladies and             14:56

17   gentlemen, I submit to you that this is far from the        14:56

18   quality of evidence that we should demand in deciding       14:56

19   someone's fate.                                             14:56

20        Add to this the impact that the passage of            14:56

21   time has had on the recollections of Mr. Rothschild,        14:56

22   Mr. Puckett and Mr. Thiessen as it relates to the           14:56

23   evidence pertaining to Mr. Hoskins.  You heard that         14:56

24   Mr. Hoskins joined Alstom in Paris October 2001 and         14:57

25   left Alstom in Paris in August 2004.  So, in other          14:57

1  words, he worked at Alstom for less than three years    14:57

2  more than 15 years ago.  Think about that.  He joined    14:57

3  Alstom almost a year after President George W. Bush    14:57

4  was elected president and left before President Bush    14:57

5  even finished his first term.    14:57

6         This is one of the last e-mails that    14:57

7  Mr. Hoskins sent at work, August 31, 2004.  So the    14:57

8  entirety of Mr. Rothschild's, Puckett's and    14:57

9  Thiessen's interactions with Mr. Hoskins occurred    14:57

10 during that brief window many years ago.    14:58

11        We all know what time does to people's    14:58

12 recollections.  Ask yourself, what does the passage    14:58

13 of time mean for attempts to reconstruct past events    14:58

14 and to place context around it?  How can we really    14:58

15 trust testimony that is so old in a matter of such    14:58

16 importance?  Memories of 16 years ago.  We can all    14:58

17 remember significant events in our lives from that    14:58

18 long ago, but can you remember the details, who said    14:58

19 what to whom, who was there, the precise words that    14:58

20 were used?    14:58

21        In a case where the specific words used and    14:58

22 the context in which they were used really matter, I    14:58

23 suggest to you that the ocean of time that has passed    14:58

24 since the conduct in this case significantly erodes    14:58

25 the reliability of that testimony and it should make    14:58

1    you hesitate.  Time has a way of blurring and                14:59

2    blending the past into a haze.  Pictures and images          14:59

3    emerge from the fog, but the precision is just not           14:59

4    there, certainly not the type of precision that one          14:59

5    should really rely upon in a matter of such supreme          14:59

6    importance like the guilt or innocence of another            14:59

7    person.                                                      14:59

8            But wait.  There's more.  Let's talk about           14:59

9    bias.  Now, you know that the three government                14:59

10   witnesses are cooperating witnesses.  What does that         14:59

11   mean?  Well, of course it means that their fate is           14:59

12   tied to helping the government.  What does that tell         14:59

13   you about the quality of their evidence?                     14:59

14           Well, given that none of them really dealt           14:59

15   with Mr. Hoskins with respect to the alleged crimes          14:59

16   in this case, we're already starting at a pretty low         14:59

17   level.  How reliable is it?                                  15:00

18           Well, you heard that each of them met with           15:00

19   the government numerous times before they testified          15:00

20   to prepare.  And you've heard that they discussed            15:00

21   their proposed testimony extensively with the                15:00

22   government in advance of their appearances.  And at          15:00

23   least with respect to Mr. Thiessen, you even heard           15:00

24   that the prosecutors did a mock cross-examination of         15:00

25   him so he could be better prepared to answer my              15:00

1  questions.  So I think it is fair to say that these                    15:00

2  witnesses were fairly well-rehearsed before they hit                  15:00

3  that witness stand.                                                    15:00

4       What else do they have in common?  Well, they                    15:00

5  all told you that they know their fate lies with the                  15:00

6  government, with the government decision to submit a                  15:00

7  letter to the Court requesting leniency.                              15:00

8       This is a page from Mr. Thiessen's                               15:00

9  cooperation agreement.  You saw that during his                      15:00

10 testimony.  The same clause is in Mr. Puckett's and                  15:01

11 Mr. Rothschild's cooperation agreements.  That is a                  15:01

12 massive incentive to keep the government happy, no?                  15:01

13      And while they all repeatedly stated that the                   15:01

14 most important thing was to tell the truth, it was                   15:01

15 also pretty clear that their testimony was oddly                     15:01

16 aligned in one particular area.  I submit to you that                15:01

17 all the cooperating witnesses, Mr. Rothschild,                       15:01

18 Mr. Puckett and Mr. Thiessen, were shading their                     15:01

19 testimony to try to help the government.                             15:01

20      I'll come back to that in a moment, but it is                   15:01

21 certainly worth noting that these witnesses who have                 15:01

22 really nothing relevant to say about Mr. Hoskins'                    15:01

23 knowledge and nothing in involvement with the Tarahan               15:01

24 Project are all singing in too perfect harmony with                 15:02

25 one another about one point.                                         15:02

1    The bottom line:  You should approach this

2    testimony of these witnesses who have such a

3    significant incentive to please the government with a

4    high degree of skepticism and hesitancy.

5    And so in assessing the quality of the

6    evidence in this case, you should also think about

7    the holes in the evidence.  Other than Mr. Thiessen,

8    the fact is you didn't hear from anyone who actually

9    did speak with Mr. Hoskins at any time when he worked

10   at Alstom.  Other than Mr. Thiessen, the fact is that

11   you didn't hear from anyone who actually attended a

12   meeting with Mr. Hoskins when he worked at Alstom.

13   We heard a lot of testimony about and saw

14   many e-mails from a lot of people including Fred

15   Pierucci, Bill Pomponi, Reza Moenaf, Eko Sulianto,

16   Pirooz Sharafi, Azmin Aulia, Eddie Widiono, Emir

17   Moeis, the folks from Marubeni, the folks from Alstom

18   International Network in Paris, in Switzerland.  But

19   we only heard from Mr. Puckett, Mr. Rothschild and

20   Mr. Thiessen.  And it is their testimony that you

21   need to base your verdict upon, not speculation about

22   what other witnesses might have said had they been

23   here.

24   Documents, yes, it is true there are a lot of

25   documents in this case.  Because the government

15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:02
15:03
15:03
15:03
15:03
15:03
15:03
15:03
15:03
15:03
15:03
15:03
15:03

1    witnesses had so very little to say that is either    15:03

2    relevant or inciteful as to Mr. Hoskins' state of    15:03

3    mind, this case really rises or falls with the    15:03

4    documents.  There are lots of different types of    15:04

5    documents in this case:  Alstom records, bank    15:04

6    records, Indonesian records, presentation,    15:04

7    organization charts, lots of organization charts, and    15:04

8    of course lots of e-mails.    15:04

9         But I just want to say a quick word about the    15:04

10   e-mails.  I ask you to approach them with some    15:04

11   heightened care.  The time frame in which these    15:04

12   e-mails were written and sent was different than    15:04

13   today.  They are from a time before smartphones were    15:04

14   everywhere.  They are from a time before you could    15:04

15   read and respond to e-mails at any time of day from a    15:04

16   phone in your pocket.  They are from a time when    15:04

17   people were still dealing with modems and dial-up    15:04

18   connections, as Mr. Puckett told you, and a time when    15:04

19   you actually had to plug your computer into a wall,    15:04

20   into a wire to get your e-mails to download.    15:05

21        You heard evidence that Mr. Hoskins spent 50    15:05

22   percent of his time on the road, so that means that    15:05

23   at least half the time Mr. Hoskins wasn't sitting at    15:05

24   his desk in Paris.  He was on the road in hotels and    15:05

25   at Alstom local offices.    15:05

1372

1     So you can infer from that fact that his

2  ability to read and respond to e-mails was often

3  limited and therein lies the problem.  Most of the

4  e-mails in this case were sent by other people.  And

5  while Lawrence Hoskins is copied on many of them, the

6  only truly reliable evidence of Mr. Hoskins' actual

7  state of mind during this time period is what he says

8  in his e-mails.

9     I will discuss this a bit more when I get

10  into his state of mind, but just for now park that

11  thought.

12     You simply cannot, I submit, convict

13  Mr. Hoskins on the basis of other people's words,

14  words sent in dense and complex and lengthy e-mail

15  chains sometimes in halted or broken or unclear

16  English.  You cannot convict Lawrence Hoskins based

17  on an assumption of what he knew.  You need to look

18  at the evidence of what he actually said or actually

19  did.  And I submit to you, ladies and gentlemen, if

20  you do that, you will find him not guilty of all the

21  charges in this case.

22     So what is Lawrence Hoskins?  You know that

23  Lawrence Hoskins is a 69-year-old British citizen.

24  You know that he worked at Alstom for less than three

25  years between 2001 and 2004.

15:05
15:05
15:05
15:05
15:05
15:05
15:05
15:05
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:06
15:07
15:07
15:07

1    What is Alstom?  Alstom was a large

2  multinational company, the global specialist in

3  energy and transportation infrastructure.  These are

4  their product lines:  Power, transmission and

5  distribution, marine, transportation.  $20 billion in

6  sales in 2001 time frame.  120,000 employees

7  operating in 70 different countries.

8    Mr. Hoskins was just one of those employees.

9  And where did he sit in the organization?  Right here

10  in the left-hand corner.  Mr. Hoskins was in

11  International Network, the country network when he

12  joined.  He reported to an individual named Etienne

13  Dé.  He's three steps away from the CEO because

14  Mr. Dé reported to Mr. Salmon, the deputy CEO who

15  reported to Pierre Bilger, the CEO.

16    What did Mr. Hoskins do at Alstom?  Well,

17  area senior vice president for Alstom's International

18  Network, that was his title.  He covered the Asia

19  region.  Here are the list of the key missions that

20  Mr. Hoskins performed as an area senior vice

21  president, which I will discuss a little more in a

22  bit.  It's a corporate role.  It means that he brings

23  the headquarters' perspective and resources to assist

24  the sectors on winning business and conducting

25  business.

15:07
15:07
15:07
15:07
15:07
15:07
15:07
15:07
15:07
15:07
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08
15:08

 1          Here's the management structure of

 2   International Network.  You'll see Mr. Hoskins there,

 3   head of Asia Pacific, Eastern and Northern Europe.

 4   Mr. Hoskins reported to Etienne Dé.

 5          There's also Bruno Kaelin.  We've heard a lot

 6   about Bruno Kaelin.  He was the head of

 7   representation and compliance in Alstom's network.

 8   He too reported to Mr. Dé.

 9          What were the key missions of International

10   Network?  Strengthen order intake by lobbying,

11   optimize customer care, support to sales, present a

12   unified Alstom image, a single voice, product export

13   finance, ethics and procedures, security

14   coordination.

15          Superintendent to sectors.  The government

16   argues that this word "support" is synonymous with

17   being an agent.  We heard it over and over and over

18   again in this case.  But it's just wrong.  And in a

19   few minutes I will explain to you exactly why.  What

20   area did Mr. Hoskins cover?  We saw this during

21   Mr. Thiessen's testimony.  We covered the yellow

22   area, roughly one-third of the world.

23          Now, what is a reporting line?  I think,

24   ladies and gentlemen, by this point you can probably

25   all teach a master's class in reporting lines.

15:08
15:08
15:08
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:09
15:10
15:10
15:10
15:10
15:10
15:10

1  You've seen so many org charts in this case.  Those

2  are the ones I just showed you about Mr. Hoskins and

3  the International Network.

4       Now let's look at who the API team reported

5  to.  There's Mr. Pierucci, the vice president of

6  global sales, and there are a few of the other names

7  that we've seen in this case, Mr. Puckett,

8  Mr. Rothschild and Mr. Pomponi.  What involvement --

9  and here is another org chart that shows Mr. Pierucci

10  reporting up to Warner Lieberherr who reports to

11  Philippe Joubert.  Completely different reporting

12  lines.

13       What involvement did Lawrence Hoskins have on

14  the Tarahan Project?  His role on the Tarahan Project

15  was exactly as it says in the description I gave you

16  above about Alstom International Network's roles to

17  bring the headquarters' perspective and their

18  resources to assist Alstom Power, Inc., in winning

19  business.

20       But as it relates to the charges in the

21  indictment, the government claims that he was acting

22  as an agent of Alstom Power, Inc., when he approved

23  Alstom Power, Inc.'s, requested retention of two

24  agents:  Pirooz Sharafi and Azmin Aulia.  That's what

25  this case is about:  Was Mr. Hoskins an agent for API

15:10
15:10
15:10
15:10
15:10
15:10
15:10
15:10
15:10
15:10
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11
15:11

1  under API's control when he approved API's request to     15:12

2  hire Pirooz Sharafi and Azmin Aulia on the Tarahan       15:12

3  Project?                                                  15:12

4       The claims relate to Mr. Hoskins' oversight         15:12

5  of API's efforts to obtain and retain consultants for    15:12

6  the Tarahan Project.  It makes this clear right smack     15:12

7  in the middle of the indictment.  You have a copy of     15:12

8  it.  Look at Paragraph 13 when you get back to the       15:12

9  jury room.  That is what's charged in this case.         15:12

10 That is what he is charged with being an agent for       15:12

11 API for.  That is the core allegation relating to the    15:12

12 FCPA charges in this case.                               15:12

13       Don't be distracted by arguments that are          15:12

14 about other functions that Mr. Hoskins played in the     15:12

15 effort to get the Tarahan deal.  Mr. Hoskins' alleged    15:12

16 role in the alleged crime is the hiring of agents to     15:13

17 pay bribes, and that is what he needed to be an agent    15:13

18 for API for for the purposes of this case.               15:13

19       And you know that's not true.  He is not the       15:13

20 one who had the -- he is the one who had the approval    15:13

21 authority over the hiring of agents.  What didn't he     15:13

22 do on the project?  He's not in sales.  He didn't        15:13

23 negotiate the contracts.  He was not an engineer.  He    15:13

24 didn't review the bids.  His role was an oversight       15:13

25 role of API's process for the hiring of consultants      15:13

| | | |
|---|---|---|
| 1 | on the Tarahan Project. | 15:13 |
| 2 | You've heard a lot of testimony in this case | 15:14 |
| 3 | about who reported to whom and who was in charge of | 15:14 |
| 4 | what.  At times I'm sure you found it all a bit | 15:14 |
| 5 | confusing and hard to follow and if that's the case, | 15:14 |
| 6 | it's not surprising because, see, the government is | 15:14 |
| 7 | simultaneously trying to paint two very different | 15:14 |
| 8 | pictures of Mr. Hoskins for you. | 15:14 |
| 9 | Sometimes they want you to view Mr. Hoskins | 15:14 |
| 10 | as a lackey for Mr. Pierucci, someone who was | 15:14 |
| 11 | controlled by him and had to do what Mr. Pierucci | 15:14 |
| 12 | said, and sometimes they want you to view Mr. Hoskins | 15:14 |
| 13 | as the man who caused all of the payments and who set | 15:14 |
| 14 | the dominos falling from on high as it relates to the | 15:14 |
| 15 | money laundering charges. | 15:14 |
| 16 | The fact of the matter is that the truth lies | 15:14 |
| 17 | somewhere in between those two extremes, and that is | 15:14 |
| 18 | the problem with the government's case.  That's where | 15:14 |
| 19 | it falls apart. | 15:14 |
| 20 | Agency, so why all this agency evidence in | 15:15 |
| 21 | this case?  Why is it all important?  Well, it all | 15:15 |
| 22 | relates to whether Mr. Hoskins can even be charged | 15:15 |
| 23 | with a violation of the FCPA.  As the Judge explained | 15:15 |
| 24 | to you, as relevant to this case, the FCPA only | 15:15 |
| 25 | applies to certain categories of people including | 15:15 |

1    agents of a domestic concern.                                    15:15

2         What is a domestic concern?  API.                           15:15

3         So to convict Mr. Hoskins of any of the FCPA                15:15

4    offenses in the indictment, they must prove beyond a             15:15

5    reasonable doubt that Mr. Hoskins was an agent of                15:15

6    API.  Well, that's a real problem for the government             15:15

7    here, ladies and gentlemen, because, you see, the                15:15

8    evidence is clear that Mr. Hoskins was not an agent              15:15

9    of API.  That is why you heard so much evidence about            15:15

10   reporting lines and control.  The FCPA-related                   15:16

11   charges in this case concern Mr. Hoskins' activities            15:16

12   relating to his approval of API's decision to hire              15:16

13   Pirooz Sharafi and Azmin Aulia to work on the Tarahan          15:16

14   Project.                                                         15:16

15        The government claims that he was an agent of              15:16

16   API when he was exercising his approval authority.             15:16

17   How does that work?                                              15:16

18        And so the reason you heard so much evidence              15:16

19   about Mr. Hoskins' role at Alstom and the reporting           15:16

20   lines is because unless the government can prove that         15:16

21   Mr. Hoskins was in fact acting as an agent of API,            15:16

22   every single one of their FCPA charges fails.  Every          15:16

23   single one of them, gone.  Counts One through Seven,          15:16

24   out the door.                                                    15:17

25        So, you see, the question of agency is                     15:17

1  absolutely critical to this case.  Mr. Hoskins cannot    15:17

2  be found guilty of any FCPA-related charges unless    15:17

3  you first conclude beyond a reasonable doubt that he    15:17

4  was in fact an agent of API.  Agency is a required    15:17

5  element of all those charges.    15:17

6          And so when you go into your deliberations, I    15:17

7  suggest that you first consider agency.  Because if    15:17

8  you find that the government has not sustained its    15:17

9  burden of proof on that element, you must find him    15:17

10  not guilty of all the FCPA charges and do not need to    15:17

11  consider any of the other elements.  You skip right    15:17

12  ahead to the money laundering charges which I'll    15:17

13  discuss in a moment.    15:17

14          So that raises the question, what is an    15:17

15  agent?  The Judge gave you a definition.  It requires    15:18

16  that you find three things:  first, the manifestation    15:18

17  by the principal, in this case API, that the agent    15:18

18  will act for it; second, an acceptance by the agent,    15:18

19  Mr. Hoskins, of the undertaking; and, third, an    15:18

20  understanding between the agent and the principal    15:18

21  that the principal will be in control of the    15:18

22  undertaking.    15:18

23          Now, during their main summation, the    15:18

24  government kept referring to the undertaking and    15:18

25  implied that the undertaking was the Tarahan Project,    15:18

1    but the Judge gave you a definition of undertaking.    15:18

2    It's right here.  "The undertaking consists of the    15:18

3    acts or services which the agent performs on behalf    15:18

4    of the principal."    15:18

5        Do not be fooled by their argument that it's    15:18

6    about the Tarahan Project.  It relates to whether API    15:19

7    can control Mr. Hoskins' services and activities.    15:19

8    API must have had control over his activities when he    15:19

9    was performing his job, reviewing and approving    15:19

10   contract terms of the agents that API wanted to hire,    15:19

11   and that is where it all breaks down.    15:19

12       Because, you see, Mr. Hoskins' role in    15:19

13   connection with the hiring of Sharafi and Azmin Aulia    15:19

14   on the Tarahan Project was a role that he was    15:19

15   fulfilling in connection with his responsibilities as    15:19

16   the area senior vice president for International    15:19

17   Network.  He is the one who had control and authority    15:19

18   to approve the commercial terms of those engagements.    15:19

19   That is what his job was, his job at International    15:20

20   Network, a job that in part was to oversee the hiring    15:20

21   of consultants.  Oversight.    15:20

22       Does that sound like an agent as the Court    15:20

23   has defined it for you?  Does that sound like someone    15:20

24   who is under the control of the people who want to    15:20

25   hire the agents or is it the other way around?  In    15:20

1    the simplest sense, this is how what the evidence                    15:20

2    shows about how the process worked.                                  15:20

3          You saw a few documents during the testimony                   15:20

4    that make the chain of approvals and retention                       15:20

5    process crystal clear.  This document, "Selection and                15:20

6    use of agents."  Remember this one?  Mr. Thiessen                    15:20

7    testified about it last week.  We call it the                        15:20

8    ten-step plan for hiring an agent.  Mr. Hoskins'                     15:20

9    approval role comes at Number 9.                                     15:21

10         First the sector would go out and find the                     15:21

11   agent they wanted to use.  Not Mr. Hoskins' job.  And               15:21

12   then there are a number of steps in between until it                15:21

13   gets real enough and vetted enough to get to                         15:21

14   Mr. Hoskins' desk.  But the important point here is                 15:21

15   that International Network has the approval                          15:21

16   authority.  They give the ability to say yes or no to               15:21

17   the proposed terms.  If the sector proposes terms                    15:21

18   that are unacceptable to Mr. Hoskins, he has complete               15:21

19   authority to reject those terms.  So a contract with                15:21

20   an agent cannot be drafted or signed unless                          15:21

21   Mr. Hoskins signs off.                                               15:21

22         Look at Step 10.  This makes it ever clearer.                  15:21

23   After International Network approval, the contract                    15:22

24   gets drafted and the draft is sent back down to the                 15:22

25   sector for final approval.  The government appears to               15:22

1    argue that the fact that the sector has final        15:22

2    approval is somehow relevant.  But the point is that  15:22

3    the steps leading to a draft agreement and the        15:22

4    process do not even get to this process unless and    15:22

5    until Mr. Hoskins approves.  There will be no         15:22

6    agreement if he doesn't approve.                      15:22

7           So the point is that API cannot do whatever    15:22

8    it wants with respect to the hiring of agents.  API   15:22

9    does not control Mr. Hoskins in this role.  They have 15:22

10   to defer to him.  And that makes perfect sense        15:22

11   because he is sitting in the best position to look    15:22

12   over the entirety of his region to understand what    15:22

13   terms are acceptable and what terms are not.          15:23

14          Let's look at another document.  This is the   15:23

15   flowchart that breaks it down for you.  The process   15:23

16   starts with the sector.  They prepare the keys, the   15:23

17   proposed commercial terms.  We've heard that term     15:23

18   here a couple of times in court.  They submit the     15:23

19   agent profile.  The sector, i.e., API in this case,   15:23

20   then sends it off to risk and compliance for due      15:23

21   diligence.                                            15:23

22          Whose job is that?  Well, you heard his name   15:23

23   here a few times.  We mentioned it before.  That's    15:23

24   Bruno Kaelin.  Where does he fall in all this?  Well, 15:23

25   look back at page 5 of Government Exhibit 660-A and   15:23

1    there he is.  He reports to Etienne Dé, the same boss    15:23
2    that Lawrence had.  So he was on the same level as       15:23
3    Mr. Hoskins.                                             15:24
4         Let's look at Mr. Kaelin's department,              15:24
5    International Network organization R&C.  He has a         15:24
6    dual reporting line, one to International Network SVP     15:24
7    which is Etienne Dé and another to the legal counsel,    15:24
8    corporate legal counsel.  And there under Mr. Kaelin     15:24
9    is another name we've heard in this case, Veronique      15:24
10   Etienne.  She is the one who drafts the agreements.      15:24
11        Now, if all of this sounds confusing, it is.        15:24
12   Alstom was a big multinational company.  As you've       15:24
13   seen, they had more than 100,000 employees.  100,000     15:24
14   employees.  It had numerous product lines, power         15:24
15   plant construction, transmission and distribution,       15:24
16   transportation.  Any company of that size can only       15:24
17   operate if there are clear reporting lines for           15:25
18   decision-making.                                         15:25
19        Can you imagine a company of that size with         15:25
20   no reporting lines, no bosses, no structure?  It         15:25
21   would be utter chaos.  And so our trip into reporting    15:25
22   lines and roles and responsibilities can be a bit        15:25
23   dense given the size of the company.  But there is       15:25
24   one document that distills it down to you for its        15:25
25   essence.  It is the same document that we were just      15:25

1    looking at a few moments ago.                                15:25

2         Take a look at page 16 of Government's                 15:25

3    Exhibit 660-B.  The keys are the commercial terms for       15:25

4    agent agreements.  There are three steps here:  To be       15:25

5    initiated by the sector and signed by the sector R&C        15:25

6    office, to be sent to international R&C for checking         15:25

7    clarification or completion.  That's Mr. Kaelin.            15:25

8    Final approval by International Network area senior         15:25

9    vice presidents, Mr. Hoskins included, and                  15:25

10   International Network senior vice president Etienne          15:25

11   Dé.                                                          15:26

12        This is it in a nutshell.  Three simple                15:26

13   steps:  International Network at the top of the             15:26

14   pyramid for final approval of the keys.                     15:26

15        Now, how does all this intersect with the             15:26

16   evidence about the Tarahan Project in this case?            15:26

17   Well, you know from the evidence that David                 15:26

18   Rothschild found Mr. Sharafi.  He knew him from other       15:26

19   deals in Indonesia.  Lawrence Hoskins did not find          15:26

20   Mr. Sharafi.  He didn't even know him.                      15:26

21        And you know from the evidence that Reza              15:26

22   Moenaf, the consultant president of Indonesia, really      15:26

23   didn't like Sharafi and wanted his own guy in the           15:26

24   deal.  But Reza wore two hats.  He was a country            15:26

25   president so he reported to Lawrence Hoskins in             15:26

1  International Network, but he also had a sector role          15:26

2  where he reported to API in Windsor.                          15:26

3          So, you see, it was not Mr. Hoskins who              15:27

4  picked any of these agents.  That initial decision            15:27

5  who API wanted to hire was naturally up to the                15:27

6  sector.  That was up to API.                                  15:27

7          You saw evidence where Mr. Pierucci is asking         15:27

8  for information so that he can approve the keys.               15:27

9  "Reza, please go ahead and finalize the consultancy           15:27

10  agreement.  Please send me the key data so I can             15:27

11  approve it officially."  That's the key data.  That's        15:27

12  way down in the process before a consultancy                 15:27

13  agreement, before Mr. Hoskins' approval, it's the            15:27

14  keys, it's the key terms.                                    15:27

15          Look at Government Exhibit 659-D.  These are         15:27

16  the famous keys.  Request, it's a request to                 15:27

17  international representation and compliance, approval         15:27

18  for the key terms, who is the agent, what is the             15:27

19  project, what are the terms of payment, ToP.                 15:27

20          That is what Mr. Pierucci is requesting here         15:28

21  in that prior e-mail.  He needs to approve them on           15:28

22  behalf of API so that the request can be sent to             15:28

23  International Network to ensure compliance with              15:28

24  Alstom's rules and instructions.  Mr. Hoskins is            15:28

25  involved in a part of that process but at the end.           15:28

1    Mr. Pierucci's request for key data for

2    approval certainly does not mean that he has final

3    sign-off on use of the agent.  Rather, that is what

4    starts the approval process.  The sector picks the

5    agent, submits the keys to International Network, and

6    then and only then is International Network approval

7    considered.  In other words, it is not the sector's

8    decision whether the keys are acceptable.  That

9    authority rests with International Network and, where

10   relevant, Mr. Hoskins.

11   Mr. Hoskins could have overruled Mr. Pierucci

12   on that score.  He had final approval authority over

13   the retention of agents on the Tarahan Project

14   because it was in Asia, his region.  It is just a

15   simple fact.

16   Let's look at Government Exhibit 440.  This

17   is an e-mail from Bruno Kaelin to Fred Pierucci, copy

18   to Lawrence Hoskins.  Mr. Kaelin is saying, "I have

19   prepared the file and it is now in the approval

20   process in International Network, Lawrence Hoskins

21   and Etienne Dé.  I therefore cannot commit on any

22   date."

23   This is International Network telling

24   Mr. Pierucci, hang on, we've got to approve this

25   here.  It's in the process.  We'll let you know after

| | | |
|---|---|---|
| 1 | it's approved.  Approval. | 15:29 |
| 2 | We heard some testimony from Mr. Puckett | 15:29 |
| 3 | about what would have happened had Mr. Hoskins not | 15:30 |
| 4 | approved Mr. Pierucci's request for Sharafi.  Did he | 15:30 |
| 5 | say that was irrelevant?  No.  Did he say that | 15:30 |
| 6 | Mr. Pierucci could overrule Mr. Hoskins?  No.  Quite | 15:30 |
| 7 | the contrary.  If Mr. Pierucci wanted to reverse | 15:30 |
| 8 | Mr. Hoskins on the decision -- on a rejection of a | 15:30 |
| 9 | decision for an agent, he would have had to have gone | 15:30 |
| 10 | over Mr. Hoskins' head. | 15:30 |
| 11 | And how would he do that?  By going up the | 15:30 |
| 12 | chain on his side of the business unit until he came | 15:30 |
| 13 | to a point where someone senior to Mr. Hoskins or | 15:30 |
| 14 | Mr. Hoskins' boss could review the decision.  That is | 15:30 |
| 15 | the way corporations work.  That is why they have | 15:30 |
| 16 | reporting lines.  That is why you heard so much | 15:30 |
| 17 | testimony and saw so many documents about reporting | 15:31 |
| 18 | lines in this case.  Reporting lines are there to | 15:31 |
| 19 | make sure that everyone knows how decisions are made, | 15:31 |
| 20 | where the authority for certain approvals lies, and | 15:31 |
| 21 | where to go if you want to review a decision.  In | 15:31 |
| 22 | other words, this is what that old phrase "going over | 15:31 |
| 23 | someone's head" really means. | 15:31 |
| 24 | And where did the reporting lines that would | 15:31 |
| 25 | allow Mr. Pierucci to go over Mr. Hoskins' head meet? | 15:31 |

1    Not anywhere in Windsor, Connecticut, not in API, not    15:31

2    in the United States.  They met in Paris.  They met    15:31

3    above Mr. Pierucci and Mr. Hoskins.  Indeed if it    15:31

4    went all the way up, it would land on the desk of the    15:31

5    number two person in the company.    15:31

6         So, you see, Mr. Pierucci did not control    15:31

7    Mr. Hoskins' activities on the Tarahan project.    15:31

8    Mr. Puckett told you all about this during his    15:31

9    testimony.  Mr. Pierucci -- here's another example,    15:32

10   before I get to that, where Veronique Etienne is    15:32

11   telling Mr. Pomponi, who you know, that the file is    15:32

12   now with L. Hoskins for approval.  This is another    15:32

13   agent agreement.    15:32

14        But you heard Mr. Puckett tell you about    15:32

15   Mr. Pierucci's control over Mr. Hoskins.    15:32

16        "Mr. Pierucci couldn't fire Mr. Hoskins,    15:32

17   could he?    15:32

18        "No.    15:32

19        "He couldn't reassign Mr. Hoskins, could he?    15:32

20        "No.    15:32

21        "He couldn't demote Mr. Hoskins, could he?    15:32

22        "Could not.    15:32

23        "He couldn't affect Mr. Hoskins'    15:32

24   compensation, could he?    15:32

25        "Could not."    15:32

1      Mr. Pierucci was not Mr. Hoskins' boss, not          15:32
2  even close.  They worked in entirely different          15:32
3  companies.  Mr. Pierucci worked for API.  He was the     15:32
4  VP of global sales of new equipment for the boiler       15:33
5  business, so he reported up an entirely different        15:33
6  line.  His boss was not even Mr. Hoskins' boss.          15:33
7      So the reality is that Mr. Hoskins and               15:33
8  Mr. Pierucci were in two very different parts of a       15:33
9  massive company, the Alstom conglomerate, a company      15:33
10 of more than 100,000 people.  Did their paths cross      15:33
11 on Tarahan?  Yes, of course.  Did one have more          15:33
12 authority than the other?  Well, it depends on the       15:33
13 aspect of the business you're talking about.  As the     15:33
14 head of the boiler business, Mr. Pierucci certainly      15:33
15 was responsible for driving that strategy.  He had       15:33
16 authority over whether to pursue the contracts, how      15:33
17 much to bid, whether to hire agents, to help.            15:33
18      Likewise, as the head of International               15:33
19 Network for Asia, Mr. Hoskins had a certain role and     15:33
20 authority, including in particular oversight of API's    15:33
21 and Mr. Pierucci's decisions on hiring agents.           15:33
22      And the record in this case makes clear that        15:34
23 there is just no way he was under the control of         15:34
24 Mr. Pierucci or API when he was exercising that          15:34
25 authority.  Mr. Pierucci could not veto or overrule      15:34

1  Mr. Hoskins on the issue that brings us to the        15:34

2  courtroom today:  Mr. Hoskins' authority to approve    15:34

3  agency agreements.  That's why we're here.             15:34

4         And so you see, while API certainly had the     15:34

5  authority to select the agent they wanted to use and   15:34

6  they had the authority to pick the commercial terms    15:34

7  that they desired, that decision was subject to        15:34

8  review by Mr. Hoskins.  Mr. Pierucci and API           15:34

9  absolutely did not have the authority to make that     15:34

10 final decision, and that means that Mr. Hoskins was    15:35

11 not an agent of API and it means that Mr. Hoskins      15:35

12 cannot be guilty of Counts One through Seven of the    15:35

13 indictment.                                            15:35

14        Why does it matter to this case?  It's not      15:35

15 just a technicality.  It goes directly to whether      15:35

16 Mr. Hoskins, a British citizen, can violate the FCPA.  15:35

17 Again, I submit to you that the government's efforts   15:35

18 in this case to fit him into the agency bucket are     15:35

19 really like putting a square peg into a round hole.    15:35

20        The government's position, support, support,    15:35

21 support.  The government argues that you know that     15:35

22 Mr. Hoskins is an agent of API because he supported    15:35

23 API in the Tarahan Project.  That is a constant        15:35

24 refrain that we have heard in this case.  It's         15:35

25 interesting.  Indeed, as I mentioned a few minutes     15:35

1  ago, there is one area where the government's    15:36

2  witnesses all sang from the same page, the same guys    15:36

3  who could wax poetically about documents the    15:36

4  government had shown them in prep, but really    15:36

5  couldn't remember much else, not surprising as it was    15:36

6  so long ago.  But it shows you that they have had    15:36

7  their recollections refreshed by going over the same    15:36

8  ground again and again and again.  And wasn't it    15:36

9  uncanny that after all of those years, each of these    15:36

10 three witnesses use basically the same language to    15:36

11 describe International Network.    15:36

12      Here are some quotes from their testimony.    15:36

13 "Support, support, support."  This is looking like a    15:36

14 support group for the government.  Look how aligned    15:36

15 their testimony was on this point.  Putting aside    15:36

16 this odd harmony, you know what, ladies and    15:36

17 gentlemen, it doesn't really matter.  We actually    15:36

18 agree with the fact that one of Mr. Hoskins' roles    15:36

19 was to support the sector.    15:37

20      But the government wants you to conclude that    15:37

21 that fact that he had a role in a support function    15:37

22 for the business unit means that he was supporting    15:37

23 them as an agent.  In other words, because he    15:37

24 supported the sales efforts, that somehow the    15:37

25 government says -- makes Mr. Hoskins into an agent on    15:37

1    the Tarahan Project.

2         Obviously, Mr. Hoskins' role in International

3    Network was much broader than just supporting the

4    sales teams on a particular project.  But that was

5    certainly part of what he did.  But the fact that

6    Mr. Hoskins' job at International Network included

7    providing support to the sales efforts does not make

8    him an agent.

9         What is he doing?  He's providing headquarter

10   support.  He is helping marshal the resources of the

11   Alstom headquarter to help win contracts.  That's

12   part of his job.  But it doesn't mean that his

13   activities on the Tarahan Project are under the

14   control of API, not even remotely.

15        I won't pull it up again, but remember the

16   Judge's definition of agency here.  It means that

17   there must be an understanding between Mr. Hoskins

18   and API that API could control the acts and services

19   that he provided.  And if there is not that control,

20   there is no agency.

21        But they say he supported API.  So?  Just

22   because someone, a person supports a person or a team

23   doesn't mean that they are under the control of that

24   person or team.  The government's efforts to make

25   support a synonym for agency is not only illogical,

1    but it's also unsupported by the facts of this case.                              15:38

2         What does support mean?  It means to provide                                 15:38

3    assistance, offer or it means to promote the                                      15:39

4    interests of a particular cause, team or person.                                  15:39

5    Supervisors can support their staff in certain ways.                              15:39

6    They can support promotions.  They can support an                                 15:39

7    initiative.  They can support requests for                                        15:39

8    assistance.  They can support professional                                        15:39

9    development.  They can pitch in and help with tasks                               15:39

10   being performed.  Does that mean that all of the                                  15:39

11   sudden the boss becomes under the control of the                                  15:39

12   employee?  Of course not.                                                         15:39

13        It's not hard to imagine a variety of                                        15:39

14   scenarios in which a supervisor or a senior employee                              15:39

15   would help out with a project at the request of                                   15:39

16   someone junior, bringing in someone more senior when                              15:39

17   you need clout to get approval for a proposal, to                                 15:39

18   pitch for new work, to resolve a dispute.  These are                              15:39

19   all simple ways somebody with more authority can help                             15:39

20   someone with lesser authority or different authority.                             15:39

21   That is certainly the way large multinational                                     15:40

22   corporations work.                                                                15:40

23        Let me give you two examples.  I have two                                    15:40

24   incredible daughters, 18 and 22 years old.  I support                             15:40

25   them in many different ways.  Does that mean that I'm                              15:40

1    under their control and I have to do what they say?    15:40

2    Of course not.  Just please don't tell them.    15:40

3         The point is of course that support is not a    15:40

4    synonym for agent.  It's also unsupported by the    15:40

5    facts of the case.  How do you know that support    15:40

6    doesn't mean agency?  The facts of this case in the    15:40

7    record even tell you that.  Remember you heard    15:40

8    Mr. Thiessen tell you that country presidents    15:40

9    reported to Mr. Hoskins?    15:40

10         "And once you became a country president, you    15:40

11    became a report to Mr. Hoskins; is that right?    15:40

12         "That's right."    15:40

13         And this was because Mr. Thiessen was the    15:40

14    country president of Thailand at the time and we all    15:40

15    know that the country presidents reported up to the    15:41

16    senior vice president for International Network for    15:41

17    their region.  And so Mr. Hoskins reported to    15:41

18    Mr. Hoskins because he was in Asia.  So did Reza    15:41

19    Moenaf.    15:41

20         Look at Government Exhibit 914 -- I'm sorry,    15:41

21    Defense Exhibit 914.  This is an International    15:41

22    Network organization notice from May 23rd of 2003.    15:41

23    There's Mr. Hoskins.  There's Mr. Kaelin.  And here    15:41

24    in their country role, the country presidents will    15:41

25    report to the senior vice president, International    15:41

1    Network, Etienne Dé, through the respective area                     15:41
2    senior vice presidents.  For their sector role,                     15:41
3    specific reporting lines will be published                          15:41
4    separately.                                                         15:41
5            Now, let's take a look at Defense Exhibit                   15:41
6    913, page 21.  This document describes the                          15:42
7    responsibilities of the area senior vice presidents                 15:42
8    like Mr. Hoskins.  It discusses the key missions, and               15:42
9    the first key mission here is to support the country                15:42
10   president.                                                          15:42
11           How can that be?  Country presidents report                15:42
12   to Mr. Hoskins, not the other way around.  We just                  15:42
13   saw that, right?  Of course this is actual proof that               15:42
14   the government's arguments that support equals agent                15:42
15   make no sense at all.                                               15:42
16           Of course Mr. Hoskins, who is the direct boss               15:42
17   of all the country presidents, can support all of his               15:42
18   direct reports and their staff.  He can bring the                   15:42
19   headquarters' resources to help the country                         15:42
20   president.  He has oversight over the entire region                 15:42
21   and can help the country president do his job more                  15:42
22   efficiently and in coordination with the priorities                 15:42
23   and policies of the company.  He can provide                        15:43
24   headquarters' assistance when requested or needed.                  15:43
25   That's what his role is.  And this slide demonstrates               15:43

1    what you already know intuitively, that a supporter    15:43

2    is not always someone who is under the control of the    15:43

3    person being supported.    15:43

4        So it follows that just because part of    15:43

5    Mr. Hoskins' job descriptions is to provide support    15:43

6    to the sales team and the sectors, that does not mean    15:43

7    that they control him.  That does not mean he is    15:43

8    required to do what they say.  It only means that    15:43

9    Mr. Hoskins' job was to provide assistance where he    15:43

10   could.  It does not create an agency relationship.    15:43

11       Look at Defense Exhibit 942.  This is a    15:43

12   letter from William Pomponi to Margaret Keshishian at    15:43

13   the U.S. embassy.  Mr. Pomponi writes her to thank    15:43

14   her for her support of their Tarahan bid.  Is she now    15:43

15   an agent of API because she's supporting them on the    15:44

16   Tarahan bid?  I don't think so.  She's not under    15:44

17   their control.    15:44

18       In sum, the government's theory just makes no    15:44

19   sense and you should reject it.  So despite their    15:44

20   cooperators singing in a chorus about International    15:44

21   Network support function, that really doesn't make a    15:44

22   difference here.    15:44

23       The government also argues that all of the    15:44

24   charts and slides were theoretical and that    15:44

25   International Network, that in practice it didn't    15:44

1   actually work this way.                                    15:44

2       What's the proof of that?  The evidence shows          15:44

3   that the process for hiring Sharafi and Aulia went         15:44

4   according to Alstom's policies.  David Rothschild          15:44

5   found Sharafi.  Fred Pierucci sent the keys to             15:44

6   International Network to Bruno Kaelin.  Kaelin             15:44

7   reviewed the file and sent it to Lawrence Hoskins and      15:44

8   Etienne Dé for approval.                                   15:44

9       An agreement was then drafted and sent back           15:44

10  down to the sector for execution.  If Mr. Hoskins did      15:44

11  not like the terms, he could have refused to approve       15:45

12  that agreement.  The fact that once he approved the        15:45

13  agreement API and Mr. Pierucci could have decided not      15:45

14  to go forward with it has no bearing at all on             15:45

15  whether API had control over Mr. Hoskins in                15:45

16  connection with his exercise of his authority to           15:45

17  approve the terms.                                         15:45

18      The bottom line on agency, ladies and                  15:45

19  gentlemen, is that Mr. Hoskins never agreed to be and      15:45

20  was not in fact working under the control of API in        15:45

21  connection with the allegations in the indictment.         15:45

22  He was not an agent of API in connection with his          15:45

23  oversight of API's efforts to hire consultants.  He        15:45

24  had a right and authority to review and approve the        15:45

25  terms of payment for those agents and API had no           15:45

1    control over him as a matter of fact or policy.    15:45

2         And to be clear, if you're unsure about this,    15:45

3    keep in mind that the government has the burden to    15:45

4    prove that he was an agent beyond a reasonable doubt.    15:45

5    The records, the documents, the testimony all make    15:46

6    crystal clear that they cannot even come close to    15:46

7    meeting that standard.    15:46

8         As a result, Mr. Hoskins is not covered by    15:46

9    the Foreign Corrupt Practices Act.  And because they    15:46

10    cannot establish this element, this essential    15:46

11    element, Counts One through Seven, you must find him    15:46

12    not guilty of those counts.    15:46

13         Let me turn to the allegation that    15:46

14    Mr. Hoskins was aware of the bribery scheme relating    15:46

15    to the Tarahan Project.    15:46

16         We submit to you, ladies and gentlemen, that    15:46

17    the government has failed to prove beyond a    15:46

18    reasonable doubt that Mr. Hoskins knew that the    15:47

19    consultants Pirooz Sharafi and Azmin Aulia were hired    15:47

20    by API to pay bribes to secure the Tarahan Project.    15:47

21         We submit to you that Mr. Hoskins at all    15:47

22    times acted in good faith.  As you heard the Judge    15:47

23    instruct you, that is an important instruction in    15:47

24    this case.  Please, I ask you when you go back to    15:47

25    deliberate, take a look at the good faith instruction    15:47

1    that the judge gave you.

2         A person's knowledge of a fact is a very hard

3    thing to demonstrate.  If you think that Mr. Hoskins

4    might have known, that is not enough.  If you think

5    that he possibly knew, that is not enough.  If you

6    think that he probably knew, that is not enough.  You

7    need to conclude that the government has proven

8    beyond a reasonable doubt that Mr. Hoskins knew that

9    Sharafi and Azmin Aulia were hired to pay bribes.

10   And I submit to you that the government has failed to

11   satisfy that high burden.

12         With respect to the witness testimony, we can

13   make pretty short shrift of that evidence because

14   none of them really testified about what Mr. Hoskins

15   said or did relating to the Tarahan Project.

16   Mr. Rothschild and Mr. Puckett, both of whom

17   overlapped only briefly with Mr. Hoskins on the

18   Tarahan Project, did not really deal with him.  And

19   you heard Mr. Rothschild tell you that he was not

20   comfortable sending Mr. Rothschild certain e-mails

21   because he didn't know him.  Beyond that,

22   Mr. Rothschild never spoke to him, so you can't

23   really discern much from him.  That is why he dropped

24   him from Government Exhibit 414.

25         The same applies for Mr. Thiessen.  Although

1    he reported to and spoke to and met with Mr. Hoskins    15:49

2    at times between 2002 and 2003 and said, by the way,    15:49

3    that he never spoke to him again after 2003, he did    15:49

4    not tell you about one such conversation or meeting    15:49

5    where bribery was discussed.  Not one.    15:49

6         The government points to a meeting in Jakarta    15:49

7    from September 2003 where Sharafi had his commission    15:49

8    cut and Azmin Aulia received an agreement.  The only    15:49

9    evidence of what happened at this infamous meeting    15:49

10   comes to you in two wildly conflicting retellings.    15:49

11        The first was from David Rothschild who, by    15:50

12   the way, wasn't even there.  The government wants you    15:50

13   to rely on his retelling of the story.  But he said    15:50

14   he learned what happened from Bill Pomponi and Pirooz    15:50

15   Sharafi.  And Rothschild testified that Pomponi    15:50

16   wasn't even present for parts of the meeting.  And    15:50

17   Sharafi, well, we all know that Sharafi is not a    15:50

18   reliable source of information at this point.    15:50

19        The other witness you heard about the meeting    15:50

20   from was Ed Thiessen.  He actually was there.  He    15:50

21   told you that the meeting was brief and that the only    15:50

22   notable thing that happened in the meeting is that    15:50

23   Sharafi didn't complain about having his commission    15:50

24   cut.  That's it.  He said it seemed like Sharafi may    15:50

25   have been told in a premeeting or something, it was    15:51

1    so quick.

2          Most notably, it was what Mr. Thiessen did

3    not say that should catch your attention.  He did not

4    say that any discussion of bribery occurred at the

5    meeting.  And I assure you, ladies and gentlemen,

6    that if it had happened, he would have told you about

7    it.

8          Under the circumstances, clearly Ed

9    Thiessen's version of the meeting is far more

10   reliable than David Rothschild's.  He was there.

11   Rothschild heard about it secondhand.  And, frankly,

12   given that the meeting happened over 16 years ago, I

13   would say you can't really trust anyone's

14   recollection about what happened.  But you can bet

15   your bottom dollar that if anyone had remembered a

16   specific conversation about bribery with Mr. Hoskins,

17   you would have heard about it during this trial.

18   They didn't offer that evidence because they don't

19   have it.

20          Let's look at Mr. Hoskins' response to the

21   meeting, his only words that we have referencing it.

22   Mr. Hoskins sends a status update to Bruno Kaelin and

23   Veronique Etienne following the Jakarta meeting and

24   tells them what happened and what needs to be done as

25   a result.  Sharafi 's contract needs to be cut from 3

15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:51
15:52
15:52
15:52
15:52
15:52
15:52
15:52
15:52
15:52
15:52
15:52

1   to 1.  A new contract needs to be drawn up for Azmin.     15:52

2   That's it.  No discussion of bribes.  No suggestion     15:52

3   of anything improper.     15:52

4        Government Exhibit 485, Mr. Hoskins responds     15:52

5   to an e-mail from Reza Moenaf just sent after the     15:52

6   meeting.  Reza says that Azmin had been checking the     15:53

7   field.  Does that sound like bribe-paying to you or     15:53

8   does it sound like Azmin Aulia is gathering     15:53

9   information and passing along information?  An     15:53

10  entirely legitimate function.     15:53

11       Reza also says that Pirooz Sharafi committed     15:53

12  to convince EM that one is enough.  The government     15:53

13  claims that this response reports -- refers to     15:53

14  bribery.     15:53

15       Have you seen any evidence, any convincing     15:53

16  evidence in this case before the date of this e-mail     15:53

17  that links Sharafi and Mr. Hoskins to any bribery     15:53

18  scheme?  Anything Mr. Hoskins wrote suggesting     15:53

19  Sharafi might pay bribes?  I suggest that you have     15:53

20  not.     15:53

21       Isn't it equally possible that Reza Moenaf     15:53

22  meant that Sharafi was referring to his own 1 percent     15:53

23  commission rather than any payment to Mr. Moeis when     15:53

24  he said "one is enough"?  And this isn't even from     15:54

25  Sharafi.  This is second, thirdhand information.     15:54

|  |  |  |
|---|---|---|
| 1 | In addition, you have to take anything that | 15:54 |
| 2 | Reza Moenaf says in his e-mails with a grain of salt, | 15:54 |
| 3 | because you heard from David Rothschild that he | 15:54 |
| 4 | didn't really trust Reza, that he thought Reza was | 15:54 |
| 5 | making up ways to line his own pockets and enrich | 15:54 |
| 6 | himself.  So with respect to this and other e-mails | 15:54 |
| 7 | from Reza Moenaf, I urge you to keep Mr. Rothschild's | 15:54 |
| 8 | testimony in mind. | 15:54 |
| 9 | And what do you know about Mr. Hoskins' | 15:54 |
| 10 | response, any evidence he knew bribes were being paid | 15:54 |
| 11 | and what he wrote?  All he says is it sounds like | 15:54 |
| 12 | things are moving in the right direction.  Again, and | 15:54 |
| 13 | that a new consultancy agreement is in process. | 15:54 |
| 14 | Where's the evidence of Mr. Hoskins' knowledge? | 15:54 |
| 15 | Coming back to the witnesses, so why did they | 15:54 |
| 16 | call these witnesses?  To prove the conspiracy that | 15:54 |
| 17 | consultants were hired to pay bribes in the Tarahan | 15:55 |
| 18 | Project.  But we conceded that in our opening | 15:55 |
| 19 | statement.  It's clear now that Sharafi paid money to | 15:55 |
| 20 | Emir Moeis.  Maybe they called these witnesses to | 15:55 |
| 21 | have them explain what they understood about their | 15:55 |
| 22 | e-mails they sent and received.  But their | 15:55 |
| 23 | understanding is not relevant to this case. | 15:55 |
| 24 | The government further asks you to conclude | 15:55 |
| 25 | that Mr. Hoskins knew that Sharafi and Aulia were | 15:55 |

1    hired to pay bribes because they say the e-mails make       15:55

2    this clear.  The government claims that these e-mails       15:55

3    were sufficient to make Mr. Hoskins aware of the       15:55

4    bribery scheme and to make him a willing participant       15:55

5    in it.  But take a look at the e-mails that       15:55

6    Mr. Hoskins wrote.  Those are the only ones that       15:55

7    really matter for assessing his intent and his state       15:55

8    of mind.       15:55

9         And I submit to you, when you look at his       15:56

10   words, you will not find any evidence anywhere that       15:56

11   he knew that he was participating in an illegal       15:56

12   bribery scheme.  I will get into more detail in a       15:56

13   moment.  But I submit to you that if you look at his       15:56

14   e-mails, all of them are entirely consistent with an       15:56

15   innocent state of mind and merely reflect that he       15:56

16   knew that he was involved in a process to hire agents       15:56

17   to lobby and influence and to try to help Alstom win       15:56

18   the Tarahan contracts.  In other words, you will find       15:56

19   a man doing his job, providing the services his role       15:56

20   in the company required him to provide.       15:56

21        But the government claims that all the proof       15:56

22   you need to conclude beyond a reasonable doubt that       15:56

23   Mr. Hoskins was in a conspiracy to pay bribes to       15:56

24   government officials in Indonesia on the Tarahan       15:56

25   Project can be found in e-mails written by other       15:57

1 people:  David Rothschild, Larry Puckett, Fred                    15:57
2 Pierucci, Reza Moenaf, Eko Sulianto, Bill Pomponi.               15:57
3 In their summation and throughout the trial, the                 15:57
4 government highlighted for you dozens and dozens of               15:57
5 e-mails written by other people.  And they claim that            15:57
6 those e-mails make plain that a bribery scheme was               15:57
7 afoot.  We do not dispute that bribes were ultimately            15:57
8 paid.                                                            15:57
9      But we submit that when you look at                         15:57
10 Mr. Hoskins' own words, the words that he wrote about           15:57
11 the Tarahan Project, you will see no proof that he              15:57
12 was aware that bribery was afoot.  Everything that he           15:57
13 says and does is consistent with an understanding               15:57
14 that consultants were being hired to provide local             15:57
15 lobbying services.                                              15:57
16      But there's another problem with these                     15:58
17 e-mails.  Mr. Hoskins didn't write them.  These are            15:58
18 the words of other people.  And think about that for           15:58
19 a moment.  The government is asking you to hold                 15:58
20 Lawrence Hoskins responsible for e-mails that people           15:58
21 sent to him.  I submit to you that absent some                  15:58
22 evidence that Mr. Hoskins read an e-mail, that is a            15:58
23 very dangerous approach.  It is totally unreasonable           15:58
24 to suggest that anyone, Lawrence Hoskins or anyone             15:58
25 else, should be held criminally responsible for                15:58

1  statements made by other people in e-mails sent to                    15:58

2  them when there is no conclusive evidence that the                    15:58

3  e-mail was even read or understood.                                   15:58

4        Mr. Hoskins was a very busy man.  As you                        15:58

5  heard from the evidence, he was responsible for an                    15:58

6  enormous territory, a third of the world to be                        15:58

7  precise.  You've seen that he was on the road 50                      15:59

8  percent of the time.  You heard that e-mail access                    15:59

9  was far more limited back then than it is today, and                  15:59

10 a lot of the e-mails in evidence are long and complex                 15:59

11 and frankly hard to comprehend.                                       15:59

12       Under the circumstances, I ask you whether it                   15:59

13 is reasonable and fair to assume that Mr. Hoskins                     15:59

14 actually read and understood these e-mails.  I                        15:59

15 suggest to you that it is not.  I submit to you that                  15:59

16 it is certainly not appropriate to conclude that                      15:59

17 someone is guilty of a crime based on e-mails that                    15:59

18 are -- where there is no proof that they were                         15:59

19 actually read.                                                        15:59

20       If, as you are deliberating, you find                          15:59

21 yourself wondering whether Mr. Hoskins actually read                  15:59

22 an e-mail and you see no response from him, you have                  15:59

23 a reasonable doubt about whether he was aware of that                 16:00

24 fact, because when you look at the limited evidence                   16:00

25 of what Mr. Hoskins actually said and actually did                    16:00

1    back in 2002 and 2004, the evidence of his actual                16:00

2    knowledge of illegal conduct is simply not present.              16:00

3    The lack of evidence should be sufficient reasonable             16:00

4    doubt.                                                           16:00

5         So when you go back into the jury room to                   16:00

6    deliberate the fate of Mr. Hoskins, I implore you to             16:00

7    look at the words that Mr. Hoskins wrote.  That is               16:00

8    the best way to understand what he knew.                         16:00

9         There are a lot of e-mails in this case and                 16:00

10   I'd like to propose a framework to help you assess               16:00

11   them.  The way I see it, there are three categories:             16:00

12   those on which Lawrence is not copied, those which               16:00

13   were sent to Lawrence Hoskins, and the words actually            16:00

14   used by Lawrence in e-mails that he wrote.                        16:00

15        With respect to the first category of                       16:01

16   e-mails, those that Lawrence is not copied on, I                 16:01

17   suggest that if you are looking to understand what he            16:01

18   knew, you are wasting your time.                                 16:01

19        With respect to the second category of                      16:01

20   e-mails, those sent to Lawrence, this is a danger                16:01

21   zone.  How do you know if he read them?  How do you              16:01

22   know if he understood them?  How do you know you can             16:01

23   rely upon them in determining whether Mr. Hoskins was            16:01

24   aware of a particular fact?  The only way you can be             16:01

25   sure is if he wrote the words.  And if he did not,               16:01

1    ladies and gentlemen, I suggest to you that you're                16:01

2    taking an unreasonable risk in assuming knowledge of              16:01

3    a matter of grave importance.  Is that proof of such              16:01

4    a convincing character that a reasonable person would             16:01

5    not hesitate to rely upon and act upon it in the most             16:01

6    important of his or her own affairs?  I submit to you             16:01

7    that it is not.                                                   16:01

8            So what does that mean?  If you want to                   16:02

9    understand what Mr. Hoskins knew all those years ago              16:02

10   about the hiring of the Tarahan consultants, I                    16:02

11   suggest that you rely upon only those e-mails that                16:02

12   fall into the third category, the words that                      16:02

13   Mr. Hoskins wrote.  Even those e-mails are not                    16:02

14   perfect.  As everyone in this courtroom knows,                    16:02

15   e-mails are a snapshot frozen in time.  Everyone has              16:02

16   had the experience of looking at an old e-mail and                16:02

17   trying to remember the context in which it was sent               16:02

18   to make sense out of it.  And we have all written                 16:02

19   responses quickly without having read the full                    16:02

20   e-mail.                                                           16:02

21           And so while what Lawrence Hoskins wrote in               16:02

22   an e-mail that he hit send on 16 or 17 years ago                  16:02

23   might be hard to contextualize today, that is what we             16:02

24   have here.                                                        16:02

25           And so I submit to you that it is those                   16:02

1  e-mails and only those e-mails that really matter in      16:02

2  this case.  Those e-mails at least can assist you in      16:02

3  trying to sort out what he knew.                          16:03

4        There are a limited number of e-mails in this       16:03

5  case that contain a written statement by Mr. Hoskins.     16:03

6  Of these e-mails, a number relate to two projects         16:03

7  that are not the subject of the charges in this case:     16:03

8  The Muara Tawar projects.  You will of course             16:03

9  remember Mr. Thiessen.  Mr. Thiessen spent the better     16:03

10  part of three days in the middle of last week telling    16:03

11  you all about the Muara Tawar projects and other         16:03

12  Indonesian projects and very, very little about the      16:03

13  Tarahan Project.                                         16:03

14        And as the Judge reminded you in her              16:03

15  instructions, that evidence relating to Muara Tawar      16:03

16  was admitted for a limited purpose and I implore you     16:03

17  to follow her instruction with respect to those          16:03

18  e-mails carefully.                                       16:03

19        As the Judge told you, Mr. Hoskins is not on       16:03

20  trial for the Muara Tawar projects.  The evidence        16:03

21  cannot be used by you as a substitute for proof that     16:04

22  Mr. Hoskins committed the crimes charged related to      16:04

23  the Tarahan Project.  You cannot take the e-mails        16:04

24  sent or received on the Muara Tawar projects as a        16:04

25  substitute for proof that Mr. Hoskins was aware of       16:04

1    facts relating to Tarahan.                                    16:04

2         While we are talking about Mr. Thiessen,                16:04

3    remember what he told you about the Muara Tawar              16:04

4    projects:  No bribes were paid on either of the             16:04

5    projects.  He also told you that Alstom didn't win          16:04

6    either of those projects.  Let that sink in for a           16:04

7    minute.                                                      16:04

8         Wouldn't the fact that no bribes were paid on           16:04

9    those deals actually support the inference that the         16:04

10   e-mails were not understood by Mr. Hoskins to relate        16:04

11   to bribery?  Wouldn't that fact support the inference       16:04

12   that the e-mails related to legitimate and                  16:04

13   unsuccessful local lobbying?                                16:04

14        Regardless of what your conclusions are from            16:05

15   that evidence, I suggest to you, ladies and                 16:05

16   gentlemen, that the trip down the Muara Tawar side          16:05

17   street was a wasteful side trip and that those             16:05

18   e-mails have no bearing whatsoever on whether              16:05

19   Mr. Hoskins participated in a conspiracy to bribe          16:05

20   Indonesian officials on the Tarahan Project.  If           16:05

21   anything, they support the opposite inference.             16:05

22        The government called five witnesses in this           16:05

23   case, and the only one who testified the longest had       16:05

24   almost nothing to do with the charged conspiracy.          16:05

25   Why?  Well, I submit to you that the government's          16:05

1    evidence of Mr. Hoskins' participation in the charged                16:05

2    Tarahan conspiracy is very weak.  There are only a                    16:05

3    handful of e-mails from Mr. Hoskins that he actually                  16:05

4    sent that relate to the crimes charged and no real                    16:05

5    witness on Mr. Hoskins' state of mind relating to                     16:06

6    Tarahan.                                                              16:06

7         So let's talk about the case, the facts of                      16:06

8    the case from Mr. Hoskins' perspective based on what                  16:06

9    the evidence was that actually relates to him.  We                    16:06

10   will look at some of the e-mails and discuss some of                  16:06

11   the testimony that applies to his state of mind, but                  16:06

12   let's get a picture of what that evidence shows that                  16:06

13   Mr. Hoskins actually knew based on what the witnesses                 16:06

14   say and based on the words that he wrote.                             16:06

15        Early on it was clear that Mr. Hoskins had                       16:06

16   very little idea what was going on.  In Government                    16:06

17   Exhibit 410, Mr. Hoskins e-mails Roger Beyer about                    16:06

18   Tarahan.  This document evidences Mr. Hoskins did not                 16:06

19   know much about Tarahan at all.  It comes early in                    16:06

20   Mr. Hoskins' time at Alstom.  But others at Alstom                    16:07

21   had actually been involved in the Tarahan Project for                 16:07

22   years.                                                                16:07

23        In fact, this is the first e-mail that the                      16:07

24   government has put into evidence that deals with                      16:07

25   Tarahan and is from Mr. Hoskins.  I submit to you                     16:07

1    that Mr. Hoskins clearly did not know who Emir Moeis    16:07

2    was or think that Emir was a government official,    16:07

3    otherwise he would not be suggesting appointing him    16:07

4    as an agent.  It makes no sense.    16:07

5         Mr. Rothschild testified on    16:07

6    cross-examination, "And I believe you testified that    16:07

7    Mr. M. was Emir Moeis, right?  And I believe you also    16:07

8    testified that Alstom never would have actually    16:07

9    engaged directly Emir Moeis to be the outside agent    16:07

10   because he was a sitting politician, right?    16:07

11        "That's correct."  Correct.    16:08

12        Mr. Thiessen, "QUESTION:  And I believe you    16:08

13   testified yesterday that at the time you wrote this    16:08

14   e-mail, you had no idea that Emir Moeis was a member    16:08

15   of parliament; is that right?    16:08

16        "ANSWER:  I think I said I wasn't -- at the    16:08

17   time, I may or may not have known that.    16:08

18        "QUESTION:  Well, you certainly wouldn't be    16:08

19   suggesting that a member of parliament would be the    16:08

20   right person to work with on a project, would you?    16:08

21        "No, not directly."    16:08

22        Mr. Hoskins is doing his job.  He's supposed    16:08

23   to be involved with consultant hiring.    16:08

24        Mr. Hoskins says his game plan is to get    16:08

25   Mitsui out.  You heard testimony from Rothschild that    16:08

1    that was completely legitimate, that Mitsui was not                16:08

2    qualified to make boilers.  Here's more of                         16:08

3    Mr. Hoskins' own words and, again, no evidence of                  16:08

4    bribery.                                                           16:08

5            In 437, Mr. Hoskins is e-mailing with Bruno                16:08

6    Kaelin.  This is a reference to Sharafi's first                    16:08

7    agreement.  All Mr. Hoskins is doing here is his job               16:09

8    managing contract terms for consultancy agreements,               16:09

9    but also leaving compliance to Bruno Kaelin.  I                    16:09

10   submit that there is nothing incriminating about                  16:09

11   Mr. Hoskins' responses.                                           16:09

12           In this e-mail, Bruno Kaelin says, "As you                16:09

13   know, we do not like to have a U.S. domiciliated                  16:09

14   company as a consultant with payment in the U.S. and             16:09

15   most probably in U.S. dollars."                                    16:09

16           Mr. Hoskins knew that the normal process was             16:09

17   to pay through Alstom Prom Switzerland, thus it is               16:09

18   unreasonable to infer that Mr. Hoskins did not                   16:09

19   understand the payments would go through the United             16:09

20   States.                                                          16:09

21           Chris Varney testified that he approved               16:09

22   payments of contracts with language like this and               16:09

23   thought nothing of it.                                            16:09

24           The first contract is the only Sharafi                 16:09

25   contract he and -- Mr. Hoskins ended up approving.             16:10

1   There is his signature in February of 2003.  And here                16:10

2   is the agreement, 3rd of March 2003.  And here is the                16:10

3   provision in Mr. Sharafi's first agreement:  "Payment                16:10

4   will only be made directly to a bank account                         16:10

5   specified by the consultant that is held in the name                 16:10

6   of the consultant and shall not be made either to or                 16:10

7   via the United States."                                              16:10

8          Mr. Hoskins never signed off on the second                    16:10

9   contract.  It was just an amendment dated February                   16:10

10  25th, 2004.  This agreement does not have that                       16:10

11  language in it restricting payments.                                 16:11

12         I submit to you that this shows that                          16:11

13  Mr. Hoskins did not think that there would be any                    16:11

14  payments made to Mr. Sharafi in the United States,                   16:11

15  let alone bribery payments that passed through the                   16:11

16  United States.  How can Mr. Hoskins be guilty of                     16:11

17  money laundering from the United States since those                  16:11

18  charges require payments from the United States when                 16:11

19  he didn't even realize that that was going to happen?                16:11

20         Let's look at more of Mr. Hoskins' words.                     16:11

21  All we see from Government Exhibit 486 is that                        16:11

22  Mr. Hoskins is very busy, too busy to deal with                      16:11

23  Reza's e-mail or to respond here.  Is there anything                 16:11

24  in this e-mail that tells us that Mr. Hoskins knew                   16:11

25  about bribery?                                                       16:11

1    Mr. Hoskins forwards this to Yves Mouillet           16:12

2  who works with him.  He says the payment terms must    16:12

3  be spread out on a longer time frame on Tarahan than   16:12

4  they were on Muara Tawar.  He is delegating this task  16:12

5  to Mr. Mouillet.                                        16:12

6    Can you conclude beyond a reasonable doubt           16:12

7  from this response that Mr. Hoskins read and           16:12

8  understood every single word of Reza's e-mail?  Or     16:12

9  does it look like Mr. Hoskins simply saw there was an  16:12

10  issue with payment terms and asked Yves to work it    16:12

11  out?                                                   16:12

12    Here's more of Mr. Hoskins' own words.  In          16:12

13  Government Exhibit 490, Mr. Hoskins e-mails Bill       16:12

14  Pomponi to suggest that API accept payment terms      16:12

15  recommended by Yves and Reza.  No mention of bribery, 16:12

16  just a statement that Alstom's agent is feeling       16:12

17  negative about Alstom support.  And other e-mails     16:12

18  relating to Tarahan simply show Mr. Hoskins doing his 16:12

19  job without a hint of anything improper.              16:12

20    Let's look at Government Exhibit 446.  This         16:13

21  is an e-mail from Hoskins to Pierucci talking about   16:13

22  whether to increase Alstom's bid for Tarahan by $2.4  16:13

23  million.  There's nothing unusual about this.         16:13

24    You heard about this e-mail first from Larry        16:13

25  Puckett.  Puckett did not say that this was about     16:13

1  bribery.  What did he tell you?  He told you that                    16:13
2  Alstom had to submit a revised bid on Tarahan and                    16:13
3  there were people in Alstom who wanted to increase                   16:13
4  the bid by $2.4 because of an oversight in the                       16:13
5  original proposal.                                                   16:13
6          Mr. Puckett said that he and Reza Moenaf                     16:13
7  didn't want the increase because -- to increase the                  16:13
8  bid because they had gotten intelligence that                        16:13
9  Alstom's bid was close to its competitors and they                   16:13
10 were afraid if they increased it, they would lose the                16:13
11 bid.  Here's what he says.                                           16:13
12          "What would be the significance of increasing               16:13
13 Alstom's price by 2.4 million at bid extension phase?                16:13
14          "Well, at that time we were getting feedback                16:14
15 that the bids were very close, they could go either                  16:14
16 way, and we certainly didn't want to add $2.4 million                16:14
17 more to our price with the bid extension.  And Alstom                16:14
18 was really pushing to add to the price.  And Reza and                16:14
19 myself was advocating, no, we don't want to increase                 16:14
20 the price now.  It's something we don't want to do."                 16:14
21          Competition on price sounds legitimate to me.               16:14
22 If there was bribery, why would they need to compete                 16:14
23 on price?                                                            16:14
24          Ed Thiessen even explained the bid process.                 16:14
25 He said that after submitting an offer, there would                  16:14

1    be an evaluation process when adjustments were made        16:14

2    which included changing the price of the project.          16:14

3    Then why was Hoskins involved?  Reza reported to           16:14

4    Hoskins and needed him to help with Pierucci.  Reza        16:14

5    had his own agenda.                                        16:14

6              Now let's pull up Government Exhibit 468.  In    16:14

7    this e-mail, Pierucci and Hoskins are discussing           16:15

8    payment terms for agents that they have selected.          16:15

9    Hoskins provides a status update to Mr. Pierucci on        16:15

10   where negotiations are, and then tells Pierucci to         16:15

11   send him the keys for the agreements with his agents.      16:15

12   And we all know what the keys are now.  There's            16:15

13   nothing unusual or suspicious here.  The government        16:15

14   asked Ed Thiessen to read this e-mail to you.  He          16:15

15   didn't even say this had anything to do with bribery.      16:15

16             What do agents do?  We hear from witnesses       16:15

17   that agents in this case were hired to pay bribes.         16:15

18   But there's no reliable evidence that Mr. Hoskins          16:15

19   knew that and certainly not proof beyond a reasonable      16:15

20   doubt.                                                     16:15

21             The government has put three witnesses to you    16:15

22   who told you that the use of a consultant was              16:15

23   basically a synonym for bribe-payer.  The government       16:15

24   asks you to conclude that Mr. Hoskins knew that the        16:15

25   use of a consultant meant that bribes were being           16:15

1    paid, but the record is littered with evidence that            16:16

2    the use of consultants was a broadly-accepted                   16:16

3    practice at Alstom and at other companies.                      16:16

4         We heard from Chris Varney that he had                     16:16

5    processed payments for consultants on many, many                16:16

6    occasions.  You heard from him that he was aware that           16:16

7    consultants were never paid in the United States.               16:16

8    You heard from him about the extensive approval                 16:16

9    process for payments to agents.  You heard from him             16:16

10   about how he had no idea that consultants were paying           16:16

11   bribes.                                                          16:16

12        You also heard that Alstom had an extensive                16:16

13   and a rigorous process for approving consultants to             16:16

14   work alongside the sales teams.  They had so many               16:16

15   consultants, that they had an entire department                 16:16

16   dealing with them complete with form agreements.  How           16:16

17   can consultants be synonymous with bribery?                     16:16

18        The government would like you to believe that              16:17

19   all of these e-mails were flashing red lights that if           16:17

20   viewed in this context and from this perspective of a           16:17

21   busy executive scrambling around the globe, it's                16:17

22   certainly reasonable to conclude that Mr. Hoskins               16:17

23   understood that these consultants would be performing           16:17

24   lobbying activities on behalf of Alstom.                        16:17

25        What did lobbyists do?  They try to influence              16:17

1   government officials, adopt -- to adopt policies or                16:17

2   laws or positions that are in their client's best                  16:17

3   interests.  It is a perfectly legal and important                  16:17

4   process.  There is nothing wrong with Alstom                       16:17

5   consultants meeting with PLN or members of parliament              16:17

6   to get their support for projects that they are                    16:17

7   bidding on.  In fact, you would expect it and it's                 16:17

8   good business.                                                     16:18

9           Mr. Thiessen testified on cross-examination,               16:18

10  "And so given that PLN was an important customer,                  16:18

11  there's nothing wrong with meeting with your                       16:18

12  customer, right?                                                   16:18

13          "Nothing wrong with it.                                    16:18

14          "And nothing wrong with trying to impress                  16:18

15  your customer?                                                     16:18

16          "No.                                                       16:18

17          "Nothing wrong with lobbying your customer,                16:18

18  right?                                                             16:18

19          "Nothing wrong with that."                                 16:18

20          There is nothing wrong to try to meet and --               16:18

21  with or persuade PLN executives or lower-level PLN                 16:18

22  engineers as to the superiority of your design, the                16:18

23  value of your bid, the value of your technology or                 16:18

24  the reasonableness of your bid for a project.                      16:18

25          We saw that in Government Exhibit 443.  That               16:18

1    e-mail, which I'm not going to pull up, is a slide          16:18

2    deck of a meeting that Ed Thiessen has with Eddie           16:18

3    Widiono and Azmin Aulia in Switzerland where they           16:18

4    discussed extensively bid -- projects that they were        16:18

5    considering bidding on.                                     16:18

6         There's nothing wrong with trying to persuade          16:19

7    Eddie Widiono or Emir Moeis to support Alstom's bid         16:19

8    to build Tarahan, and there's nothing wrong with            16:19

9    using consultants who knew these gentlemen to try to        16:19

10   influence their decisions.                                  16:19

11        Not only does it make sense, it's smart.               16:19

12   Lobbying is a fact of business life across the globe.       16:19

13   And there was simply nothing wrong or improper with         16:19

14   using local agents to help gain access to and               16:19

15   influence the decision-makers in connection with the       16:19

16   Tarahan Project.                                            16:19

17        As Mr. Puckett told you, Sharafi did                   16:19

18   legitimate work.  Mr. Thiessen had the same thing to        16:19

19   say about consultants in general.  In fact, you can         16:19

20   take a look at Mr. Sharafi's own work.  He submitted        16:19

21   a summary in this case and it's in evidence to get a        16:19

22   sort -- a sense of the sort of things that agents           16:19

23   might do.                                                   16:19

24        And as with anything related to Mr. Sharafi,          16:19

25   I'm not sure this document is entirely reliable and I       16:19

1    would imagine that in fact it's embellished.  But    16:20

2    nevertheless, have a read through it and you can get    16:20

3    a sense of what Mr. Sharafi was probably telling    16:20

4    people he would do.  That's Government's Exhibit    16:20

5    105-A.  Take a look at it when you're back in the    16:20

6    jury room.  It's an interesting document.    16:20

7         The government points to words like    16:20

8    commitment and cover and deal with and handle to    16:20

9    imply that those words mean bribery, but those words    16:20

10   are all equally, if not more consistent with    16:20

11   legitimate lobbying efforts.    16:20

12        It also makes perfect sense that Alstom would    16:20

13   want to use a representative that the president of    16:20

14   their customer is comfortable with.  Why?  Well,    16:20

15   Mr. Thiessen explained to you during his testimony,    16:20

16   he told you that in Asia, having the right    16:20

17   relationships with your customers was very important.    16:20

18   He told you there was real value in having someone on    16:20

19   your team who spoke the local language, who knew the    16:20

20   players, who could make introductions, who could help    16:21

21   you obtain access, who knew the market, who knew the    16:21

22   competition, who had trust of the customer.    16:21

23        And so it is obvious why Alstom would want to    16:21

24   use a local representative with good contacts to try    16:21

25   to influence the customer for its big projects.  And    16:21

1    if the president of an important customer, Eddie                16:21
2    Widiono, is telling you which consultants they like             16:21
3    and who they trust and who they think they should               16:21
4    use, is it a surprise that Alstom would use them?               16:21
5         I suggest to you that the evidence relating                16:21
6    to Eddie Widiono's preferences for which local                  16:21
7    representatives to use are not red flags or                     16:21
8    conspiratorial activities.  To the contrary, it is              16:21
9    precisely what you would expect to see in these                 16:21
10   circumstances.                                                  16:21
11        Widiono needs to trust the information he's                16:21
12   getting from Alstom.  He needs to make sure that if             16:21
13   he selects Alstom, they're going to get the job done            16:22
14   on a budget, on time and that they have the capacity            16:22
15   and the commitment to do it right and responsibly.              16:22
16   You should simply reject the government's argument              16:22
17   that there's anything wrong with Widiono expressing a           16:22
18   preference for an agent.                                        16:22
19        Let's take a look at how these customer                    16:22
20   preferences play out in the e-mails that Mr. Hoskins            16:22
21   sends and receives.  Most of this exchange deals with           16:22
22   Muara Tawar, so it's not related to the crimes                  16:22
23   charged, but part is about the selection of agents.             16:22
24        And what this e-mail really shows -- it's                  16:22
25   Government Exhibit 427 and 428.  What it really                 16:22

1    shows, that there are legitimate reasons for a          16:22

2    government official to want a particular agent,         16:22

3    including, by way of example, that the official wants   16:22

4    a trustworthy agent who will be upfront with them in    16:22

5    negotiations, not blind-side them with adjustments      16:22

6    and bids, and who has a relative experience in          16:23

7    complex technology, someone that the official knows     16:23

8    and can rely upon in going to bat for Alstom's bid.     16:23

9            Mr. Hoskins is working with the relevant        16:23

10   parties to coordinate which agent selection would be    16:23

11   best.  Given the need to coordinate agent agreements    16:23

12   between projects as part of his headquarters'           16:23

13   corporate job.  Look at what Ed Thiessen had to say     16:23

14   about this.                                             16:23

15           "But one of the responsibilities of             16:23

16   International Network, as you understood it, was to      16:23

17   make sure the countries were all coordinated with       16:23

18   with one another in terms of issues like common         16:23

19   problems, business opportunities, projects, that kind   16:23

20   of thing?                                               16:23

21           "Yeah.  I don't recall discussing common        16:23

22   problems across multiple countries, but that could      16:23

23   have been an issue, yes."                               16:23

24           Now let's look at another example of how this   16:23

25   plays out.  In Government's Exhibit 500, Mr. Hoskins    16:23

1    reports on a conversation he had with Reza.                16:24

2    Mr. Hoskins says that Azmin Aulia is looking for          16:24

3    better terms.  That sounds like a negotiation to me.      16:24

4    Why is Azmin looking for better terms?  Well, it          16:24

5    looks like there are three reasons.  First, Azmin         16:24

6    wants to get paid sooner because of the upcoming          16:24

7    election.                                                 16:24

8          You heard from Ed Thiessen that projects in         16:24

9    Indonesia often started and stopped or that a project     16:24

10   that was supposed to start soon would often get           16:24

11   delayed.  Remember whether Mr. Thiessen testified         16:24

12   about the Indonesian expression "jam karet," which        16:24

13   means that time can stretch out like rubber?  We          16:24

14   submit that all this means is that Azmin Aulia is         16:24

15   telling them that he wants to get paid more sooner        16:24

16   because he knows that if the project gets paused or       16:24

17   canceled, he will never get paid in full.                 16:24

18         Second, Aulia is concerned that Marubeni has        16:24

19   not managed to secure financing from the Japanese         16:25

20   bank JBIC who you heard is financing the Tarahan          16:25

21   Project.                                                  16:25

22         This is similar to the elections issue.             16:25

23   Azmin knows that if JBIC pulls out, the project will      16:25

24   go away, so he's trying to get paid upfront.  He's        16:25

25   nervous about getting paid.                               16:25

1        And finally there's a suggestion that Azmin    16:25

2    is aware that by Alstom's competitors -- that    16:25

3    Alstom's competitors are being more generous perhaps    16:25

4    by offering upfront payments, perhaps by giving    16:25

5    consultants higher fees, and he's using that leverage    16:25

6    in his negotiation with Alstom.    16:25

7        For all these reasons, Lawrence suggests to    16:25

8    Pierucci that they have to agree to less-favorable    16:25

9    terms with Azmin.    16:25

10        Later in the chain, Mr. Hoskins reiterates to    16:25

11   Pomponi that an 18-month schedule will not fly.  They    16:25

12   have to offer payment sooner even though the terms    16:25

13   will be lousy.  Mr. Hoskins tells Pomponi that they    16:26

14   need to have an agreement with their agent in place    16:26

15   before Reza meets with Eddie, the customer, the next    16:26

16   day.  He doesn't say they need to have money to give    16:26

17   Eddie the next day.  He doesn't say Eddie is looking    16:26

18   for bribes.  He just says that Reza needs to be able    16:26

19   to tell the customer that the agent, the guy whose    16:26

20   job it is to help interact with the customer, has    16:26

21   been retained.    16:26

22        These are just a few of the e-mails in this    16:26

23   case.  But, again, I implore you to focus on what --    16:26

24   the words that Mr. Hoskins used when he wrote these    16:26

25   e-mails.  That is how you know what is in his mind.    16:26

1426

1    That is how you can tell what he knew.

2          And I suggest to you if you pull out all of

3    the e-mails and look at what Mr. Hoskins actually

4    said, you will conclude that the government has

5    failed to prove his knowledge of an illegal bribery

6    scheme on the Tarahan Project beyond a reasonable

7    doubt.

8          And when you make that conclusion, you should

9    return a verdict of not guilty on all of the charges

10   in the indictment as they all fall away if you find

11   that the government has failed to prove beyond a

12   reasonable doubt that Mr. Hoskins knew that Sharafi

13   and Azmin Aulia were hired to pay bribes on the

14   Tarahan deal.

15         Let me say a few words about the money

16   laundering charges in the indictment.  Those are

17   Counts Eight, conspiracy, and Counts Nine through

18   Twelve.  The actual charged wire transfers appear to

19   be the money laundering.

20         First, it's important to note that these

21   payments all relate to Sharafi's payments to Emir

22   Moeis.  Let me re-emphasize that.  All of these

23   payments are payments that Sharafi made, not Alstom,

24   not API, not Mr. Hoskins.

25         Second, all of these payments, like the

1    crimes charged in Counts Two through Seven, all                16:28

2    occurred between 2005 and 2007, years after                    16:28

3    Mr. Hoskins left Alstom.                                        16:28

4           Third, as a result, there is no evidence that            16:28

5    Mr. Hoskins was personally involved in these payments          16:28

6    at all.  There is no evidence that Mr. Hoskins ever            16:28

7    spoke to Sharafi about the payments at all, let alone          16:28

8    how or when or from where Mr. Sharafi intended to              16:28

9    make these payments.                                           16:28

10          There is only evidence of one meeting with              16:28

11   Mr. Sharafi and it was brief according to                      16:28

12   Mr. Thiessen.  There is simply no evidence that               16:28

13   Mr. Hoskins knew that Mr. Sharafi would be wiring             16:28

14   money from the United States, no evidence that               16:29

15   Mr. Hoskins approved these payments or did anything          16:29

16   to assist in arranging them.  There is simply no             16:29

17   evidence that Mr. Hoskins caused these payments to be        16:29

18   made long after he left the company.                          16:29

19          Chris Varney testified about the extensive            16:29

20   approval process involved for each payment.  The            16:29

21   process involved numerous individuals within Alstom         16:29

22   from various divisions.  The documentation in the           16:29

23   record reflects approvals by several layers of Alstom       16:29

24   personnel but not Lawrence Hoskins.                          16:29

25          Look at Government Exhibit 105-F and 114-C.          16:29

1    Varney and many others performed extensive due        16:29

2    diligence by examining the consulting agreements and   16:29

3    the proof of services and testified that he saw no     16:29

4    red flags.  There is no evidence that Varney saw or    16:30

5    relied on any approval from Mr. Hoskins authorizing    16:30

6    the payments to Sharafi, no evidence that he relied    16:30

7    upon anything that Mr. Hoskins said or did in making   16:30

8    the payments.                                          16:30

9            The government claims that Mr. Hoskins'        16:30

10   involvement in the hiring Sharafi -- in the hiring of  16:30

11   Sharafi in 2003 caused these payments, that these      16:30

12   payments were reasonably foreseeable back in 2003.     16:30

13   That's rich.  These payments were not automatic.  Yet  16:30

14   the government claims that these payments were          16:30

15   basically automatic and that Mr. Hoskins set them in   16:30

16   motion years earlier, but that is contradicted by the  16:30

17   evidence.  Varney explained how detailed and           16:30

18   convoluted the payment process was.  Read it and you   16:30

19   will see.                                              16:30

20           Look at this exhibit, Government's Exhibit      16:30

21   531.  I'm not going to read it all to you now because  16:31

22   it's frankly incomprehensible what they had to do to   16:31

23   get these payments made, multiple steps, including     16:31

24   submission of proofs of services, Sharafi's work       16:31

25   summary, confirmation by the business unit, approval   16:31

1    by the compliance department, and review by Varney    16:31

2    and the finance team.  The payments were also    16:31

3    contingent upon winning the project and hitting    16:31

4    milestones in the completion of the Tarahan Project.    16:31

5         Mr. Hoskins' involvement in these payments    16:31

6    was remote in time and effect.  He wasn't even at the    16:31

7    company when they were made.  Indeed, if anyone in    16:31

8    the process along the way had stopped the payments or    16:31

9    if any other event had intervened for whatever reason    16:31

10   to prevent the payments from being made, Mr. Hoskins    16:31

11   would not be charged with money laundering in Counts    16:31

12   Nine through Twelve.    16:31

13        With respect to the final payment to Sharafi,    16:31

14   it only occurred after David Rothschild complained to    16:31

15   numerous senior officials.  You heard his testimony    16:32

16   about this.  Sharafi threatened legal action.  And    16:32

17   Rothschild himself admitted that he wasn't sure the    16:32

18   payment would have occurred if Rothschild hadn't    16:32

19   intervened.    16:32

20        Venue.  For Counts Nine through Twelve, the    16:32

21   substantive money laundering charges, the government    16:32

22   has another problem.  They must prove that those    16:32

23   crimes occurred at least in part in Connecticut.    16:32

24   That's called venue.  Unlike the other elements which    16:32

25   the government has to prove beyond a reasonable    16:32

1    doubt, as to this the government has to prove it by a        16:32
2    preponderance of the evidence, i.e., more likely than       16:32
3    not.  But they can't even do that.  Venue is an             16:32
4    important concept because it requires the government        16:32
5    to prosecute crimes where they occurred, not just          16:32
6    wherever it's convenient for them.                         16:33
7            This is a chart which is not in evidence, so        16:33
8    you're not going to be able to take it back into the       16:33
9    jury room.  But it's a demonstrative exhibit to give       16:33
10   you a sense of the payments that Mr. Sharafi made and      16:33
11   the payments that he received.                            16:33
12           On the right-hand side are the payments           16:33
13   Sharafi makes to Indonesia, and on the left-hand side      16:33
14   are the wires coming in for him.  You can see that        16:33
15   there is very little connection between -- in time        16:33
16   between the payments that he receives and the             16:33
17   payments that he makes.                                   16:33
18           The government has to prove that it was a         16:33
19   single transaction.  These don't look like single        16:33
20   transactions.  Money is sent days, weeks, months         16:33
21   later.  It's also commingled with money from            16:33
22   Marubeni.  That can't be money laundering.  It has to    16:33
23   come from API first.  That's the charge.                 16:33
24           Here the government is trying to prosecute       16:34
25   crimes that occurred in Maryland allegedly as part of    16:34

1   the trial in Connecticut, and that is not permitted.                    16:34

2   If you find venue is not established, you must acquit                   16:34

3   Mr. Hoskins on those counts.                                           16:34

4           Counts Nine through Twelve, the government                      16:34

5   has charged Mr. Hoskins with aiding and abetting                       16:34

6   Sharafi's transfer of funds from Maryland to                           16:34

7   Indonesia, but those transactions did not begin or go                  16:34

8   through Connecticut.  The Judge instructed you on                      16:34

9   this and I ask you to pay careful attention to that                    16:34

10  instruction.                                                           16:34

11          Christopher Varney testified that nobody at                     16:34

12  API had anything to do with Sharafi's payments.                        16:34

13          "And after the payment was made, you have no                    16:34

14  idea how the money was used, right?                                    16:34

15          "That's correct.                                               16:34

16          "You have no idea where that money went to?                    16:34

17          "That's correct."                                              16:34

18          No evidence that anyone at API or anyone                        16:34

19  involved in the scheme at all had any idea when or                     16:35

20  how Sharafi would send funds to Indonesia, no                          16:35

21  evidence that anyone at API had any influence or                       16:35

22  control over Sharafi as to how or when or even                         16:35

23  whether he would send funds from Maryland to                           16:35

24  Indonesia.  In fact, as to the last two payments from                  16:35

25  Marubeni and API in 2008 and 2009, he didn't even                      16:35

1    pass them on to Indonesia at all.  So he clearly was          16:35

2    an independent actor.                                          16:35

3          Therefore, these are not continuing                     16:35

4    transactions.  These are not a single transaction             16:35

5    that were being begun, initiated or conducted in              16:35

6    Connecticut and so you must acquit on that basis              16:35

7    alone.                                                         16:35

8          I'm almost done.                                         16:35

9          Withdrawal.  Now, finally a brief word about            16:35

10   withdrawal.                                                    16:36

11         As the Judge told you, even if you find the            16:36

12   government has met its burden with respect to                 16:36

13   Mr. Hoskins' membership in the FCPA and the money             16:36

14   laundering conspiracy, which we strongly dispute, you         16:36

15   can still find him not guilty if you find that he             16:36

16   withdrew from those conspiracies before September of          16:36

17   2005.                                                          16:36

18         He left Alstom, of course, in August of 2004.          16:36

19   Now, it's defense's burden, the defense burden to             16:36

20   prove withdrawal, but only, again, by a preponderance         16:36

21   of the evidence more likely than not.  Remember,              16:36

22   Mr. Hoskins has the burden only with respect to               16:36

23   withdrawal.  The government must still prove each and         16:36

24   every other element of the crimes beyond a reasonable         16:36

25   doubt to establish guilt.                                      16:36

1    Now, to withdraw, as the Judge told you, you

2  must take some action to disavow or defeat the

3  purpose of the conspiracy.  Withdrawal means that

4  even if someone is a member of a conspiracy, they are

5  not responsible for the actions taken by other

6  members of the conspiracy that occur after their

7  withdrawal.

8    So how does one disavow something?  Well, you

9  start by walking away.  Now, you need to do more to

10  disavow a conspiracy than resigning.  But I submit to

11  you that if you cut all ties with your coconspirator

12  and the object of their conspiracy, and you no longer

13  promote the conspiracy, and you no longer benefit

14  from the conspiracy, that you have disavowed it.

15    Mr. Hoskins resigned from Alstom.  He left

16  the company in August of 2004, packed up, left Paris,

17  returned to England.  He went to a different job for

18  a different company in a different country in a

19  different industry.  There is no evidence that he

20  simply did anything further or had any contact with

21  any of the alleged coconspirators or the conspiracy

22  again.  Those are acts of disavowal.  No evidence

23  that Lawrence Hoskins had anything to do with Tarahan

24  or any of the people involved with this case after he

25  left.  No evidence that Mr. Hoskins received anything

16:36
16:36
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:37
16:38
16:38
16:38
16:38
16:38
16:38

```
1   from anyone involved in the conspiracy after he left.    16:38
2        The government wants to point out the nice          16:38
3   things that Mr. Hoskins said in his resignation          16:38
4   letter in his departure e-mails about Alstom as          16:38
5   evidence that he did not renounce the scheme.  But       16:38
6   these are just normal pleasantries.  Would you           16:38
7   actually expect Mr. Hoskins in his resignation letter    16:38
8   to say bad things about the company?  Would you          16:38
9   expect him in his casual departure e-mails to            16:38
10  employees to accuse them of misconduct?  Of course       16:38
11  not.                                                     16:39
12       By resigning and walking away and cutting           16:39
13  complete ties with Alstom and the conspiracy,            16:39
14  Lawrence Hoskins made an affirmative choice to have      16:39
15  nothing more to do with Alstom or any of this.  He       16:39
16  disavowed the conspiracy.                                16:39
17       Again, we strongly dispute that Mr. Hoskins         16:39
18  was ever knowingly in a conspiracy to violate the        16:39
19  FCPA or the money laundering statutes.  But if in        16:39
20  your deliberations you find that the government has      16:39
21  proved beyond a reasonable doubt, then I submit to       16:39
22  you that you can still acquit him based on his           16:39
23  withdrawal.                                              16:39
24       THE COURT:  Five minutes.                           16:39
25       MR. MORVILLO:  Thank you very much, Your            16:39
```

1     Honor.  I'll be done before then, I hope.                    16:39

2            I don't get a chance to stand back up here            16:39

3     again.  The government gets a chance.  And that's           16:39

4     fair because they have the burden of proof.  But I          16:39

5     can't respond to what they're going to say next.            16:39

6            So I would like to implore you to keep in            16:40

7     mind what I told you about the e-mails in this case         16:40

8     with respect to his knowledge, with respect to             16:40

9     agency.  Ask yourself, well, what would the defense         16:40

10    say in response?  How would they look at this?  I          16:40

11    don't have another chance to talk to you about it.          16:40

12           Now, there's been no evidence in this case          16:40

13    that Mr. Hoskins gained anything as a result of his         16:40

14    participation in the alleged conspiracy, and I'd like       16:40

15    you to think about that as well.  The Judge told you        16:40

16    that motive is not relevant, it's not -- but you can        16:40

17    use it with respect to your deliberations.  It's not        16:40

18    required to be proven, in other words.  And I'd like        16:40

19    you to keep that in mind as well as you deliberate.         16:40

20           A case that's built on a lot of e-mails,            16:40

21    you'll see in Mr. Hoskins' e-mails something that I'd       16:40

22    like you to keep in your mind when you're                   16:40

23    deliberating, he never has a bad word to say about          16:41

24    anyone.  There is never a sharp retort, foul                16:41

25    language.  He is a decent man.  He is a good man.  He       16:41

1  is retired and he is innocent, and I request that          16:41

2  when you go back and deliberate, you look at the           16:41

3  elements of the offense and you conclude consistent        16:41

4  with the evidence that Mr. Hoskins is not guilty of        16:41

5  all the charges in the indictment.                         16:41

6        Thank you very much for your time and               16:41

7  attention today and throughout the entire trial.          16:41

8        THE COURT:  All right.  Thank you.                  16:41

9        We will take a break.  Now, in order to             16:41

10 finish the closings for you today, we're going to          16:41

11 need to stay a little bit past 5.  Is that going to        16:41

12 be impossible for anyone?  All right.                      16:41

13       JUROR:  How much longer?                            16:42

14       THE COURT:  My guess is that we will be able        16:42

15 to finish -- if we take just a five-minute recess          16:42

16 now, that we will finish the government's closing no       16:42

17 later than 20 past 5, and I have four minutes of           16:42

18 further instruction for you.  Okay?  Will that work?       16:42

19 All right.  Let's take five minutes.                       16:42

20       (Jury exited the proceedings, 4:43 p.m.)            16:42

21       THE COURT:  Could I see somebody from each          16:43

22 side at sidebar, please?                                   16:43

23       (Sidebar commenced.)                                16:43

24       THE COURT:  What I wanted to ask you, I think       16:43

25 you may remember, the defendant wanted Juror Number 2      16:44

1   excused.  She was a neighbor of one of the assistant                16:44
2   AUSA's employee's mother.  Are you still wanting her                16:44
3   excused?                                                            16:44
4        MR. SILVER:  Well, we still maintain that she                  16:44
5   should be excused for cause, Your Honor, yes.                       16:44
6        THE COURT:  All right.  So we'll excuse her                    16:44
7   from this trial.                                                    16:44
8        MR. SILVER:  Okay.                                             16:44
9        MS. LARYEA:  No, Your Honor.                                   16:44
10       THE COURT:  I'll hear from you.                                16:44
11       MS. LARYEA:  Yeah.  The reason they wanted                     16:44
12   her excused was any possible relationship she might                16:44
13   have with the paralegal.  But there's no -- the                    16:44
14   decision was -- it was a paralegal.  The decision was              16:44
15   if she stayed out of the courtroom, never came here,               16:44
16   which she has done, there's no indication that she                 16:44
17   even knows this paralegal works in the U.S.                        16:44
18   Attorney's Office.  And there's strict instruction                 16:44
19   that her mother was not to have any conversation with              16:44
20   this juror about the fact that the daughter worked in              16:44
21   the U.S. Attorney's Office and there's no evidence                 16:44
22   that that has happened, that there's been any                      16:45
23   conversation.                                                      16:45
24       THE COURT:  So that's the government's                         16:45
25   representation, is that there's been full compliance              16:45

| | | |
|---|---|---|
| 1 | with the prophylactic measures that were taken. | 16:45 |
| 2 | MS. LARYEA:  Correct, Your Honor. | 16:45 |
| 3 | THE COURT:  Anything further? | 16:45 |
| 4 | MR. SILVER:  No, Your Honor. | 16:45 |
| 5 | THE COURT:  We'll keep her. | 16:45 |
| 6 | MS. LARYEA:  Thank you. | 16:45 |
| 7 | THE COURT:  We stand in recess. | 16:45 |
| 8 | (Recess taken from 4:45 p.m. to 4:56 p.m.) | 16:45 |
| 9 | THE COURT:  Please bring in the jury. | 16:57 |
| 10 | (Jury entered the proceedings, 4:57 p.m.) | 16:57 |
| 11 | THE COURT:  Please be seated, ladies and | 16:57 |
| 12 | gentlemen. | 16:57 |
| 13 | Mr. Novick, you may proceed. | 16:58 |
| 14 | MR. NOVICK:  Thank you, Your Honor. | 16:58 |
| 15 | Good almost evening, everybody.  I appreciate | 16:58 |
| 16 | your patience.  Almost done. | 16:58 |
| 17 | I want to take the opportunity now to respond | 16:58 |
| 18 | to a few of the things that Mr. Morvillo said and | 16:58 |
| 19 | explain to you why the government's evidence in this | 16:58 |
| 20 | case proves beyond a reasonable doubt, a burden that | 16:58 |
| 21 | we embrace, that the defendant is guilty of all | 16:58 |
| 22 | counts in this case. | 16:58 |
| 23 | First, I want to address the idea argued by | 16:58 |
| 24 | Mr. Morvillo that the defendant didn't know that | 16:58 |
| 25 | these consultants were paying bribes.  Give me a | 16:58 |

1    break.  Do we really think that Mr. Hoskins was                16:58

2    willing to pay millions of dollars to these                    16:58

3    consultants simply because they had relationships?             16:58

4    Do we really think that he was giving away                     16:58

5    percentages, that he was willing on behalf of API to           16:58

6    give away percentages of this contract just                    16:58

7    because -- for no reason with no expectation of where          16:59

8    the money was going to go?                                     16:59

9            So just applying your common sense gets you            16:59

10   to the point where Mr. Hoskins knew exactly what               16:59

11   these bribe payments, what these payments to                   16:59

12   consultants were for.  But you don't have to rely on           16:59

13   that.  Mr. Kahn went through a number of the e-mails           16:59

14   and I'm going to just touch on a few of them that              16:59

15   tell you that.                                                 16:59

16           I think what Mr. Morvillo said was there's no          16:59

17   reliable evidence that Mr. Hoskins knew the                    16:59

18   consultants made bribe payments.  I got most of those         16:59

19   words together.                                                16:59

20           But look at, for example, Exhibit 449-A.               16:59

21   That was that Friends Analysis which tells you that            16:59

22   they're looking at Azmin Aulia as the bank account            16:59

23   for the Minister of Mines and Energy of Indonesia,            16:59

24   that bank account for Purnomo there.  Purnomo is              16:59

25   Minister of Mines and Energy.  He knew exactly who            17:00

1  Azmin Aulia was and exactly what the point of hiring  17:00

2  him was.  Come on.  17:00

3         And then think about the response.  He wants  17:00

4  you to look at Mr. Hoskins' e-mails.  Well, he  17:00

5  responds to this, he responds to the e-mail with the  17:00

6  Friends Analysis in Exhibit 450 and he says, "Agree  17:00

7  with philosophy, HW," that was Harry Wijaya, "top  17:00

8  level and Az," Azmin, "lower levels, provided we get  17:00

9  right signals from EW and from ministry levels."  17:00

10        And by the way, why is it that he cares  17:00

11  who -- why is it Eddie Widiono cares who is being  17:00

12  hired?  It's not because he just is a nice guy and  17:00

13  wants to get some work for his friend, it's because  17:00

14  that's who's paying him.  17:00

15        And why do they take so much time negotiating  17:01

16  the terms of payment?  Why would Eddie Widiono get  17:01

17  involved, the president of PLN get involved in the  17:01

18  terms of payment and the percentage that the  17:01

19  consultant is going to be paid if not for the fact  17:01

20  that the money is being passed to him and the people  17:01

21  that work for him?  17:01

22        And Mr. Hoskins was well-aware of that and he  17:01

23  was engaged in conversations.  This was a Muara Tawar  17:01

24  e-mail, fine.  But, again, that's exactly why we  17:01

25  presented these to you because it shows you 100  17:01

1   percent exactly what was in the defendant's mind.  He          17:01

2   knew what these consultants were being used for.  Any          17:01

3   other suggestion is an insult to all of us.                    17:01

4         He also suggested that Mr. Hoskins didn't               17:01

5   know what Pirooz Sharafi was going to do with his              17:01

6   money.  Well, again, that's entirely contradicted by          17:01

7   the evidence in the case starting, let's say, with            17:02

8   Exhibit 422 where Mr. Hoskins is told by Mr. Moenaf           17:02

9   exactly who Emir Moeis is and talks about his being           17:02

10  hired in the Tarahan case, and the fact that it              17:02

11  became clear that he was just a cashier for Emir             17:02

12  Moeis, that you couldn't cover the PLN -- you                17:02

13  couldn't cover the PLN working level.  He knew              17:02

14  exactly who he was.                                          17:02

15        And you heard testimony and counsel talked,           17:02

16  heard testimony from Mr. Rothschild about this             17:02

17  meeting in Indonesia where people from PTESI,              17:02

18  Mr. Pierucci, Mr. Pomponi, the defendant told Sharafi      17:02

19  his commission was being cut from 3 percent to 1          17:02

20  percent.  And this is at a point where Mr. Hoskins        17:02

21  already knows who Sharafi is, what his connection is      17:03

22  to Emir Moeis.                                            17:03

23        And then you see later on where after the         17:03

24  meeting -- again, look at the evidence in total.        17:03

25  Counsel wants you to separate these individual parts.  17:03

1    Look at the evidence in total, what Rothschild told       17:03

2    you.  What Thiessen told you what happened in that        17:03

3    meeting is entirely corroborated.                         17:03

4         "Eko also informed me there has been                 17:03

5    discussion between Fred, Marubeni and Pirooz              17:03

6    yesterday where Pirooz committed to convince EM that      17:03

7    one is enough," one percentage point.  Why did he         17:03

8    have to convince Moeis that one is enough?  Because       17:03

9    they're friends?  No, because that's where Moeis is       17:03

10   getting his money because you saw it from his other       17:03

11   e-mails.                                                  17:03

12        And Mr. Hoskins responds -- fine.  Look at           17:03

13   the e-mails that Mr. Hoskins responds to.  "Messages      17:03

14   re above received."  He heard it.  He acknowledges.       17:04

15   He knew exactly what was going on here.                   17:04

16        And remember back on that e-mail on the              17:04

17   Friends Analysis when they were thinking about            17:04

18   looking at Pirooz Sharafi for the Muara Tawar project     17:04

19   and they were talking about his involvement in            17:04

20   Tarahan.  He said, "We're a low bidder on Tarahan so      17:04

21   the top-down approach may work," because he just had      17:04

22   the relationship with Emir Moeis which Mr. Hoskins        17:04

23   knew from the very beginning.                             17:04

24        There should be no doubt, forget about               17:04

25   reasonable doubt, in your mind that the defendant         17:04

1    knew precisely what the purpose of hiring Pirooz        17:04

2    Sharafi was, what the purpose of hiring Azmin Aulia     17:04

3    was.                                                    17:05

4            Counsel also suggested to you, don't believe   17:05

5    what Reza says, don't believe what Eko says because    17:05

6    Rothschild said he didn't completely trust him.  But   17:05

7    you know who trusted him, you know who trusted both    17:05

8    of them and relied on them was the defendant.          17:05

9            Repeatedly, this is Government Exhibit 490      17:05

10   and 500, "Fred, spoke with Reza at length today.       17:05

11   Problems identified are driven by elections."  Again,  17:05

12   one of these e-mails, problems at length.  They had    17:05

13   problems identified are driven by elections, driving   17:05

14   short-term thinking re ToP, terms of payment.          17:05

15           Again, why does the agent -- excuse me, why    17:05

16   does the official care about -- what do the elections  17:05

17   have to do with ToP?  It's not because they're not     17:05

18   going to get the project.  It's because they're not    17:06

19   going to get funding.  You saw that in one of the      17:06

20   e-mails that Mr. Thiessen talked about back in         17:06

21   December of 2002.  Again, Mr. Hoskins here is relying  17:06

22   on what Mr. Moenaf is saying.                          17:06

23           Let's talk next about agency.  What's          17:06

24   remarkable about what counsel did with regard to       17:06

25   agency is he spent upwards of an hour talking about    17:06

1    agency and never once addressed any of the e-mails                    17:06

2    and conversations about what really happened on the                   17:06

3    Tarahan Project.  And you saw the Judge -- you saw                     17:06

4    the charge the Judge gave you, and I just want to                     17:06

5    note a couple of things here.  I want to remind you                   17:06

6    of a couple of things.                                                17:06

7         First of all, whatever the indictment says,                      17:06

8    the indictment is not evidence in this case.  The                     17:06

9    indictment is not a statement of law.  The law is                     17:06

10   what the Judge gives you here.                                        17:07

11        The undertaking consists of the acts or                          17:07

12   services which the agent performs on behalf of the                    17:07

13   principal.  And here, forwarding down to the bottom,                  17:07

14   "The government must prove that the defendant was an                  17:07

15   agent of a domestic concern," that being API, "in                     17:07

16   connection with the specific events related to the                    17:07

17   Tarahan Project," not what's on an org chart, not                     17:07

18   what's in a process document, but what actually                       17:07

19   happened on the Tarahan Project.                                      17:07

20        Let's talk about org charts for a second.                        17:07

21   You saw one org chart that put International Network                   17:07

22   off to the side of the structure.  There was other                   17:07

23   org charts you saw, for example, Exhibit 667 which                    17:07

24   had International Network along with strategy,                         17:07

25   information technology, corporate development down                    17:07

1    below the sectors, which is exactly what Chris Varney    17:07

2    told you, right?  He told you that in this business,    17:08

3    who controlled the things that went on were the    17:08

4    businesses.  They were the ones with the    17:08

5    profit-and-loss statements.  They were the one who    17:08

6    made the money for the company.  They dictated how    17:08

7    things went.    17:08

8         But it doesn't matter ultimately what an org    17:08

9    chart says because the company isn't the -- the    17:08

10   agency isn't defined by org charts.  It's not about    17:08

11   process.  It's not about these large kind of generic    17:08

12   documents.  It's about what the evidence was in this    17:08

13   case.  And what did you hear the witnesses say?  You    17:08

14   heard Rothschild say he never looked at the org chart    17:08

15   when he was figuring out how to do his job on    17:08

16   Tarahan.    17:08

17        Mr. Puckett said that Fred Pierucci on    17:08

18   Tarahan was in control.  In that sense, Mr. Hoskins    17:08

19   would have been reporting to Fred on the Tarahan    17:08

20   Project.    17:09

21        By the way, counsel claims that the    17:09

22   government coached the witnesses to say "support."    17:09

23   First of all, support was in the International    17:09

24   Network documents.  And beyond that, if we were going    17:09

25   to coach the witnesses, wouldn't we coach them to say    17:09

1    he was an agent of a domestic concern?  What you're    17:09

2    hearing here is what the witnesses understood because    17:09

3    that's what actually happened.  That was how this    17:09

4    worked.    17:09

5         And you heard that on the Tarahan Project,    17:09

6    API, Fred Pierucci called the shots.  Next the    17:09

7    witnesses' accounts are corroborated by the    17:09

8    documents, and Mr. Kahn walked you through a number    17:09

9    of these which counsel didn't address any of.  I'll    17:09

10    talk to you about a couple of them.    17:09

11         Repeatedly -- and, remember, the instruction    17:09

12    here is how are they interacting on -- in the facts    17:09

13    of the Tarahan Project, not just in the approval    17:09

14    process, but how were they interacting on the Tarahan    17:10

15    Project.  And remember, agency, control does not need    17:10

16    to be at every moment.  It can be ineffective.  It    17:10

17    can be attenuated and it can be different for    17:10

18    different business purposes.  And here is a great    17:10

19    example.    17:10

20         On some purposes for the hiring of the    17:10

21    consultants, for the discussions around the    17:10

22    consultants, negotiations, Mr. Pierucci, API, they    17:10

23    call the shots.  They were deciding who's going to    17:10

24    pay what.  Right?  They were going to decide who the    17:10

25    agent was and Mr. Hoskins, the defendant, was going    17:10

1    to participate in the negotiations on their behalf.          17:10
2    And that's what you see over and over again in the           17:10
3    exhibits.                                                     17:10
4          And you have them -- will have them in the             17:10
5    jury room.                                                    17:10
6          But just a couple other examples.  Exhibit            17:10
7    457, "Marubeni pressed Puckett and Moenaf to convince        17:10
8    Alstom Windsor," convince Alstom Windsor,                     17:11
9    "particularly Pierucci to agree on this immediate            17:11
10   action."                                                     17:11
11         Again, Alstom Windsor was controlling the             17:11
12   negotiation.  Alstom was negotiating on their behalf.        17:11
13         Exhibit 500, you have Mr. Hoskins again               17:11
14   talking about different terms of payments.  If you           17:11
15   agree, we should try this.  All right, give me the           17:11
16   authority -- to API, give me the authority and I'll          17:11
17   go out and try to get this better deal for you based         17:11
18   on the situation on the ground.                              17:11
19         Again, so functionally, Mr. Hoskins, the              17:11
20   defendant was working to support Pierucci, answer to         17:11
21   Pierucci, as Puckett told you on the Tarahan Project.        17:11
22         By the way, there's no shame in that, right?          17:11
23   This was an important function.  He had local               17:12
24   knowledge.  That was his job.  He needed somebody            17:12
25   with an elevated title to interact with government          17:12

1  officials to be in Indonesia.  He had a large area,        17:12
2  was responsible for developing relationships.  It was       17:12
3  important for people with fancy titles to be in that        17:12
4  role.  But don't confuse him with the leader on the         17:12
5  project, the leader within the business unit.               17:12
6       And remember what Ed Thiessen told you.               17:12
7  There were a lot of countries under Mr. Hoskins',           17:12
8  under the defendant's area, but almost all of his           17:12
9  function, almost all of what Thiessen did had to do         17:12
10 with the business.  He reported, he said, to the            17:12
11 defendant in about 10 percent of his                        17:12
12 responsibilities.                                           17:12
13      Now, what the defendant spends a good deal --         17:12
14 Mr. Morvillo spends a good deal of the time talking         17:12
15 about is this approval function.  Let's talk about         17:12
16 the approval function for a minute.                         17:12
17      He says he couldn't be controlled by Alstom          17:13
18 Power, Inc., because he had an independent approval         17:13
19 function.  First of all, that was only part of the          17:13
20 role that he played on the Tarahan Project, as I've         17:13
21 just explained to you.  He was also out there               17:13
22 negotiating on behalf of Alstom Power, Inc., to try         17:13
23 to get a better deal.  And Mr. Thiessen talked about        17:13
24 that.  If Alstom Power, Inc., didn't like the deal          17:13
25 they were getting, they'd have to go back and               17:13

1    renegotiate, and that's what you have an agent --

2    that's what you have somebody who actually is on the

3    ground in Indonesia who knows the people who can go

4    do that on your behalf.  But at the end of the day,

5    you understood that Alstom Power, Inc., is the one

6    who's going to have to pay for this.  They're the one

7    who's going to make the call.

8        You saw that bid extension discussion,

9    Mr. Puckett told you that it was -- even though

10   Mr. Hoskins was talking about it in e-mails, that it

11   was ultimately Fred Pierucci who had to make the

12   decision whether to do this because he controlled

13   strategy and negotiation tactics on the Tarahan

14   Project.  And that was commenting on an e-mail in

15   Exhibit 446 saying if Reza -- has Reza, his employee

16   trying to negotiate this.  And says if Reza puts his

17   name to guaranteeing the increase, can Windsor be

18   persuaded.

19       And the defendant's own exhibits bear this

20   out.  Take a look at Exhibit 913 which counsel

21   brought up a number of times, but did not focus on

22   one particular section which I'd like to now.  Let's

23   look at the bottom here.  "For countries with

24   representation and compliance issues, contribute to

25   the selection of agents, and approve the key elements

1    of the related agreements," two different functions.    17:14

2         The first of those, he was controlled by API,    17:14

3    the selection of the agents.  He's working on their    17:15

4    behalf helping them get the best deal.  Then the    17:15

5    selection of the agents -- excuse me, then the key    17:15

6    elements of the related agreements.  That's the keys,    17:15

7    right?  He's got to approve those as one of several    17:15

8    steps and, again, final approval from the sector.    17:15

9    Entirely different role.  Different business    17:15

10   purposes.  Different issues.  One is an issue of    17:15

11   business -- one is an issue of a business decision    17:15

12   and one is an issue of process.  His approval role,    17:15

13   his role was related to this company policy, making    17:15

14   sure that Alstom policy was followed.    17:15

15        And that's exactly what the witnesses told    17:15

16   you.  One moment.    17:15

17        There we go.  Mr. Rothschild told you the    17:15

18   business unit is the one that negotiated and    17:16

19   concluded and had the approval rights to it.    17:16

20   Mr. Hoskins provided the approval of the process,    17:16

21   what was in the agreement, the terms.    17:16

22        And by the way, this approval process that    17:16

23   we've been talking about, this supposed box-checking,    17:16

24   the him making sure he was following Alstom policy,    17:16

25   it was a sham, right?  He's making sure they're    17:16

1    checking these boxes.  He's making sure they have the    17:16

2    no unlawful payments section, making sure it's    17:16

3    supposedly complying with Alstom policy when we know    17:16

4    in reality, the only thing that it really serves, the    17:16

5    only thing the consultancy agreement really serves is    17:16

6    to paper over the bribery that's happening on behalf    17:16

7    of the business.  That was the function.  That was    17:16

8    his role here as an approver was to help paper over.    17:16

9        You've got a senior vice president, right,    17:16

10   who's approving this, so it must be following policy    17:16

11   when we know perfectly well it wasn't.  Again, even    17:17

12   his approval role was in service of the business    17:17

13   winning the project.    17:17

14        Another thing that counsel didn't respond to,    17:17

15   I want to pull up again which fits right in with this    17:17

16   subject.  This approval role, it was a    17:17

17   responsibility, right, but he had no authority.  He    17:17

18   had -- you heard that if there was ever a dispute --    17:17

19   there never was.  But if there was ever a dispute,    17:17

20   the business would win out because they were the ones    17:17

21   who controlled the projects.    17:17

22        Very frustrating for people like Reza Moenaf    17:17

23   who worked for Hoskins and people like Pedro Sole who    17:17

24   took over for Hoskins.  Responsibility without    17:17

25   authority.  They had to sign these documents, but    17:17

```
 1  they didn't control what was going on.  That was the    17:17
 2  business.  And that's why he is an agent of API in       17:17
 3  the context of the Tarahan Project.  Not in the          17:18
 4  context of an org chart, not in the context of a         17:18
 5  process document, but on the ground the way the          17:18
 6  Tarahan Project worked, and that's exactly what the      17:18
 7  Judge's instruction told you.                            17:18
 8          Let's talk about the money laundering counts.    17:18
 9  I'm going to group together for purposes of time both    17:18
10  venue and where we understood these payments to be       17:18
11  going.                                                   17:18
12          Now, counsel suggested that because of the       17:18
13  way that the documents were written or the e-mails       17:18
14  were sent, that Mr. -- that the defendant didn't know    17:18
15  that the money would be originating at Alstom Power      17:18
16  Windsor.  But of course he did.  Look at the             17:18
17  contracts.  They're signed with Alstom Power in          17:18
18  Windsor.                                                 17:18
19          And Christopher Varney told you that the         17:18
20  money -- that the way it normally worked, right, was     17:19
21  for the money to originate with the business, pass       17:19
22  through Prom and then go to -- Alstom Prom and then      17:19
23  go to the consultant.  That was the way it was           17:19
24  supposed to work.  That's the way it worked in most      17:19
25  cases other than with Pirooz Sharafi.                    17:19
```

1    So the defendant is perfectly aware of the

2  fact that the money was going to be originating from

3  the business unit since the business unit was paying

4  for the project.

5    That's what you see here, Government Exhibit

6  484-A.  Alstom Power, Inc.  This is on the Sharafi

7  agreement with regard to money laundering.  Alstom

8  Power, Inc., registered in Houston, but we know has

9  an office in Connecticut or main office is in

10  Connecticut, and remuneration will be due and paid by

11  the company, and that's Alstom Power, Inc.  The money

12  is going to be emanating, coming from Connecticut.

13    Let's talk about the way the payments flowed.

14  Counsel showed you a demonstrative.  Let me put this

15  up here for you.

16    The instruction that you've heard from the

17  Judge is -- actually, let's start with that.  "If you

18  find that a transfer occurred in multiple stages and

19  you find that each stage was an integral part of a

20  single plan to transfer funds, then you should

21  consider such transfers to be one single transaction

22  for purposes of venue."

23    And that's exactly what you have here.  You

24  have a concerted plan to transfer money from Alstom

25  Power, Inc., to Emir Moeis.  That was the purpose of

17:19
17:19
17:19
17:19
17:19
17:19
17:19
17:20
17:20
17:20
17:20
17:20
17:20
17:20
17:20
17:20
17:20
17:21
17:21
17:21
17:21
17:21
17:21
17:21
17:21

```
 1   this.  Sharafi was not an end unto himself and you've    17:21
 2   heard the evidence of that.  The purpose was to pass    17:21
 3   the money from Connecticut to Indonesia through         17:21
 4   Sharafi and that's exactly what you see.                17:21
 5           I'll pull back up the slide here.  You have     17:21
 6   money coming from Alstom Power, Inc., to Pacific        17:21
 7   Resources and then PT Artha and then to Moeis.  All     17:21
 8   part of one continuing plan to pass money from          17:21
 9   Connecticut to Indonesia.  And so long as -- under      17:21
10   venue, so long as part of that is conducted in          17:22
11   Connecticut, we've satisfied our burden by a            17:22
12   preponderance to prove venue.                           17:22
13           Let's talk about the individual wires for a     17:22
14   minute.  Counsel said that these were not -- that he    17:22
15   didn't cause -- the defendant didn't cause these        17:22
16   wires because there were a number of other steps,       17:22
17   intermediate steps in the FCPA counts.  That's just     17:22
18   not true.  And but first what I want to do is point     17:22
19   you towards the Judge's instruction.  "It is not        17:22
20   necessary for the defendant to be directly or           17:22
21   personally involved in the charged wire, as long as     17:22
22   it was reasonably foreseeable."                         17:22
23           So it doesn't matter at all whether the wire    17:22
24   was directly caused by the defendant, although we       17:22
25   know it was because he helped put the consultancy       17:22
```

1       agreement in place.  It doesn't matter at all whether          17:22

2       there are additional approvals.          17:22

3              And by the way, what are those approvals for?          17:23

4       Chris Varney talked about it.  He had to make sure          17:23

5       that the consultancy agreement was satisfied.  Has a          17:23

6       consultant done at least what he said he was going to          17:23

7       do, is what the agreement says he's going to do, and          17:23

8       then he's obliged to actually pay it.  There's no          17:23

9       guesswork there.          17:23

10             You heard there was some difficulty later          17:23

11      with payments because there was investigation and          17:23

12      they weren't paying consultants, but Varney told you          17:23

13      that only happened on those last couple of occasions.          17:23

14      It doesn't matter that the defendant has gone at that          17:23

15      point.  It's what he set in motion by helping to put          17:23

16      the consultancy agreement in place.          17:23

17             And the same goes for the money laundering          17:23

18      counts, right?  He put the consultancy agreements in          17:24

19      place with the direct purpose of having that money          17:24

20      passed to Moeis.  That, again, was the purpose of          17:24

21      putting that in in those consultancy agreements in          17:24

22      effect.          17:24

23             Now, counsel ended with withdrawal.  And I          17:24

24      want to remind you of the instruction for withdrawal          17:24

25      and this one in particular:  "Where a defendant by          17:24

1   his conspiratorial actions sets in motion events that                17:24

2   are designed to have effect beyond the period of his                 17:24

3   active participation.  His affirmative act of                        17:24

4   withdrawal must be aimed at weakening or undermining                 17:24

5   the foreseeable consequences of his own participation               17:24

6   in the conspiracy."                                                   17:24

7           Have you heard any evidence -- remember, it's               17:24

8   his burden here to prove withdrawal.  Have you heard                 17:24

9   any evidence from him that he did anything to weaken                 17:25

10  the payments that were going to be paid on the                       17:25

11  consultancy agreement that he helped negotiate?  No.                 17:25

12  He has simply not met his burden to prove withdrawal                 17:25

13  at all.                                                              17:25

14          I'm nearly done.                                            17:25

15          I want to close with something that I                       17:25

16  mentioned earlier, and that is what is -- I talked to               17:25

17  you a second ago about this supposed approval role as               17:25

18  being part of the defendant's function within                        17:25

19  International Network and that why that makes this                   17:25

20  case so egregious is that the person whose role                     17:25

21  within the organization was in part to make sure                    17:25

22  Alstom policy was followed, not only was falling down               17:25

23  on that job, right, not only was he not doing that,                 17:26

24  not making sure that Alstom policy is being followed,               17:26

25  not making sure that nobody is paying bribes, doing                 17:26

1    things in violation of Alstom policy, but he himself    17:26

2    is the one who was doing it.  He himself is the one    17:26

3    who was out on the front lines in Indonesia helping    17:26

4    to negotiate these bribes.    17:26

5         And I want to end with the defendant's own    17:26

6    words, not words he spoke at Alstom, but words he    17:26

7    spoke when he left Alstom.  He spoke in an interview    17:26

8    to his new employer.  He said, "Integrity is    17:26

9    sometimes hard to define, but we all know it when we    17:26

10   see it, and I prefer not to do business with those    17:26

11   without it."    17:26

12        Pretty rich.  But the reality is that he did    17:26

13   business with people who had no integrity.  He did    17:27

14   business with people like Pirooz Sharafi and Azmin    17:27

15   Aulia who are essentially bagmen.  He did business    17:27

16   with corrupt politicians in Indonesia who were taking    17:27

17   a buck at the expense of their own citizens.    17:27

18        But worst of all is the guy who was supposed    17:27

19   to be enforcing Alstom policy had no integrity    17:27

20   himself.  He did what the business asked him to do.    17:27

21   He put these agreements in place to cover over the    17:27

22   business's bribery and now it's time to hold him    17:27

23   accountable.  Now it's time to find him guilty on all    17:27

24   counts.    17:27

25        Thank you.    17:27

1           THE COURT:  All right.  Thank you.                    17:27

2       I'm going to give you a few more general              17:27

3   instructions concerning your deliberations.  Stay        17:27

4   with me.                                                  17:27

5           You were permitted to take notes during the      17:27

6   trial.  If you took them, they should only be used as    17:28

7   a memory aid.  Don't give your notes precedence over     17:28

8   your own independent recollection of the evidence.       17:28

9   If you didn't take notes, of course you rely on your     17:28

10  own recollection of the proceedings and should not be    17:28

11  influenced by the notes of other jurors.  Notes are      17:28

12  not evidence and they should not be shared.              17:28

13          I remind you that in order for you to find        17:28

14  the defendant guilty on any count, the government        17:28

15  must prove all of the essential elements of that         17:28

16  count beyond a reasonable doubt, as I have explained     17:28

17  to you.                                                  17:28

18          If the government fails to prove each element     17:28

19  of each count beyond a reasonable doubt, your verdict    17:28

20  must be not guilty on that count.  If it succeeds,       17:28

21  your verdict should be guilty on that count.  In         17:28

22  order to return a verdict, it is necessary that each     17:28

23  juror agree with it and to it.  In other words, your     17:28

24  verdict must be unanimous.                               17:28

25          But each of you must make your own individual     17:28

1    decision.  Your vote must be exactly that:  your                17:29

2    vote.  You must consider impartially all the evidence           17:29

3    or lack of evidence and the views of your fellow                17:29

4    jurors.  It's your duty to consult with one another             17:29

5    and to deliberate with a view towards reaching an               17:29

6    agreement, if you can do so consistent with the                 17:29

7    individual judgment of each juror.                              17:29

8         Remember at all times, you are not partisan.               17:29

9    You're judges.  You're judges of the facts and your             17:29

10   sole interest is to determine if the government has             17:29

11   met its burden of proof.                                        17:29

12        In the course of your deliberations, don't                 17:29

13   hesitate to re-examine your individual views or to              17:29

14   change your opinion if the deliberations and the                17:29

15   views of your fellow jurors convince you that your              17:29

16   view is erroneous.  However, you should not surrender           17:29

17   your conscientious opinion on how the issues should             17:30

18   be decided which must be reflected in your final                17:30

19   vote.  Your verdict, whether guilty or guilty, must             17:30

20   be unanimous.                                                   17:30

21        Now, upon retiring to the jury room, your                  17:30

22   first thing is to elect one among you to act as your            17:30

23   foreperson who will preside over your deliberations             17:30

24   and who will be your spokesperson back here in court.           17:30

25        After you have retired to begin your                       17:30

deliberations, you can't leave your jury room without    17:30

first notifying the marshal who will escort you to    17:30

wherever it is you need to go.  No deliberation may    17:30

take place without all jurors being present.    17:30

        You're going to take the verdict forms that    17:30

are provided to you in the front of your notebook    17:30

into the juror room and you'll answer the questions    17:31

as directed.  And when you've reached unanimous    17:31

agreement as to your verdict, you'll have your    17:31

foreperson fill in your answers, date and sign the    17:31

verdict form, and inform the marshal that you've    17:31

reached a verdict.  Do not give the marshal your    17:31

verdict form.  But you will see how it tracks through    17:31

your work.    17:31

        Count One, conspiracy to violate the Foreign    17:31

Corrupt Practices Act, you will make your    17:31

determination of not guilty or guilty.  The Foreign    17:31

Corrupt Practices Act Counts Two through Seven are    17:31

identified by the date of the wire transfer at issue    17:31

to help you keep track.    17:31

        You go through each of those counts and you    17:31

make a determination on each one, not guilty or    17:31

guilty.    17:32

        The same goes when you get to Count Eight,    17:32

the second conspiracy, the conspiracy to commit money    17:32

1    laundering.  You will make a determination of whether    17:32

2    you have a unanimous verdict that the defendant    17:32

3    Lawrence Hoskins is not guilty or guilty.    17:32

4        And then you'll proceed to Counts Nine    17:32

5    through Twelve which will -- which are identified,    17:32

6    each of the money laundering counts by the date of    17:32

7    the wire transfer.  So that will keep you organized    17:32

8    as well.    17:32

9        When you have completed this, your foreperson    17:32

10   will sign it, you'll date it and let the marshal know    17:32

11   that you've reached the verdict.  The marshal will    17:32

12   advise me that you have and will be brought back into    17:32

13   the courtroom to deliver your verdict.  When that is    17:32

14   delivered from the form, I will ask each of you    17:32

15   individually if the verdict that is read is your    17:33

16   verdict in order to confirm that it was a unanimous    17:33

17   verdict.    17:33

18       During your deliberations, you must not    17:33

19   communicate with or provide any information to anyone    17:33

20   by any means about this case.  You cannot use    17:33

21   electronic devices or media, no cell phones or    17:33

22   computers, no Internet, Internet service, text,    17:33

23   instant messaging service, blog, website, any social    17:33

24   media technology including Facebook, LinkedIn,    17:33

25   YouTube, Twitter, Instagram, Snapchat, et cetera, to    17:33

1    communicate to anyone any information about this case    17:33

2    or to conduct any research about this case until I    17:33

3    accept your verdict.  And you can only discuss the    17:33

4    case in the jury room and only with all of your    17:33

5    fellow jurors present during your deliberations.    17:34

6        If you become aware of another juror's    17:34

7    violation of these instructions, you are required to    17:34

8    inform me as soon as you become aware.    17:34

9        So don't use any of these electronic means to    17:34

10    investigate or communicate about the case because it    17:34

11    is important that you decide this case based only on    17:34

12    the evidence that's been presented to you in the    17:34

13    courtroom.    17:34

14        Information on the Internet or available    17:34

15    through social media might be wrong, it might be    17:34

16    incomplete, it might be inaccurate.  You are only    17:34

17    permitted to discuss the case with your fellow jurors    17:34

18    during the deliberations because they have seen and    17:34

19    heard the exact same evidence that you have.    17:34

20        In our judicial system, it's important that    17:34

21    you're not influenced by anything or anyone outside    17:34

22    of the courtroom; otherwise, your decision might be    17:35

23    based on information known only to you and not by    17:35

24    your fellow jurors or the parties in the case, and    17:35

25    that would unfairly and adversely impact the judicial    17:35

1    process.                                                              17:35

2         So you are about to go into the jury room to         17:35

3    begin your deliberations.  You will have the exhibits    17:35

4    with you and you can also play them electronically.      17:35

5    If you want any testimony read back to you, you must     17:35

6    specifically request that.  Do that by a note from       17:35

7    your foreperson which will be given to -- that note      17:35

8    will be given to the marshal who will bring it to me.    17:35

9    I will share it with counsel and I determine the most    17:35

10   appropriate way to respond to your question or your      17:35

11   request.                                                 17:35

12         With respect to the read back of testimony,        17:35

13   remember it's not always easy to locate what you         17:35

14   want, so please be as specific as possible in your       17:36

15   request.  Particularly if you can give us keywords to    17:36

16   search off of, we can do that faster.                    17:36

17         If there are requests for testimony, if you        17:36

18   have questions, if you need to communicate with the      17:36

19   Court, only do it in writing and only signed by your     17:36

20   foreperson and given to the marshals.  I will respond    17:36

21   as quickly as possible.  I will either do that in        17:36

22   writing or I'll have you come back into the courtroom    17:36

23   to -- so I can address you orally or so you can hear     17:36

24   the testimony you want read back.                        17:36

25         In any communication that you have with me,        17:36

1    please never specify any numerical division that may                17:36

2    exist among you at that time.                                        17:36

3         Remember, nothing I've said in these                           17:36

4    instructions or said or done during trial has been                  17:36

5    done or been said to suggest what I think your                      17:36

6    verdict will be.  That is your exclusive duty and                  17:37

7    responsibility.  You are about to embark on that and               17:37

8    I thank you very much.                                              17:37

9         We now need to ask the clerk to draw the                      17:37

10   numbers of four of you who will be the alternates in               17:37

11   this case.  The alternates must also come back each                17:37

12   day.  Whenever there is to be any communication with               17:37

13   jurors in the courtroom, the alternates will also be               17:37

14   here throughout.                                                    17:37

15        The alternates play a very important role,                    17:37

16   and particularly you can see it in this case because               17:37

17   if we run short on jurors for some reason that we                   17:37

18   couldn't possibly anticipate, we do not want to start              17:37

19   over and do it again.  So that's the crucial                       17:37

20   insurance that the alternates provide is that we will              17:37

21   be able to bring our process to an end.                             17:37

22        Would you please call the numbers of the                      17:38

23   alternates who have been randomly selected to serve                17:38

24   as alternates?                                                      17:38

25        THE CLERK:  Juror Number 6, Juror Number 8,                   17:38

1    Juror Number 15, Juror Number 16.                    17:38

2         THE COURT:  All right.  Thank you.  And I      17:38

3    thank the alternates for what will be their         17:38

4    continuing service and will be their continuing     17:38

5    obligation not to discuss the case and not to do    17:38

6    anything to research the case, but stand prepared to 17:38

7    be a regular juror until -- unless and until that is 17:38

8    not needed.                                          17:38

9         All right.  Ladies and gentlemen, Ms. Barry    17:38

10   will take you into the jury room and answer any     17:38

11   questions.  It's late.  I expect you won't get      17:38

12   underway with your deliberations, although you're   17:38

13   welcome to.  You are also welcome to select your    17:39

14   foreperson tonight and begin tomorrow.              17:39

15        Begin at 9:30 at the latest.  If you can       17:39

16   agree to be here before then and give yourself a    17:39

17   longer day, that's fine too.                        17:39

18        And thank you very much for your very good     17:39

19   attention in this case.  Good night.                17:39

20        Take them and leave them in there and then     17:39

21   you can pick them up in the morning.                17:39

22        (Jury exited the proceedings, 5:40 p.m.)       17:40

23        THE COURT:  All right.  Counsel, do you want   17:40

24   to give a bullet list of both issues that you retain 17:40

25   your objection on on the charge?  Can we start with 17:40

1    the government?    17:40

2         MR. NOVICK:  I think the only remaining issue    17:40

3    we had, Your Honor, was the issue of knowledge as to    17:40

4    money laundering, which I think the charge appears to    17:40

5    be silent as to.  But I think we continue to believe    17:40

6    that it is not required that he know that the money    17:40

7    be traveling internationally.    17:40

8         THE COURT:  All right.  And for the    17:41

9    defendant?    17:41

10         MR. SILVER:  Your Honor, the defense wishes    17:41

11    to preserve all the objections that we've raised in    17:41

12    our prior briefing at the charge conference.    17:41

13         But just to briefly restate the primary    17:41

14    issues, we would object to the agency element in the    17:41

15    final charge, the withdrawal instruction, the    17:41

16    specific intent element of the money laundering    17:41

17    conspiracy.  We also object to the formulation of the    17:41

18    knowledge element for the 1956(a)(2)(A) counts with    17:41

19    respect to knowledge of the U.S. nexus, the venue    17:41

20    charge, the aiding and abetting charge with respect    17:41

21    to the Rosemond issue and the uncalled witness    17:41

22    charge, Your Honor.    17:41

23         THE COURT:  All right.  Thank you.  Is there    17:41

24    anything else before we recess?    17:42

25         MR. NOVICK:  No, Your Honor.  I assume it's    17:42

1  okay if we provide -- do you want us here at 9:30 or                    17:42

2  can we provide a phone number to be reached?                            17:42

3         THE COURT:  I want you in the courthouse at                      17:42

4  9:30 and I want you to stay in the courthouse.  You                     17:42

5  don't have to stay in the courtroom, but you have to                    17:42

6  give Ms. Barry your cell so we can quickly retrieve                     17:42

7  you from wherever in the courthouse you are and as --                   17:42

8  because if we get a note, we want to respond to that                    17:42

9  as soon as possible.                                                    17:42

10        So don't leave the courthouse.  At the lunch                     17:42

11 when they have their lunch served to them, you can go                   17:42

12 out and discover that there is still air and maybe                      17:42

13 even sun.  But otherwise, I would like both sides,                      17:42

14 please, to stay here.  Okay?                                            17:42

15        MR. NOVICK:  Okay.                                               17:42

16        THE COURT:  Anything further?                                    17:42

17        MR. NOVICK:  No, Your Honor.                                     17:42

18        MR. MORVILLO:  No, Your Honor.                                   17:42

19        THE COURT:  All right.  I think that your job                    17:42

20 on both sides was excellently performed and I feel                      17:42

21 very honored to have presided over this trial with                      17:43

22 such excellence of representation.                                      17:43

23        We stand adjourned.                                              17:43

24        (Proceedings adjourned, 5:43 p.m.)                               17:43

25

1                 C E R T I F I C A T E

2

3   RE: UNITED STATES OF AMERICA v. LAWRENCE HOSKINS
              No. 3:12-CR-238 (JBA)

4

5            I, Melissa J. Cianciullo, RMR, CRR, CRC,

6   Official Court Reporter for the United States

7   District Court for the District of Connecticut, do

8   hereby certify that the foregoing pages 1227 through

9   1467 are a true and accurate transcription of my

10  shorthand notes taken in the aforementioned matter to

11  the best of my skill and ability.

12

13

14

15

16        /s/_Melissa J. Cianciullo_____

17        MELISSA J. CIANCIULLO, RMR, CRR
              Official Court Reporter
18        United States District Court
           141 Church Street, Room 147
19        New Haven, Connecticut  06510
                (203) 606-1794

20

21

22

23

24

25

## $

**$10,000** [5] - 1271:1, 1274:19, 1275:17, 1352:1, 1352:9
**$100,000** [2] - 1279:18, 1279:24
**$20** [1] - 1373:5
**$200,064** [3] - 1256:14, 1256:19, 1257:13
**$266,752** [1] - 1257:6
**$466,816** [1] - 1256:24
**$66,688** [1] - 1257:18
**$80,000** [2] - 1280:5, 1280:11

## /

**/s/_Melissa** [1] - 1468:16

## 0

**06510** [2] - 1228:4, 1468:19
**06890** [1] - 1228:19

## 1

**1** [23] - 1239:17, 1269:15, 1270:11, 1270:16, 1270:22, 1279:20, 1279:23, 1280:1, 1280:7, 1280:14, 1315:21, 1321:13, 1321:14, 1321:22, 1321:23, 1328:13, 1334:4, 1348:9, 1349:8, 1350:19, 1402:1, 1402:22, 1441:19
**1.5** [1] - 1334:4
**10** [3] - 1272:17, 1381:22, 1448:11
**100** [1] - 1440:25
**100,000** [3] - 1383:13, 1389:10
**10019-6131** [1] - 1228:14
**105-A** [1] - 1421:5
**105-F** [1] - 1427:25
**10:05** [2] - 1227:6, 1230:1
**10:08** [1] - 1231:2
**11** [2] - 1272:17, 1277:5
**11308** [1] - 1228:9
**114-C** [1] - 1427:25
**12** [1] - 1248:11

**120,000** [1] - 1373:6
**1227** [1] - 1468:8
**1231** [1] - 1229:4
**12:28** [1] - 1314:21
**12:30** [1] - 1315:22
**13** [4] - 1260:25, 1277:6, 1288:6, 1376:8
**1316** [1] - 1229:5
**1359** [1] - 1229:6
**14** [3] - 1260:25, 1279:17, 1288:6
**1400** [1] - 1228:8
**141** [2] - 1227:7, 1468:18
**1438** [1] - 1229:7
**1467** [1] - 1468:9
**147** [1] - 1468:18
**15** [6] - 1257:21, 1257:23, 1273:20, 1274:24, 1367:2, 1465:1
**157** [1] - 1228:4
**16** [6] - 1256:10, 1367:16, 1384:2, 1401:12, 1408:22, 1465:1
**17** [2] - 1278:10, 1408:22
**18** [10] - 1239:20, 1257:21, 1269:19, 1271:12, 1273:13, 1273:21, 1274:14, 1275:1, 1287:4, 1393:24
**18-month** [1] - 1425:11
**19** [1] - 1278:10
**1956** [2] - 1269:20, 1271:15
**1956(a)(2)(A** [7] - 1273:14, 1273:24, 1274:2, 1277:9, 1280:17, 1281:6, 1466:18
**1956(a)(2)(A)** [2] - 1273:22, 1277:18
**1956(h)** [1] - 1271:13
**1957** [9] - 1269:20, 1271:16, 1274:15, 1275:3, 1275:5, 1275:6, 1275:11, 1277:20, 1278:5
**1958** [2] - 1275:1, 1275:5
**1:11** [1] - 1315:22
**1:13** [1] - 1316:9

## 2

**2** [8] - 1257:22, 1271:10, 1280:16, 1287:3, 1321:18, 1321:19, 1329:21, 1436:25
**2.4** [4] - 1415:22, 1416:4, 1416:13, 1416:16
**20** [2] - 1316:7, 1436:17
**20005** [1] - 1228:9
**2001** [3] - 1366:24, 1372:25, 1373:6
**2002** [7] - 1241:4, 1269:8, 1293:20, 1318:25, 1400:2, 1407:1, 1443:21
**2003** [13] - 1320:15, 1328:1, 1332:16, 1341:1, 1357:3, 1394:22, 1400:2, 1400:3, 1400:7, 1414:1, 1414:2, 1428:11, 1428:12
**2004** [8] - 1363:25, 1366:25, 1367:7, 1372:25, 1407:1, 1414:10, 1432:18, 1433:16
**2005** [12] - 1236:15, 1249:10, 1251:22, 1252:8, 1254:16, 1256:10, 1278:16, 1279:17, 1293:22, 1293:24, 1427:2, 1432:17
**2006** [7] - 1256:17, 1256:22, 1257:4, 1279:23, 1280:4, 1293:22, 1293:24
**2007** [5] - 1257:11, 1280:10, 1293:22, 1293:24, 1427:2
**2008** [1] - 1431:25
**2009** [5] - 1257:16, 1269:9, 1293:20, 1293:22, 1431:25
**2019** [1] - 1227:5
**203** [5] - 1227:25, 1228:5, 1228:18, 1228:19, 1468:19
**21** [1] - 1395:6
**212** [1] - 1228:15
**22** [9] - 1236:15, 1239:17, 1248:11, 1249:10, 1251:22, 1252:8, 1254:16, 1278:16, 1393:24

**23** [1] - 1289:5
**23rd** [2] - 1228:4, 1394:22
**2425** [1] - 1228:18
**25th** [1] - 1414:10
**28** [1] - 1256:22
**292-9766** [1] - 1228:19
**2:26** [2] - 1358:16, 1358:20
**2:42** [1] - 1358:20
**2:43** [1] - 1358:25

## 3

**3** [5] - 1271:10, 1321:13, 1329:22, 1401:25, 1441:19
**30** [2] - 1316:7, 1316:8
**31** [1] - 1367:7
**36** [1] - 1274:3
**371** [1] - 1239:20
**38** [2] - 1274:3, 1289:10
**3:12-CR-238** [2] - 1227:4, 1468:3
**3rd** [2] - 1327:10, 1414:2

## 4

**4** [2] - 1230:6, 1256:17
**40** [2] - 1314:23, 1316:8
**410** [1] - 1411:17
**414** [1] - 1399:24
**422** [1] - 1441:8
**427** [1] - 1422:25
**428** [1] - 1422:25
**437** [1] - 1413:5
**440** [1] - 1386:16
**443** [1] - 1419:25
**446** [2] - 1415:20, 1449:15
**449-A** [1] - 1439:20
**450** [1] - 1440:6
**457** [1] - 1447:7
**468** [1] - 1417:6
**484-A** [1] - 1453:6
**485** [1] - 1402:4
**486** [1] - 1414:21
**490** [2] - 1415:13, 1443:9
**4:43** [1] - 1436:20
**4:45** [1] - 1438:8
**4:56** [1] - 1438:8
**4:57** [1] - 1438:10

## 5

**5** [5] - 1231:8,

**1257:16, 1382:25, 1436:11, 1436:17
**50** [2] - 1371:21, 1406:7
**500** [3] - 1423:25, 1443:10, 1447:13
**531** [1] - 1428:21
**56(a)(2)(A** [1] - 1280:15
**5:40** [1] - 1465:22
**5:43** [1] - 1467:24

## 6

**6** [3] - 1227:5, 1257:4, 1464:25
**606-1794** [2] - 1227:25, 1468:19
**659-D** [1] - 1385:15
**660-A** [1] - 1382:25
**660-B** [1] - 1384:3
**667** [1] - 1444:23
**69-year-old** [1] - 1372:23

## 7

**7** [1] - 1257:11
**70** [1] - 1373:7
**77dd-2** [1] - 1273:21, 1279:16
**78dd-2** [1] - 1257:21, 1274:25
**78DD-2** [1] - 1257:23

## 8

**8** [2] - 1280:4, 1464:25
**821-3700** [1] - 1228:5
**878-8000** [1] - 1228:15

## 9

**9** [2] - 1280:10, 1381:9
**913** [2] - 1395:6, 1449:20
**914** [2] - 1394:20, 1394:21
**942** [1] - 1396:11
**9:30** [4] - 1231:8, 1465:15, 1467:1, 1467:4

## A

**A's** [8] - 1257:14, 1270:2, 1270:13, 1270:18, 1279:18, 1279:24, 1280:5, 1280:12

**a.m** [3] - 1227:6,
1230:1, 1231:2
**abandon** [1] - 1252:14
**abet** [8] - 1255:7,
1279:7, 1288:19,
1337:9, 1347:11,
1347:22, 1348:6,
1348:20
**abets** [2] - 1287:6,
1287:13
**abetted** [9] - 1269:2,
1286:18, 1286:24,
1287:21, 1288:17,
1290:10, 1338:1,
1338:2, 1348:5
**abetting** [17] -
1238:12, 1238:15,
1286:24, 1287:3,
1287:9, 1288:2,
1288:13, 1290:2,
1290:23, 1336:12,
1337:8, 1337:16,
1338:14, 1348:12,
1348:15, 1431:5,
1466:20
**abettor** [4] - 1290:5,
1290:6, 1290:18,
1290:21
**ability** [7] - 1305:8,
1319:12, 1319:18,
1319:19, 1372:2,
1381:16, 1468:11
**able** [7] - 1310:8,
1322:18, 1336:25,
1425:18, 1430:8,
1436:14, 1464:21
**absence** [3] - 1251:7,
1302:21, 1309:8
**absent** [1] - 1405:21
**absolutely** [2] -
1379:1, 1390:9
**absorb** [1] - 1359:23
**abundantly** [2] -
1330:22, 1343:7
**accept** [9] - 1306:25,
1308:12, 1309:25,
1310:16, 1312:7,
1313:11, 1342:5,
1415:14, 1462:3
**acceptable** [2] -
1382:13, 1386:8
**acceptance** [2] -
1247:2, 1379:18
**accepted** [1] - 1418:2
**access** [3] - 1406:8,
1420:14, 1421:21
**accident** [1] - 1283:3
**accommodate** [1] -
1231:23
**accomplish** [6] -

1240:5, 1242:6,
1242:21, 1250:15,
1269:22, 1273:8
**accomplished** [1] -
1242:3
**accomplishing** [1] -
1261:5
**accomplishment** [1] -
1245:23
**accorded** [1] -
1294:20
**according** [2] -
1397:4, 1427:11
**accordingly** [1] -
1250:18, 1287:16,
1303:2
**account** [44] -
1256:14, 1256:15,
1256:20, 1256:21,
1256:25, 1257:1,
1257:3, 1257:7,
1257:8, 1257:10,
1257:14, 1257:15,
1257:19, 1257:20,
1270:3, 1270:9,
1270:13, 1270:18,
1270:25, 1271:7,
1279:19, 1279:25,
1280:6, 1280:12,
1280:13, 1304:25,
1306:1, 1323:24,
1324:2, 1324:4,
1334:9, 1336:19,
1336:21, 1336:24,
1350:17, 1350:18,
1351:21, 1352:4,
1414:4, 1439:22,
1439:24
**accountable** [2] -
1318:4, 1457:23
**accounts** [3] - 1270:8,
1271:6, 1446:7
**accuracy** [1] - 1300:17
**accurate** [4] - 1306:1,
1307:14, 1308:1,
1468:9
**accurately** [3] -
1305:8, 1305:15,
1307:10
**accusation** [2] -
1234:13, 1237:16
**accuse** [1] - 1434:10
**accused** [1] - 1240:1
**achieve** [5] - 1272:21,
1274:1, 1275:4,
1277:10, 1277:22
**acknowledges** [1] -
1442:14
**acquiescence** [1] -
1245:14

**acquires** [1] - 1276:15
**acquit** [7] - 1235:6,
1236:7, 1254:16,
1278:16, 1431:2,
1432:6, 1434:22
**act** [61] - 1235:19,
1235:23, 1239:24,
1241:12, 1242:6,
1242:20, 1244:24,
1247:2, 1248:19,
1248:21, 1248:22,
1248:25, 1249:9,
1249:11, 1249:15,
1249:18, 1249:23,
1249:24, 1250:3,
1250:16, 1252:23,
1258:7, 1258:10,
1258:14, 1258:24,
1259:4, 1259:12,
1259:24, 1260:8,
1260:11, 1260:15,
1261:3, 1261:13,
1261:21, 1262:21,
1265:6, 1265:9,
1265:13, 1266:10,
1272:5, 1283:1,
1288:22, 1289:14,
1290:7, 1291:21,
1293:12, 1302:23,
1302:24, 1303:1,
1347:2, 1347:3,
1362:22, 1364:18,
1379:18, 1408:5,
1456:3, 1459:22
**Act** [18] - 1238:3,
1238:6, 1239:14,
1254:24, 1267:13,
1275:20, 1277:13,
1279:15, 1281:15,
1282:25, 1283:5,
1283:9, 1286:25,
1287:25, 1289:9,
1398:9, 1460:16,
1460:18
**acted** [21] - 1253:4,
1259:21, 1261:2,
1275:21, 1277:15,
1282:22, 1283:6,
1289:4, 1289:7,
1291:4, 1291:7,
1292:7, 1292:9,
1292:13, 1292:21,
1292:25, 1293:8,
1293:9, 1329:5,
1346:22, 1398:22
**acting** [10] - 1264:16,
1268:16, 1286:7,
1291:10, 1327:2,
1327:4, 1335:12,
1338:17, 1375:21,

1378:21
**action** [6] - 1240:20,
1252:16, 1341:7,
1429:16, 1433:2,
1447:10
**actions** [9] - 1242:15,
1242:18, 1247:15,
1252:21, 1290:16,
1291:21, 1326:15,
1433:5, 1456:1
**active** [3] - 1252:22,
1353:13, 1456:3
**activities** [8] - 1244:8,
1378:11, 1380:7,
1380:8, 1388:7,
1392:13, 1418:24,
1422:8
**activity** [13] - 1252:19,
1273:19, 1274:22,
1275:19, 1276:17,
1277:12, 1277:23,
1279:14, 1280:24,
1281:5, 1281:14,
1282:24, 1289:8
**actor** [1] - 1432:2
**acts** [45] - 1241:10,
1241:12, 1243:24,
1244:19, 1244:20,
1245:16, 1246:24,
1247:7, 1248:8,
1248:13, 1248:16,
1248:19, 1248:23,
1250:6, 1250:18,
1250:22, 1250:23,
1251:2, 1251:6,
1251:10, 1251:12,
1251:14, 1253:12,
1253:14, 1255:16,
1255:19, 1255:24,
1268:12, 1286:3,
1288:13, 1291:12,
1302:25, 1303:4,
1326:14, 1327:9,
1337:11, 1347:3,
1347:5, 1353:7,
1353:10, 1353:14,
1380:3, 1392:18,
1433:22, 1444:11
**actual** [8] - 1240:9,
1268:13, 1286:5,
1324:20, 1372:6,
1395:13, 1407:1,
1426:18
**add** [3] - 1366:20,
1416:16, 1416:18
**addition** [3] - 1283:10,
1303:10, 1403:1
**additional** [1] - 1455:2
**address** [3] - 1438:23,
1446:9, 1463:23

**addressed** [2] -
1315:13, 1444:1
**adjourned** [2] -
1467:23, 1467:24
**adjustments** [2] -
1417:1, 1423:5
**admirable** [1] - 1360:2
**admissible** [1] -
1232:14
**admission** [1] -
1313:16
**admitted** [7] - 1299:5,
1299:16, 1300:5,
1303:9, 1313:10,
1409:16, 1429:17
**adopt** [2] - 1419:1
**advance** [1] - 1368:22
**advantage** [7] -
1234:8, 1255:21,
1258:11, 1259:7,
1260:16, 1265:15,
1326:16
**adversarial** [1] -
1233:12
**adverse** [1] - 1313:2
**adversely** [1] -
1462:25
**advice** [5] - 1323:8,
1342:4, 1342:8,
1345:10, 1355:12
**advise** [2] - 1246:2,
1461:12
**advocating** [1] -
1416:19
**affairs** [4] - 1235:24,
1362:23, 1364:19,
1408:6
**affect** [8] - 1237:25,
1255:23, 1258:14,
1259:11, 1260:14,
1265:12, 1309:8,
1388:23
**affected** [1] - 1305:20
**affecting** [3] -
1274:17, 1275:14,
1276:4
**afoot** [2] - 1405:7,
1405:12
**aforementioned** [1] -
1468:10
**afraid** [1] - 1416:10
**age** [1] - 1296:22
**agencies** [2] -
1255:23, 1255:25
**agency** [27] - 1246:25,
1247:12, 1248:2,
1264:15, 1264:17,
1342:25, 1347:18,
1377:20, 1378:25,
1379:4, 1379:7,

1390:3, 1390:18, 1392:16, 1392:20, 1392:25, 1394:6, 1396:10, 1397:18, 1435:9, 1443:23, 1443:25, 1444:1, 1445:10, 1446:15, 1466:14
**agenda** [1] - 1417:5
**Agent** [3] - 1311:20, 1324:7, 1365:13
**agent** [93] - 1241:7, 1246:8, 1246:20, 1246:23, 1247:2, 1247:3, 1247:4, 1247:8, 1247:14, 1247:17, 1247:19, 1247:23, 1247:25, 1248:4, 1255:5, 1257:25, 1259:20, 1260:22, 1260:24, 1267:18, 1272:9, 1281:18, 1288:4, 1288:8, 1327:2, 1328:2, 1328:5, 1338:17, 1338:18, 1339:7, 1340:18, 1341:17, 1343:3, 1345:22, 1346:24, 1347:19, 1351:4, 1363:8, 1374:17, 1375:22, 1375:25, 1376:10, 1376:17, 1378:5, 1378:8, 1378:15, 1378:21, 1379:4, 1379:15, 1379:17, 1379:18, 1379:20, 1380:3, 1380:22, 1381:8, 1381:11, 1381:20, 1382:19, 1384:4, 1385:18, 1386:3, 1386:5, 1387:9, 1388:13, 1390:5, 1390:11, 1390:22, 1391:23, 1391:25, 1392:8, 1394:4, 1395:14, 1396:15, 1397:22, 1398:4, 1412:4, 1412:9, 1415:16, 1422:18, 1423:2, 1423:4, 1423:10, 1423:11, 1425:14, 1425:19, 1443:15, 1444:12, 1444:15, 1446:1, 1446:25, 1449:1, 1452:2
**agents** [25] - 1375:24, 1376:16, 1376:21, 1378:1, 1380:10,

1380:25, 1381:6, 1382:8, 1385:4, 1386:13, 1389:17, 1389:21, 1397:25, 1404:16, 1417:8, 1417:11, 1417:16, 1417:17, 1418:9, 1420:14, 1420:22, 1422:23, 1449:25, 1450:3, 1450:5
**ago** [11] - 1367:2, 1367:10, 1367:16, 1367:18, 1384:1, 1391:1, 1391:6, 1401:12, 1408:9, 1408:22, 1456:17
**agree** [15] - 1269:13, 1272:21, 1273:6, 1273:8, 1325:11, 1341:7, 1351:5, 1355:16, 1391:18, 1425:8, 1440:6, 1447:9, 1447:15, 1458:23, 1465:16
**agreed** [19] - 1273:7, 1273:25, 1275:4, 1309:19, 1309:20, 1313:8, 1313:15, 1319:6, 1334:19, 1346:3, 1351:11, 1351:19, 1351:23, 1351:25, 1352:2, 1352:6, 1365:1, 1397:19
**agreement** [68] - 1240:4, 1241:3, 1241:18, 1241:23, 1242:8, 1242:17, 1243:11, 1246:5, 1247:13, 1249:16, 1271:24, 1272:13, 1272:15, 1309:17, 1310:6, 1324:16, 1324:18, 1324:25, 1325:1, 1325:2, 1328:23, 1329:11, 1337:14, 1338:6, 1338:12, 1339:5, 1341:22, 1341:24, 1343:13, 1343:17, 1343:21, 1343:23, 1346:1, 1346:9, 1346:20, 1348:11, 1348:17, 1348:25, 1349:1, 1349:13, 1357:7, 1369:9, 1382:3, 1382:6, 1385:10, 1385:13, 1388:13, 1397:9, 1397:12, 1397:13, 1400:8, 1403:13,

1413:7, 1414:2, 1414:3, 1414:10, 1425:14, 1450:21, 1451:5, 1453:7, 1455:1, 1455:5, 1455:7, 1455:16, 1456:11, 1459:6, 1460:9
**agreements** [23] - 1309:25, 1317:11, 1317:12, 1323:1, 1323:16, 1336:3, 1354:3, 1356:9, 1356:21, 1369:11, 1383:10, 1384:4, 1390:3, 1413:8, 1417:11, 1418:16, 1423:11, 1428:2, 1450:1, 1450:6, 1455:18, 1455:21, 1457:21
**agrees** [1] - 1246:23
**ahead** [4] - 1331:4, 1340:23, 1379:12, 1385:9
**aid** [11] - 1255:7, 1274:4, 1275:8, 1279:6, 1288:19, 1337:9, 1347:11, 1347:22, 1348:6, 1348:20, 1458:7
**aided** [9] - 1269:2, 1286:18, 1286:23, 1287:21, 1288:17, 1290:9, 1338:1, 1338:2, 1348:5
**aider** [4] - 1290:5, 1290:6, 1290:18, 1290:21
**aiding** [18] - 1238:12, 1238:15, 1245:23, 1250:1, 1287:3, 1287:9, 1288:1, 1288:13, 1290:1, 1290:23, 1336:11, 1337:8, 1337:16, 1338:13, 1348:11, 1348:15, 1431:5, 1466:20
**aids** [3] - 1287:6, 1287:13, 1290:4
**aimed** [3] - 1252:24, 1353:15, 1456:4
**aims** [2] - 1243:11, 1245:11
**air** [1] - 1467:12
**aligned** [2] - 1369:16, 1391:14
**allegation** [2] - 1376:11, 1398:13

**allegations** [4] - 1239:9, 1239:16, 1364:15, 1397:21
**alleged** [24] - 1241:21, 1241:24, 1244:1, 1245:3, 1246:21, 1248:10, 1248:17, 1249:2, 1255:1, 1262:15, 1273:13, 1274:11, 1274:14, 1276:23, 1277:20, 1278:24, 1286:25, 1292:6, 1294:2, 1368:15, 1376:15, 1376:16, 1433:21, 1435:14
**allegedly** [1] - 1430:25
**alleges** [4] - 1248:13, 1273:23, 1275:2, 1293:18
**allotted** [1] - 1313:25
**allow** [4] - 1295:14, 1297:13, 1300:19, 1387:25
**allowing** [1] - 1250:10
**almost** [8] - 1332:11, 1367:3, 1410:24, 1432:8, 1438:15, 1438:16, 1448:8, 1448:9
**alone** [9] - 1235:5, 1240:18, 1249:23, 1295:22, 1298:2, 1310:2, 1414:15, 1427:7, 1432:7
**alongside** [1] - 1418:14
**Alstom** [136] - 1246:19, 1246:21, 1248:1, 1256:1, 1256:2, 1256:3, 1256:12, 1256:18, 1256:23, 1256:25, 1257:2, 1257:5, 1257:7, 1257:9, 1257:11, 1257:17, 1260:17, 1269:13, 1269:14, 1269:15, 1269:16, 1270:7, 1271:6, 1317:14, 1318:21, 1318:23, 1319:3, 1319:16, 1323:2, 1323:4, 1323:15, 1323:20, 1323:24, 1324:22, 1325:5, 1325:14, 1325:17, 1325:19, 1325:20, 1333:10, 1336:8, 1341:3, 1341:4, 1341:6,

1342:19, 1343:14, 1349:7, 1351:14, 1351:20, 1354:6, 1354:9, 1356:7, 1356:13, 1363:8, 1363:25, 1366:24, 1366:25, 1367:1, 1367:3, 1370:10, 1370:12, 1370:17, 1371:5, 1371:25, 1372:24, 1373:1, 1373:16, 1374:12, 1375:16, 1375:18, 1375:22, 1375:23, 1378:19, 1383:12, 1389:9, 1392:11, 1404:17, 1410:5, 1411:20, 1412:8, 1413:17, 1415:17, 1416:2, 1416:3, 1416:17, 1418:3, 1418:12, 1418:24, 1419:4, 1421:12, 1421:23, 1422:4, 1422:12, 1422:13, 1425:6, 1426:23, 1427:3, 1427:21, 1427:23, 1432:18, 1433:15, 1434:4, 1434:13, 1434:15, 1447:8, 1447:11, 1447:12, 1448:17, 1448:22, 1448:24, 1449:5, 1450:14, 1450:24, 1451:3, 1452:15, 1452:17, 1452:22, 1453:6, 1453:7, 1453:11, 1453:24, 1454:6, 1456:22, 1456:24, 1457:1, 1457:6, 1457:7, 1457:19
**Alstom's** [12] - 1373:17, 1374:7, 1385:24, 1397:4, 1415:16, 1415:22, 1416:9, 1416:13, 1420:7, 1423:8, 1425:2, 1425:3
**alter** [1] - 1266:21
**alternate** [2] - 1314:8, 1314:15
**alternates** [8] - 1464:10, 1464:11, 1464:13, 1464:15, 1464:20, 1464:23, 1464:24, 1465:3
**alternative** [2] - 1268:25, 1286:16
**alternatively** [2] -

1238:12, 1286:23
**altogether** [1] - 1349:7
**ambit** [1] - 1244:25
**amended** [1] -
1237:12
**amendment** [1] -
1414:9
**America** [1] - 1294:18
**AMERICA** [2] -
1227:4, 1468:3
**amount** [16] - 1230:10,
1230:14, 1256:14,
1256:19, 1256:24,
1257:1, 1257:6,
1257:8, 1257:13,
1257:18, 1279:18,
1279:24, 1280:5,
1280:11, 1322:17,
1327:7
**amounts** [1] - 1352:1
**analysis** [1] - 1239:3
**Analysis** [4] -
1333:22, 1439:21,
1440:6, 1442:17
**analyze** [1] - 1238:25
**AND** [1] - 1227:18
**Andi** [1] - 1332:3
**Angin** [1] - 1299:10
**answer** [13] - 1290:20,
1300:8, 1300:9,
1300:10, 1300:11,
1326:22, 1338:20,
1345:9, 1364:20,
1368:25, 1447:20,
1460:7, 1465:10
**ANSWER** [1] -
1412:16
**answers** [1] - 1460:10
**anticipate** [1] -
1464:18
**anyplace** [1] - 1261:25
**apart** [2] - 1311:15,
1377:19
**API** [84] - 1318:22,
1320:13, 1322:12,
1322:14, 1326:19,
1327:2, 1338:17,
1338:22, 1338:24,
1338:25, 1339:12,
1339:18, 1339:23,
1340:4, 1340:5,
1342:13, 1342:22,
1343:4, 1343:18,
1343:20, 1344:9,
1344:20, 1345:23,
1346:25, 1347:19,
1348:1, 1349:15,
1351:4, 1351:13,
1363:13, 1375:4,
1375:25, 1376:11,

1376:18, 1378:2,
1378:6, 1378:9,
1378:16, 1378:21,
1379:4, 1379:17,
1380:6, 1380:8,
1380:10, 1382:7,
1382:8, 1382:19,
1385:2, 1385:5,
1385:6, 1385:22,
1388:1, 1389:3,
1389:24, 1390:4,
1390:8, 1390:11,
1390:22, 1390:23,
1392:14, 1392:18,
1392:21, 1396:15,
1397:13, 1397:15,
1397:20, 1397:22,
1397:25, 1398:20,
1415:14, 1426:24,
1430:23, 1431:12,
1431:18, 1431:21,
1431:25, 1439:5,
1444:15, 1446:6,
1446:22, 1447:16,
1450:2, 1452:2
**API's** [10] - 1320:10,
1322:4, 1340:16,
1376:1, 1376:5,
1376:25, 1378:12,
1389:20, 1397:23
**appeal** [1] - 1315:9
**appear** [3] - 1303:18,
1309:3, 1426:18
**appearances** [1] -
1368:22
**appeared** [1] -
1305:10
**application** [1] -
1233:18
**applied** [3] - 1231:12,
1231:18, 1278:10
**applies** [5] - 1349:21,
1352:16, 1377:25,
1399:25, 1411:11
**apply** [5] - 1232:15,
1260:24, 1272:16,
1277:4, 1294:7
**applying** [2] - 1306:5,
1439:9
**appointing** [1] -
1412:3
**appreciate** [2] -
1318:9, 1438:15
**appreciated** [1] -
1360:2
**apprised** [1] - 1244:8
**approach** [7] - 1328:3,
1334:17, 1340:13,
1370:1, 1371:10,
1405:23, 1442:21

**appropriate** [5] -
1240:17, 1253:10,
1353:6, 1406:16,
1463:10
**approval** [40] -
1343:13, 1343:15,
1343:21, 1376:20,
1378:12, 1378:16,
1381:9, 1381:15,
1381:23, 1381:25,
1382:2, 1384:8,
1384:14, 1385:13,
1385:17, 1386:2,
1386:4, 1386:6,
1386:12, 1386:19,
1387:1, 1388:12,
1393:17, 1397:8,
1418:8, 1427:20,
1428:5, 1428:25,
1446:13, 1448:15,
1448:16, 1448:18,
1450:8, 1450:12,
1450:19, 1450:20,
1450:22, 1451:12,
1451:16, 1456:17
**approvals** [5] -
1381:4, 1387:20,
1427:23, 1455:2,
1455:3
**approve** [14] -
1343:23, 1348:25,
1380:18, 1382:6,
1385:8, 1385:11,
1385:21, 1386:24,
1390:2, 1397:11,
1397:17, 1397:24,
1449:25, 1450:7
**approved** [10] -
1322:15, 1342:16,
1348:24, 1375:22,
1376:1, 1387:1,
1387:4, 1397:12,
1413:21, 1427:15
**approver** [1] - 1451:8
**approves** [1] - 1382:5
**approving** [8] -
1343:16, 1343:17,
1353:25, 1354:2,
1380:9, 1413:25,
1418:13, 1451:10
**area** [13] - 1345:17,
1369:16, 1373:17,
1373:20, 1374:20,
1374:22, 1380:16,
1384:8, 1391:1,
1395:1, 1395:7,
1448:1, 1448:8
**areas** [1] - 1331:17
**argue** [1] - 1382:1
**argued** [2] - 1236:12,

1438:23
**argues** [3] - 1374:16,
1390:21, 1396:23
**argument** [7] - 1314:2,
1314:3, 1316:12,
1316:14, 1358:14,
1380:5, 1422:16
**ARGUMENT** [3] -
1229:5, 1229:6,
1229:7
**arguments** [7] -
1234:7, 1297:19,
1299:20, 1313:21,
1314:1, 1376:13,
1395:14
**arranging** [1] -
1427:16
**arrested** [1] - 1303:21
**arrive** [1] - 1296:3
**ARTERTON** [1] -
1227:18
**Arterton's** [1] -
1364:16
**Artha** [1] - 1454:7
**articles** [1] - 1362:6
**ASAP** [3] - 1340:21,
1341:9, 1341:21
**Asia** [7] - 1345:17,
1373:18, 1374:3,
1386:14, 1389:19,
1394:18, 1421:16
**aside** [3] - 1343:19,
1359:19, 1391:15
**aspect** [1] - 1389:13
**assembled** [1] -
1245:10
**asserted** [1] - 1278:6
**assess** [1] - 1407:10
**assessing** [2] -
1370:5, 1404:7
**assist** [10] - 1246:2,
1255:25, 1258:15,
1259:13, 1260:17,
1265:17, 1373:23,
1375:18, 1409:2,
1427:16
**assistance** [4] -
1393:3, 1393:8,
1395:24, 1396:9
**assistant** [1] - 1437:1
**assisting** [3] - 1250:1,
1283:4, 1283:7
**associate** [4] - 1243:8,
1288:21, 1290:15,
1337:10
**associated** [2] -
1288:25, 1289:25
**association** [2] -
1245:5, 1246:12
**associations** [1] -

1297:7
**assume** [4] - 1301:13,
1301:16, 1406:13,
1466:25
**assuming** [1] - 1408:2
**assumption** [1] -
1372:17
**assure** [1] - 1401:5
**astonishing** [1] -
1366:13
**attach** [1] - 1312:25
**attack** [1] - 1312:2
**attempt** [1] - 1279:8
**attempted** [3] -
1275:13, 1281:9,
1281:21
**attempting** [1] -
1278:21
**attempts** [2] -
1280:18, 1367:13
**attended** [4] -
1365:17, 1365:21,
1370:11
**attention** [8] -
1309:22, 1337:6,
1359:10, 1360:24,
1401:3, 1431:9,
1436:7, 1465:19
**attenuated** [3] -
1247:11, 1339:3,
1446:17
**attitude** [3] - 1294:15,
1305:16, 1305:18
**attorney** [1] - 1231:13
**Attorney's** [3] -
1228:3, 1437:18,
1437:21
**attorneys** [4] -
1233:13, 1234:1,
1234:3, 1234:6
**August** [6] - 1280:4,
1363:25, 1366:25,
1367:7, 1432:18,
1433:16
**Aulia** [53] - 1256:6,
1269:18, 1317:8,
1321:2, 1321:3,
1321:6, 1321:17,
1322:7, 1324:1,
1324:4, 1324:12,
1325:21, 1328:15,
1329:1, 1330:24,
1332:11, 1332:12,
1332:21, 1332:22,
1333:4, 1333:8,
1333:10, 1333:14,
1333:25, 1334:7,
1334:21, 1335:9,
1342:4, 1346:17,
1351:12, 1351:13,

1351:15, 1363:12,
1370:16, 1375:24,
1376:2, 1378:13,
1380:13, 1397:3,
1398:19, 1399:9,
1400:8, 1402:8,
1403:25, 1420:3,
1424:2, 1424:14,
1424:18, 1426:13,
1439:22, 1440:1,
1443:2, 1457:15
**Aulia's** [4] - 1257:2,
1257:10, 1271:7,
1324:9
**AUSA** [1] - 1228:3
**AUSA's** [1] - 1437:2
**authority** [29] -
1344:20, 1345:8,
1345:20, 1360:20,
1376:21, 1378:16,
1380:17, 1381:16,
1381:19, 1386:9,
1386:12, 1387:20,
1389:12, 1389:16,
1389:20, 1389:25,
1390:2, 1390:5,
1390:6, 1390:9,
1393:19, 1393:20,
1397:16, 1397:24,
1447:16, 1451:17,
1451:25
**authorization** [10] -
1255:10, 1255:11,
1258:3, 1258:5,
1263:7, 1263:12,
1263:23, 1266:10,
1266:18, 1266:23
**authorized** [5] -
1260:1, 1260:3,
1262:20, 1263:3,
1263:18
**authorizing** [1] -
1428:5
**automatic** [2] -
1428:13, 1428:15
**automatically** [1] -
1245:6
**available** [2] -
1315:18, 1462:14
**Avenue** [1] - 1228:3
**avoid** [2] - 1293:2,
1303:11
**aware** [16] - 1261:16,
1264:5, 1264:9,
1293:6, 1398:14,
1404:3, 1405:12,
1406:23, 1407:24,
1409:25, 1418:6,
1425:2, 1440:22,
1453:1, 1462:6,

1462:8
**awareness** [1] -
1243:10
**awesome** [1] - 1360:8
**Az** [1] - 1440:8
**Azmin** [60] - 1256:6,
1317:8, 1321:2,
1321:3, 1321:6,
1321:17, 1322:7,
1324:1, 1324:4,
1324:9, 1324:11,
1325:21, 1328:15,
1328:25, 1330:24,
1332:11, 1332:12,
1332:21, 1332:22,
1333:4, 1333:8,
1333:10, 1333:14,
1333:25, 1334:7,
1334:21, 1335:6,
1335:9, 1341:20,
1342:4, 1346:17,
1351:12, 1351:13,
1351:14, 1363:12,
1370:16, 1375:24,
1376:2, 1378:13,
1380:13, 1398:19,
1399:9, 1400:8,
1402:1, 1402:6,
1402:8, 1420:3,
1424:2, 1424:4,
1424:5, 1424:14,
1424:23, 1425:1,
1425:9, 1426:13,
1439:22, 1440:1,
1440:8, 1443:2,
1457:14

# B

**B's** [1] - 1257:9
**backgrounds** [1] -
1297:12
**bad** [4] - 1261:4,
1289:20, 1434:8,
1435:23
**bagmen** [1] - 1457:15
**balanced** [1] - 1254:3
**Bambang** [1] -
1271:10
**bank** [44] - 1256:14,
1256:15, 1256:20,
1256:21, 1256:25,
1257:3, 1257:7,
1257:10, 1257:14,
1257:15, 1257:19,
1257:20, 1270:3,
1270:7, 1270:9,
1270:13, 1270:18,
1270:24, 1271:6,
1271:7, 1279:19,

1279:25, 1280:6,
1280:12, 1282:1,
1324:1, 1334:8,
1336:18, 1336:21,
1336:24, 1348:3,
1351:21, 1352:4,
1371:5, 1414:4,
1424:20, 1439:22,
1439:24
**barely** [1] - 1366:12
**barred** [1] - 1251:25
**Barry** [2] - 1465:9,
1467:6
**base** [4] - 1232:6,
1232:9, 1299:19,
1370:21
**based** [19] - 1235:15,
1295:23, 1296:9,
1297:16, 1303:24,
1323:16, 1341:22,
1344:8, 1355:25,
1358:9, 1372:16,
1406:17, 1411:8,
1411:13, 1411:14,
1434:22, 1447:17,
1462:11, 1462:23
**basic** [2] - 1243:11,
1341:18
**basis** [9] - 1234:4,
1295:12, 1297:20,
1298:7, 1301:10,
1301:21, 1310:2,
1372:13, 1432:6
**bat** [1] - 1423:8
**bear** [7] - 1249:22,
1268:18, 1286:9,
1292:10, 1306:7,
1310:5, 1449:19
**bearer** [2] - 1282:2,
1282:5
**bearing** [5] - 1244:16,
1302:22, 1307:3,
1397:14, 1410:18
**bears** [2] - 1294:23,
1314:2
**became** [8] - 1241:6,
1242:24, 1272:1,
1277:1, 1316:18,
1394:10, 1394:11,
1441:11
**become** [3] - 1244:5,
1462:6, 1462:8
**becomes** [4] - 1246:4,
1248:22, 1250:16,
1393:11
**began** [4] - 1232:17,
1235:3, 1236:15,
1294:1
**begin** [10] - 1231:4,
1231:6, 1314:6,

1318:5, 1431:7,
1459:25, 1463:3,
1465:14, 1465:15
**beginning** [6] -
1317:20, 1319:7,
1320:4, 1339:24,
1356:25, 1442:23
**begins** [1] - 1252:5
**begun** [3] - 1294:4,
1314:17, 1432:5
**behalf** [19] - 1247:8,
1264:17, 1268:16,
1286:8, 1318:7,
1338:24, 1343:17,
1358:14, 1380:3,
1385:22, 1418:24,
1439:5, 1444:12,
1447:1, 1447:12,
1448:22, 1449:4,
1450:4, 1451:6
**behold** [1] - 1359:18
**belief** [4] - 1291:13,
1291:17, 1307:6,
1360:15
**believable** [1] - 1304:7
**believes** [1] - 1264:11
**belonged** [1] - 1297:9
**below** [2] - 1255:4,
1445:1
**benefit** [4] - 1266:15,
1270:21, 1310:21,
1433:13
**benefits** [1] - 1309:16
**BENJAMIN** [1] -
1228:13
**benjamin.peacock@
cliffordchance.com**
[1] - 1228:16
**best** [9] - 1231:23,
1311:1, 1319:21,
1382:11, 1407:8,
1419:2, 1423:11,
1450:4, 1468:11
**bet** [1] - 1401:14
**better** [13] - 1323:2,
1329:6, 1342:6,
1345:11, 1354:6,
1355:11, 1356:13,
1368:25, 1409:9,
1424:3, 1424:4,
1447:17, 1448:23
**between** [32] - 1242:5,
1247:4, 1247:13,
1254:3, 1261:24,
1261:25, 1262:6,
1276:8, 1276:10,
1302:2, 1306:9,
1306:16, 1316:7,
1316:8, 1324:18,
1329:7, 1329:16,

1339:12, 1340:18,
1344:13, 1349:9,
1372:25, 1377:17,
1379:20, 1381:12,
1392:17, 1400:2,
1423:12, 1427:2,
1430:15, 1430:16,
1442:5
**Beyer** [3] - 1331:24,
1411:17
**beyond** [94] - 1234:18,
1235:2, 1235:8,
1235:11, 1235:20,
1236:10, 1236:18,
1237:2, 1237:8,
1238:23, 1239:5,
1239:7, 1241:1,
1241:16, 1248:6,
1249:3, 1249:8,
1249:14, 1250:25,
1252:22, 1259:20,
1260:21, 1266:2,
1266:5, 1267:6,
1267:14, 1268:8,
1269:1, 1271:22,
1273:4, 1281:7,
1281:20, 1284:7,
1284:23, 1285:6,
1285:23, 1286:17,
1287:17, 1288:3,
1290:25, 1292:2,
1292:24, 1294:3,
1294:24, 1295:11,
1295:21, 1298:18,
1300:24, 1302:4,
1302:7, 1302:18,
1304:3, 1307:8,
1310:3, 1312:21,
1318:18, 1325:9,
1326:2, 1338:24,
1345:21, 1345:23,
1349:23, 1352:10,
1353:13, 1359:13,
1361:17, 1362:3,
1362:12, 1362:20,
1362:25, 1363:7,
1363:11, 1363:15,
1363:21, 1378:4,
1379:3, 1398:4,
1398:17, 1399:8,
1399:21, 1404:22,
1415:6, 1417:19,
1426:6, 1426:11,
1429:25, 1432:24,
1434:21, 1438:20,
1445:24, 1456:2,
1458:16, 1458:19
**bias** [6] - 1294:14,
1296:1, 1296:18,
1305:23, 1306:7,
1368:9

**biased** [2] - 1296:19, 1364:11
**biases** [1] - 1296:10
**bid** [18] - 1389:17, 1396:14, 1396:16, 1415:22, 1416:2, 1416:4, 1416:8, 1416:9, 1416:11, 1416:13, 1416:17, 1416:24, 1419:23, 1419:24, 1420:4, 1420:7, 1423:8, 1449:8
**bidder** [1] - 1442:20
**bidding** [2] - 1419:7, 1420:5
**bids** [3] - 1376:24, 1416:15, 1423:6
**big** [2] - 1383:12, 1421:25
**bigger** [1] - 1356:19
**Bilger** [1] - 1373:6
**Bill** [15] - 1322:21, 1341:18, 1341:24, 1342:5, 1342:10, 1342:12, 1342:13, 1342:15, 1343:9, 1346:15, 1355:17, 1370:15, 1400:14, 1405:2, 1415:13
**billion** [1] - 1373:5
**bit** [8] - 1323:19, 1332:24, 1355:1, 1372:9, 1373:22, 1377:4, 1383:22, 1436:11
**blending** [1] - 1368:2
**blind** [1] - 1423:5
**blind-side** [1] - 1423:5
**blog** [1] - 1461:23
**blurring** [1] - 1368:1
**board** [1] - 1354:20
**boiler** [3] - 1340:4, 1389:4, 1389:14
**boilers** [1] - 1413:2
**BOND** [1] - 1227:18
**bonus** [1] - 1355:25
**books** [2] - 1285:25, 1362:5
**boss** [8] - 1333:24, 1383:1, 1387:14, 1389:1, 1389:6, 1393:11, 1395:16
**bosses** [1] - 1383:20
**bottom** [6] - 1322:5, 1370:1, 1397:18, 1401:15, 1444:13, 1449:23
**box** [1] - 1450:23
**box-checking** [1] -

1450:23
**boxes** [1] - 1451:1
**breached** [1] - 1338:9
**break** [4] - 1315:13, 1363:3, 1436:9, 1439:1
**breaks** [2] - 1380:11, 1382:15
**BRIAN** [1] - 1228:17
**bribe** [16] - 1263:19, 1270:10, 1271:8, 1316:21, 1320:7, 1321:15, 1321:19, 1323:11, 1327:18, 1328:14, 1331:15, 1402:7, 1410:19, 1417:23, 1439:11, 1439:18
**bribe-payer** [1] - 1417:23
**bribe-paying** [1] - 1402:7
**bribery** [21] - 1262:15, 1263:14, 1263:17, 1273:19, 1274:23, 1279:21, 1280:2, 1280:8, 1280:15, 1317:22, 1324:19, 1326:6, 1327:1, 1336:9, 1346:23, 1347:14, 1349:3, 1351:7, 1351:17, 1352:2, 1398:14, 1400:5, 1401:4, 1401:16, 1402:14, 1402:17, 1404:4, 1404:12, 1405:6, 1405:12, 1410:11, 1413:4, 1414:15, 1414:25, 1415:15, 1416:1, 1416:22, 1417:15, 1418:17, 1421:9, 1426:5, 1451:6, 1457:22
**bribes** [39] - 1270:16, 1270:20, 1316:23, 1317:1, 1317:4, 1317:9, 1319:23, 1323:22, 1324:12, 1325:22, 1333:21, 1335:9, 1336:1, 1336:4, 1336:9, 1336:25, 1352:7, 1357:7, 1363:13, 1376:17, 1398:20, 1399:9, 1402:2, 1402:19, 1403:10, 1403:17, 1404:1, 1404:23, 1405:7, 1410:4, 1410:8,

1417:17, 1417:25, 1418:11, 1425:18, 1426:13, 1438:25, 1456:25, 1457:4
**bribing** [1] - 1334:6
**brief** [7] - 1318:13, 1324:13, 1340:2, 1367:10, 1400:21, 1427:11, 1432:9
**briefing** [1] - 1466:12
**briefly** [3] - 1318:14, 1399:17, 1466:13
**bring** [12] - 1231:1, 1290:7, 1290:14, 1309:21, 1317:6, 1341:1, 1358:22, 1375:17, 1395:18, 1438:9, 1463:8, 1464:21
**bringing** [3] - 1289:15, 1336:5, 1393:16
**brings** [2] - 1373:22, 1390:1
**British** [2] - 1372:23, 1390:16
**broader** [1] - 1392:3
**broadly** [1] - 1418:2
**broadly-accepted** [1] - 1418:2
**broken** [1] - 1372:15
**brought** [7] - 1294:17, 1318:10, 1321:12, 1321:16, 1335:8, 1449:21, 1461:12
**brown** [1] - 1301:18
**Bruno** [9] - 1374:5, 1374:6, 1382:24, 1386:17, 1397:6, 1401:22, 1413:5, 1413:9, 1413:12
**bspears@ spearsmanning. com** [1] - 1228:20
**buck** [1] - 1457:17
**bucket** [1] - 1390:18
**budget** [1] - 1422:14
**build** [1] - 1420:8
**built** [1] - 1435:20
**bullet** [2] - 1315:6, 1465:24
**burden** [48] - 1234:17, 1234:19, 1234:22, 1236:19, 1238:22, 1240:24, 1252:6, 1253:15, 1254:9, 1267:2, 1274:5, 1275:9, 1284:20, 1287:13, 1291:3, 1292:2, 1294:24, 1294:25, 1295:2,

1295:23, 1304:15, 1308:21, 1309:12, 1312:20, 1312:21, 1314:2, 1326:2, 1352:17, 1352:18, 1358:2, 1361:9, 1361:16, 1362:1, 1362:9, 1364:4, 1379:9, 1398:3, 1399:11, 1432:12, 1432:19, 1432:22, 1435:4, 1438:20, 1454:11, 1456:8, 1456:12, 1459:11
**bush** [2] - 1367:3, 1367:4
**business** [59] - 1243:8, 1246:13, 1246:15, 1247:17, 1256:7, 1256:8, 1258:17, 1259:14, 1259:15, 1260:18, 1260:19, 1262:23, 1265:18, 1265:19, 1265:22, 1266:15, 1266:16, 1317:18, 1323:9, 1340:5, 1344:9, 1344:11, 1344:14, 1344:15, 1344:19, 1344:25, 1373:24, 1373:25, 1375:19, 1387:12, 1389:5, 1389:13, 1389:14, 1391:22, 1419:8, 1420:12, 1423:19, 1428:25, 1445:2, 1446:18, 1448:5, 1448:10, 1450:9, 1450:11, 1450:18, 1451:7, 1451:12, 1451:20, 1452:2, 1452:21, 1453:3, 1457:10, 1457:13, 1457:14, 1457:15, 1457:20
**business's** [1] - 1457:22
**businesses** [1] - 1445:4
**busy** [6] - 1359:12, 1359:15, 1406:4, 1414:22, 1418:21
**button** [1] - 1359:15

**C**

**cake** [3] - 1301:16, 1301:18, 1301:21
**canceled** [1] - 1424:17
**candid** [1] - 1305:2

**candidate** [5] - 1258:23, 1259:1, 1259:3, 1259:6, 1259:9
**cannot** [17] - 1233:25, 1251:18, 1273:8, 1295:13, 1363:4, 1372:12, 1372:16, 1379:1, 1381:20, 1382:7, 1386:21, 1390:12, 1398:6, 1398:10, 1409:21, 1409:23, 1461:20
**capacity** [8] - 1255:18, 1258:8, 1259:2, 1260:9, 1261:12, 1264:16, 1265:7, 1422:14
**caprice** [1] - 1235:13
**care** [5] - 1310:13, 1333:4, 1371:11, 1374:11, 1443:16
**careful** [4] - 1235:6, 1296:6, 1296:24, 1431:9
**carefully** [5] - 1235:17, 1297:3, 1304:18, 1318:9, 1409:18
**cares** [2] - 1440:10, 1440:11
**carried** [1] - 1282:12
**carrying** [17] - 1249:16, 1249:25, 1250:17, 1273:18, 1277:11, 1279:13, 1279:21, 1280:2, 1280:8, 1280:14, 1280:23, 1281:4, 1281:13, 1282:23, 1283:4, 1283:8, 1289:8
**case** [134] - 1231:12, 1231:18, 1232:11, 1232:15, 1233:10, 1233:23, 1234:3, 1234:9, 1234:21, 1235:7, 1238:21, 1240:1, 1242:12, 1247:24, 1291:19, 1292:10, 1295:9, 1296:17, 1297:1, 1297:8, 1297:17, 1298:17, 1300:13, 1302:5, 1303:8, 1303:16, 1303:18, 1303:19, 1305:6, 1307:23, 1309:11, 1309:14, 1310:7, 1312:5, 1312:14,

1312:15, 1312:16,
1312:18, 1317:21,
1317:24, 1318:14,
1318:20, 1331:2,
1359:14, 1359:21,
1360:2, 1360:4,
1360:10, 1360:13,
1360:19, 1361:3,
1361:5, 1361:12,
1363:4, 1363:17,
1364:7, 1364:15,
1364:22, 1364:25,
1366:3, 1366:7,
1366:9, 1367:21,
1367:24, 1368:16,
1370:6, 1370:25,
1371:3, 1371:5,
1372:4, 1372:21,
1374:18, 1375:1,
1375:7, 1375:25,
1376:9, 1376:12,
1376:18, 1377:2,
1377:5, 1377:18,
1377:21, 1377:24,
1378:11, 1379:1,
1379:17, 1382:19,
1383:9, 1384:16,
1387:18, 1389:22,
1390:14, 1390:18,
1390:24, 1393:1,
1394:5, 1394:6,
1398:24, 1402:16,
1403:23, 1407:9,
1409:2, 1409:5,
1409:7, 1410:23,
1411:7, 1411:8,
1417:17, 1420:21,
1425:23, 1433:24,
1435:7, 1435:12,
1435:20, 1438:20,
1438:22, 1441:7,
1441:10, 1444:8,
1445:13, 1456:20,
1461:20, 1462:1,
1462:2, 1462:4,
1462:10, 1462:11,
1462:17, 1462:24,
1464:11, 1464:16,
1465:5, 1465:6,
1465:19
**cases** [2] - 1242:15,
1452:25
**cash** [2] - 1322:5,
1342:7
**cashier** [2] - 1327:21,
1441:11
**casual** [1] - 1434:9
**catch** [1] - 1401:3
**categories** [2] -
1377:25, 1407:11

**category** [3] -
1407:15, 1407:19,
1408:12
**caused** [16] - 1255:6,
1256:13, 1256:18,
1256:23, 1257:5,
1257:12, 1257:17,
1262:18, 1270:6,
1271:5, 1282:15,
1305:24, 1377:13,
1427:17, 1428:11,
1454:24
**causes** [1] - 1262:25
**causing** [1] - 1363:16
**caution** [3] - 1245:2,
1245:13, 1310:13
**CCPP** [1] - 1299:11
**ceased** [1] - 1252:18
**cell** [2] - 1461:21,
1467:6
**center** [1] - 1344:17
**centered** [1] - 1318:20
**central** [1] - 1295:18
**CEO** [3] - 1373:13,
1373:14, 1373:15
**certain** [14] - 1240:3,
1264:8, 1292:20,
1303:20, 1309:16,
1309:21, 1313:8,
1313:15, 1337:6,
1377:25, 1387:20,
1389:19, 1393:5,
1399:20
**certainly** [14] -
1338:10, 1339:4,
1368:4, 1369:21,
1386:2, 1389:14,
1390:4, 1392:5,
1393:21, 1406:16,
1412:18, 1416:16,
1417:19, 1418:22
**certify** [1] - 1468:8
**cessation** [1] -
1352:23
**cetera** [1] - 1461:25
**chain** [3] - 1381:4,
1387:12, 1425:10
**chains** [1] - 1372:15
**challenge** [2] -
1300:16, 1355:1
**challenging** [1] -
1363:2
**Chance** [1] - 1228:14
**chance** [3] - 1435:2,
1435:3, 1435:11
**change** [2] - 1345:6,
1459:14
**changed** [1] - 1315:25
**changing** [1] - 1417:2
**chaos** [1] - 1383:21

**character** [6] -
1235:22, 1246:1,
1249:25, 1362:21,
1364:17, 1408:4
**characterizations** [1] -
1234:5
**characterized** [1] -
1242:10
**CHARGE** [1] - 1229:4
**charge** [24] - 1230:22,
1231:25, 1233:8,
1254:17, 1254:23,
1254:25, 1278:17,
1278:20, 1278:23,
1287:24, 1311:13,
1315:7, 1344:15,
1364:5, 1377:3,
1430:23, 1444:4,
1465:25, 1466:4,
1466:12, 1466:15,
1466:20, 1466:22
**charged** [92] - 1236:6,
1236:13, 1236:17,
1237:11, 1238:2,
1238:5, 1238:8,
1238:10, 1238:12,
1238:13, 1238:24,
1241:3, 1241:11,
1241:18, 1242:20,
1243:1, 1243:20,
1248:8, 1249:21,
1251:1, 1251:21,
1254:13, 1254:15,
1254:18, 1259:18,
1261:17, 1262:10,
1262:13, 1267:7,
1267:16, 1268:10,
1271:21, 1271:25,
1272:4, 1272:7,
1272:13, 1272:23,
1277:2, 1277:8,
1278:13, 1278:15,
1283:11, 1283:19,
1284:24, 1285:5,
1285:8, 1286:2,
1286:22, 1287:1,
1287:12, 1287:17,
1287:20, 1287:23,
1288:12, 1290:11,
1290:14, 1291:1,
1291:11, 1292:1,
1292:14, 1293:19,
1293:21, 1293:23,
1294:1, 1294:5,
1295:12, 1295:23,
1297:15, 1298:19,
1302:11, 1302:15,
1312:14, 1350:24,
1361:17, 1362:2,
1362:11, 1362:25,

1363:2, 1363:17,
1376:9, 1376:10,
1377:22, 1409:22,
1410:24, 1411:1,
1411:4, 1422:23,
1426:18, 1427:1,
1429:11, 1431:5,
1454:21
**charges** [37] -
1234:17, 1237:17,
1237:20, 1238:21,
1239:13, 1269:5,
1272:18, 1278:7,
1291:3, 1291:8,
1309:19, 1309:21,
1313:19, 1318:15,
1318:18, 1324:14,
1325:9, 1347:8,
1360:18, 1361:15,
1366:7, 1372:21,
1375:20, 1376:12,
1377:15, 1378:11,
1378:22, 1379:2,
1379:5, 1379:10,
1379:12, 1409:7,
1414:18, 1426:9,
1426:16, 1429:21,
1436:5
**charging** [2] -
1251:24, 1295:25
**chart** [7] - 1375:9,
1430:7, 1444:17,
1444:21, 1445:9,
1445:14, 1452:4
**charts** [11] - 1303:9,
1303:12, 1339:13,
1339:15, 1371:7,
1375:1, 1396:24,
1444:20, 1444:23,
1445:10
**check** [1] - 1319:5
**checking** [4] - 1384:6,
1402:6, 1450:23,
1451:1
**checks** [3] - 1282:1,
1282:2
**child** [1] - 1301:20
**chocolate** [1] -
1301:16
**choice** [13] - 1316:19,
1316:23, 1316:24,
1317:3, 1317:5,
1317:7, 1317:10,
1317:14, 1317:18,
1318:2, 1335:6,
1434:14
**choices** [6] - 1230:6,
1317:15, 1317:25,
1318:2, 1318:4,
1358:6

**choose** [1] - 1306:6
**chorus** [1] - 1396:20
**chose** [6] - 1312:17,
1316:24, 1316:25,
1358:6, 1358:7
**chosen** [5] - 1316:20,
1316:21, 1316:22,
1354:13, 1360:14
**Chris** [11] - 1323:14,
1338:5, 1344:13,
1348:23, 1350:9,
1354:2, 1413:21,
1418:4, 1427:19,
1445:1, 1455:4
**CHRISTOPHER** [1] -
1228:12
**Christopher** [2] -
1431:11, 1452:19
**christopher.morvillo**
**@cliffordchance.**
**com** [1] - 1228:15
**Church** [3] - 1227:7,
1228:4, 1468:18
**CIANCIULLO** [1] -
1468:17
**Cianciullo** [3] -
1227:24, 1468:5,
1468:16
**circumstance** [5] -
1264:5, 1264:7,
1264:11, 1264:12,
1302:21
**circumstances** [6] -
1242:12, 1303:4,
1304:20, 1401:8,
1406:12, 1422:10
**circumstantial** [5] -
1298:12, 1301:8,
1301:24, 1302:2,
1302:9
**circumstantially** [1] -
1247:15
**circumvent** [1] -
1333:18
**citizen** [3] - 1246:11,
1372:23, 1390:16
**citizens** [1] - 1457:17
**claim** [2] - 1361:13,
1405:5
**claimed** [2] - 1236:23,
1256:12
**claims** [10] - 1250:7,
1375:21, 1376:4,
1378:15, 1402:13,
1404:2, 1404:21,
1428:9, 1428:14,
1445:21
**clarification** [1] -
1384:7
**class** [1] - 1374:25

**clause** [1] - 1369:10
**clean** [1] - 1235:4
**clear** [33] - 1233:19, 1304:11, 1321:2, 1321:5, 1323:6, 1330:19, 1330:22, 1331:16, 1333:3, 1335:5, 1335:23, 1337:4, 1339:14, 1342:12, 1342:13, 1343:7, 1344:4, 1348:18, 1359:24, 1364:12, 1369:15, 1376:6, 1378:8, 1381:5, 1383:17, 1389:22, 1398:2, 1398:6, 1403:19, 1404:2, 1411:15, 1441:11
**clearer** [1] - 1381:22
**clearly** [6] - 1302:24, 1333:24, 1338:23, 1401:8, 1412:1, 1432:1
**clerk** [1] - 1464:9
**CLERK** [2] - 1359:3, 1464:25
**client's** [1] - 1419:2
**clients** [1] - 1300:4
**Clifford** [1] - 1228:14
**close** [9] - 1323:9, 1333:9, 1355:18, 1359:6, 1389:2, 1398:6, 1416:9, 1416:15, 1456:15
**closed** [3] - 1232:18, 1292:22, 1293:15
**CLOSING** [3] - 1229:5, 1229:6, 1229:7
**closing** [10] - 1234:7, 1297:19, 1313:20, 1313:25, 1314:1, 1315:4, 1316:1, 1316:12, 1358:14, 1436:16
**closings** [1] - 1436:10
**clout** [1] - 1393:17
**coach** [2] - 1445:25
**coached** [1] - 1445:22
**coal** [1] - 1355:19
**coconspirator** [5] - 1251:10, 1268:15, 1286:6, 1322:13, 1433:11
**coconspirators** [31] - 1244:1, 1250:8, 1250:9, 1253:14, 1267:25, 1268:6, 1268:18, 1269:22, 1272:21, 1273:25,

1275:4, 1285:15, 1285:21, 1286:9, 1317:16, 1319:8, 1321:11, 1322:1, 1323:5, 1323:13, 1324:3, 1324:19, 1336:18, 1347:2, 1353:9, 1353:21, 1355:4, 1355:13, 1355:25, 1357:16, 1433:21
**Code** [14] - 1239:21, 1257:21, 1257:22, 1257:24, 1269:20, 1271:13, 1273:14, 1273:21, 1273:22, 1274:14, 1274:25, 1275:1, 1275:6, 1287:4
**coin** [1] - 1281:24
**cold** [2] - 1324:10, 1333:12
**Coleman** [3] - 1311:21, 1324:7, 1365:13
**colleague** [2] - 1317:21, 1354:21
**collective** [1] - 1240:19
**color** [1] - 1311:6
**colored** [1] - 1312:4
**combination** [3] - 1240:4, 1276:8, 1291:6
**combine** [1] - 1269:12
**comfortable** [5] - 1332:1, 1332:2, 1333:16, 1399:20, 1421:14
**coming** [10] - 1230:19, 1297:19, 1318:8, 1333:19, 1342:7, 1352:6, 1403:15, 1430:14, 1453:12, 1454:6
**commands** [1] - 1287:6
**commenced** [1] - 1436:23
**comment** [1] - 1342:7
**commenting** [1] - 1449:14
**commerce** [14] - 1255:8, 1256:12, 1258:2, 1259:23, 1261:20, 1261:22, 1261:23, 1262:8, 1262:11, 1274:17, 1275:14, 1276:4, 1276:7, 1276:8

**commercial** [5] - 1354:23, 1380:18, 1382:17, 1384:3, 1390:6
**commingled** [1] - 1430:21
**commission** [26] - 1253:10, 1253:11, 1268:19, 1269:3, 1271:18, 1274:10, 1276:16, 1276:22, 1286:10, 1286:19, 1287:7, 1287:21, 1288:17, 1289:12, 1290:5, 1290:10, 1321:13, 1321:17, 1321:23, 1348:9, 1349:10, 1353:7, 1400:7, 1400:23, 1402:23, 1441:19
**commit** [13] - 1238:13, 1239:22, 1240:13, 1269:19, 1271:15, 1287:14, 1288:19, 1291:11, 1317:19, 1350:23, 1358:7, 1386:21, 1460:25
**commitment** [7] - 1329:2, 1329:9, 1329:11, 1329:23, 1360:1, 1421:8, 1422:15
**commits** [2] - 1268:15, 1286:6, 1287:5
**committed** [47] - 1240:16, 1241:10, 1241:13, 1248:9, 1248:13, 1248:19, 1248:21, 1249:1, 1249:10, 1249:15, 1250:6, 1267:17, 1267:21, 1267:23, 1268:3, 1268:6, 1268:20, 1269:2, 1272:5, 1285:9, 1285:11, 1285:13, 1285:18, 1285:21, 1286:11, 1286:18, 1286:22, 1287:11, 1287:15, 1287:19, 1288:11, 1288:14, 1288:16, 1289:23, 1289:24, 1290:3, 1290:7, 1294:1, 1294:4, 1302:10, 1326:24, 1328:19, 1402:11, 1409:22, 1442:6
**committing** [1] -

1289:25
**common** [17] - 1235:15, 1242:19, 1245:10, 1250:20, 1267:24, 1285:14, 1297:20, 1298:13, 1301:11, 1301:22, 1306:5, 1308:3, 1308:17, 1369:4, 1423:18, 1423:21, 1439:9
**commonwealth** [1] - 1246:17
**communicate** [5] - 1253:14, 1461:19, 1462:1, 1462:10, 1463:18
**communication** [5] - 1261:23, 1262:3, 1262:5, 1463:25, 1464:12
**companies** [3] - 1264:22, 1389:3, 1418:3
**company** [30] - 1246:13, 1246:24, 1265:19, 1319:17, 1323:4, 1354:10, 1354:12, 1359:20, 1363:18, 1363:19, 1373:2, 1383:12, 1383:16, 1383:19, 1383:23, 1388:5, 1389:9, 1395:23, 1404:20, 1413:14, 1427:18, 1429:7, 1433:16, 1433:18, 1434:8, 1445:6, 1445:9, 1450:13, 1453:11
**company's** [7] - 1256:14, 1256:19, 1256:24, 1257:6, 1257:13, 1257:18, 1354:25
**compared** [1] - 1302:1
**compensation** [1] - 1388:24
**compete** [1] - 1416:22
**competition** [2] - 1416:21, 1421:22
**competitors** [3] - 1416:9, 1425:2, 1425:3
**complain** [1] - 1400:23
**complained** [1] - 1429:14
**complete** [8] - 1252:5, 1252:11, 1291:8,

1294:15, 1356:15, 1381:18, 1418:16, 1434:13
**completed** [1] - 1461:9
**completely** [5] - 1300:12, 1306:1, 1375:11, 1413:1, 1443:6
**completes** [2] - 1263:8, 1294:6
**completion** [2] - 1384:7, 1429:4
**complex** [3] - 1372:14, 1406:10, 1423:7
**compliance** [8] - 1374:7, 1382:20, 1385:17, 1385:23, 1413:9, 1429:1, 1437:25, 1449:24
**complying** [1] - 1451:3
**comprehend** [1] - 1406:11
**comprising** [1] - 1302:11
**computer** [1] - 1371:19
**computers** [1] - 1461:22
**conceal** [1] - 1270:15
**concealing** [2] - 1270:10, 1271:8
**conceded** [1] - 1403:18
**concept** [2] - 1362:6, 1430:4
**concepts** [2] - 1361:5
**concern** [26] - 1241:8, 1246:9, 1246:10, 1246:19, 1247:20, 1255:6, 1257:25, 1258:16, 1259:14, 1259:21, 1260:22, 1265:18, 1265:21, 1267:19, 1272:10, 1281:18, 1288:5, 1288:9, 1303:20, 1327:2, 1378:1, 1378:2, 1378:11, 1444:15, 1446:1
**concerned** [3] - 1328:4, 1339:8, 1424:18
**concerning** [3] - 1306:19, 1306:21, 1458:3
**concerns** [3] - 1320:5, 1320:8, 1332:4

concerted [1] - 1453:24

conclude [14] - 1239:3, 1298:7, 1360:17, 1379:3, 1391:20, 1399:7, 1403:24, 1404:22, 1406:16, 1415:6, 1417:24, 1418:22, 1426:4, 1436:3

concluded [2] - 1313:18, 1450:19

concluding [2] - 1283:22, 1283:23

conclusion [2] - 1298:9, 1426:8

conclusions [5] - 1236:1, 1297:5, 1309:6, 1311:11, 1410:14

conclusive [1] - 1406:2

conclusively [1] - 1302:24

conduct [14] - 1240:21, 1242:12, 1245:9, 1264:4, 1264:6, 1289:14, 1291:14, 1299:17, 1337:11, 1337:15, 1338:3, 1367:24, 1407:2, 1462:2

conducted [3] - 1283:20, 1432:5, 1454:10

conducting [1] - 1373:24

conducts [1] - 1283:21

confederate [1] - 1269:13

conference [1] - 1466:12

confirm [1] - 1461:16

confirmation [1] - 1428:25

conflicting [1] - 1400:10

conflicts [1] - 1232:23

confuse [1] - 1448:4

confusing [2] - 1377:5, 1383:11

conglomerate [1] - 1389:9

congratulated [1] - 1317:16

congratulating [1] - 1323:7

congratulatory [1] - 1322:20

congress [1] - 1240:17

CONNECTICUT [1] - 1227:1

Connecticut [32] - 1227:8, 1248:14, 1255:5, 1256:13, 1256:18, 1256:23, 1257:5, 1257:12, 1257:17, 1269:10, 1269:25, 1270:5, 1271:4, 1279:5, 1283:13, 1283:15, 1283:16, 1283:21, 1350:9, 1388:1, 1429:23, 1431:1, 1431:8, 1432:6, 1453:9, 1453:10, 1453:12, 1454:3, 1454:9, 1454:11, 1468:7, 1468:19

connection [14] - 1244:4, 1246:21, 1247:20, 1331:12, 1334:14, 1380:13, 1380:15, 1397:16, 1397:21, 1397:22, 1420:15, 1430:15, 1441:21, 1444:16

connections [2] - 1335:2, 1371:18

connote [1] - 1261:9

cons [1] - 1333:24

conscientious [1] - 1459:17

conscientiously [1] - 1297:4

conscious [1] - 1293:1

consciously [2] - 1296:11, 1305:25

consequences [4] - 1252:25, 1318:3, 1353:16, 1456:5

consider [32] - 1237:21, 1242:17, 1243:4, 1243:17, 1248:3, 1251:9, 1253:23, 1255:2, 1265:24, 1279:1, 1284:1, 1284:10, 1288:16, 1292:9, 1292:22, 1297:1, 1297:10, 1299:2, 1300:1, 1300:14, 1300:22, 1302:22, 1303:12, 1313:4, 1330:13, 1330:17, 1350:5, 1360:16, 1379:7, 1379:11,

1453:21, 1459:2

consideration [8] - 1232:14, 1235:7, 1236:3, 1236:8, 1294:19, 1295:14, 1311:24, 1312:15

considerations [2] - 1310:19, 1365:2

considered [8] - 1233:23, 1251:5, 1251:18, 1299:6, 1299:11, 1299:13, 1318:9, 1386:7

considering [4] - 1253:20, 1267:4, 1284:22, 1420:5

consistent [6] - 1305:17, 1404:14, 1405:13, 1421:10, 1436:3, 1459:6

consists [4] - 1247:7, 1283:15, 1380:2, 1444:11

consortium [1] - 1256:8

conspiracies [6] - 1236:13, 1236:18, 1236:21, 1254:19, 1356:17, 1432:16

conspiracy [161] - 1238:2, 1238:8, 1239:24, 1240:2, 1240:3, 1240:7, 1240:13, 1240:15, 1240:18, 1240:19, 1241:6, 1241:9, 1241:14, 1241:17, 1241:22, 1242:10, 1242:15, 1242:24, 1242:25, 1243:2, 1243:4, 1243:5, 1243:9, 1243:14, 1243:20, 1243:22, 1244:6, 1244:11, 1245:1, 1245:5, 1245:6, 1245:12, 1245:18, 1245:22, 1246:1, 1248:7, 1248:22, 1248:24, 1249:7, 1249:10, 1249:12, 1249:21, 1250:5, 1250:12, 1250:13, 1250:15, 1250:17, 1250:20, 1250:21, 1250:23, 1251:1, 1251:3, 1251:4, 1251:16, 1251:17, 1251:21, 1251:25, 1252:7, 1252:9, 1252:12,

1252:15, 1252:17, 1253:1, 1253:5, 1253:7, 1253:8, 1253:13, 1253:16, 1253:23, 1254:6, 1254:10, 1254:13, 1254:15, 1267:7, 1267:9, 1267:11, 1267:22, 1268:2, 1268:16, 1269:12, 1269:23, 1271:19, 1271:21, 1272:2, 1272:4, 1272:6, 1272:7, 1272:19, 1272:20, 1272:23, 1272:25, 1273:2, 1273:3, 1273:10, 1273:12, 1274:8, 1274:11, 1274:13, 1276:20, 1276:23, 1276:25, 1277:2, 1277:7, 1277:17, 1277:19, 1278:4, 1278:13, 1278:15, 1284:24, 1285:1, 1285:3, 1285:11, 1285:17, 1286:7, 1317:1, 1324:16, 1324:25, 1336:11, 1345:25, 1346:13, 1347:6, 1350:22, 1352:19, 1352:22, 1353:4, 1353:18, 1353:25, 1354:1, 1354:16, 1356:15, 1357:14, 1357:24, 1363:23, 1363:24, 1403:16, 1404:23, 1410:19, 1410:24, 1411:2, 1426:17, 1432:14, 1433:3, 1433:4, 1433:6, 1433:10, 1433:12, 1433:13, 1433:14, 1433:21, 1434:1, 1434:13, 1434:16, 1434:18, 1435:14, 1456:6, 1460:15, 1460:25, 1466:17

conspiracy's [1] - 1244:13

conspirator [2] - 1246:6, 1249:20

conspirator's [1] - 1244:17

conspiratorial [5] - 1250:2, 1252:18, 1252:20, 1422:8, 1456:1

conspirators [6] -

1241:24, 1244:22, 1248:9, 1248:20, 1268:17, 1286:8

conspire [3] - 1239:22, 1269:12, 1358:7

conspired [1] - 1346:15

conspires [1] - 1271:15

conspiring [2] - 1239:13, 1269:5

constant [1] - 1390:23

constitute [3] - 1231:17, 1253:3, 1353:2

constituted [1] - 1262:10

constitutes [1] - 1250:4

constituting [3] - 1268:12, 1276:12, 1286:4

Constitution [1] - 1312:18

construction [1] - 1383:15

consult [1] - 1459:4

consultancy [30] - 1317:11, 1317:12, 1322:25, 1323:16, 1329:11, 1337:14, 1338:6, 1338:12, 1341:22, 1343:13, 1343:16, 1343:21, 1343:23, 1348:17, 1348:24, 1349:1, 1356:9, 1356:21, 1357:7, 1385:9, 1385:12, 1403:13, 1413:8, 1451:5, 1454:25, 1455:5, 1455:16, 1455:18, 1455:21, 1456:11

Consultant [23] - 1256:5, 1256:6, 1256:15, 1256:20, 1257:2, 1257:9, 1257:14, 1257:19, 1269:17, 1269:18, 1270:2, 1270:8, 1270:12, 1270:13, 1270:17, 1270:18, 1270:23, 1270:24, 1271:7, 1279:18, 1279:24, 1280:5, 1280:11

consultant [27] - 1317:6, 1317:8, 1319:9, 1319:10,

1320:11, 1320:14, 1321:4, 1322:1, 1322:10, 1328:16, 1330:6, 1331:5, 1340:24, 1341:2, 1341:17, 1342:20, 1342:21, 1384:22, 1412:23, 1413:14, 1414:5, 1414:6, 1417:22, 1417:25, 1440:19, 1452:23, 1455:6

**consultants** [48] - 1247:24, 1316:22, 1319:21, 1319:22, 1322:17, 1323:22, 1324:23, 1325:15, 1330:8, 1333:16, 1333:25, 1335:24, 1335:25, 1336:3, 1336:6, 1339:19, 1339:20, 1340:15, 1356:20, 1376:5, 1376:25, 1380:21, 1397:23, 1398:19, 1403:17, 1405:14, 1408:10, 1418:2, 1418:5, 1418:7, 1418:10, 1418:13, 1418:15, 1418:17, 1418:23, 1419:5, 1420:9, 1420:19, 1422:2, 1425:5, 1438:25, 1439:3, 1439:12, 1439:18, 1441:2, 1446:21, 1446:22, 1455:12

**consulting** [3] - 1348:11, 1354:3, 1428:2

**contact** [1] - 1433:20

**contacts** [1] - 1421:24

**contain** [1] - 1409:5

**contained** [3] - 1238:21, 1318:15, 1361:15

**contains** [1] - 1237:17

**contend** [4] - 1363:6, 1363:10, 1363:14, 1363:20

**contest** [2] - 1234:3, 1315:10

**context** [9] - 1242:14, 1334:24, 1367:14, 1367:22, 1408:17, 1418:20, 1452:3, 1452:4

**contextualize** [1] - 1408:23

**contingent** [1] -

1429:3

**continue** [4] - 1294:9, 1323:6, 1355:18, 1466:5

**continued** [1] - 1357:16

**continuing** [6] - 1266:15, 1269:9, 1432:3, 1454:8, 1465:4

**contract** [18] - 1319:20, 1322:19, 1322:25, 1323:7, 1326:20, 1333:20, 1338:8, 1349:8, 1380:10, 1381:19, 1381:23, 1401:25, 1402:1, 1413:8, 1413:24, 1413:25, 1414:9, 1439:6

**contracts** [6] - 1376:23, 1389:16, 1392:11, 1404:18, 1413:22, 1452:17

**contradicted** [3] - 1308:14, 1428:16, 1441:6

**contradiction** [1] - 1306:8

**contrary** [3] - 1308:11, 1387:7, 1422:8

**contribute** [1] - 1449:24

**control** [35] - 1247:5, 1247:10, 1307:19, 1319:13, 1339:2, 1340:8, 1341:4, 1342:14, 1376:1, 1378:10, 1379:21, 1380:7, 1380:8, 1380:17, 1380:24, 1382:9, 1388:6, 1388:15, 1389:23, 1392:14, 1392:18, 1392:19, 1392:23, 1393:11, 1394:1, 1396:2, 1396:7, 1396:17, 1397:15, 1397:20, 1398:1, 1431:22, 1445:18, 1446:15, 1452:1

**controlled** [19] - 1264:20, 1264:22, 1338:22, 1338:25, 1339:22, 1340:11, 1340:12, 1340:13, 1342:22, 1343:4, 1343:5, 1343:20, 1343:21, 1377:11, 1445:3, 1448:17,

1449:12, 1450:2, 1451:21

**controlling** [1] - 1447:11

**controls** [1] - 1234:10

**convenient** [1] - 1430:6

**conversation** [6] - 1365:18, 1400:4, 1401:16, 1424:1, 1437:19, 1437:23

**conversations** [2] - 1440:23, 1444:2

**conversely** [1] - 1307:11

**converted** [1] - 1282:8

**convict** [7] - 1235:12, 1236:10, 1310:1, 1362:10, 1372:12, 1372:16, 1378:3

**convicted** [2] - 1288:12, 1295:15

**convince** [13] - 1307:8, 1321:22, 1322:6, 1328:20, 1340:6, 1341:6, 1349:11, 1402:12, 1442:6, 1442:8, 1447:7, 1447:8, 1459:15

**convinced** [3] - 1235:8, 1249:3, 1361:25

**convinces** [1] - 1310:2

**convincing** [6] - 1235:22, 1253:21, 1362:21, 1364:17, 1402:15, 1408:4

**convoluted** [1] - 1428:18

**cooperate** [1] - 1242:5

**cooperating** [4] - 1310:21, 1311:9, 1368:10, 1369:17

**cooperation** [3] - 1309:22, 1369:9, 1369:11

**cooperators** [1] - 1396:20

**coordinate** [2] - 1423:10, 1423:11

**coordinated** [1] - 1423:17

**coordination** [2] - 1374:14, 1395:22

**copied** [3] - 1372:5, 1407:12, 1407:16

**copies** [3] - 1230:22, 1230:23, 1230:24

**copy** [6] - 1230:22,

1231:20, 1237:14, 1341:20, 1376:7, 1386:17

**core** [1] - 1376:11

**corner** [1] - 1373:10

**corporate** [4] - 1373:22, 1383:8, 1423:13, 1444:25

**corporation** [1] - 1246:12

**corporations** [2] - 1387:15, 1393:22

**correct** [5] - 1412:11, 1431:15, 1431:17, 1438:2

**corresponds** [2] - 1324:22, 1325:14

**corroborated** [2] - 1442:3, 1446:7

**Corrupt** [18] - 1238:3, 1238:6, 1239:14, 1254:24, 1267:13, 1275:20, 1277:13, 1279:15, 1281:15, 1282:24, 1283:5, 1283:8, 1286:25, 1287:25, 1289:9, 1398:9, 1460:16, 1460:18

**corrupt** [10] - 1266:9, 1266:21, 1292:14, 1318:2, 1327:9, 1335:13, 1355:25, 1358:7, 1457:16

**corruption** [2] - 1316:25, 1317:22

**corruptly** [14] - 1255:8, 1258:2, 1259:21, 1261:2, 1261:3, 1261:8, 1289:4, 1291:5, 1291:10, 1291:22, 1292:7, 1326:25, 1327:4, 1335:12

**counsel** [21] - 1230:3, 1312:2, 1313:21, 1314:22, 1359:9, 1383:7, 1383:8, 1441:15, 1441:25, 1443:4, 1443:24, 1445:21, 1446:9, 1449:20, 1451:14, 1452:12, 1453:14, 1454:14, 1455:23, 1463:9, 1465:23

**counsels** [1] - 1287:6

**Count** [54] - 1238:1, 1238:7, 1241:3, 1241:18, 1254:13, 1254:17, 1256:9,

1256:17, 1256:22, 1257:4, 1257:11, 1257:16, 1269:4, 1269:7, 1271:21, 1271:25, 1272:4, 1272:7, 1272:13, 1272:15, 1272:18, 1272:23, 1273:11, 1273:13, 1273:23, 1274:6, 1274:12, 1275:2, 1275:10, 1276:23, 1276:25, 1277:2, 1277:8, 1277:16, 1277:20, 1278:3, 1278:7, 1278:13, 1278:17, 1279:17, 1279:23, 1280:4, 1280:10, 1284:25, 1285:8, 1324:15, 1324:24, 1351:1, 1351:4, 1351:11, 1351:25, 1352:11, 1460:15, 1460:24

**count** [51] - 1236:7, 1236:11, 1237:21, 1237:23, 1237:24, 1238:25, 1239:2, 1239:4, 1239:6, 1239:8, 1239:13, 1239:16, 1251:21, 1254:25, 1255:2, 1266:2, 1266:3, 1266:6, 1266:7, 1267:3, 1267:4, 1267:7, 1267:11, 1268:10, 1268:12, 1268:23, 1268:24, 1273:3, 1278:10, 1279:1, 1283:19, 1284:15, 1284:21, 1284:22, 1285:3, 1286:2, 1286:4, 1286:14, 1286:16, 1290:22, 1292:14, 1292:16, 1293:13, 1294:1, 1325:13, 1458:14, 1458:16, 1458:19, 1458:20, 1458:21

**counter** [1] - 1301:15

**countries** [5] - 1373:7, 1423:17, 1423:22, 1448:7, 1449:23

**country** [19] - 1261:24, 1264:21, 1276:10, 1282:1, 1323:2, 1373:11, 1384:24, 1394:8, 1394:10, 1394:14, 1394:15, 1394:24,

1395:9, 1395:11, 1395:17, 1395:19, 1395:21, 1433:18
**counts** [65] - 1234:15, 1237:17, 1237:25, 1238:4, 1238:9, 1238:13, 1238:17, 1254:20, 1254:24, 1255:2, 1259:18, 1266:25, 1267:13, 1267:16, 1268:8, 1268:23, 1278:19, 1278:23, 1281:16, 1283:11, 1283:17, 1284:11, 1284:13, 1284:18, 1285:5, 1285:23, 1286:14, 1286:20, 1286:25, 1287:1, 1287:23, 1289:3, 1290:12, 1290:25, 1291:3, 1293:19, 1293:21, 1302:14, 1314:23, 1324:21, 1325:4, 1325:16, 1325:18, 1326:24, 1337:24, 1352:16, 1358:10, 1378:23, 1390:12, 1398:11, 1398:12, 1426:17, 1427:1, 1429:11, 1431:3, 1438:22, 1452:8, 1454:17, 1455:18, 1457:24, 1460:18, 1460:21, 1461:6, 1466:18
**Counts** [22] - 1236:13, 1254:22, 1265:25, 1272:7, 1278:18, 1279:2, 1288:6, 1289:6, 1293:23, 1315:1, 1324:20, 1325:3, 1347:8, 1347:17, 1347:20, 1349:17, 1349:21, 1351:2, 1426:17, 1429:20, 1431:4, 1461:4
**couple** [9] - 1230:21, 1331:9, 1334:8, 1382:18, 1444:5, 1444:6, 1446:10, 1447:6, 1455:13
**coupled** [1] - 1289:23
**course** [21] - 1242:7, 1262:23, 1303:23, 1309:2, 1317:23, 1363:1, 1366:6, 1368:11, 1371:8, 1389:11, 1393:12,

1394:2, 1394:3, 1395:13, 1395:16, 1409:8, 1432:18, 1434:10, 1452:16, 1458:9, 1459:12
**COURT** [39] - 1227:1, 1230:3, 1230:15, 1230:19, 1231:3, 1314:22, 1315:3, 1315:17, 1315:20, 1315:23, 1316:4, 1316:10, 1358:12, 1358:17, 1358:19, 1358:21, 1359:1, 1359:5, 1434:24, 1436:8, 1436:14, 1436:21, 1436:24, 1437:6, 1437:10, 1437:24, 1438:3, 1438:5, 1438:7, 1438:9, 1438:11, 1458:1, 1465:2, 1465:23, 1466:8, 1466:23, 1467:3, 1467:16, 1467:19
**court** [4] - 1294:22, 1365:2, 1382:18, 1459:24
**Court** [16] - 1227:24, 1232:8, 1295:8, 1299:25, 1338:18, 1339:1, 1339:6, 1352:15, 1359:8, 1369:7, 1380:22, 1463:19, 1468:6, 1468:7, 1468:17, 1468:18
**Court's** [4] - 1230:11, 1300:6, 1337:4, 1337:5
**courthouse** [5] - 1314:10, 1467:3, 1467:4, 1467:7, 1467:10
**courtroom** [15] - 1299:24, 1314:11, 1359:13, 1359:24, 1361:11, 1362:8, 1390:2, 1408:14, 1437:15, 1461:13, 1462:13, 1462:22, 1463:22, 1464:13, 1467:5
**courts** [1] - 1233:12
**cover** [5] - 1331:17, 1332:9, 1349:5, 1352:12, 1374:20, 1421:8, 1441:12, 1441:13, 1457:21
**covered** [3] - 1373:18,

1374:21, 1398:8
**coverup** [1] - 1316:25
**CRC** [2] - 1227:24, 1468:5
**create** [2] - 1246:25, 1396:10
**credence** [1] - 1311:8
**credibility** [8] - 1232:22, 1304:9, 1304:25, 1306:23, 1307:21, 1308:2, 1310:19, 1312:2
**credible** [4] - 1307:15, 1308:9, 1308:13, 1364:11
**crime** [70] - 1238:14, 1239:15, 1240:7, 1240:13, 1240:14, 1240:18, 1245:4, 1250:12, 1250:14, 1252:3, 1253:10, 1253:11, 1254:10, 1254:25, 1262:17, 1263:8, 1267:16, 1267:21, 1267:23, 1268:2, 1268:5, 1268:15, 1269:3, 1269:6, 1277:25, 1278:24, 1280:25, 1281:2, 1285:8, 1285:11, 1285:13, 1285:17, 1285:20, 1286:6, 1286:19, 1286:23, 1287:11, 1288:11, 1288:14, 1288:15, 1288:18, 1288:20, 1288:21, 1288:22, 1288:23, 1288:25, 1289:12, 1289:15, 1289:16, 1289:23, 1289:24, 1290:1, 1290:2, 1290:5, 1290:6, 1290:10, 1290:13, 1294:1, 1294:4, 1302:19, 1337:10, 1346:3, 1346:5, 1353:7, 1362:2, 1362:25, 1363:2, 1362:22, 1376:14, 1406:17
**crimes** [30] - 1236:5, 1237:10, 1238:13, 1240:11, 1268:19, 1286:10, 1292:20, 1293:18, 1293:21, 1293:23, 1295:12, 1295:23, 1297:15, 1298:19, 1302:10, 1302:11, 1317:19, 1336:11, 1358:8,

1361:16, 1362:11, 1368:15, 1409:22, 1411:4, 1422:22, 1427:1, 1429:23, 1430:5, 1430:25, 1432:24
**criminal** [20] - 1234:21, 1240:4, 1240:20, 1240:23, 1245:8, 1250:4, 1268:18, 1275:23, 1276:13, 1286:9, 1288:13, 1290:8, 1290:15, 1290:17, 1299:17, 1309:11, 1313:16, 1317:1, 1362:16
**Criminal** [1] - 1228:8
**criminally** [5] - 1271:2, 1274:18, 1275:16, 1276:11, 1405:25
**criminally-derived** [4] - 1271:2, 1274:18, 1275:16, 1276:11
**critical** [2] - 1341:10, 1379:1
**critically** [1] - 1362:15
**critically-important** [1] - 1362:15
**cross** [6] - 1298:23, 1305:17, 1368:24, 1389:10, 1412:6, 1419:9
**cross-examination** [5] - 1298:23, 1305:17, 1368:24, 1412:6, 1419:9
**CRR** [3] - 1227:24, 1468:5, 1468:17
**crucial** [2] - 1295:18, 1464:19
**crystal** [2] - 1381:5, 1398:6
**CT** [2] - 1228:4, 1228:19
**currency** [3] - 1274:20, 1281:25, 1282:8
**customer** [13] - 1374:11, 1419:10, 1419:12, 1419:15, 1419:17, 1421:14, 1421:22, 1421:25, 1422:1, 1422:19, 1425:15, 1425:19, 1425:20
**customers** [1] - 1421:17
**cut** [8] - 1321:13,

1328:13, 1349:11, 1400:8, 1400:24, 1401:25, 1433:11, 1441:19
**cutting** [1] - 1434:12

## D

**D.C** [1] - 1228:9
**danger** [1] - 1407:20
**dangerous** [1] - 1405:23
**DANIEL** [2] - 1228:6, 1228:13
**daniel.kahn@usdoj. gov** [1] - 1228:10
**daniel.silver@ cliffordchance.com** [1] - 1228:12
**data** [3] - 1385:10, 1385:11, 1386:1
**date** [8] - 1256:9, 1294:4, 1386:22, 1402:16, 1460:10, 1460:19, 1461:6, 1461:10
**dated** [1] - 1414:9
**dates** [5] - 1255:4, 1279:4, 1293:22, 1293:24, 1294:2
**daughter** [1] - 1437:20
**daughters** [1] - 1393:24
**Dave** [11] - 1328:9, 1328:12, 1331:2, 1331:5, 1340:20, 1340:22, 1342:19, 1353:23, 1356:24, 1357:9, 1357:19
**DAVID** [1] - 1228:3
**David** [12] - 1309:17, 1321:10, 1339:14, 1346:18, 1350:15, 1384:17, 1397:4, 1400:11, 1401:10, 1403:3, 1405:1, 1429:14
**david.novick@usdoj .gov** [1] - 1228:5
**days** [3] - 1361:11, 1409:10, 1430:20
**dead** [1] - 1324:5
**deal** [14] - 1322:3, 1365:8, 1376:15, 1384:24, 1399:18, 1414:22, 1421:8, 1426:14, 1447:17, 1448:13, 1448:14, 1448:23, 1448:24, 1450:4

**dealing** [3] - 1320:25, 1371:17, 1418:16
**deals** [4] - 1384:19, 1410:9, 1411:24, 1422:21
**dealt** [2] - 1294:22, 1368:14
**December** [4] - 1257:4, 1279:17, 1327:10, 1443:21
**decent** [1] - 1435:25
**decide** [19] - 1232:13, 1232:25, 1234:3, 1283:11, 1295:22, 1298:2, 1298:20, 1304:6, 1304:21, 1307:2, 1307:14, 1307:25, 1308:15, 1308:19, 1310:14, 1310:15, 1361:3, 1446:24, 1462:11
**decided** [7] - 1320:12, 1332:8, 1342:20, 1342:22, 1397:13, 1459:18
**deciding** [13] - 1243:3, 1251:10, 1253:21, 1292:5, 1299:18, 1300:22, 1304:14, 1307:20, 1308:2, 1311:8, 1340:18, 1366:18, 1446:23
**decision** [43] - 1237:19, 1258:7, 1258:14, 1258:25, 1259:12, 1260:8, 1260:15, 1265:6, 1265:13, 1266:20, 1296:19, 1297:15, 1298:6, 1306:3, 1311:14, 1311:15, 1312:6, 1320:1, 1320:11, 1322:4, 1340:17, 1340:21, 1344:20, 1360:7, 1360:12, 1369:6, 1378:12, 1383:18, 1385:4, 1386:8, 1387:8, 1387:9, 1387:14, 1387:21, 1390:7, 1390:10, 1420:15, 1437:14, 1449:12, 1450:11, 1459:1, 1462:22
**decision-makers** [2] - 1360:7, 1420:15
**decision-making** [3] - 1297:15, 1344:20, 1383:18
**decisions** [9] -

1255:16, 1255:24, 1296:6, 1296:16, 1296:17, 1342:22, 1387:19, 1389:21, 1420:10
**deck** [1] - 1420:2
**declarations** [2] - 1250:19, 1250:24
**deduction** [1] - 1298:9
**deemed** [6] - 1240:17, 1243:13, 1250:21, 1266:20, 1268:16, 1286:7
**deeply** [2] - 1360:2, 1360:23
**defeat** [6] - 1253:4, 1353:18, 1355:21, 1356:1, 1357:24, 1433:2
**defeated** [1] - 1252:17
**defeating** [1] - 1354:15
**Defendant** [2] - 1227:9, 1228:11
**defendant** [297] - 1234:11, 1234:16, 1234:18, 1234:20, 1234:21, 1235:3, 1236:2, 1236:6, 1236:12, 1236:19, 1236:23, 1237:16, 1237:24, 1238:1, 1238:4, 1238:7, 1238:9, 1238:11, 1240:1, 1240:12, 1241:5, 1241:7, 1243:9, 1243:13, 1243:19, 1244:6, 1244:9, 1244:12, 1244:25, 1245:7, 1245:16, 1245:18, 1245:20, 1245:25, 1246:8, 1246:20, 1247:19, 1249:7, 1250:11, 1251:1, 1251:5, 1251:19, 1252:3, 1252:6, 1252:15, 1252:18, 1252:20, 1253:4, 1253:6, 1253:15, 1253:22, 1254:5, 1254:8, 1261:2, 1261:16, 1261:19, 1262:12, 1262:18, 1262:20, 1263:2, 1263:13, 1263:18, 1263:24, 1267:6, 1267:10, 1268:1, 1268:4, 1268:9, 1268:24, 1269:1,

1271:20, 1272:9, 1272:22, 1273:3, 1273:7, 1273:11, 1275:12, 1275:21, 1277:1, 1277:10, 1277:15, 1277:21, 1277:24, 1278:2, 1281:9, 1281:12, 1281:17, 1281:20, 1282:12, 1282:15, 1282:22, 1283:6, 1284:14, 1284:24, 1285:3, 1285:16, 1285:19, 1286:1, 1286:15, 1286:18, 1286:21, 1287:11, 1287:16, 1287:20, 1287:24, 1288:1, 1288:8, 1288:17, 1288:20, 1288:24, 1289:1, 1289:4, 1289:7, 1289:11, 1289:13, 1289:22, 1289:24, 1290:9, 1290:13, 1290:18, 1290:21, 1292:19, 1292:21, 1292:22, 1292:25, 1293:4, 1293:6, 1293:8, 1293:9, 1293:10, 1293:15, 1294:20, 1295:2, 1295:6, 1295:11, 1295:15, 1302:9, 1302:17, 1302:18, 1302:22, 1305:20, 1309:11, 1310:1, 1311:12, 1311:18, 1312:18, 1312:20, 1312:23, 1313:14, 1316:18, 1316:23, 1316:24, 1317:3, 1317:18, 1318:1, 1318:4, 1319:4, 1319:6, 1319:7, 1319:14, 1320:19, 1320:25, 1321:11, 1321:20, 1321:25, 1322:6, 1322:8, 1322:13, 1322:22, 1323:1, 1323:11, 1323:17, 1324:2, 1324:18, 1325:11, 1326:23, 1326:25, 1327:4, 1327:14, 1327:21, 1328:10, 1328:18, 1328:21, 1328:25, 1329:4, 1329:8, 1329:14, 1329:16, 1329:25, 1330:3, 1330:4, 1330:22,

1331:4, 1331:7, 1331:23, 1332:19, 1332:24, 1333:12, 1333:23, 1334:10, 1334:18, 1335:1, 1335:12, 1335:13, 1335:17, 1336:12, 1336:15, 1336:17, 1336:21, 1337:9, 1337:19, 1337:25, 1338:7, 1338:10, 1338:11, 1338:17, 1338:20, 1338:23, 1339:12, 1339:17, 1340:23, 1341:2, 1341:19, 1341:20, 1341:21, 1342:6, 1342:11, 1342:16, 1343:10, 1343:12, 1343:22, 1345:16, 1345:22, 1345:24, 1346:3, 1346:12, 1346:19, 1346:22, 1346:24, 1347:1, 1347:11, 1347:13, 1347:19, 1347:22, 1348:5, 1348:9, 1348:17, 1348:20, 1349:2, 1349:9, 1349:12, 1350:23, 1350:25, 1351:4, 1351:5, 1351:18, 1351:24, 1352:10, 1352:14, 1352:17, 1353:12, 1353:20, 1353:24, 1354:4, 1354:5, 1355:7, 1355:20, 1356:3, 1356:8, 1357:5, 1357:23, 1358:1, 1358:5, 1361:20, 1436:25, 1438:21, 1438:24, 1441:18, 1442:25, 1443:8, 1444:14, 1446:25, 1447:20, 1448:11, 1448:13, 1452:14, 1453:1, 1454:15, 1454:20, 1454:24, 1455:14, 1455:25, 1458:14, 1461:2, 1466:9
**DEFENDANT'S** [1] - 1229:6
**defendant's** [29] - 1236:9, 1243:22, 1244:3, 1244:15, 1244:16, 1245:3, 1251:7, 1251:11, 1252:23, 1266:20, 1292:25, 1299:12,

1299:17, 1302:4, 1310:3, 1318:24, 1327:9, 1330:17, 1332:4, 1337:2, 1340:21, 1345:19, 1354:8, 1356:19, 1441:1, 1448:8, 1449:19, 1456:18, 1457:5
**defendants** [1] - 1312:13
**defense** [29] - 1251:20, 1252:5, 1254:6, 1254:8, 1254:11, 1254:12, 1254:19, 1266:13, 1278:6, 1278:9, 1278:11, 1278:12, 1291:8, 1291:24, 1295:3, 1298:1, 1304:14, 1312:2, 1313:8, 1315:16, 1316:13, 1337:9, 1337:23, 1347:16, 1352:14, 1360:23, 1432:19, 1435:9, 1466:10
**Defense** [3] - 1394:21, 1395:5, 1396:11
**defense's** [1] - 1432:19
**defenses** [2] - 1363:5, 1364:2
**defer** [1] - 1382:10
**define** [2] - 1239:11, 1457:9
**defined** [4] - 1271:15, 1289:5, 1380:23, 1445:10
**definitely** [1] - 1366:16
**definition** [6] - 1248:2, 1264:24, 1282:10, 1379:15, 1380:1, 1392:16
**degree** [1] - 1370:4
**delayed** [1] - 1424:11
**delegating** [1] - 1415:4
**deliberate** [8] - 1283:6, 1293:8, 1360:11, 1398:25, 1407:6, 1435:19, 1436:2, 1459:5
**deliberately** [3] - 1283:2, 1292:22, 1293:15
**deliberating** [2] - 1406:20, 1435:23
**deliberation** [2] -

1294:9, 1460:3
**deliberations** [23] -
1231:6, 1231:9,
1234:25, 1238:24,
1295:7, 1295:17,
1313:5, 1314:7,
1314:9, 1314:16,
1379:6, 1434:20,
1435:17, 1458:3,
1459:12, 1459:14,
1459:23, 1460:1,
1461:18, 1462:5,
1462:18, 1463:3,
1465:12
**deliver** [1] - 1461:13
**delivered** [1] -
1461:14
**delivery** [2] - 1282:4,
1282:6
**demand** [1] - 1366:18
**demanded** [1] -
1266:14
**demeanor** [2] -
1307:3, 1307:22
**demonstrate** [1] -
1399:3
**demonstrated** [2] -
1252:16, 1361:25
**demonstrates** [1] -
1395:25
**demonstrating** [1] -
1293:4
**demonstrative** [2] -
1430:9, 1453:14
**demote** [1] - 1388:21
**dense** [3] - 1359:21,
1372:14, 1383:23
**Department** [1] -
1228:7
**department** [5] -
1264:15, 1264:17,
1383:4, 1418:15,
1429:1
**departure** [2] - 1434:4,
1434:9
**deposit** [2] - 1274:19,
1276:3
**depriving** [2] - 1253:9,
1353:5
**deputy** [1] - 1373:14
**derived** [9] - 1271:2,
1274:18, 1274:22,
1275:16, 1275:18,
1276:11, 1276:12,
1277:23, 1277:25
**describe** [3] - 1275:7,
1292:18, 1391:11
**described** [5] -
1302:12, 1323:4,
1346:21, 1346:24,

1347:4
**describes** [1] - 1395:6
**describing** [1] -
1291:2
**description** [1] -
1375:15
**descriptions** [1] -
1396:5
**deserves** [3] -
1306:24, 1310:17,
1312:9
**deserving** [1] -
1311:24
**design** [2] - 1242:19,
1419:22
**designed** [5] -
1252:21, 1270:15,
1270:20, 1353:12,
1456:2
**desire** [1] - 1333:10
**desired** [1] - 1390:7
**desk** [3] - 1371:24,
1381:14, 1388:4
**despite** [1] - 1396:19
**destination** [1] -
1323:25
**detail** [4] - 1236:16,
1238:18, 1242:1,
1404:12
**detailed** [1] - 1428:17
**details** [2] - 1244:10,
1367:18
**determination** [6] -
1243:18, 1274:4,
1275:8, 1460:17,
1460:22, 1461:1
**determinations** [1] -
1305:1
**determine** [14] -
1232:22, 1233:1,
1233:5, 1250:10,
1251:12, 1274:9,
1276:21, 1290:9,
1295:10, 1304:2,
1326:23, 1359:16,
1459:10, 1463:9
**determined** [4] -
1233:1, 1253:20,
1307:17, 1308:5
**determining** [10] -
1233:3, 1242:16,
1247:25, 1253:19,
1253:22, 1284:3,
1292:20, 1326:1,
1350:6, 1407:23
**developing** [1] -
1448:2
**development** [2] -
1393:9, 1444:25
**devices** [1] - 1461:21

**Dharmawangsa** [4] -
1321:9, 1328:10,
1335:8, 1348:8
**dial** [1] - 1371:17
**dial-up** [1] - 1371:17
**dictated** [1] - 1445:6
**differ** [1] - 1305:12
**difference** [2] -
1301:25, 1396:22
**different** [39] -
1231:14, 1244:21,
1255:1, 1278:24,
1297:8, 1297:9,
1297:10, 1297:11,
1297:23, 1304:13,
1306:11, 1306:17,
1310:7, 1316:24,
1320:14, 1333:20,
1350:25, 1356:17,
1371:4, 1371:12,
1373:7, 1375:11,
1377:7, 1389:2,
1389:5, 1389:8,
1393:20, 1393:25,
1433:17, 1433:18,
1433:19, 1446:17,
1446:18, 1447:14,
1450:1, 1450:9,
1450:10
**differently** [3] -
1306:13, 1306:14,
1323:19
**difficulty** [1] - 1455:10
**digest** [1] - 1359:23
**diligence** [3] -
1359:11, 1382:21,
1428:2
**direct** [15] - 1242:9,
1298:11, 1298:22,
1300:25, 1301:1,
1301:6, 1302:1,
1302:2, 1302:9,
1305:18, 1330:14,
1337:6, 1395:16,
1395:18, 1455:19
**directed** [3] - 1270:6,
1271:5, 1460:8
**directing** [5] - 1256:8,
1258:17, 1259:15,
1260:19, 1265:19
**direction** [1] - 1403:12
**directly** [15] - 1258:21,
1260:6, 1262:13,
1263:13, 1263:17,
1264:1, 1301:20,
1336:10, 1337:20,
1390:15, 1412:9,
1412:21, 1414:4,
1454:20, 1454:24
**director** [2] - 1323:15,

1354:23
**disability** [1] - 1296:21
**disagree** [1] - 1233:20
**disappear** [1] -
1320:23
**disapproval** [1] -
1353:22
**disavow** [8] - 1253:4,
1353:17, 1355:21,
1356:1, 1357:24,
1433:2, 1433:8,
1433:10
**disavowal** [1] -
1433:22
**disavowed** [3] -
1252:17, 1433:14,
1434:16
**disavowing** [1] -
1354:15
**disbelieve** [1] -
1296:15
**discern** [1] - 1399:23
**discover** [1] - 1467:12
**discredit** [1] - 1306:18
**discrepancies** [1] -
1306:15
**discuss** [13] -
1238:17, 1325:8,
1329:13, 1349:20,
1361:4, 1365:9,
1372:9, 1373:21,
1379:13, 1411:10,
1462:3, 1462:17,
1465:5
**discussed** [7] -
1245:10, 1270:1,
1291:2, 1333:18,
1368:20, 1400:5,
1420:4
**discusses** [1] - 1395:8
**discussing** [5] -
1318:17, 1331:14,
1361:7, 1417:7,
1423:21
**discussion** [5] -
1315:11, 1401:4,
1402:2, 1442:5,
1449:8
**discussions** [2] -
1332:20, 1446:21
**disguising** [1] -
1270:10, 1271:8
**disgusted** [1] - 1355:9
**dismiss** [1] - 1309:19
**disobey** [2] - 1242:8,
1289:21
**dispute** [6] - 1393:18,
1405:7, 1432:14,
1434:17, 1451:18,
1451:19

**disputed** [2] - 1298:7,
1301:9
**disputes** [1] - 1233:21
**disregard** [4] - 1242:8,
1289:21, 1293:8,
1300:13
**distills** [1] - 1383:24
**distinct** [3] - 1240:8,
1244:19, 1244:20
**distinction** [1] -
1302:2
**distracted** [1] -
1376:13
**distribution** [2] -
1373:5, 1383:15
**district** [1] - 1284:16
**DISTRICT** [2] - 1227:1,
1227:1
**District** [13] - 1248:14,
1255:4, 1269:9,
1269:24, 1270:4,
1271:3, 1279:5,
1283:13, 1283:14,
1283:20, 1468:7,
1468:18
**distrust** [1] - 1306:20
**divide** [1] - 1316:5
**division** [2] - 1331:18,
1464:1
**Division** [1] - 1228:8
**divisions** [1] -
1427:22
**document** [12] -
1332:14, 1345:13,
1381:5, 1382:14,
1383:24, 1383:25,
1395:6, 1411:18,
1420:25, 1421:6,
1444:18, 1452:5
**documentation** [1] -
1427:22
**documents** [17] -
1303:10, 1341:14,
1344:4, 1364:23,
1370:24, 1370:25,
1371:4, 1371:5,
1381:3, 1387:17,
1391:3, 1398:5,
1445:12, 1445:24,
1446:8, 1451:25,
1452:13
**dollar** [1] - 1401:15
**dollars** [3] - 1336:20,
1413:15, 1439:2
**domestic** [24] -
1241:8, 1246:9,
1246:10, 1246:19,
1247:19, 1255:6,
1257:24, 1257:25,
1258:16, 1259:13,

1259:21, 1260:22, 1265:18, 1265:21, 1267:19, 1272:10, 1281:18, 1288:4, 1288:8, 1327:22, 1378:1, 1378:2, 1444:15, 1446:1
**domiciliated** [1] - 1413:13
**dominos** [1] - 1377:14
**done** [25] - 1249:19, 1251:2, 1251:6, 1251:14, 1251:17, 1252:11, 1261:3, 1261:13, 1289:17, 1289:20, 1302:23, 1317:7, 1326:18, 1401:24, 1422:13, 1432:8, 1435:1, 1437:16, 1438:16, 1455:6, 1456:14, 1464:4, 1464:5
**door** [4] - 1355:6, 1355:11, 1357:12, 1378:24
**doubt** [102] - 1234:19, 1235:2, 1235:9, 1235:11, 1235:12, 1235:13, 1235:15, 1235:16, 1235:18, 1235:21, 1236:5, 1236:10, 1236:18, 1237:2, 1237:8, 1238:23, 1239:5, 1239:7, 1241:1, 1241:16, 1248:6, 1249:3, 1249:8, 1249:14, 1250:25, 1259:20, 1260:21, 1266:2, 1266:5, 1267:6, 1267:14, 1268:8, 1269:1, 1271:23, 1273:5, 1281:7, 1281:20, 1284:7, 1284:23, 1285:7, 1285:23, 1286:17, 1287:18, 1288:4, 1290:25, 1292:3, 1292:24, 1294:3, 1294:25, 1295:11, 1295:21, 1298:18, 1300:24, 1302:5, 1302:8, 1302:18, 1304:4, 1307:8, 1307:12, 1310:4, 1312:21, 1318:18, 1335:9, 1326:3, 1338:25, 1345:21, 1345:23, 1349:24, 1352:11,

1361:17, 1362:3, 1362:12, 1362:17, 1362:18, 1362:20, 1363:1, 1363:7, 1363:11, 1363:15, 1363:21, 1378:5, 1379:3, 1398:4, 1398:18, 1399:8, 1404:22, 1406:23, 1407:4, 1415:6, 1417:20, 1426:7, 1426:12, 1430:1, 1432:25, 1434:21, 1438:20, 1442:24, 1442:25, 1458:16, 1458:19
**down** [19] - 1316:25, 1329:21, 1334:16, 1338:5, 1338:15, 1352:24, 1357:16, 1363:3, 1380:11, 1381:24, 1382:15, 1383:24, 1385:12, 1397:10, 1410:16, 1442:21, 1444:13, 1444:25, 1456:22
**download** [1] - 1371:20
**downside** [2] - 1332:7, 1332:9
**dozens** [2] - 1405:4
**draft** [2] - 1381:24, 1382:3
**drafted** [3] - 1381:20, 1381:24, 1397:9
**drafts** [1] - 1383:10
**draw** [16] - 1232:24, 1232:25, 1244:25, 1297:25, 1298:1, 1298:3, 1298:10, 1298:13, 1298:16, 1308:17, 1309:6, 1311:10, 1312:10, 1314:7, 1464:9
**drawing** [2] - 1298:4, 1298:12
**drawn** [6] - 1244:2, 1293:16, 1297:24, 1303:6, 1313:3, 1402:1
**driven** [2] - 1443:11, 1443:13
**driving** [2] - 1389:15, 1443:13
**dropped** [1] - 1399:23
**dual** [1] - 1383:6
**due** [3] - 1382:20, 1428:1, 1453:10
**duration** [1] - 1244:18
**during** [25] - 1231:8,

1232:13, 1233:8, 1233:25, 1251:13, 1296:7, 1303:7, 1303:22, 1309:2, 1313:6, 1317:22, 1367:10, 1369:9, 1372:7, 1374:20, 1379:23, 1381:3, 1388:8, 1401:17, 1421:15, 1458:5, 1461:18, 1462:5, 1462:18, 1464:4
**duty** [15] - 1232:6, 1232:9, 1234:22, 1236:6, 1255:20, 1258:10, 1259:4, 1260:11, 1265:9, 1294:13, 1295:7, 1300:3, 1309:12, 1459:4, 1464:6
**dwell** [1] - 1362:7
**dynamic** [1] - 1354:12
**Dé** [10] - 1373:13, 1373:14, 1374:4, 1374:8, 1383:1, 1383:7, 1384:11, 1386:21, 1395:1, 1397:8

# E

**e-mail** [51] - 1270:1, 1322:20, 1327:10, 1327:12, 1327:22, 1327:23, 1329:5, 1329:15, 1331:1, 1331:2, 1331:17, 1331:20, 1331:23, 1331:24, 1332:15, 1334:25, 1341:8, 1341:24, 1349:9, 1354:17, 1354:24, 1355:16, 1356:4, 1372:14, 1385:21, 1386:17, 1402:5, 1402:16, 1405:22, 1406:3, 1406:8, 1406:22, 1408:16, 1408:20, 1408:22, 1411:23, 1412:14, 1413:12, 1414:23, 1414:24, 1415:8, 1415:21, 1415:24, 1417:7, 1417:14, 1420:1, 1422:24, 1440:5, 1440:24, 1442:16, 1449:14
**E-mail** [3] - 1228:5, 1228:15, 1228:20
**e-mailed** [2] - 1330:4, 1366:13

**e-mailing** [3] - 1331:9, 1340:20, 1413:5
**e-mails** [76] - 1324:10, 1328:24, 1330:9, 1330:20, 1335:22, 1337:13, 1347:4, 1359:22, 1367:6, 1370:14, 1371:8, 1371:10, 1371:12, 1371:15, 1371:20, 1372:2, 1372:4, 1372:8, 1399:20, 1403:2, 1403:6, 1403:22, 1404:1, 1404:2, 1404:5, 1404:14, 1404:25, 1405:5, 1405:6, 1405:17, 1405:20, 1406:1, 1406:10, 1406:14, 1406:17, 1407:9, 1407:14, 1407:16, 1407:20, 1408:11, 1408:13, 1408:15, 1409:1, 1409:2, 1409:4, 1409:6, 1409:18, 1409:23, 1410:10, 1410:12, 1410:18, 1411:3, 1411:10, 1411:17, 1415:13, 1415:17, 1418:19, 1422:20, 1425:22, 1425:25, 1426:3, 1434:4, 1434:9, 1435:7, 1435:20, 1435:21, 1439:13, 1440:4, 1442:11, 1442:13, 1443:12, 1443:20, 1444:1, 1449:10, 1452:13
**early** [4] - 1331:1, 1340:17, 1411:15, 1411:19
**easiest** [1] - 1359:23
**East** [1] - 1299:10
**Eastern** [1] - 1374:3
**easy** [2] - 1301:23, 1463:13
**eat** [1] - 1313:22
**Ed** [28] - 1321:10, 1328:8, 1332:19, 1333:2, 1333:7, 1333:13, 1333:23, 1334:11, 1335:4, 1345:2, 1345:12, 1345:18, 1346:17, 1353:23, 1354:17, 1355:17, 1357:4, 1357:21, 1365:6, 1365:7, 1400:20,

**e-mailing** [3] - 1331:9, 1340:20, 1413:5
**e-mails** [76] - 1324:10, 1328:24, 1330:9, 1330:20, 1335:22, 1337:13, 1347:4, 1359:22, 1367:6, 1370:14, 1371:8, 1371:10, 1371:12, 1371:15, 1371:20, 1372:2, 1372:4, 1372:8, 1399:20, 1403:2, 1403:6, 1403:22, 1404:1, 1404:2, 1404:5, 1404:14, 1404:25, 1405:5, 1405:6, 1405:17, 1405:20, 1406:1, 1406:10, 1406:14, 1406:17, 1407:9, 1407:14, 1407:16, 1407:20, 1408:11, 1408:13, 1408:15, 1409:1, 1409:2, 1409:4, 1409:6, 1409:18, 1409:23, 1410:10, 1410:12, 1410:18, 1411:3, 1411:10, 1411:17, 1415:13, 1415:17, 1418:19, 1422:20, 1425:22, 1425:25, 1426:3, 1434:4, 1434:9, 1435:7, 1435:20, 1435:21, 1439:13, 1440:4, 1442:11, 1442:13, 1443:12, 1443:20, 1444:1, 1449:10, 1452:13

1401:8, 1416:24, 1417:14, 1420:2, 1423:13, 1424:8, 1448:6
**Eddie** [31] - 1271:10, 1319:25, 1320:2, 1321:1, 1321:5, 1329:8, 1329:12, 1329:17, 1329:21, 1329:24, 1332:23, 1333:3, 1333:6, 1333:9, 1333:12, 1333:16, 1334:22, 1335:5, 1335:10, 1355:14, 1370:16, 1420:2, 1420:7, 1422:1, 1422:6, 1425:15, 1425:17, 1440:11, 1440:16
**Eddie's** [1] - 1332:5
**Edward** [1] - 1309:18
**effect** [6] - 1239:24, 1252:22, 1353:13, 1429:6, 1455:22, 1456:2
**effectiveness** [2] - 1253:9, 1353:6
**efficiently** [1] - 1395:22
**effort** [1] - 1376:15
**efforts** [17] - 1252:14, 1253:9, 1253:11, 1253:13, 1339:18, 1353:5, 1353:6, 1353:9, 1355:7, 1356:4, 1376:5, 1390:17, 1391:24, 1392:7, 1392:24, 1397:23, 1421:11
**egregious** [1] - 1456:20
**eight** [2] - 1293:19, 1352:16
**Eight** [36] - 1236:14, 1238:7, 1269:4, 1269:7, 1271:22, 1271:25, 1272:4, 1272:13, 1272:18, 1272:23, 1273:11, 1273:13, 1273:23, 1274:6, 1274:12, 1275:2, 1275:10, 1276:23, 1276:25, 1277:2, 1277:8, 1277:16, 1277:20, 1278:3, 1278:7, 1278:13, 1278:17, 1284:25, 1324:24, 1351:1, 1351:4, 1351:11, 1351:25,

1352:11, 1426:17, 1460:24

**either** [15] - 1235:25, 1242:4, 1261:5, 1289:21, 1291:4, 1294:14, 1298:11, 1313:13, 1366:10, 1371:1, 1410:4, 1410:6, 1414:6, 1416:15, 1463:21

**Eko** [10] - 1256:4, 1322:23, 1327:23, 1343:10, 1346:16, 1355:17, 1370:15, 1405:2, 1442:4, 1443:5

**elect** [1] - 1459:22

**elected** [1] - 1367:4

**election** [1] - 1424:7

**elections** [7] - 1322:9, 1330:7, 1424:22, 1443:11, 1443:13, 1443:16

**electronic** [2] - 1461:21, 1462:9

**electronically** [1] - 1463:4

**element** [53] - 1236:5, 1238:23, 1238:25, 1239:4, 1239:6, 1241:15, 1241:21, 1242:22, 1246:7, 1248:5, 1248:16, 1249:13, 1249:18, 1254:10, 1260:20, 1261:1, 1261:18, 1262:17, 1263:1, 1263:9, 1263:19, 1263:21, 1264:3, 1265:3, 1265:16, 1267:3, 1272:11, 1276:24, 1281:19, 1282:17, 1282:21, 1283:9, 1284:21, 1292:3, 1292:4, 1293:2, 1298:19, 1302:11, 1302:14, 1307:13, 1337:22, 1362:2, 1363:2, 1379:5, 1379:9, 1398:10, 1398:11, 1432:24, 1458:18, 1466:14, 1466:16, 1466:18

**Element** [2] - 1326:9, 1326:16

**elements** [40] - 1238:18, 1239:12, 1241:1, 1259:16, 1259:19, 1265:24,

1266:1, 1266:5, 1267:15, 1268:7, 1268:22, 1271:23, 1274:2, 1274:3, 1274:7, 1275:7, 1275:10, 1276:1, 1276:19, 1281:1, 1281:8, 1283:10, 1285:7, 1285:22, 1286:13, 1291:2, 1292:1, 1314:25, 1325:23, 1325:25, 1346:7, 1347:9, 1349:23, 1379:11, 1429:24, 1436:3, 1449:25, 1450:6, 1458:15

**elevated** [1] - 1447:25

**Eleven** [2] - 1280:4, 1285:8

**elsewhere** [7] - 1248:14, 1255:5, 1269:10, 1269:25, 1270:5, 1271:4, 1279:5

**EM** [2] - 1402:12, 1442:6

**Email** [1] - 1228:10

**emanating** [1] - 1453:12

**embark** [1] - 1464:7

**embassy** [1] - 1396:13

**embellished** [1] - 1421:1

**embrace** [1] - 1438:21

**emerge** [1] - 1368:3

**Emir** [44] - 1270:11, 1319:6, 1320:1, 1320:2, 1320:6, 1320:7, 1321:15, 1321:22, 1323:25, 1325:6, 1325:18, 1327:15, 1327:18, 1328:20, 1331:6, 1331:8, 1331:12, 1331:15, 1331:18, 1331:25, 1332:2, 1332:7, 1334:15, 1337:1, 1348:2, 1349:5, 1349:11, 1349:16, 1350:20, 1370:16, 1403:20, 1412:1, 1412:2, 1412:7, 1412:9, 1412:14, 1420:7, 1426:21, 1441:9, 1441:11, 1441:22, 1442:22, 1453:25

**emphasize** [1] - 1426:22

**Employee** [6] - 1256:3, 1256:4, 1256:5, 1269:15, 1269:16, 1269:17

**employee** [7] - 1264:14, 1336:9, 1340:4, 1341:8, 1393:12, 1393:14, 1449:15

**employee's** [1] - 1437:2

**employees** [13] - 1256:12, 1256:17, 1256:22, 1257:4, 1257:11, 1257:16, 1343:2, 1344:23, 1373:6, 1373:8, 1383:13, 1383:14, 1434:10

**employer** [1] - 1457:8

**employment** [2] - 1253:2, 1353:1

**enabled** [1] - 1360:25

**encouraged** [1] - 1328:22

**end** [12] - 1231:6, 1261:5, 1261:6, 1261:7, 1315:3, 1324:6, 1360:7, 1385:25, 1449:4, 1454:1, 1457:5, 1464:21

**ended** [4] - 1294:2, 1294:4, 1413:25, 1455:23

**ends** [2] - 1245:24, 1361:3

**Energy** [3] - 1334:4, 1439:23, 1439:25

**energy** [1] - 1373:3

**enforce** [1] - 1333:19

**enforcement** [3] - 1253:8, 1311:22, 1353:5

**enforcing** [1] - 1457:19

**engage** [5] - 1246:2, 1274:15, 1275:13, 1299:17, 1324:19

**engaged** [9] - 1263:16, 1270:14, 1270:19, 1270:25, 1275:12, 1289:13, 1359:25, 1412:9, 1440:23

**engagements** [1] - 1380:18

**engages** [1] - 1263:14

**engaging** [1] - 1264:6

**engineer** [1] - 1376:23

**engineering** [2] - 1331:18, 1357:22

**engineers** [1] - 1419:22

**England** [3] - 1323:3, 1360:21, 1433:17

**English** [1] - 1372:16

**enjoy** [1] - 1314:19

**enjoyed** [1] - 1354:19

**enormous** [1] - 1406:6

**enrich** [1] - 1403:5

**ensure** [1] - 1385:23

**enter** [4] - 1250:15, 1295:6, 1295:17, 1309:24

**entered** [15] - 1231:2, 1241:2, 1241:18, 1241:22, 1271:24, 1272:12, 1298:25, 1310:6, 1316:9, 1338:11, 1338:20, 1346:19, 1346:23, 1358:25, 1438:10

**entire** [5] - 1283:15, 1312:22, 1395:20, 1418:15, 1436:7

**entirely** [10] - 1293:1, 1293:14, 1389:2, 1389:5, 1402:10, 1404:14, 1420:25, 1441:6, 1442:3, 1450:9

**entirety** [3] - 1239:19, 1367:8, 1382:12

**entitles** [1] - 1294:18

**entity** [2] - 1263:15, 1264:20

**equal** [3] - 1244:23, 1294:21, 1309:4

**equally** [6] - 1254:2, 1260:24, 1272:16, 1277:4, 1402:21, 1421:10

**equals** [2] - 1294:22, 1395:14

**equipment** [1] - 1389:4

**equipped** [1] - 1314:15

**erodes** [1] - 1367:24

**erroneous** [1] - 1459:16

**escort** [1] - 1460:2

**ESQ** [6] - 1228:6, 1228:7, 1228:12, 1228:13, 1228:13, 1228:17

**essence** [1] - 1383:25

**essential** [7] - 1231:4, 1231:7, 1241:1,

1243:17, 1307:13, 1398:10, 1458:15

**essentially** [2] - 1327:20, 1457:15

**establish** [13] - 1241:16, 1245:11, 1248:6, 1262:16, 1281:6, 1288:24, 1289:1, 1289:11, 1290:1, 1302:15, 1302:16, 1398:10, 1432:25

**established** [9] - 1242:9, 1243:23, 1293:4, 1297:21, 1298:11, 1301:11, 1303:3, 1350:2, 1431:2

**estimation** [1] - 1316:4

**et** [1] - 1461:25

**ethics** [1] - 1374:13

**ethnicity** [1] - 1296:21

**Etienne** [11] - 1373:12, 1374:4, 1383:1, 1383:7, 1383:10, 1384:10, 1386:21, 1388:10, 1395:1, 1397:8, 1401:23

**Europe** [1] - 1374:3

**evaluate** [2] - 1266:25, 1284:18

**evaluation** [5] - 1234:9, 1320:9, 1320:20, 1331:13, 1417:1

**evasive** [1] - 1305:5

**evening** [1] - 1438:15

**event** [3] - 1289:2, 1306:12, 1429:9

**events** [8] - 1247:20, 1252:21, 1303:5, 1353:12, 1367:13, 1367:17, 1444:16, 1456:1

**everyday** [1] - 1282:10

**everywhere** [1] - 1371:14

**evidence** [231] - 1232:10, 1232:13, 1232:17, 1232:18, 1232:21, 1233:2, 1233:6, 1233:17, 1233:19, 1234:4, 1234:5, 1234:6, 1234:9, 1234:13, 1234:23, 1235:4, 1235:7, 1235:17, 1235:18, 1235:25, 1236:4, 1236:9,

1236:20, 1237:15,
1237:18, 1243:23,
1247:22, 1250:6,
1250:11, 1251:18,
1253:17, 1253:18,
1253:20, 1253:21,
1254:1, 1254:2,
1254:15, 1262:17,
1264:9, 1267:10,
1278:15, 1284:8,
1285:2, 1292:10,
1292:12, 1293:16,
1295:4, 1295:9,
1295:13, 1295:19,
1295:24, 1297:1,
1297:4, 1297:17,
1298:5, 1298:12,
1298:17, 1298:20,
1298:24, 1299:1,
1299:2, 1299:6,
1299:7, 1299:9,
1299:12, 1299:13,
1299:16, 1299:19,
1299:23, 1299:24,
1300:2, 1300:4,
1300:11, 1300:15,
1300:21, 1300:25,
1301:1, 1301:7,
1301:8, 1301:14,
1301:20, 1301:24,
1302:1, 1302:3,
1302:5, 1302:8,
1303:13, 1303:24,
1303:25, 1304:21,
1305:12, 1305:13,
1307:15, 1307:16,
1307:18, 1307:23,
1308:5, 1308:17,
1308:18, 1308:19,
1308:24, 1309:13,
1309:18, 1311:7,
1311:18, 1312:7,
1312:19, 1313:10,
1313:12, 1317:23,
1318:6, 1318:10,
1318:17, 1325:8,
1327:5, 1327:7,
1327:8, 1330:12,
1330:14, 1330:17,
1335:21, 1348:6,
1349:20, 1349:25,
1353:19, 1354:7,
1358:1, 1358:8,
1358:9, 1359:16,
1359:21, 1359:23,
1359:25, 1360:16,
1360:17, 1361:13,
1361:21, 1361:25,
1364:7, 1364:8,
1364:22, 1364:24,
1366:18, 1366:23,

1368:13, 1370:6,
1370:7, 1371:21,
1372:6, 1372:18,
1377:20, 1378:8,
1378:9, 1378:18,
1381:1, 1384:16,
1384:17, 1384:21,
1385:7, 1397:2,
1399:13, 1400:9,
1401:18, 1402:15,
1402:16, 1403:10,
1403:14, 1404:10,
1405:22, 1406:2,
1406:5, 1406:10,
1406:24, 1407:1,
1407:3, 1409:15,
1409:20, 1410:15,
1411:1, 1411:9,
1411:12, 1411:24,
1413:3, 1417:18,
1418:1, 1420:21,
1422:5, 1427:4,
1427:6, 1427:10,
1427:12, 1427:14,
1427:17, 1428:4,
1428:6, 1428:17,
1430:2, 1430:7,
1431:18, 1431:21,
1432:21, 1433:19,
1433:22, 1433:25,
1434:5, 1435:12,
1436:4, 1437:21,
1438:19, 1439:17,
1441:7, 1441:24,
1442:1, 1444:8,
1445:12, 1454:2,
1456:7, 1456:9,
1458:8, 1458:12,
1459:2, 1459:3,
1462:12, 1462:19
**evidences** [1] -
1411:18
**evidentiary** [1] -
1233:21
**evil** [1] - 1261:4
**evolution** [1] -
1331:10
**EW** [1] - 1440:9
**exact** [4] - 1237:4,
1294:2, 1357:6,
1462:19
**exactly** [22] - 1323:12,
1324:5, 1330:22,
1330:23, 1349:14,
1364:2, 1374:19,
1375:15, 1439:10,
1439:25, 1440:1,
1440:24, 1441:1,
1441:9, 1441:14,
1442:15, 1445:1,

1450:15, 1452:6,
1453:23, 1454:4,
1459:1
**examination** [6] -
1298:23, 1305:17,
1305:18, 1368:24,
1412:6, 1419:9
**examine** [2] - 1310:12,
1459:13
**examining** [2] -
1308:18, 1428:2
**example** [12] - 1253:6,
1291:14, 1301:23,
1329:10, 1330:25,
1332:13, 1388:9,
1423:3, 1423:24,
1439:20, 1444:23,
1446:19
**examples** [3] - 1353:3,
1393:23, 1447:6
**excellence** [1] -
1467:22
**excellently** [1] -
1467:20
**exchange** [4] -
1274:20, 1276:3,
1309:16, 1422:21
**exclusive** [2] - 1233:7,
1464:6
**exclusively** [3] -
1250:9, 1295:8,
1297:16
**excuse** [9] - 1230:8,
1230:16, 1258:18,
1259:8, 1261:7,
1266:20, 1437:6,
1443:15, 1450:5
**excused** [5] - 1313:22,
1437:1, 1437:3,
1437:5, 1437:12
**execution** [2] -
1262:15, 1397:10
**executive** [1] -
1418:21
**executives** [1] -
1419:21
**exercise** [3] - 1247:11,
1397:16, 1397:16
**exercising** [2] -
1378:16, 1389:24
**exhibit** [5] - 1231:14,
1428:20, 1430:9,
1447:6, 1447:13
**Exhibit** [29] - 1382:25,
1384:3, 1385:15,
1386:16, 1394:20,
1394:21, 1395:5,
1396:11, 1399:24,
1402:4, 1411:17,
1414:21, 1415:13,

1415:20, 1417:6,
1419:25, 1421:4,
1422:25, 1423:25,
1427:25, 1428:20,
1439:20, 1440:6,
1441:8, 1443:9,
1444:23, 1449:15,
1449:20, 1453:5
**exhibits** [11] -
1253:25, 1298:23,
1299:4, 1299:5,
1300:2, 1303:8,
1303:23, 1307:17,
1447:3, 1449:19,
1463:3
**exist** [4] - 1264:12,
1267:25, 1285:15,
1464:2
**existed** [5] - 1242:17,
1242:19, 1243:1,
1267:22, 1285:12
**existence** [13] -
1242:7, 1242:11,
1249:12, 1251:13,
1264:10, 1268:22,
1272:15, 1286:13,
1291:16, 1293:7,
1297:22, 1307:13,
1308:7
**exists** [3] - 1264:7,
1298:7, 1298:8
**exited** [4] - 1314:21,
1358:16, 1436:20,
1465:22
**expect** [7] - 1316:6,
1350:16, 1419:7,
1422:9, 1434:7,
1434:9, 1465:11
**expectation** [1] -
1439:7
**expected** [1] - 1350:17
**expense** [1] - 1457:17
**experience** [8] -
1297:20, 1298:15,
1301:11, 1301:22,
1308:4, 1308:18,
1408:16, 1423:6
**explain** [6] - 1239:1,
1300:17, 1364:2,
1374:19, 1403:21,
1438:19
**explained** [10] -
1237:2, 1238:15,
1289:10, 1302:3,
1377:23, 1416:24,
1421:15, 1428:17,
1448:21, 1458:16
**explanation** [1] -
1239:10
**explanations** [3] -

1277:3, 1302:25,
1307:22
**export** [1] - 1374:12
**express** [2] - 1241:23,
1346:10
**expressed** [1] -
1353:22
**expressing** [1] -
1422:17
**expression** [1] -
1424:12
**extend** [1] - 1231:9
**extension** [3] -
1416:13, 1416:17,
1449:8
**extensive** [4] - 1418:8,
1418:12, 1427:19,
1428:1
**extensively** [2] -
1368:21, 1420:4
**extent** [2] - 1244:15,
1244:18
**extremes** [1] -
1377:17
**eyes** [3] - 1248:23,
1292:23, 1293:15
**eyewitness** [1] -
1364:10

## F

**face** [1] - 1304:13
**Facebook** [1] -
1461:24
**facilitating** [3] -
1283:3, 1283:7,
1315:9
**fact** [73] - 1232:10,
1237:1, 1237:6,
1237:7, 1243:3,
1244:24, 1245:9,
1245:16, 1252:7,
1254:7, 1270:16,
1291:16, 1294:17,
1296:12, 1297:22,
1298:7, 1298:8,
1301:9, 1301:11,
1301:12, 1307:10,
1307:16, 1307:19,
1308:7, 1308:9,
1311:12, 1311:16,
1311:21, 1312:12,
1313:1, 1313:13,
1326:11, 1332:21,
1332:23, 1336:2,
1337:20, 1338:11,
1344:22, 1345:4,
1346:3, 1347:24,
1355:22, 1363:22,
1370:8, 1370:10,

1372:1, 1377:16, 1378:21, 1379:4, 1382:1, 1386:15, 1391:18, 1391:21, 1392:5, 1397:12, 1397:20, 1398:1, 1399:2, 1406:24, 1407:24, 1410:8, 1410:11, 1411:23, 1419:7, 1420:12, 1420:19, 1421:1, 1431:24, 1437:20, 1440:19, 1441:10, 1453:2
**factors** [2] - 1304:24, 1306:5
**facts** [37] - 1232:16, 1232:21, 1232:25, 1233:5, 1233:8, 1233:9, 1236:23, 1244:4, 1293:7, 1293:9, 1293:11, 1294:14, 1297:5, 1297:21, 1297:24, 1298:4, 1298:11, 1298:14, 1298:21, 1299:18, 1301:10, 1303:3, 1306:1, 1313:8, 1313:11, 1313:15, 1318:14, 1318:19, 1360:9, 1364:25, 1393:1, 1394:5, 1394:6, 1410:1, 1411:7, 1446:12, 1459:9
**factual** [1] - 1304:12
**fail** [1] - 1289:19
**failed** [8] - 1254:5, 1284:12, 1363:7, 1364:3, 1398:17, 1399:10, 1426:5, 1426:11
**fails** [2] - 1378:22, 1458:18
**fair** [6] - 1236:3, 1236:8, 1296:6, 1369:1, 1406:13, 1435:4
**fairly** [2] - 1361:3, 1369:2
**fairness** [1] - 1294:15
**faith** [10] - 1252:12, 1291:7, 1291:8, 1291:12, 1291:24, 1292:9, 1292:13, 1398:22, 1398:25
**fall** [7] - 1320:15, 1328:1, 1340:25, 1357:3, 1382:24, 1408:12, 1426:10

**falling** [2] - 1377:14, 1456:22
**falls** [2] - 1371:3, 1377:19
**falsehood** [1] - 1306:11
**falsely** [3] - 1306:19, 1310:11, 1310:25
**familiar** [1] - 1319:14
**family** [2] - 1360:5, 1360:23
**famous** [1] - 1385:16
**fancy** [1] - 1448:3
**far** [9] - 1324:8, 1329:10, 1341:16, 1341:17, 1359:13, 1364:24, 1366:17, 1401:9, 1406:9
**farewell** [1] - 1356:3
**faster** [2] - 1355:1, 1463:16
**fate** [7] - 1359:17, 1360:5, 1360:15, 1366:19, 1368:11, 1369:5, 1407:6
**favor** [1] - 1296:19
**favorable** [4] - 1310:10, 1310:24, 1312:10, 1425:8
**fax** [1] - 1341:19
**FBI** [1] - 1311:20
**FCPA** [39] - 1238:3, 1239:16, 1246:22, 1255:1, 1259:16, 1259:17, 1259:24, 1261:9, 1261:21, 1263:16, 1268:10, 1273:20, 1274:24, 1324:16, 1324:21, 1325:10, 1325:11, 1325:12, 1325:13, 1325:23, 1326:23, 1336:16, 1338:16, 1345:24, 1346:1, 1347:16, 1363:22, 1376:12, 1377:23, 1377:24, 1378:3, 1378:10, 1378:22, 1379:2, 1379:10, 1390:16, 1432:13, 1434:19, 1454:17
**FCPA-related** [2] - 1378:10, 1379:2
**fear** [1] - 1296:1
**February** [2] - 1414:1, 1414:9
**federal** [4] - 1233:18, 1240:3, 1240:7, 1240:9
**feedback** [1] - 1416:14

**feelings** [1] - 1297:14
**fees** [1] - 1425:5
**fellow** [6] - 1301:17, 1459:3, 1459:15, 1462:5, 1462:17, 1462:24
**felony** [3] - 1273:20, 1274:23, 1279:14
**felt** [1] - 1356:3
**few** [17] - 1236:16, 1308:8, 1313:19, 1314:4, 1322:12, 1364:6, 1374:19, 1375:6, 1381:3, 1382:23, 1384:1, 1390:25, 1425:22, 1426:15, 1438:18, 1439:14, 1458:2
**field** [1] - 1402:7
**fifth** [2] - 1249:13, 1263:21
**figured** [1] - 1322:1
**figuring** [1] - 1445:15
**file** [5] - 1348:13, 1351:20, 1386:19, 1388:11, 1397:7
**fill** [1] - 1460:10
**final** [17] - 1232:19, 1249:13, 1314:4, 1343:14, 1345:9, 1360:6, 1381:25, 1382:1, 1384:8, 1384:14, 1386:2, 1386:12, 1390:10, 1429:13, 1450:8, 1459:18, 1466:15
**finalize** [1] - 1385:9
**finally** [2] - 1425:1, 1432:9
**finance** [3] - 1323:15, 1374:13, 1429:2
**financial** [3] - 1243:16, 1274:16, 1276:5
**financing** [2] - 1424:19, 1424:20
**findings** [1] - 1299:19
**fine** [3] - 1440:24, 1442:12, 1465:17
**finish** [4] - 1358:4, 1436:10, 1436:15, 1436:16
**finished** [1] - 1367:5
**fire** [1] - 1388:16
**Firman** [1] - 1357:22
**first** [44] - 1230:5, 1241:15, 1251:11, 1260:20, 1266:12, 1266:19, 1273:12, 1275:12, 1277:17,

1288:10, 1288:14, 1296:8, 1318:13, 1318:19, 1327:3, 1340:18, 1349:21, 1351:5, 1363:6, 1364:6, 1367:5, 1379:3, 1379:7, 1379:16, 1381:10, 1395:9, 1400:11, 1407:15, 1411:23, 1413:6, 1413:24, 1414:3, 1415:24, 1424:5, 1426:20, 1430:23, 1438:23, 1444:7, 1445:23, 1448:19, 1450:2, 1454:18, 1459:22, 1460:2
**firsthand** [3] - 1299:21, 1365:13, 1365:23
**fit** [1] - 1390:18
**fits** [1] - 1451:15
**five** [19] - 1240:25, 1241:12, 1260:2, 1267:17, 1268:1, 1275:7, 1275:24, 1276:1, 1285:19, 1285:22, 1286:13, 1313:6, 1314:25, 1325:19, 1365:3, 1410:22, 1434:24, 1436:15, 1436:19
**Five** [1] - 1257:4
**five-minute** [1] - 1436:15
**flags** [2] - 1422:7, 1428:4
**flashing** [1] - 1418:19
**Floor** [1] - 1228:4
**flow** [2] - 1322:5, 1342:7
**flowchart** [1] - 1382:15
**flowed** [1] - 1453:13
**fly** [1] - 1425:11
**focus** [4] - 1297:4, 1366:6, 1425:23, 1449:21
**focused** [1] - 1359:25
**fog** [1] - 1368:3
**folks** [2] - 1370:17
**follow** [12] - 1231:16, 1231:24, 1262:22, 1316:20, 1321:20, 1328:7, 1328:8, 1328:17, 1335:4, 1361:23, 1377:5, 1409:17
**follow-up** [5] -

1321:20, 1328:7, 1328:8, 1328:17, 1335:4
**followed** [6] - 1239:10, 1239:11, 1333:2, 1450:14, 1456:22, 1456:24
**following** [16] - 1240:25, 1259:19, 1267:5, 1267:15, 1269:24, 1271:23, 1279:9, 1281:7, 1284:22, 1285:7, 1316:14, 1318:22, 1341:23, 1401:23, 1450:24, 1451:10
**follows** [3] - 1256:9, 1279:16, 1396:4
**fooled** [1] - 1380:5
**foolish** [1] - 1293:5
**forbids** [2] - 1261:15, 1289:18
**foregoing** [1] - 1468:8
**foreign** [47] - 1255:12, 1255:15, 1255:17, 1255:18, 1255:21, 1255:22, 1258:6, 1258:8, 1258:9, 1258:12, 1258:13, 1258:21, 1258:22, 1258:23, 1258:25, 1259:2, 1259:5, 1259:7, 1259:10, 1260:3, 1260:6, 1260:9, 1260:10, 1260:12, 1260:13, 1261:11, 1261:24, 1263:14, 1263:14, 1263:23, 1264:2, 1264:13, 1264:14, 1264:19, 1264:20, 1265:1, 1265:7, 1265:8, 1265:10, 1265:11, 1271:9, 1273:19, 1274:23, 1276:4, 1276:7, 1276:10, 1336:10
**Foreign** [18] - 1238:2, 1238:6, 1239:14, 1254:24, 1267:13, 1275:20, 1277:13, 1279:15, 1281:15, 1282:24, 1283:5, 1283:8, 1286:24, 1287:25, 1289:9, 1398:9, 1460:15, 1460:17
**foreperson** [6] - 1459:23, 1460:10, 1461:9, 1463:7,

1463:20, 1465:14
**foreseeable** [9] -
1250:18, 1252:25,
1262:14, 1337:21,
1338:4, 1353:16,
1428:12, 1454:22,
1456:5
**foreseeably** [1] -
1338:14
**foreseen** [3] -
1262:24, 1268:5,
1285:20
**forget** [2] - 1306:8,
1442:24
**fork** [1] - 1317:25
**form** [10] - 1247:13,
1282:3, 1282:5,
1315:6, 1418:16,
1460:11, 1460:13,
1461:14
**formal** [5] - 1241:23,
1247:13, 1339:4,
1343:1, 1346:10
**forms** [4] - 1298:21,
1303:8, 1364:23,
1460:5
**formulation** [1] -
1466:17
**forth** [7] - 1255:4,
1279:4, 1302:10,
1315:5, 1329:7,
1329:15, 1340:16
**forthright** [1] - 1305:3
**forward** [1] - 1397:14
**forwarded** [2] -
1329:5, 1331:23
**forwarding** [1] -
1444:13
**forwards** [2] -
1327:23, 1415:1
**foul** [1] - 1435:24
**four** [15] - 1241:9,
1259:25, 1260:7,
1265:4, 1267:16,
1267:23, 1275:21,
1285:16, 1314:8,
1325:18, 1326:11,
1365:12, 1365:25,
1436:17, 1464:10
**Four** [2] - 1256:22,
1326:10
**fourth** [3] - 1248:5,
1263:1, 1363:20
**frame** [3] - 1371:11,
1373:6, 1415:3
**framework** [1] -
1407:10
**frankly** [4] - 1360:16,
1401:11, 1406:11,
1428:22

**Fraud** [1] - 1228:8
**Fred** [37] - 1319:3,
1322:8, 1322:19,
1329:16, 1329:17,
1329:25, 1330:3,
1330:4, 1331:3,
1339:24, 1340:2,
1340:3, 1340:7,
1340:11, 1340:20,
1340:22, 1341:6,
1341:9, 1341:12,
1341:15, 1341:21,
1343:7, 1343:22,
1346:15, 1355:3,
1355:5, 1370:14,
1386:17, 1397:5,
1405:1, 1442:5,
1443:10, 1445:17,
1445:19, 1446:6,
1449:11
**freedom** [1] - 1310:9
**frequently** [1] -
1249:24
**freshly** [1] - 1301:15
**freshly-frosted** [1] -
1301:15
**friend** [1] - 1440:13
**friendly** [1] - 1245:8
**Friends** [3] - 1439:21,
1440:6, 1442:17
**friends** [1] - 1442:9
**Friends'** [1] - 1333:22
**front** [7] - 1237:14,
1239:18, 1322:7,
1322:11, 1329:2,
1457:3, 1460:6
**frosted** [1] - 1301:15
**frozen** [1] - 1408:15
**fruition** [1] - 1346:5
**frustrated** [1] - 1345:5
**frustrating** [1] -
1451:22
**frustration** [1] -
1230:12
**fulfill** [1] - 1329:2
**fulfilling** [2] - 1233:15,
1380:15
**full** [5] - 1232:18,
1337:5, 1408:19,
1424:17, 1437:25
**fully** [3] - 1244:9,
1314:15, 1354:13
**function** [13] - 1233:4,
1264:21, 1295:9,
1391:21, 1396:21,
1402:10, 1447:23,
1448:9, 1448:15,
1448:16, 1448:19,
1451:7, 1456:18
**functionally** [1] -

1447:19
**functions** [3] -
1232:13, 1376:14,
1450:1
**fund** [1] - 1344:11
**fundamental** [1] -
1362:16
**funding** [1] - 1443:19
**fundings** [1] - 1344:18
**funds** [22] - 1273:16,
1274:21, 1276:4,
1277:23, 1277:25,
1278:21, 1278:25,
1279:9, 1280:19,
1281:3, 1281:10,
1281:22, 1282:7,
1282:12, 1282:15,
1282:18, 1284:1,
1350:5, 1431:6,
1431:20, 1431:23,
1453:20
**funneling** [1] - 1330:8
**furtherance** [16] -
1248:21, 1249:9,
1249:20, 1250:20,
1251:3, 1251:13,
1251:17, 1255:9,
1258:2, 1259:24,
1261:21, 1272:5,
1337:12, 1338:3,
1347:5, 1357:25
**furthering** [1] - 1246:3
**furthermore** [1] -
1244:12
**future** [2] - 1354:11,
1356:6

## G

**gain** [2] - 1311:3,
1420:14
**gained** [1] - 1435:13
**Gajendra** [1] - 1351:21
**game** [1] - 1412:24
**gathering** [1] - 1402:8
**gender** [1] - 1296:21
**general** [5] - 1310:18,
1336:8, 1344:3,
1420:19, 1458:2
**generally** [1] -
1335:19
**generic** [1] - 1445:11
**generous** [1] - 1425:3
**gentlemen** [31] -
1230:4, 1231:4,
1313:17, 1315:24,
1316:11, 1324:15,
1326:5, 1326:22,
1335:11, 1338:19,
1339:23, 1345:22,

1350:13, 1352:13,
1358:13, 1358:21,
1359:2, 1359:9,
1366:17, 1372:19,
1374:24, 1378:7,
1391:17, 1397:19,
1398:16, 1401:5,
1408:1, 1410:16,
1420:9, 1438:12,
1465:9
**George** [1] - 1367:3
**get-go** [1] - 1349:5
**gift** [8] - 1255:10,
1258:4, 1260:5,
1263:6, 1263:25,
1265:23, 1266:9,
1266:11
**given** [23] - 1232:19,
1248:2, 1255:15,
1258:20, 1260:6,
1263:6, 1264:1,
1300:9, 1304:10,
1307:22, 1310:18,
1326:8, 1331:3,
1336:9, 1350:18,
1368:14, 1383:23,
1401:12, 1419:10,
1423:11, 1463:7,
1463:8, 1463:20
**global** [1] - 1373:2,
1375:6, 1389:4
**globe** [2] - 1418:21,
1420:12
**glossed** [1] - 1361:6
**go-ahead** [2] - 1331:4,
1340:23
**goal** [3] - 1272:20,
1274:11, 1276:22
**goals** [2] - 1273:25,
1275:4
**goods** [1] - 1262:6
**government** [226] -
1230:9, 1233:10,
1234:18, 1235:1,
1235:10, 1236:17,
1236:25, 1237:7,
1237:19, 1238:19,
1238:22, 1239:3,
1239:6, 1240:25,
1241:15, 1241:20,
1242:3, 1242:22,
1246:7, 1246:20,
1247:18, 1248:5,
1248:13, 1248:15,
1248:20, 1249:6,
1249:8, 1249:14,
1249:17, 1250:7,
1251:23, 1252:2,
1254:9, 1255:22,
1255:24, 1258:13,

1258:15, 1259:10,
1259:12, 1259:18,
1260:13, 1260:15,
1260:20, 1261:1,
1261:15, 1261:18,
1263:1, 1263:21,
1264:14, 1264:17,
1264:19, 1264:20,
1264:21, 1265:1,
1265:3, 1265:11,
1265:13, 1265:16,
1265:20, 1266:1,
1266:4, 1266:14,
1267:2, 1268:25,
1271:22, 1272:8,
1272:11, 1272:23,
1273:1, 1273:5,
1274:5, 1274:6,
1274:9, 1275:9,
1276:18, 1276:21,
1276:24, 1277:9,
1277:14, 1277:21,
1277:24, 1278:1,
1281:2, 1281:6,
1281:17, 1281:19,
1282:11, 1282:17,
1282:21, 1283:18,
1284:3, 1284:6,
1284:8, 1284:12,
1284:20, 1286:17,
1287:10, 1287:12,
1287:18, 1288:3,
1288:7, 1288:25,
1289:3, 1289:6,
1289:12, 1290:24,
1291:3, 1292:5,
1293:25, 1294:3,
1294:19, 1294:21,
1294:23, 1295:10,
1295:20, 1295:22,
1297:24, 1300:22,
1303:14, 1304:3,
1304:14, 1304:15,
1305:19, 1308:19,
1308:22, 1309:15,
1309:19, 1309:24,
1311:22, 1312:11,
1312:22, 1313:7,
1313:14, 1314:1,
1315:14, 1316:2,
1316:12, 1316:15,
1318:7, 1324:6,
1335:16, 1358:2,
1358:9, 1361:6,
1361:18, 1362:1,
1362:9, 1362:25,
1363:4, 1363:6,
1363:10, 1363:14,
1364:3, 1368:9,
1368:12, 1368:19,
1368:22, 1369:6,

1369:12, 1369:19,
1370:3, 1370:25,
1374:15, 1375:21,
1377:6, 1378:6,
1378:15, 1378:20,
1379:8, 1379:24,
1381:25, 1390:21,
1391:4, 1391:14,
1391:20, 1391:25,
1396:23, 1398:3,
1398:17, 1399:7,
1399:10, 1400:6,
1400:12, 1402:12,
1403:24, 1404:2,
1404:21, 1404:24,
1405:4, 1405:19,
1410:22, 1411:24,
1412:2, 1415:13,
1417:13, 1417:21,
1417:23, 1418:18,
1419:1, 1421:7,
1423:2, 1426:4,
1426:11, 1428:9,
1428:14, 1429:21,
1429:25, 1430:1,
1430:4, 1430:18,
1432:12, 1432:23,
1434:2, 1434:20,
1435:3, 1443:9,
1444:14, 1445:22,
1447:25, 1458:14,
1458:18, 1459:10,
1466:1

**Government** [15] -
1228:2, 1382:25,
1385:15, 1386:16,
1394:20, 1399:24,
1402:4, 1411:16,
1414:21, 1415:20,
1417:6, 1419:25,
1422:25, 1427:25,
1453:5

**Government's** [4] -
1384:2, 1421:4,
1423:25, 1428:20

**government's** [16] -
1239:16, 1292:2,
1303:7, 1312:20,
1377:18, 1390:17,
1390:20, 1391:1,
1392:24, 1395:14,
1396:18, 1410:25,
1422:16, 1436:16,
1437:24, 1438:19

**GOVERNMENT'S** [2] -
1229:5, 1229:7

**grain** [1] - 1403:2

**grand** [1] - 1269:19

**grateful** [1] - 1360:23

**grave** [1] - 1408:3

**great** [4] - 1310:12,
1355:6, 1355:10,
1446:18

**greater** [7] - 1240:20,
1271:1, 1274:19,
1275:16, 1294:19,
1311:24, 1352:1

**grip** [3] - 1320:9,
1327:19, 1331:13

**ground** [4] - 1391:8,
1447:18, 1449:3,
1452:5

**grounds** [1] - 1312:3

**group** [3] - 1297:10,
1391:14, 1452:9

**guaranteeing** [1] -
1449:17

**guess** [1] - 1436:14

**guesswork** [3] -
1298:5, 1302:6,
1455:9

**guidelines** [1] -
1294:9

**guilt** [24] - 1234:18,
1235:2, 1235:9,
1235:11, 1236:9,
1237:18, 1238:23,
1244:16, 1251:11,
1266:25, 1284:18,
1295:20, 1299:12,
1302:4, 1302:16,
1302:17, 1307:9,
1310:3, 1311:15,
1311:17, 1361:16,
1366:15, 1368:6,
1432:25

**guilty** [80] - 1234:14,
1236:1, 1236:2,
1237:6, 1237:22,
1237:23, 1237:24,
1238:20, 1239:2,
1239:8, 1239:25,
1240:12, 1249:7,
1259:17, 1266:3,
1266:7, 1267:10,
1267:12, 1268:10,
1268:24, 1271:20,
1272:22, 1273:3,
1273:11, 1277:16,
1278:3, 1280:25,
1284:14, 1285:3,
1285:5, 1286:1,
1286:15, 1287:14,
1287:17, 1288:1,
1290:19, 1290:22,
1292:16, 1292:20,
1293:3, 1293:13,
1294:24, 1295:11,
1300:23, 1302:17,

1304:3, 1311:13,
1311:14, 1312:21,
1351:1, 1352:10,
1358:10, 1360:18,
1361:14, 1364:4,
1372:20, 1379:2,
1379:10, 1390:12,
1398:12, 1406:17,
1414:16, 1426:9,
1432:15, 1436:4,
1438:21, 1457:23,
1458:14, 1458:20,
1458:21, 1459:19,
1460:17, 1460:22,
1460:23, 1461:3

**guy** [6] - 1334:7,
1334:9, 1384:23,
1425:19, 1440:12,
1457:18

**guys** [1] - 1391:2

---

# H

**half** [3] - 1313:24,
1314:20, 1371:23

**halted** [1] - 1372:15

**hand** [6] - 1236:7,
1273:1, 1290:19,
1373:10, 1430:12,
1430:13

**handful** [1] - 1411:3

**handle** [1] - 1421:8

**hands** [4] - 1324:9,
1348:16, 1360:6,
1360:15

**hang** [1] - 1386:24

**happy** [5] - 1320:21,
1329:21, 1335:10,
1350:20, 1369:12

**hard** [8] - 1233:14,
1356:5, 1377:5,
1393:13, 1399:2,
1406:11, 1408:23,
1457:9

**harmed** [1] - 1266:16

**harmless** [1] -
1249:25

**harmony** [2] -
1369:24, 1391:16

**Harry** [6] - 1321:4,
1332:20, 1332:22,
1333:25, 1334:20,
1440:7

**Harsono** [1] - 1340:19

**hats** [1] - 1384:24

**Haven** [3] - 1227:8,
1228:4, 1468:19

**haze** [1] - 1368:2

**head** [8] - 1340:4,
1374:3, 1374:6,

1387:10, 1387:23,
1387:25, 1389:14,
1389:18

**headquarter** [2] -
1392:9, 1392:11

**headquarters'** [5] -
1373:23, 1375:17,
1395:19, 1395:24,
1423:12

**hear** [12] - 1296:14,
1316:13, 1329:17,
1342:24, 1345:15,
1358:14, 1370:8,
1370:11, 1417:16,
1437:10, 1445:13,
1463:23

**heard** [117] - 1230:17,
1247:22, 1299:24,
1301:2, 1301:13,
1309:2, 1311:20,
1313:20, 1321:7,
1321:9, 1321:11,
1323:14, 1323:18,
1324:7, 1324:11,
1324:17, 1325:24,
1328:7, 1328:8,
1328:12, 1330:13,
1330:16, 1332:14,
1333:7, 1334:4,
1335:15, 1337:17,
1338:18, 1339:1,
1339:13, 1340:10,
1340:18, 1341:13,
1342:18, 1342:19,
1342:23, 1343:3,
1344:13, 1344:16,
1345:1, 1345:12,
1345:14, 1345:15,
1346:2, 1346:14,
1346:15, 1346:17,
1347:15, 1347:17,
1348:23, 1349:18,
1351:2, 1352:14,
1353:11, 1353:20,
1353:21, 1353:23,
1353:24, 1354:2,
1354:3, 1356:16,
1357:9, 1360:13,
1362:4, 1362:6,
1365:15, 1365:24,
1366:23, 1368:18,
1368:20, 1368:23,
1370:13, 1370:19,
1371:21, 1374:5,
1374:17, 1377:2,
1378:9, 1378:18,
1382:17, 1382:22,
1383:9, 1387:2,
1387:16, 1388:14,
1390:24, 1394:7,
1398:22, 1399:19,

1400:19, 1401:11,
1401:17, 1403:3,
1406:5, 1406:8,
1412:25, 1415:24,
1418:4, 1418:6,
1418:8, 1418:9,
1418:12, 1424:8,
1424:20, 1429:15,
1441:15, 1441:16,
1442:14, 1445:14,
1446:5, 1451:18,
1453:16, 1454:2,
1455:10, 1456:7,
1456:8, 1462:19

**hearing** [1] - 1446:2

**hears** [1] - 1301:6

**heat** [1] - 1318:25

**heavier** [1] - 1254:5

**heightened** [1] -
1371:11

**held** [3] - 1291:13,
1405:25, 1414:5

**help** [25] - 1233:25,
1304:21, 1334:13,
1344:25, 1356:19,
1356:20, 1356:21,
1357:21, 1369:19,
1389:17, 1392:11,
1393:9, 1393:15,
1393:19, 1395:19,
1395:21, 1404:17,
1407:10, 1417:4,
1420:14, 1421:20,
1425:20, 1451:8,
1460:20

**helped** [10] - 1301:20,
1317:4, 1317:11,
1338:7, 1348:18,
1356:1, 1356:10,
1357:1, 1454:25,
1456:11

**helpful** [1] - 1234:7

**helping** [13] - 1322:21,
1326:19, 1337:13,
1339:18, 1339:19,
1339:20, 1357:20,
1368:12, 1392:10,
1450:4, 1455:15,
1457:3

**helps** [1] - 1355:24

**hereby** [1] - 1468:8

**hesitancy** [1] - 1370:4

**hesitate** [8] - 1235:19,
1235:23, 1362:19,
1362:22, 1364:18,
1368:1, 1408:5,
1459:13

**hide** [1] - 1316:22

**hiding** [1] - 1305:4

**high** [5] - 1264:10,

1293:7, 1370:4,
1377:14, 1399:11
**higher** [1] - 1425:5
**highlighted** [1] -
1405:4
**himself** [14] - 1245:9,
1287:11, 1287:15,
1288:21, 1288:25,
1290:15, 1301:20,
1337:10, 1403:6,
1429:17, 1454:1,
1457:1, 1457:2,
1457:20
**hint** [1] - 1415:19
**hire** [18] - 1316:22,
1317:4, 1319:8,
1319:10, 1320:12,
1332:12, 1334:8,
1339:20, 1342:20,
1356:20, 1376:2,
1378:12, 1380:10,
1380:25, 1385:5,
1389:17, 1397:23,
1404:16
**hired** [13] - 1335:24,
1349:4, 1350:14,
1363:12, 1398:19,
1399:9, 1403:17,
1404:1, 1405:14,
1417:17, 1426:13,
1440:12, 1441:10
**hires** [1] - 1334:10
**hiring** [19] - 1335:25,
1340:15, 1376:16,
1376:21, 1376:25,
1380:13, 1380:20,
1381:8, 1382:8,
1389:21, 1397:3,
1408:10, 1412:23,
1428:10, 1440:1,
1443:1, 1443:2,
1446:20
**hit** [3] - 1359:15,
1369:2, 1408:22
**hitting** [1] - 1429:3
**hold** [3] - 1318:3,
1405:19, 1457:22
**hole** [1] - 1390:19
**holes** [2] - 1364:13,
1370:7
**home** [5] - 1301:14,
1323:2, 1323:4,
1354:9, 1360:21
**honest** [4] - 1291:20,
1305:2, 1305:10
**honestly** [1] - 1291:13
**honestly-held** [1] -
1291:13
**Honor** [24] - 1230:10,
1230:17, 1315:2,

1315:15, 1315:19,
1316:3, 1316:17,
1319:1, 1358:18,
1358:24, 1359:3,
1359:7, 1435:1,
1437:5, 1437:9,
1438:2, 1438:4,
1438:14, 1466:3,
1466:10, 1466:22,
1466:25, 1467:17,
1467:18
**HONORABLE** [1] -
1227:18
**honored** [1] - 1467:21
**hope** [2] - 1356:6,
1435:1
**hoped** [1] - 1310:23
**hopefully** [1] - 1314:5
**hopes** [1] - 1311:3
**Hoskins** [305] -
1230:4, 1234:11,
1234:14, 1234:24,
1238:1, 1238:5,
1238:8, 1238:10,
1238:11, 1238:20,
1239:2, 1239:13,
1242:23, 1243:3,
1247:25, 1248:18,
1250:8, 1251:20,
1254:14, 1254:18,
1254:23, 1255:5,
1256:1, 1259:17,
1259:20, 1259:21,
1259:22, 1259:25,
1260:4, 1260:22,
1266:3, 1266:6,
1266:25, 1267:18,
1269:5, 1269:10,
1269:21, 1269:24,
1270:4, 1271:3,
1272:1, 1278:6,
1278:14, 1278:20,
1279:5, 1284:18,
1288:4, 1291:4,
1291:7, 1291:9,
1291:19, 1291:23,
1292:7, 1292:13,
1294:24, 1294:25,
1295:21, 1300:23,
1302:14, 1304:3,
1308:22, 1311:12,
1312:11, 1312:17,
1313:1, 1327:11,
1327:24, 1329:20,
1339:25, 1340:1,
1340:6, 1342:3,
1357:11, 1358:15,
1359:6, 1359:8,
1359:17, 1360:5,
1360:8, 1360:14,

1360:18, 1360:21,
1360:22, 1361:10,
1361:14, 1362:9,
1362:11, 1363:8,
1363:11, 1363:15,
1363:21, 1364:4,
1365:5, 1365:14,
1365:16, 1365:21,
1365:23, 1366:1,
1366:4, 1366:9,
1366:23, 1366:24,
1367:7, 1367:9,
1368:15, 1370:9,
1370:12, 1371:21,
1371:23, 1372:5,
1372:13, 1372:16,
1372:22, 1372:23,
1373:8, 1373:10,
1373:16, 1373:20,
1374:2, 1374:4,
1374:20, 1375:2,
1375:13, 1375:25,
1376:14, 1377:8,
1377:9, 1377:12,
1377:22, 1378:3,
1378:5, 1378:8,
1378:21, 1379:1,
1379:19, 1381:18,
1381:21, 1382:5,
1382:9, 1383:3,
1384:9, 1384:19,
1384:25, 1385:3,
1385:24, 1386:10,
1386:11, 1386:18,
1386:20, 1387:3,
1387:6, 1387:8,
1387:13, 1388:3,
1388:12, 1388:15,
1388:16, 1388:19,
1388:21, 1389:7,
1389:19, 1390:1,
1390:8, 1390:10,
1390:11, 1390:16,
1390:22, 1391:25,
1392:17, 1394:9,
1394:11, 1394:17,
1394:18, 1394:23,
1395:8, 1395:12,
1395:16, 1397:7,
1397:10, 1397:15,
1397:19, 1398:8,
1398:14, 1398:18,
1398:21, 1399:3,
1399:8, 1399:14,
1399:17, 1400:1,
1401:16, 1401:22,
1402:4, 1402:17,
1402:18, 1403:25,
1404:3, 1404:6,
1404:23, 1405:17,
1405:20, 1405:22,

1405:24, 1406:4,
1406:13, 1406:21,
1406:25, 1407:6,
1407:7, 1407:13,
1407:23, 1408:9,
1408:13, 1408:21,
1409:5, 1409:19,
1409:22, 1409:25,
1410:10, 1410:19,
1411:3, 1411:13,
1411:15, 1411:17,
1411:18, 1411:25,
1412:1, 1412:22,
1412:24, 1413:5,
1413:7, 1413:16,
1413:18, 1413:25,
1414:8, 1414:13,
1414:16, 1414:22,
1414:24, 1415:1,
1415:7, 1415:9,
1415:13, 1415:18,
1415:21, 1417:3,
1417:4, 1417:7,
1417:9, 1417:18,
1417:24, 1418:22,
1422:20, 1423:9,
1423:25, 1424:2,
1425:10, 1425:13,
1425:24, 1426:3,
1426:12, 1426:24,
1427:3, 1427:5,
1427:6, 1427:13,
1427:15, 1427:17,
1427:24, 1428:5,
1428:7, 1428:15,
1429:10, 1431:3,
1431:5, 1432:22,
1433:15, 1433:23,
1433:25, 1434:3,
1434:7, 1434:14,
1434:17, 1435:13,
1436:4, 1439:1,
1439:10, 1439:17,
1440:22, 1441:4,
1441:8, 1441:20,
1442:12, 1442:13,
1442:22, 1443:21,
1445:18, 1446:25,
1447:13, 1447:19,
1449:10, 1450:20,
1451:23, 1451:24,
1461:3
**HOSKINS** [2] - 1227:8,
1468:3
**Hoskins'** [47] -
1292:11, 1299:14,
1366:15, 1369:22,
1371:2, 1372:6,
1376:4, 1376:15,
1378:11, 1378:19,
1380:7, 1380:12,

1381:8, 1381:11,
1381:14, 1385:13,
1387:10, 1387:14,
1387:25, 1388:7,
1388:23, 1389:1,
1389:6, 1390:2,
1391:18, 1392:2,
1392:6, 1396:5,
1396:9, 1401:20,
1403:9, 1403:14,
1405:10, 1411:1,
1411:5, 1411:8,
1411:20, 1413:3,
1413:11, 1414:20,
1415:12, 1428:9,
1429:5, 1432:13,
1435:21, 1440:4,
1448:7
**hostility** [1] - 1305:24
**hotel** [5] - 1321:8,
1321:9, 1328:10,
1335:8, 1348:8
**hotels** [1] - 1371:24
**hour** [5] - 1313:24,
1314:20, 1316:7,
1443:25
**hours** [3] - 1231:10,
1313:25, 1316:5
**Houston** [1] - 1453:8
**human** [1] - 1361:2
**humbling** [1] -
1359:18
**HW** [1] - 1440:7

**I**

**i.e** [2] - 1382:19,
1430:2
**idea** [7] - 1411:16,
1412:14, 1418:10,
1431:14, 1431:16,
1431:19, 1438:23
**identification** [1] -
1299:5
**identified** [4] -
1443:11, 1443:13,
1460:19, 1461:5
**identify** [1] - 1339:19
**identifying** [1] -
1340:15
**identities** [1] - 1244:7
**ignorance** [1] -
1292:25
**ignore** [3] - 1231:19,
1300:8, 1300:9
**ii** [1] - 1255:18
**iii** [1] - 1255:20
**illegal** [7] - 1246:3,
1336:2, 1336:7,
1336:13, 1404:11,

1407:2, 1426:5
**illogical** [1] - 1392:25
**image** [1] - 1374:12
**images** [1] - 1368:2
**imagine** [3] - 1383:19, 1393:13, 1421:1
**immaterial** [1] - 1302:19
**immediate** [2] - 1341:7, 1447:9
**impact** [3] - 1340:8, 1366:20, 1462:25
**impartial** [3] - 1235:6, 1236:3, 1236:8
**impartiality** [1] - 1294:16
**impartially** [1] - 1459:2
**impeached** [2] - 1307:2, 1308:15
**implied** [1] - 1379:25
**implore** [4] - 1407:6, 1409:16, 1425:23, 1435:6
**imply** [1] - 1421:9
**importance** [6] - 1235:20, 1304:22, 1362:19, 1367:16, 1368:6, 1408:3
**important** [33] - 1234:2, 1235:24, 1243:21, 1254:7, 1296:15, 1296:17, 1297:13, 1307:24, 1343:8, 1344:6, 1352:21, 1360:4, 1361:1, 1361:5, 1362:15, 1362:23, 1364:19, 1369:14, 1377:21, 1381:14, 1398:23, 1408:6, 1419:3, 1419:10, 1421:17, 1422:1, 1426:20, 1430:4, 1447:23, 1448:3, 1462:11, 1462:20, 1464:15
**importantly** [1] - 1339:6
**impose** [1] - 1309:11
**imposed** [1] - 1295:15
**imposes** [2] - 1234:21, 1361:20
**imposing** [1] - 1295:7
**impossible** [1] - 1436:12
**impress** [1] - 1419:14
**impressed** [1] - 1306:4
**improbability** [1] -

1307:4
**improper** [10] - 1233:17, 1255:20, 1258:11, 1259:6, 1260:16, 1265:15, 1326:16, 1402:3, 1415:19, 1420:13
**improperly** [1] - 1300:5
**inability** [1] - 1309:4
**inaccurate** [2] - 1291:18, 1462:16
**inadvertently** [1] - 1290:4
**Inc** [30] - 1246:21, 1248:1, 1260:17, 1318:22, 1319:4, 1323:15, 1323:20, 1323:24, 1324:23, 1325:5, 1325:15, 1325:17, 1325:19, 1341:3, 1341:4, 1342:19, 1343:14, 1351:20, 1363:8, 1375:18, 1375:22, 1448:18, 1448:22, 1448:24, 1449:5, 1453:6, 1453:8, 1453:11, 1453:25, 1454:6
**Inc.'s** [1] - 1375:23
**incentive** [3] - 1305:21, 1369:12, 1370:3
**inciteful** [1] - 1371:2
**incitement** [1] - 1336:12
**include** [4] - 1275:11, 1299:20, 1314:17, 1314:24
**included** [4] - 1269:23, 1384:9, 1392:6, 1417:2
**includes** [3] - 1262:1, 1275:6, 1283:21
**including** [10] - 1271:9, 1292:4, 1292:6, 1331:18, 1370:14, 1377:25, 1389:20, 1423:3, 1428:23, 1461:24
**incomplete** [1] - 1462:16
**incomprehensible** [1] - 1428:22
**inconsistencies** [1] - 1306:15
**inconsistent** [4] - 1253:12, 1291:9, 1291:25, 1353:8

**inconvenience** [1] - 1303:12
**incorrect** [1] - 1291:19
**increase** [7] - 1340:7, 1415:22, 1416:3, 1416:7, 1416:19, 1449:17
**increased** [1] - 1416:10
**increases** [1] - 1240:22
**increasing** [1] - 1416:12
**incredible** [1] - 1393:24
**incriminating** [1] - 1413:10
**indeed** [5] - 1240:12, 1244:18, 1388:3, 1390:25, 1429:7
**independent** [5] - 1240:8, 1243:23, 1432:2, 1448:18, 1458:8
**indication** [1] - 1437:16
**indicted** [1] - 1234:12
**indictment** [50] - 1234:12, 1237:13, 1237:14, 1238:21, 1239:9, 1239:17, 1241:4, 1241:11, 1241:19, 1243:1, 1243:20, 1248:8, 1248:12, 1248:17, 1249:2, 1249:6, 1249:21, 1251:2, 1251:24, 1252:3, 1255:3, 1262:10, 1267:8, 1269:7, 1271:25, 1272:13, 1279:3, 1284:25, 1291:1, 1292:6, 1293:18, 1302:10, 1312:13, 1315:25, 1318:15, 1324:14, 1361:12, 1361:15, 1364:5, 1375:21, 1376:7, 1378:4, 1390:13, 1397:21, 1426:10, 1426:16, 1436:5, 1444:7, 1444:8, 1444:9
**indirectly** [3] - 1258:21, 1260:6, 1264:1
**individual** [10] - 1240:21, 1246:10, 1297:5, 1306:21, 1373:12, 1441:25,

1454:13, 1458:25, 1459:7, 1459:13
**individually** [1] - 1461:15
**individuals** [3] - 1250:9, 1294:21, 1427:21
**Indonesia** [41] - 1256:2, 1256:3, 1256:4, 1265:2, 1269:14, 1269:15, 1269:16, 1279:12, 1279:20, 1280:1, 1280:7, 1280:13, 1316:19, 1317:5, 1321:8, 1323:10, 1323:25, 1328:1, 1331:19, 1334:5, 1334:6, 1336:22, 1355:20, 1356:7, 1384:19, 1384:22, 1404:24, 1424:9, 1430:13, 1431:7, 1431:20, 1431:24, 1432:1, 1439:23, 1441:17, 1448:1, 1449:3, 1454:3, 1454:9, 1457:3, 1457:16
**Indonesian** [5] - 1316:21, 1371:6, 1409:12, 1410:20, 1424:12
**induce** [6] - 1260:10, 1260:12, 1265:8, 1265:10, 1326:14, 1326:15
**induces** [1] - 1287:6
**inducing** [6] - 1255:18, 1255:21, 1258:9, 1258:12, 1259:2, 1259:7
**industry** [1] - 1433:19
**ineffective** [3] - 1247:12, 1339:3, 1446:16
**infamous** [1] - 1400:9
**infer** [6] - 1242:11, 1297:19, 1301:10, 1301:21, 1372:1, 1413:18
**inference** [9] - 1244:4, 1244:11, 1298:8, 1312:10, 1313:2, 1410:9, 1410:11, 1410:21
**inferences** [13] - 1232:25, 1244:1, 1293:16, 1297:23, 1297:25, 1298:2,

1298:4, 1298:12, 1298:14, 1298:16, 1303:6, 1309:6, 1311:11
**inferred** [1] - 1247:14
**influence** [31] - 1237:18, 1255:22, 1255:24, 1258:12, 1258:14, 1259:10, 1259:11, 1260:8, 1260:13, 1260:14, 1261:10, 1265:6, 1265:11, 1265:12, 1266:11, 1295:7, 1295:16, 1296:13, 1296:18, 1319:11, 1319:19, 1319:20, 1326:13, 1326:15, 1329:3, 1404:17, 1418:25, 1420:10, 1420:15, 1421:25, 1431:21
**influenced** [6] - 1297:6, 1300:6, 1300:19, 1306:7, 1458:11, 1462:21
**influencing** [3] - 1255:16, 1258:7, 1258:24
**inform** [2] - 1460:11, 1462:8
**information** [17] - 1305:14, 1307:22, 1318:8, 1365:14, 1365:23, 1365:25, 1385:8, 1400:18, 1402:9, 1402:25, 1422:11, 1444:25, 1461:19, 1462:1, 1462:14, 1462:23
**informed** [3] - 1244:10, 1330:1, 1442:4
**infrastructure** [1] - 1373:3
**inherent** [1] - 1307:4
**initial** [1] - 1385:4
**initialed** [1] - 1351:19
**initiated** [2] - 1384:5, 1432:5
**initiating** [2] - 1283:22
**initiative** [1] - 1393:7
**innocence** [6] - 1235:5, 1295:1, 1361:8, 1361:23, 1366:15, 1368:6
**innocent** [10] - 1234:16, 1234:24, 1249:23, 1249:24, 1306:10, 1308:25,

1312:24, 1361:12,
1404:15, 1436:1
**inserted** [1] - 1348:10
**inside** [6] - 1325:6,
1347:12, 1347:23,
1348:1, 1351:6,
1351:15
**insisted** [1] - 1336:23
**insofar** [1] - 1234:7
**Instagram** [1] -
1461:25
**instances** [1] -
1363:18
**instant** [1] - 1461:23
**instead** [3] - 1263:7,
1292:8, 1317:15
**institute** [1] - 1274:16
**institution** [1] - 1276:6
**instruct** [19] -
1231:11, 1232:14,
1244:5, 1309:3,
1324:17, 1325:24,
1330:16, 1335:15,
1337:17, 1338:18,
1339:1, 1346:2,
1347:15, 1347:18,
1349:18, 1351:3,
1353:11, 1356:16,
1398:23
**instructed** [12] -
1243:15, 1248:25,
1250:2, 1278:8,
1283:14, 1299:3,
1299:8, 1299:25,
1311:10, 1339:6,
1352:15, 1431:8
**instructing** [1] -
1341:21
**instruction** [19] -
1231:19, 1278:9,
1288:5, 1337:4,
1342:25, 1350:2,
1352:20, 1398:23,
1398:25, 1409:17,
1431:10, 1436:18,
1437:18, 1446:11,
1452:7, 1453:16,
1454:19, 1455:24,
1466:15
**instructions** [32] -
1231:15, 1231:16,
1231:17, 1231:20,
1232:8, 1232:17,
1232:19, 1239:12,
1260:23, 1260:25,
1267:5, 1270:2,
1272:14, 1284:23,
1294:6, 1295:25,
1297:18, 1313:18,
1313:20, 1314:4,

1315:4, 1325:25,
1337:5, 1341:18,
1361:8, 1362:13,
1364:16, 1385:24,
1409:15, 1458:3,
1462:7, 1464:4
**instrument** [8] -
1276:5, 1278:25,
1280:19, 1281:10,
1281:22, 1281:24,
1282:13, 1282:15
**instrumentalities** [7] -
1255:8, 1255:23,
1255:25, 1256:11,
1262:7, 1262:11,
1264:15
**instrumentality** [15] -
1258:1, 1258:13,
1258:15, 1259:11,
1259:13, 1259:23,
1260:14, 1260:15,
1261:20, 1262:4,
1264:18, 1264:19,
1265:1, 1265:12,
1265:14
**instruments** [7] -
1273:16, 1274:21,
1278:21, 1279:9,
1281:4, 1282:4,
1282:18
**insult** [1] - 1441:3
**insurance** [1] -
1464:20
**intake** [1] - 1374:10
**integral** [3] - 1283:25,
1350:4, 1453:19
**integrity** [3] - 1457:8,
1457:13, 1457:19
**intelligence** [1] -
1416:8
**intend** [1] - 1347:13
**intended** [12] - 1246:2,
1261:9, 1261:10,
1262:25, 1266:11,
1277:10, 1277:21,
1290:7, 1323:25,
1349:3, 1356:12,
1427:8
**intending** [1] -
1279:12
**intent** [20] - 1243:7,
1261:14, 1269:11,
1273:18, 1277:11,
1277:15, 1280:23,
1281:4, 1281:13,
1282:22, 1289:7,
1289:18, 1289:19,
1299:14, 1302:22,
1302:23, 1303:2,
1330:17, 1404:7,

1466:16
**intention** [2] -
1245:23, 1283:6
**intentional** [2] -
1292:15, 1306:11
**intentionally** [7] -
1261:4, 1283:1,
1289:17, 1291:5,
1291:11, 1291:22,
1292:8
**interact** [2] - 1425:20,
1447:25
**interacting** [2] -
1446:12, 1446:14
**interactions** [1] -
1367:9
**interest** [7] - 1243:16,
1243:18, 1276:14,
1305:6, 1310:7,
1312:4, 1459:10
**interesting** [2] -
1390:25, 1421:6
**interests** [4] -
1245:11, 1311:1,
1393:4, 1419:3
**interfere** [2] - 1296:2,
1297:15
**intermediary** [1] -
1336:11
**intermediate** [1] -
1454:17
**international** [5] -
1256:11, 1270:21,
1274:17, 1384:6,
1385:17
**International** [46] -
1344:4, 1344:10,
1344:12, 1344:14,
1344:18, 1344:22,
1345:3, 1345:4,
1370:18, 1373:11,
1373:17, 1374:2,
1374:9, 1375:3,
1375:16, 1380:16,
1380:19, 1381:15,
1381:23, 1383:5,
1383:6, 1384:8,
1384:10, 1384:13,
1385:1, 1385:23,
1386:5, 1386:6,
1386:9, 1386:20,
1386:23, 1389:18,
1391:11, 1392:2,
1392:6, 1394:16,
1394:21, 1394:25,
1396:20, 1396:25,
1397:6, 1423:16,
1444:21, 1444:24,
1445:23, 1456:19
**internationally** [1] -

1466:7
**Internet** [3] - 1461:22,
1462:14
**interpretations** [1] -
1364:12
**intersect** [1] - 1384:15
**interstate** [13] -
1255:8, 1256:11,
1258:2, 1259:23,
1261:20, 1261:22,
1262:4, 1262:7,
1262:11, 1274:17,
1275:14, 1276:4,
1276:7
**intervened** [2] -
1429:9, 1429:19
**interview** [1] - 1457:7
**intra** [1] - 1262:1
**intrastate** [1] - 1262:2
**introduced** [1] -
1295:24
**introduction** [1] -
1233:17
**introductions** [1] -
1421:20
**intuition** [1] - 1302:6
**intuitively** [1] - 1396:1
**invade** [1] - 1233:4
**investigate** [1] -
1462:10
**investigation** [1] -
1455:11
**investigative** [1] -
1303:15
**investment** [1] -
1282:2
**involved** [29] -
1242:13, 1247:16,
1262:13, 1275:15,
1275:22, 1277:23,
1303:17, 1316:18,
1320:13, 1320:18,
1321:2, 1337:20,
1353:25, 1356:25,
1357:3, 1385:25,
1404:16, 1411:21,
1412:23, 1417:3,
1427:5, 1427:20,
1427:21, 1431:19,
1433:24, 1434:1,
1440:17, 1454:21
**involvement** [8] -
1318:24, 1365:9,
1369:23, 1375:8,
1375:13, 1428:10,
1429:5, 1442:19
**involving** [1] - 1327:8
**irrelevant** [1] - 1387:5
**issue** [16] - 1244:16,
1251:11, 1293:17,

1295:5, 1341:10,
1390:1, 1415:10,
1423:23, 1424:22,
1450:10, 1450:11,
1450:12, 1460:19,
1466:2, 1466:3,
1466:21
**issues** [11] - 1233:3,
1303:19, 1304:12,
1315:9, 1320:25,
1340:25, 1365:2,
1423:18, 1449:24,
1450:10, 1459:17,
1465:24, 1466:14
**itself** [7] - 1245:4,
1250:4, 1253:3,
1302:24, 1311:23,
1348:17, 1353:2
**iv** [1] - 1255:21

---

## J

**Jakarta** [2] - 1400:6,
1401:23
**jam** [1] - 1424:12
**JANET** [1] - 1227:18
**January** [1] - 1256:17
**Japanese** [1] -
1424:19
**Java** [1] - 1299:10
**JBA** [2] - 1227:4,
1468:3
**JBIC** [2] - 1424:20,
1424:23
**Jeffrey** [1] - 1311:21
**job** [30] - 1233:20,
1304:6, 1317:7,
1323:2, 1354:6,
1355:11, 1356:13,
1380:9, 1380:19,
1380:20, 1381:11,
1382:22, 1392:6,
1392:12, 1395:21,
1396:5, 1396:9,
1404:19, 1412:22,
1413:7, 1415:19,
1422:13, 1423:13,
1425:20, 1433:17,
1445:15, 1447:24,
1456:23, 1467:19
**join** [4] - 1240:5,
1243:9, 1317:1,
1352:22
**joined** [5] - 1243:5,
1244:13, 1366:24,
1367:2, 1373:12
**joins** [1] - 1252:9
**joint** [1] - 1246:13
**joint-stock** [1] -
1246:13

Joubert [1] - 1375:11
judge [33] - 1232:12,
1233:20, 1324:17,
1325:24, 1330:13,
1330:16, 1335:15,
1337:17, 1346:2,
1347:15, 1347:18,
1349:18, 1351:2,
1353:2, 1353:11,
1356:16, 1361:6,
1362:24, 1377:23,
1379:15, 1380:1,
1398:22, 1399:1,
1409:14, 1409:19,
1431:8, 1432:11,
1433:1, 1435:15,
1444:3, 1444:4,
1444:10, 1453:17
Judge [1] - 1364:16
judge's [6] - 1325:25,
1342:25, 1362:13,
1392:16, 1452:7,
1454:19
judges [7] - 1232:21,
1233:7, 1304:8,
1309:23, 1360:9,
1459:9
judgment [4] - 1308:3,
1309:9, 1361:2,
1459:7
judgments [2] -
1304:16, 1304:18
judicial [2] - 1462:20,
1462:25
jump [1] - 1297:5
jumping [1] - 1354:17
junior [1] - 1393:16
Junji [1] - 1256:5
Juror [6] - 1230:5,
1436:25, 1464:25,
1465:1
JUROR [1] - 1436:13
juror [9] - 1230:18,
1314:16, 1314:17,
1359:4, 1437:20,
1458:23, 1459:7,
1460:7, 1465:7
juror's [1] - 1462:6
jurors [19] - 1233:4,
1235:8, 1295:13,
1296:6, 1296:16,
1297:11, 1300:18,
1314:8, 1314:13,
1314:14, 1458:11,
1459:4, 1459:15,
1460:4, 1462:5,
1462:17, 1462:24,
1464:13, 1464:17
JURY [3] - 1227:12,
1227:18, 1229:4

Jury [9] - 1230:2,
1231:2, 1314:21,
1316:9, 1358:16,
1358:25, 1436:20,
1438:10, 1465:22
jury [27] - 1231:1,
1231:25, 1232:3,
1232:20, 1235:1,
1269:19, 1296:7,
1298:9, 1313:5,
1313:23, 1315:5,
1358:22, 1359:9,
1361:22, 1361:24,
1376:9, 1407:5,
1421:6, 1430:9,
1438:9, 1447:5,
1459:21, 1460:1,
1462:4, 1463:2,
1465:10
justice [3] - 1294:23,
1296:5, 1362:16
Justice [1] - 1228:7
justified [1] - 1298:15
justifies [1] - 1262:17
justify [1] - 1244:11

K

Kaelin [14] - 1374:5,
1374:6, 1382:24,
1383:8, 1384:7,
1386:17, 1386:18,
1394:23, 1397:6,
1401:22, 1413:6,
1413:9, 1413:12
Kaelin's [1] - 1383:4
Kahn [3] - 1316:16,
1439:13, 1446:8
KAHN [5] - 1228:6,
1316:3, 1316:6,
1316:17, 1319:3
karet [1] - 1424:12
keep [14] - 1308:21,
1323:8, 1350:20,
1352:25, 1360:11,
1369:12, 1398:3,
1403:7, 1435:6,
1435:19, 1435:22,
1438:5, 1460:20,
1461:7
kept [2] - 1349:6,
1379:24
Keshishian [1] -
1396:12
key [14] - 1320:1,
1320:3, 1327:15,
1373:19, 1374:9,
1385:10, 1385:11,
1385:14, 1385:18,
1386:1, 1395:8,

1395:9, 1449:25,
1450:5
keyed [1] - 1319:25
keys [12] - 1382:16,
1384:3, 1384:14,
1385:8, 1385:14,
1385:16, 1386:5,
1386:8, 1397:5,
1417:11, 1417:12,
1450:6
keywords [1] -
1463:15
kind [4] - 1240:3,
1311:11, 1423:19,
1445:11
kinds [1] - 1309:25
kitchen [3] - 1301:14,
1301:15, 1301:17
knowing [7] - 1246:4,
1255:13, 1258:19,
1264:4, 1292:15,
1292:17, 1326:8
knowingly [30] -
1241:5, 1241:10,
1242:23, 1243:5,
1248:8, 1248:21,
1249:19, 1269:12,
1272:1, 1273:14,
1275:21, 1277:1,
1277:4, 1279:6,
1288:20, 1288:24,
1290:15, 1291:5,
1291:10, 1291:22,
1292:8, 1292:18,
1292:21, 1293:10,
1293:12, 1306:19,
1318:1, 1337:10,
1346:22, 1434:18
knowledge [34] -
1243:6, 1244:3,
1244:12, 1245:14,
1245:16, 1245:21,
1251:8, 1262:21,
1264:9, 1268:13,
1275:22, 1278:2,
1286:5, 1289:23,
1290:2, 1291:16,
1293:3, 1299:15,
1299:22, 1301:5,
1303:2, 1303:18,
1330:18, 1369:23,
1399:2, 1403:14,
1407:2, 1408:2,
1426:5, 1435:8,
1447:24, 1466:3,
1466:18, 1466:19
known [7] - 1244:6,
1246:24, 1269:18,
1301:4, 1399:4,
1412:17, 1462:23

knows [8] - 1387:19,
1408:14, 1423:7,
1424:16, 1424:23,
1437:17, 1441:21,
1449:3
Kron's [1] - 1354:12
Kusunoki [2] - 1256:5,
1269:17

L

Labuan [1] - 1299:10
lack [10] - 1234:4,
1235:17, 1236:4,
1297:17, 1302:16,
1303:25, 1308:19,
1360:17, 1407:3,
1459:3
lackey [1] - 1377:10
ladies [30] - 1230:3,
1231:3, 1313:17,
1315:24, 1316:10,
1324:15, 1326:4,
1326:21, 1335:11,
1338:19, 1339:23,
1345:22, 1350:12,
1352:13, 1358:12,
1358:21, 1359:1,
1359:9, 1366:16,
1372:19, 1374:24,
1378:7, 1391:16,
1397:18, 1398:16,
1401:5, 1408:1,
1410:15, 1438:11,
1465:9
land [1] - 1388:4
language [6] -
1362:13, 1391:10,
1413:22, 1414:11,
1421:19, 1435:25
lapse [1] - 1306:10
large [4] - 1373:1,
1393:21, 1445:11,
1448:1
larger [1] - 1308:10
Larry [12] - 1309:18,
1320:17, 1340:10,
1341:11, 1342:23,
1345:2, 1346:18,
1354:1, 1357:2,
1357:10, 1405:1,
1415:24
LARYEA [5] - 1228:7,
1437:9, 1437:11,
1438:2, 1438:6
Laryea [1] - 1317:21
last [11] - 1338:16,
1347:1, 1352:12,
1357:1, 1357:20,
1364:20, 1367:6,

1381:7, 1409:10,
1431:24, 1455:13
lastly [1] - 1313:6
late [3] - 1230:6,
1230:20, 1465:11
latest [2] - 1342:11,
1465:15
launder [4] - 1238:8,
1269:5, 1272:19,
1317:1
laundering [34] -
1238:10, 1269:7,
1271:21, 1272:3,
1272:22, 1272:25,
1278:19, 1281:1,
1285:5, 1286:2,
1287:1, 1324:24,
1325:4, 1347:8,
1350:23, 1363:22,
1363:23, 1377:15,
1379:12, 1414:17,
1426:16, 1426:19,
1429:11, 1429:21,
1430:22, 1432:14,
1434:19, 1452:8,
1453:7, 1455:17,
1461:1, 1461:6,
1464:4, 1466:16
lavalier [1] - 1315:17
law [37] - 1231:12,
1231:17, 1232:5,
1232:7, 1232:15,
1234:16, 1234:20,
1240:8, 1240:10,
1242:8, 1244:24,
1245:19, 1248:23,
1250:21, 1252:1,
1253:8, 1261:15,
1261:16, 1289:18,
1289:20, 1289:21,
1294:7, 1294:22,
1295:25, 1301:25,
1302:1, 1303:16,
1303:22, 1309:10,
1311:22, 1316:20,
1353:4, 1361:19,
1362:15, 1444:9
lawful [6] - 1249:23,
1255:19, 1258:10,
1259:4, 1261:7,
1265:9
LAWRENCE [2] -
1227:8, 1468:3
Lawrence [43] -
1234:11, 1238:1,
1238:5, 1238:7,
1238:10, 1238:11,
1238:20, 1295:20,
1300:23, 1304:3,
1311:12, 1327:11,

1327:24, 1329:19, 1339:25, 1340:1, 1340:6, 1342:3, 1357:11, 1372:5, 1372:16, 1372:22, 1372:23, 1375:13, 1383:2, 1384:19, 1384:25, 1386:18, 1386:20, 1397:7, 1405:20, 1405:24, 1407:12, 1407:13, 1407:14, 1407:16, 1407:20, 1408:21, 1425:7, 1427:24, 1433:23, 1434:14, 1461:3

**laws** [4] - 1240:3, 1240:10, 1246:16, 1419:2

**lawyers** [3] - 1233:19, 1299:20, 1300:3

**layers** [1] - 1427:23

**laying** [1] - 1333:24

**leader** [1] - 1448:4, 1448:5

**leadership** [1] - 1354:12

**leading** [5] - 1322:22, 1332:18, 1343:9, 1382:3

**leads** [1] - 1239:3

**learn** [1] - 1339:11

**learned** [2] - 1296:7, 1400:14

**learning** [2] - 1231:23, 1293:2

**least** [16] - 1241:10, 1243:10, 1245:21, 1248:7, 1248:9, 1249:9, 1249:18, 1249:19, 1272:24, 1273:9, 1283:20, 1368:23, 1371:23, 1409:2, 1429:23, 1455:6

**leave** [4] - 1294:8, 1460:1, 1465:20, 1467:10

**leaves** [2] - 1301:17, 1361:24

**leaving** [5] - 1354:21, 1354:22, 1355:8, 1355:21, 1413:9

**left** [24] - 1317:14, 1323:1, 1323:11, 1326:21, 1334:1, 1337:25, 1353:21, 1354:6, 1356:13, 1356:14, 1363:18, 1363:19, 1366:25,

1367:4, 1373:10, 1427:3, 1427:18, 1430:13, 1432:18, 1433:15, 1433:16, 1433:25, 1434:1, 1457:7

**left-hand** [2] - 1373:10, 1430:13

**legal** [6] - 1231:14, 1291:15, 1383:7, 1383:8, 1419:3, 1429:16

**legitimate** [8] - 1312:1, 1402:10, 1410:12, 1413:1, 1416:21, 1420:18, 1421:11, 1423:1

**length** [2] - 1443:10, 1443:12

**lengthy** [1] - 1372:14

**leniency** [1] - 1369:7

**less** [5] - 1311:24, 1334:24, 1367:1, 1372:24, 1425:8

**less-favorable** [1] - 1425:8

**lesser** [3] - 1294:19, 1311:25, 1393:20

**letter** [8] - 1323:3, 1354:9, 1355:22, 1355:24, 1369:7, 1396:12, 1434:4, 1434:7

**level** [5] - 1368:17, 1383:2, 1419:21, 1440:8, 1441:13

**levels** [11] - 1321:4, 1321:5, 1332:22, 1332:23, 1334:14, 1334:16, 1334:20, 1334:21, 1334:23, 1440:8, 1440:9

**leverage** [1] - 1425:5

**liability** [3] - 1244:17, 1288:2, 1290:23

**liable** [1] - 1263:15

**lie** [1] - 1311:4

**Lieberherr** [1] - 1375:10

**lies** [3] - 1317:22, 1369:5, 1372:3, 1377:16, 1387:20

**life** [2] - 1235:20, 1420:12

**light** [2] - 1298:15, 1307:21

**lighter** [1] - 1310:9

**lights** [1] - 1418:19

**likelihood** [1] - 1240:22

**likely** [6] - 1236:22, 1253:18, 1284:9, 1349:25, 1430:2, 1432:21

**likewise** [1] - 1389:18

**limit** [2] - 1249:5, 1252:1

**limitations** [7] - 1236:14, 1236:21, 1251:23, 1252:1, 1252:4, 1254:12, 1278:12

**limited** [9] - 1299:1, 1299:3, 1299:9, 1327:7, 1372:3, 1406:9, 1406:24, 1409:4, 1409:16

**line** [9] - 1322:5, 1343:2, 1350:15, 1370:1, 1374:23, 1383:6, 1389:6, 1397:18, 1403:5

**lines** [16] - 1359:20, 1373:4, 1374:25, 1375:12, 1378:10, 1378:20, 1383:14, 1383:17, 1383:20, 1383:22, 1387:16, 1387:18, 1387:24, 1395:3, 1457:3

**lining** [1] - 1335:10

**LinkedIn** [1] - 1461:24

**links** [1] - 1402:17

**list** [2] - 1373:19, 1465:24

**listen** [3] - 1231:24, 1297:10, 1337:5

**listened** [1] - 1304:17

**lists** [2] - 1248:12

**literally** [1] - 1360:5

**littered** [1] - 1418:1

**live** [2] - 1322:14, 1360:22

**lives** [5] - 1359:12, 1359:15, 1362:4, 1362:20, 1367:17

**LLC** [1] - 1228:18

**LLP** [1] - 1228:14

**lobby** [1] - 1404:17

**lobbying** [7] - 1374:10, 1405:15, 1410:13, 1418:24, 1419:17, 1420:12, 1421:11

**lobbyists** [1] - 1418:25

**local** [10] - 1342:16, 1343:10, 1371:25, 1405:14, 1410:13, 1420:14, 1421:19,

1421:24, 1422:6, 1447:23

**locate** [1] - 1463:13

**located** [3] - 1269:24, 1270:4, 1271:3

**logical** [1] - 1298:6

**London** [1] - 1230:20

**longest** [1] - 1410:23

**look** [57] - 1308:16, 1311:7, 1319:5, 1327:3, 1329:20, 1339:25, 1343:20, 1344:3, 1347:21, 1354:8, 1356:3, 1372:17, 1375:4, 1376:8, 1381:22, 1382:11, 1382:14, 1382:25, 1383:4, 1384:2, 1385:15, 1386:16, 1391:14, 1394:20, 1395:5, 1396:11, 1398:25, 1401:20, 1404:5, 1404:9, 1404:13, 1405:9, 1406:24, 1407:7, 1411:10, 1414:20, 1415:9, 1415:20, 1420:20, 1421:5, 1422:19, 1423:13, 1423:24, 1426:3, 1427:25, 1428:20, 1430:19, 1435:10, 1436:2, 1439:20, 1440:4, 1441:24, 1442:1, 1442:12, 1449:20, 1449:23, 1452:16

**looked** [2] - 1297:9, 1445:14

**looking** [13] - 1339:13, 1344:2, 1384:1, 1391:13, 1407:17, 1408:16, 1424:2, 1424:4, 1425:17, 1439:22, 1442:18

**looks** [2] - 1353:3, 1424:5

**LORINDA** [1] - 1228:7

**lorinda.laryea@ usdoj.gov** [1] - 1228:10

**lose** [1] - 1416:10

**loss** [2] - 1344:17, 1445:5

**lost** [1] - 1333:9

**louder** [1] - 1242:15

**lousy** [1] - 1425:13

**low** [2] - 1368:16, 1442:20

**lower** [6] - 1321:3,

1332:23, 1334:16, 1334:21, 1419:21, 1440:8

**lower-level** [1] - 1419:21

**loyalty** [1] - 1305:21

**lunch** [5] - 1313:22, 1314:19, 1315:13, 1467:10, 1467:11

**Lunch** [1] - 1315:22

**lying** [1] - 1310:22

## M

**mail** [54] - 1228:5, 1228:15, 1228:20, 1270:1, 1322:20, 1327:10, 1327:12, 1327:22, 1327:23, 1329:5, 1329:15, 1331:1, 1331:2, 1331:17, 1331:20, 1331:23, 1331:24, 1332:15, 1334:25, 1341:8, 1341:24, 1349:9, 1354:17, 1354:24, 1355:16, 1356:4, 1372:14, 1385:21, 1386:17, 1402:5, 1402:16, 1405:22, 1406:3, 1406:8, 1406:22, 1408:16, 1408:20, 1408:22, 1411:23, 1412:14, 1413:12, 1414:23, 1414:24, 1415:8, 1415:21, 1415:24, 1417:7, 1417:14, 1420:1, 1422:24, 1440:5, 1440:24, 1442:16, 1449:14

**mailed** [2] - 1330:4, 1366:13

**mailing** [3] - 1331:9, 1340:20, 1413:5

**mails** [80] - 1255:7, 1258:1, 1259:22, 1261:19, 1324:10, 1328:24, 1330:9, 1330:20, 1335:22, 1337:13, 1347:4, 1359:22, 1367:6, 1370:14, 1371:8, 1371:10, 1371:12, 1371:15, 1371:20, 1372:2, 1372:4, 1372:8, 1399:20, 1403:2, 1403:6, 1403:22, 1404:1,

1404:2, 1404:5, 1404:14, 1404:25, 1405:5, 1405:6, 1405:17, 1405:20, 1406:1, 1406:10, 1406:14, 1406:17, 1407:9, 1407:14, 1407:16, 1407:20, 1408:11, 1408:13, 1408:15, 1409:1, 1409:2, 1409:4, 1409:6, 1409:18, 1409:23, 1410:10, 1410:12, 1410:18, 1411:3, 1411:10, 1411:17, 1415:13, 1415:17, 1418:19, 1422:20, 1425:22, 1425:25, 1426:3, 1434:4, 1434:9, 1435:7, 1435:20, 1435:21, 1439:13, 1440:4, 1442:11, 1442:13, 1443:12, 1443:20, 1444:1, 1449:10, 1452:13

**main** [3] - 1338:19, 1379:23, 1453:9

**maintain** [1] - 1437:4

**major** [1] - 1244:22

**makers** [3] - 1320:1, 1360:7, 1420:15

**man** [5] - 1377:13, 1404:19, 1406:4, 1435:25

**managed** [1] - 1424:19

**management** [1] - 1374:1

**managing** [1] - 1413:8

**manifestation** [2] - 1247:1, 1379:16

**manner** [2] - 1269:21, 1300:19

**Manning** [1] - 1228:18

**March** [5] - 1256:22, 1257:11, 1279:23, 1280:10, 1414:2

**Margaret** [1] - 1396:12

**marine** [1] - 1373:5

**marked** [1] - 1299:4

**market** [1] - 1421:21

**markets** [1] - 1354:14

**marshal** [7] - 1392:10, 1460:2, 1460:11, 1460:12, 1461:10, 1461:11, 1463:8

**marshals** [1] - 1463:20

**Martini** [1] - 1228:18

**Marubeni** [12] - 1256:4, 1256:5, 1269:16, 1269:17, 1341:5, 1341:8, 1370:17, 1424:18, 1430:22, 1431:25, 1442:5, 1447:7

**Marubeni's** [2] - 1270:7, 1271:6

**Maryland** [17] - 1256:16, 1256:21, 1257:15, 1257:20, 1270:3, 1270:9, 1270:14, 1270:19, 1270:25, 1279:10, 1279:19, 1279:25, 1280:6, 1280:12, 1430:25, 1431:6, 1431:23

**massive** [2] - 1369:12, 1389:9

**master** [1] - 1333:15

**master's** [1] - 1374:25

**matter** [26] - 1235:19, 1244:3, 1266:8, 1298:5, 1300:14, 1304:21, 1306:20, 1307:24, 1337:24, 1362:19, 1367:15, 1367:22, 1368:5, 1377:16, 1390:14, 1391:17, 1398:1, 1404:7, 1408:3, 1409:1, 1445:8, 1454:23, 1455:1, 1455:14, 1468:10

**matters** [2] - 1233:22, 1306:21

**mean** [21] - 1230:10, 1237:1, 1262:19, 1275:5, 1311:23, 1344:19, 1364:8, 1366:2, 1367:13, 1368:11, 1386:2, 1392:12, 1392:23, 1393:2, 1393:10, 1393:25, 1394:6, 1396:6, 1396:7, 1408:8, 1421:9

**meaning** [3] - 1260:23, 1282:11, 1288:6

**means** [41] - 1236:22, 1242:2, 1253:18, 1255:7, 1256:10, 1258:1, 1259:23, 1261:8, 1261:20, 1261:22, 1262:3, 1262:10, 1264:13, 1269:21, 1276:2,

1276:8, 1276:11, 1276:14, 1281:24, 1283:1, 1313:10, 1335:16, 1350:24, 1362:8, 1366:2, 1368:11, 1371:22, 1373:22, 1387:23, 1390:10, 1390:11, 1391:22, 1392:16, 1393:2, 1393:3, 1396:8, 1424:13, 1424:14, 1433:3, 1461:20, 1462:9

**meant** [3] - 1277:4, 1402:22, 1417:25

**measured** [1] - 1244:17

**measures** [1] - 1438:1

**mechanisms** [1] - 1262:4

**media** [4] - 1300:13, 1461:21, 1461:24, 1462:15

**meet** [9] - 1264:23, 1298:18, 1337:22, 1341:12, 1355:14, 1358:1, 1364:3, 1387:25, 1419:20

**meeting** [34] - 1321:8, 1321:9, 1321:20, 1328:9, 1328:10, 1328:18, 1335:7, 1341:9, 1346:11, 1348:7, 1365:20, 1365:22, 1370:12, 1398:7, 1400:4, 1400:6, 1400:9, 1400:16, 1400:19, 1400:21, 1400:22, 1401:5, 1401:9, 1401:12, 1401:21, 1401:23, 1402:6, 1419:5, 1419:11, 1420:2, 1427:10, 1441:17, 1441:24, 1442:3

**meetings** [3] - 1337:15, 1347:4, 1365:17

**meets** [1] - 1425:15

**Melissa** [2] - 1227:24, 1468:5

**MELISSA** [1] - 1468:17

**member** [29] - 1240:2, 1241:6, 1242:24, 1243:3, 1243:19, 1244:5, 1244:7, 1244:19, 1244:20, 1245:4, 1245:7,

1245:19, 1250:16, 1250:19, 1251:1, 1251:16, 1252:10, 1267:7, 1268:1, 1272:2, 1277:2, 1284:24, 1285:16, 1320:3, 1327:15, 1363:22, 1412:14, 1412:19, 1433:4

**members** [16] - 1232:20, 1241:9, 1241:21, 1243:2, 1245:6, 1248:23, 1250:22, 1251:4, 1267:21, 1268:20, 1285:11, 1286:11, 1346:12, 1419:5, 1433:6

**membership** [3] - 1245:12, 1276:25, 1432:13

**memories** [2] - 1354:24, 1367:16

**memory** [4] - 1234:8, 1305:7, 1306:10, 1458:7

**mental** [6] - 1289:1, 1291:1, 1291:6, 1292:4, 1292:15, 1292:18

**mention** [1] - 1415:15

**mentioned** [6] - 1286:20, 1303:22, 1325:13, 1382:23, 1390:25, 1456:16

**mere** [7] - 1245:3, 1245:5, 1245:9, 1245:13, 1289:22, 1311:21, 1352:23

**merely** [5] - 1245:17, 1252:18, 1289:25, 1293:5, 1404:15

**merits** [1] - 1233:22

**messages** [2] - 1328:21, 1442:13

**messaging** [1] - 1461:23

**met** [14] - 1241:22, 1284:10, 1295:22, 1304:15, 1362:10, 1365:5, 1366:1, 1368:18, 1388:2, 1400:1, 1432:12, 1456:12, 1459:11

**method** [7] - 1261:6, 1261:8, 1262:3, 1266:24, 1268:25, 1284:17, 1286:16

**middle** [3] - 1335:14, 1376:7, 1409:10

**might** [14] - 1297:2, 1297:14, 1305:22, 1331:25, 1370:22, 1399:4, 1402:19, 1408:23, 1420:23, 1437:12, 1462:15, 1462:16, 1462:22

**mike** [1] - 1315:17

**milestones** [1] - 1429:4

**million** [3] - 1415:23, 1416:13, 1416:16

**millions** [1] - 1439:2

**mind** [23] - 1230:24, 1249:22, 1264:4, 1292:11, 1306:7, 1308:21, 1310:5, 1360:12, 1371:3, 1372:7, 1372:10, 1398:3, 1403:8, 1404:8, 1404:15, 1411:5, 1411:11, 1425:25, 1435:7, 1435:19, 1435:22, 1441:1, 1442:25

**minds** [2] - 1307:12, 1346:11

**Mines** [3] - 1334:3, 1439:23, 1439:25

**minimum** [1] - 1231:8

**Minister** [3] - 1334:3, 1439:23, 1439:25

**minister** [1] - 1334:23

**ministers** [2] - 1333:4, 1333:6

**ministry** [1] - 1440:9

**minor** [2] - 1244:22, 1356:18

**minute** [7] - 1318:6, 1358:13, 1366:8, 1410:7, 1436:15, 1448:16, 1454:14

**minutes** [9] - 1230:15, 1236:16, 1316:7, 1316:8, 1374:19, 1390:25, 1434:24, 1436:17, 1436:19

**misconduct** [1] - 1434:10

**missing** [2] - 1301:19, 1364:13

**mission** [1] - 1395:9

**missions** [3] - 1373:19, 1374:9, 1395:8

**mistake** [2] - 1283:2, 1291:20

**mistaken** [2] - 1293:5, 1305:11

**misunderstanding** [1]

- 1291:20
**misuse** [1] - 1261:11
**Mitsui** [2] - 1412:25,
1413:1
**Mizushima** [1] -
1341:8
**mock** [1] - 1368:24
**modems** [1] - 1371:17
**Moeis** [52] - 1270:11,
1270:16, 1270:22,
1279:21, 1280:2,
1280:8, 1280:14,
1319:6, 1320:1,
1320:2, 1320:7,
1321:15, 1321:22,
1321:23, 1323:25,
1325:6, 1325:18,
1327:15, 1327:19,
1328:14, 1328:20,
1331:6, 1331:8,
1331:12, 1331:15,
1334:15, 1337:1,
1348:2, 1349:5,
1349:11, 1349:16,
1350:20, 1370:17,
1402:23, 1403:20,
1412:1, 1412:7,
1412:9, 1412:14,
1420:7, 1426:22,
1441:9, 1441:12,
1441:22, 1442:8,
1442:9, 1442:22,
1453:25, 1454:7,
1455:20
**Moenaf** [46] - 1256:3,
1269:15, 1320:4,
1320:8, 1320:16,
1320:19, 1321:21,
1322:13, 1322:23,
1327:11, 1327:22,
1327:23, 1328:1,
1328:18, 1328:25,
1329:8, 1329:13,
1329:16, 1329:19,
1329:25, 1331:16,
1331:21, 1334:25,
1340:19, 1341:2,
1341:5, 1342:3,
1342:9, 1345:6,
1346:16, 1349:10,
1355:13, 1356:4,
1370:15, 1384:22,
1394:19, 1402:5,
1402:21, 1403:2,
1403:7, 1405:2,
1416:6, 1441:8,
1443:22, 1447:7,
1451:22
**moment** [15] -
1230:23, 1247:11,

1330:11, 1339:2,
1346:9, 1361:4,
1362:14, 1364:1,
1365:10, 1369:20,
1379:13, 1404:13,
1405:19, 1446:16,
1450:16
**moments** [1] - 1384:1
**monetary** [23] -
1270:14, 1270:19,
1270:21, 1270:25,
1273:15, 1274:15,
1274:21, 1275:13,
1275:15, 1276:2,
1276:5, 1278:21,
1278:25, 1279:9,
1280:19, 1281:3,
1281:10, 1281:21,
1281:24, 1282:12,
1282:15, 1282:18,
1283:19
**money** [124] - 1238:8,
1238:10, 1255:10,
1255:14, 1258:4,
1258:20, 1260:1,
1263:3, 1269:5,
1269:6, 1270:2,
1270:13, 1270:18,
1271:6, 1271:21,
1272:3, 1272:19,
1272:22, 1272:25,
1273:15, 1278:19,
1281:1, 1282:2,
1282:7, 1285:5,
1286:2, 1287:1,
1317:2, 1317:9,
1320:22, 1320:23,
1322:7, 1322:10,
1322:17, 1323:21,
1323:23, 1324:8,
1324:24, 1324:25,
1325:1, 1325:2,
1325:3, 1325:5,
1325:21, 1326:8,
1326:9, 1328:5,
1328:6, 1328:14,
1328:15, 1329:1,
1330:6, 1330:8,
1332:15, 1333:5,
1333:21, 1335:1,
1336:19, 1342:5,
1344:11, 1347:7,
1347:11, 1347:22,
1347:25, 1348:16,
1348:21, 1349:15,
1350:16, 1350:17,
1350:20, 1350:23,
1351:6, 1351:13,
1351:15, 1351:20,
1351:25, 1352:3,
1352:4, 1352:5,

1352:6, 1352:8,
1357:22, 1363:22,
1363:23, 1377:15,
1379:12, 1403:19,
1414:17, 1425:16,
1426:15, 1426:19,
1427:14, 1429:11,
1429:21, 1430:20,
1430:21, 1430:22,
1431:14, 1431:16,
1432:13, 1434:19,
1439:8, 1440:20,
1441:6, 1442:10,
1445:6, 1452:8,
1452:15, 1452:20,
1452:21, 1453:2,
1453:7, 1453:11,
1453:24, 1454:3,
1454:6, 1454:8,
1455:17, 1455:19,
1460:25, 1461:6,
1466:4, 1466:6,
1466:16
**moneys** [2] - 1270:15,
1270:24
**monotonous** [1] -
1359:22
**month** [1] - 1355:23
**months** [3] - 1322:25,
1331:10, 1430:20
**moreover** [2] - 1244:9,
1245:15
**morning** [2] - 1230:3,
1465:21
**Morvillo** [6] - 1358:23,
1359:5, 1438:18,
1438:24, 1439:16,
1448:14
**MORVILLO** [7] -
1228:12, 1230:13,
1315:16, 1358:24,
1359:7, 1434:25,
1467:18
**most** [17] - 1235:24,
1307:14, 1318:16,
1361:1, 1362:7,
1362:23, 1364:19,
1364:24, 1369:14,
1372:3, 1401:2,
1408:5, 1413:15,
1422:21, 1439:18,
1452:24, 1463:9
**mother** [2] - 1437:2,
1437:19
**motion** [6] - 1252:21,
1323:12, 1353:12,
1428:16, 1455:15,
1456:1
**motivated** [1] - 1311:3
**motivation** [2] -

1311:4, 1311:6
**motive** [11] - 1261:4,
1299:14, 1302:13,
1302:15, 1302:16,
1302:19, 1302:20,
1302:21, 1305:22,
1310:11, 1435:16
**Mouillet** [5] - 1329:6,
1342:9, 1355:13,
1415:1, 1415:5
**mouth** [1] - 1301:18
**move** [5] - 1269:4,
1324:25, 1325:1,
1325:2, 1351:25
**moves** [1] - 1361:19
**moving** [2] - 1333:1,
1403:12
**MR** [26] - 1230:9,
1230:13, 1230:17,
1315:2, 1315:14,
1315:16, 1315:18,
1316:3, 1316:6,
1316:17, 1319:1,
1319:3, 1358:18,
1358:24, 1359:7,
1434:25, 1437:4,
1437:8, 1438:4,
1438:14, 1466:2,
1466:10, 1466:25,
1467:15, 1467:17,
1467:18
**MS** [4] - 1437:9,
1437:11, 1438:2,
1438:6
**Muara** [23] - 1299:7,
1299:10, 1319:17,
1320:13, 1321:1,
1321:6, 1327:12,
1330:11, 1331:14,
1334:13, 1334:15,
1335:6, 1409:8,
1409:11, 1409:15,
1409:20, 1409:24,
1410:3, 1410:16,
1415:4, 1422:22,
1440:23, 1442:18
**multinational** [4] -
1359:20, 1373:2,
1383:12, 1393:21
**multiple** [7] - 1283:24,
1350:3, 1350:11,
1364:12, 1423:22,
1428:23, 1453:18
**must** [130] - 1231:12,
1231:16, 1231:18,
1233:5, 1234:23,
1235:21, 1236:1,
1237:5, 1237:6,
1237:18, 1237:21,
1237:24, 1238:19,

1238:25, 1239:7,
1240:25, 1241:15,
1242:3, 1242:22,
1243:1, 1243:14,
1243:22, 1245:20,
1246:1, 1246:8,
1246:20, 1247:1,
1247:18, 1248:5,
1249:8, 1249:11,
1249:14, 1249:18,
1251:11, 1252:11,
1252:15, 1252:24,
1254:16, 1255:1,
1259:19, 1260:21,
1261:1, 1261:18,
1262:20, 1263:1,
1263:21, 1265:3,
1265:17, 1265:24,
1266:3, 1268:18,
1271:22, 1272:11,
1272:24, 1273:6,
1273:10, 1276:24,
1277:9, 1277:21,
1278:16, 1279:1,
1281:2, 1281:6,
1281:19, 1282:17,
1282:21, 1283:10,
1283:18, 1284:8,
1284:10, 1284:14,
1286:9, 1288:16,
1289:1, 1289:4,
1289:6, 1289:12,
1290:6, 1290:21,
1291:4, 1292:15,
1292:19, 1293:12,
1295:6, 1295:19,
1296:1, 1296:19,
1297:16, 1298:16,
1299:2, 1302:3,
1302:7, 1303:24,
1304:2, 1304:11,
1307:14, 1307:20,
1310:12, 1312:15,
1312:25, 1313:4,
1353:15, 1362:10,
1364:4, 1378:4,
1379:9, 1380:8,
1392:17, 1398:11,
1415:2, 1429:22,
1431:2, 1432:6,
1432:23, 1433:2,
1444:14, 1451:10,
1456:4, 1458:15,
1458:20, 1458:24,
1458:25, 1459:1,
1459:2, 1459:18,
1459:19, 1461:18,
1463:5, 1464:11
**mustn't** [1] - 1296:17
**mutual** [1] - 1242:4

# N

**N.W** [1] - 1228:8
**name** [6] - 1294:18,
1301:1, 1382:22,
1383:9, 1414:5,
1449:17
**named** [2] - 1312:12,
1373:12
**namely** [7] - 1265:2,
1273:19, 1274:23,
1279:10, 1279:11,
1282:24, 1289:9
**names** [2] - 1309:1,
1375:6
**narrow** [1] - 1365:1
**national** [2] - 1246:11,
1296:22
**NATS** [1] - 1354:23
**naturally** [1] - 1385:5
**nature** [3] - 1242:10,
1250:12, 1297:14
**near** [1] - 1294:5
**nearly** [1] - 1456:19
**necessarily** [2] -
1245:11, 1253:3
**necessary** [9] -
1245:20, 1262:12,
1263:11, 1265:20,
1287:10, 1288:20,
1302:13, 1454:20,
1458:22
**need** [46] - 1241:21,
1241:23, 1244:6,
1244:7, 1244:9,
1244:13, 1247:10,
1247:12, 1248:18,
1249:1, 1261:15,
1272:4, 1272:8,
1273:1, 1274:9,
1276:18, 1276:21,
1277:24, 1282:11,
1284:6, 1288:7,
1297:2, 1313:12,
1314:16, 1314:22,
1326:1, 1328:25,
1340:10, 1342:6,
1347:18, 1370:21,
1372:17, 1379:10,
1393:17, 1399:7,
1404:22, 1416:22,
1423:11, 1425:14,
1425:16, 1433:9,
1436:11, 1446:15,
1460:3, 1463:18,
1464:9
**needed** [11] - 1322:3,
1322:10, 1330:5,
1332:6, 1334:15,
1341:3, 1376:17,

1395:24, 1417:4,
1447:24, 1465:8
**needing** [2] - 1340:21,
1343:1
**needs** [10] - 1315:12,
1335:16, 1344:8,
1385:21, 1401:24,
1401:25, 1402:1,
1422:11, 1422:12,
1425:18
**negative** [1] - 1415:17
**negligent** [1] - 1293:5
**negotiable** [2] -
1282:4, 1282:8
**negotiate** [5] -
1339:21, 1376:23,
1449:16, 1456:11,
1457:4
**negotiated** [1] -
1450:18
**negotiating** [3] -
1440:15, 1447:12,
1448:22
**negotiation** [7] -
1340:12, 1342:1,
1343:9, 1424:3,
1425:6, 1447:12,
1449:13
**negotiations** [5] -
1322:22, 1417:10,
1423:5, 1446:22,
1447:1
**neighbor** [1] - 1437:1
**nervous** [1] - 1424:25
**network** [3] - 1345:7,
1373:11, 1374:7
**Network** [44] -
1344:10, 1344:12,
1344:14, 1344:18,
1344:22, 1345:3,
1345:4, 1370:18,
1373:11, 1373:18,
1374:2, 1374:10,
1375:3, 1380:17,
1380:20, 1381:15,
1381:23, 1383:5,
1383:6, 1384:8,
1384:10, 1384:13,
1385:1, 1385:23,
1386:5, 1386:6,
1386:9, 1386:20,
1386:23, 1389:19,
1391:11, 1392:3,
1392:6, 1394:16,
1394:22, 1395:1,
1396:21, 1396:25,
1397:6, 1423:16,
1444:21, 1444:24,
1445:24, 1456:19
**Network's** [2] -

1344:5, 1375:16
**never** [33] - 1234:19,
1234:20, 1301:19,
1312:23, 1312:24,
1327:18, 1338:10,
1345:13, 1353:22,
1353:24, 1354:3,
1354:5, 1357:23,
1361:19, 1361:24,
1362:7, 1365:19,
1365:21, 1366:12,
1397:19, 1399:22,
1400:3, 1412:8,
1414:8, 1418:7,
1424:17, 1435:23,
1435:24, 1437:15,
1444:1, 1445:14,
1451:19, 1464:1
**nevertheless** [2] -
1359:23, 1421:2
**New** [13] - 1227:8,
1228:4, 1228:8,
1228:14, 1230:19,
1256:15, 1256:20,
1256:25, 1257:7,
1257:14, 1257:19,
1270:8, 1468:19
**new** [9] - 1314:17,
1355:1, 1355:14,
1355:19, 1389:4,
1393:18, 1402:1,
1403:13, 1457:8
**news** [3] - 1355:6,
1355:10, 1362:5
**next** [9] - 1321:7,
1329:15, 1331:24,
1340:3, 1425:15,
1425:17, 1435:5,
1443:23, 1446:6
**nexus** [1] - 1466:19
**NH** [1] - 1228:3
**nice** [2] - 1434:2,
1440:12
**night** [1] - 1465:19
**nightmare** [1] - 1360:7
**Nine** [19] - 1278:18,
1279:2, 1279:17,
1285:8, 1288:7,
1289:6, 1293:23,
1315:1, 1325:3,
1347:8, 1347:17,
1347:20, 1349:17,
1349:22, 1351:2,
1426:17, 1429:20,
1431:4, 1461:4
**nine** [15] - 1238:9,
1238:14, 1254:20,
1278:23, 1283:12,
1283:17, 1284:11,
1284:19, 1285:5,

1285:24, 1286:14,
1286:21, 1287:1,
1290:12, 1429:12
**nobody** [2] - 1431:11,
1456:25
**none** [4] - 1365:11,
1365:25, 1368:14,
1399:14
**nonetheless** [1] -
1305:11
**nonexistence** [1] -
1308:7
**normal** [2] - 1413:16,
1434:6
**normally** [1] - 1452:20
**Northern** [1] - 1374:3
**notable** [1] - 1400:22
**notably** [1] - 1401:2
**note** [5] - 1426:20,
1444:5, 1463:6,
1463:7, 1467:8
**notebook** [6] -
1231:21, 1232:2,
1237:15, 1239:18,
1460:6
**notes** [8] - 1232:1,
1334:19, 1458:5,
1458:7, 1458:9,
1458:11, 1468:10
**nothing** [26] -
1233:22, 1339:15,
1342:25, 1354:1,
1359:14, 1361:13,
1361:14, 1369:22,
1369:23, 1410:24,
1413:10, 1413:23,
1415:23, 1417:13,
1419:4, 1419:11,
1419:13, 1419:14,
1419:17, 1419:19,
1419:20, 1420:6,
1420:8, 1420:13,
1434:15, 1464:3
**notice** [2] - 1237:16,
1394:22
**notifying** [1] - 1460:2
**noting** [1] - 1369:21
**November** [2] -
1227:5, 1256:10
**Novick** [2] - 1316:8,
1438:13
**NOVICK** [13] - 1228:3,
1230:9, 1230:17,
1315:2, 1315:14,
1315:18, 1319:1,
1358:18, 1438:14,
1466:2, 1466:25,
1467:15, 1467:17
**Number** [8] - 1230:5,
1334:4, 1381:9,

1436:25, 1464:25,
1465:1
**number** [12] -
1307:17, 1308:6,
1308:10, 1381:12,
1388:5, 1409:4,
1409:6, 1439:13,
1446:8, 1449:21,
1454:16, 1467:2
**numbers** [3] - 1314:7,
1464:10, 1464:22
**numerical** [1] - 1464:1
**numerous** [4] -
1368:19, 1383:14,
1427:21, 1429:15
**nutshell** [1] - 1384:12
**NY** [2] - 1228:14,
1228:14

# O

**oath** [2] - 1295:13,
1300:18
**object** [24] - 1239:24,
1240:15, 1241:25,
1242:2, 1249:20,
1271:18, 1272:19,
1272:25, 1273:12,
1274:8, 1274:11,
1274:13, 1276:20,
1276:22, 1277:7,
1277:10, 1277:17,
1277:19, 1277:22,
1278:4, 1300:4,
1433:12, 1466:14,
1466:17
**objection** [5] - 1300:6,
1300:7, 1300:10,
1465:25
**objections** [4] -
1233:16, 1300:1,
1315:7, 1466:11
**objective** [4] -
1241:14, 1243:8,
1250:4, 1273:7
**objectives** [8] -
1244:14, 1245:17,
1245:22, 1272:24,
1273:2, 1273:6,
1273:7, 1273:9
**objects** [5] - 1253:12,
1269:11, 1272:18,
1350:24, 1353:8
**obligation** [4] -
1233:16, 1312:19,
1361:20, 1465:5
**obligations** [1] -
1359:13
**obliged** [1] - 1455:8
**observe** [2] - 1304:5,

1305:8
**observed** [2] - 1301:3, 1304:17
**observing** [2] - 1233:25, 1306:12
**obtain** [5] - 1249:6, 1252:2, 1310:9, 1376:5, 1421:21
**obtained** [3] - 1251:24, 1265:21, 1276:13
**obtaining** [5] - 1256:7, 1258:16, 1259:14, 1260:18, 1265:18
**obvious** [2] - 1292:23, 1421:23
**obviously** [4] - 1288:12, 1325:25, 1327:7, 1392:2
**occasions** [2] - 1418:6, 1455:13
**occur** [2] - 1264:8, 1433:6
**occurred** [21] - 1249:4, 1249:12, 1274:7, 1276:19, 1283:12, 1283:24, 1293:19, 1293:21, 1293:24, 1303:5, 1307:10, 1350:3, 1367:9, 1401:4, 1427:2, 1429:14, 1429:18, 1429:23, 1430:5, 1430:25, 1453:18
**occurrence** [1] - 1303:1
**ocean** [1] - 1367:23
**October** [2] - 1257:16, 1366:24
**odd** [1] - 1391:16
**oddly** [1] - 1369:15
**OF** [3] - 1227:1, 1227:4, 1468:3
**offense** [26] - 1238:18, 1238:24, 1239:11, 1239:12, 1239:22, 1239:25, 1240:8, 1240:13, 1241:17, 1248:7, 1271:15, 1271:17, 1274:10, 1275:23, 1276:13, 1276:22, 1287:5, 1287:14, 1287:15, 1287:17, 1287:19, 1287:22, 1290:19, 1307:13, 1337:22, 1436:3
**offenses** [10] - 1240:11, 1246:22,

1269:19, 1283:11, 1287:23, 1291:11, 1292:1, 1292:3, 1292:6, 1378:4
**offer** [21] - 1255:9, 1255:10, 1258:3, 1258:4, 1260:2, 1261:9, 1263:7, 1263:12, 1263:22, 1265:23, 1266:9, 1266:10, 1266:13, 1266:17, 1266:22, 1308:23, 1365:14, 1393:3, 1401:18, 1416:25, 1425:12
**offered** [11] - 1255:15, 1258:20, 1259:25, 1260:5, 1263:2, 1263:25, 1299:4, 1299:8, 1299:9, 1300:2, 1300:5
**offering** [1] - 1425:4
**Office** [3] - 1228:3, 1437:18, 1437:21
**office** [4] - 1258:24, 1384:6, 1453:9
**officer** [2] - 1264:13, 1311:22
**offices** [1] - 1371:25
**official** [54] - 1255:12, 1255:15, 1255:17, 1255:18, 1255:20, 1255:21, 1258:6, 1258:8, 1258:9, 1258:11, 1258:12, 1258:22, 1258:25, 1259:1, 1259:2, 1259:3, 1259:5, 1259:6, 1259:7, 1259:8, 1259:9, 1260:3, 1260:7, 1260:9, 1260:10, 1260:12, 1261:11, 1263:13, 1263:14, 1263:23, 1264:2, 1264:13, 1264:16, 1265:7, 1265:8, 1265:10, 1266:14, 1273:20, 1274:23, 1311:22, 1336:10, 1357:22, 1412:2, 1423:2, 1423:3, 1423:7, 1443:16
**Official** [12] - 1227:24, 1270:11, 1270:16, 1270:22, 1271:10, 1279:20, 1280:1, 1280:7, 1280:14, 1468:6, 1468:17
**official's** [2] - 1260:11,

1265:9
**officially** [1] - 1385:11
**officials** [21] - 1253:8, 1271:9, 1316:21, 1319:12, 1319:18, 1319:19, 1319:22, 1321:19, 1324:12, 1326:14, 1332:10, 1334:2, 1353:5, 1404:24, 1410:20, 1419:1, 1429:15, 1448:1
**often** [9] - 1233:19, 1242:15, 1250:13, 1296:9, 1302:23, 1372:2, 1424:9, 1424:10
**old** [4] - 1367:15, 1387:22, 1393:24, 1408:16
**omissions** [2] - 1250:19, 1250:24
**omit** [5] - 1255:19, 1258:9, 1259:4, 1260:10, 1265:8
**once** [8] - 1230:6, 1252:9, 1319:23, 1348:21, 1352:24, 1394:10, 1397:12, 1444:1
**One** [13] - 1236:13, 1238:1, 1241:3, 1241:19, 1254:13, 1254:17, 1272:7, 1272:8, 1272:11, 1281:19, 1324:15, 1378:23, 1460:15
**one** [131] - 1231:19, 1233:3, 1233:24, 1233:25, 1237:24, 1239:5, 1239:13, 1239:16, 1239:23, 1241:2, 1241:9, 1241:10, 1245:5, 1247:1, 1247:17, 1248:7, 1248:9, 1248:20, 1249:9, 1249:18, 1249:19, 1250:17, 1251:22, 1258:6, 1260:7, 1262:21, 1265:4, 1267:7, 1272:11, 1272:24, 1273:5, 1273:9, 1273:24, 1275:3, 1281:9, 1281:16, 1284:2, 1288:12, 1290:2, 1293:19, 1294:5, 1297:21, 1297:25, 1300:25, 1306:14,

1311:4, 1311:5, 1314:13, 1324:21, 1324:22, 1325:4, 1325:14, 1326:11, 1326:12, 1328:20, 1331:18, 1331:19, 1332:6, 1332:15, 1333:15, 1336:24, 1338:9, 1339:7, 1344:21, 1347:2, 1348:10, 1349:11, 1350:6, 1350:17, 1350:21, 1352:16, 1355:3, 1355:24, 1359:3, 1362:4, 1365:4, 1367:6, 1368:4, 1369:16, 1369:25, 1373:8, 1374:22, 1376:20, 1378:22, 1378:23, 1380:17, 1381:6, 1383:6, 1383:10, 1383:24, 1389:11, 1390:12, 1391:1, 1391:18, 1398:11, 1400:4, 1400:5, 1402:12, 1402:24, 1410:23, 1423:15, 1423:18, 1427:10, 1433:8, 1437:1, 1442:7, 1442:8, 1443:12, 1443:19, 1444:21, 1445:5, 1449:5, 1449:6, 1449:22, 1450:7, 1450:10, 1450:11, 1450:12, 1450:16, 1450:18, 1453:21, 1454:8, 1455:25, 1457:2, 1459:4, 1459:22, 1460:22
**one-third** [1] - 1374:22
**ones** [6] - 1344:15, 1344:17, 1375:2, 1404:6, 1445:4, 1451:20
**opening** [1] - 1403:18
**operate** [2] - 1233:12, 1383:17
**operating** [1] - 1373:7
**opinion** [8] - 1232:4, 1233:9, 1291:13, 1291:17, 1296:18, 1297:7, 1459:14, 1459:17
**opinions** [1] - 1297:11
**opportunities** [1] - 1423:19
**opportunity** [7] -

1299:14, 1300:16, 1304:5, 1305:8, 1309:4, 1360:13, 1438:17
**opposite** [1] - 1410:21
**optimize** [1] - 1374:11
**optimum** [1] - 1332:6
**orally** [2] - 1231:22, 1463:23
**order** [26] - 1233:5, 1237:6, 1240:24, 1241:20, 1243:13, 1244:11, 1248:15, 1249:17, 1255:25, 1258:15, 1259:13, 1259:16, 1271:20, 1272:21, 1274:8, 1276:19, 1282:13, 1287:12, 1288:19, 1292:19, 1303:11, 1374:10, 1436:9, 1458:13, 1458:22, 1461:16
**Order** [1] - 1230:1
**orders** [1] - 1282:2
**ordinary** [3] - 1262:22, 1282:10, 1310:7
**org** [12] - 1339:13, 1339:14, 1375:1, 1375:9, 1444:17, 1444:20, 1444:21, 1444:23, 1445:8, 1445:10, 1445:14, 1452:4
**organization** [9] - 1246:14, 1344:6, 1345:5, 1371:7, 1373:9, 1383:5, 1394:22, 1456:21
**organize** [1] - 1314:6
**organized** [2] - 1246:16, 1461:7
**orientation** [2] - 1296:8, 1296:22
**origin** [1] - 1296:22
**original** [1] - 1416:5
**originally** [1] - 1324:3
**originate** [1] - 1452:21
**originating** [2] - 1452:15, 1453:2
**otherwise** [8] - 1282:3, 1282:5, 1292:23, 1296:2, 1300:17, 1412:3, 1462:22, 1467:13
**ought** [1] - 1232:5
**outcome** [4] - 1243:15, 1243:16, 1305:6, 1312:5
**outset** [1] - 1361:7

**outside** [18] - 1261:25, 1273:17, 1278:22, 1279:11, 1280:21, 1280:22, 1281:12, 1281:23, 1282:20, 1299:24, 1325:7, 1347:12, 1347:23, 1351:7, 1351:16, 1351:22, 1412:9, 1462:21
**Outside** [1] - 1230:2
**overlapped** [1] - 1399:17
**overrule** [2] - 1387:6, 1389:25
**overruled** [2] - 1300:10, 1386:11
**oversee** [1] - 1380:20
**oversight** [7] - 1376:4, 1376:24, 1380:21, 1389:20, 1395:20, 1397:23, 1416:4
**overt** [21] - 1241:10, 1241:12, 1248:8, 1248:12, 1248:16, 1248:19, 1248:21, 1248:25, 1249:9, 1249:11, 1249:15, 1249:18, 1249:22, 1250:3, 1272:5, 1289:14, 1337:11, 1347:2, 1347:3, 1347:5
**overview** [4] - 1237:10, 1318:13, 1318:19, 1324:13
**own** [29] - 1233:6, 1235:24, 1243:23, 1252:25, 1301:4, 1301:5, 1308:17, 1310:9, 1311:15, 1350:15, 1353:16, 1354:8, 1359:15, 1384:23, 1402:22, 1403:5, 1405:10, 1408:6, 1413:3, 1415:12, 1417:5, 1420:20, 1449:19, 1456:5, 1457:5, 1457:17, 1458:8, 1458:10, 1458:25
**owned** [2] - 1264:22, 1318:23

---

## P

**P&L** [2] - 1344:17, 1344:21
**p.m** [14] - 1314:21, 1315:22, 1316:9,

1358:16, 1358:20, 1358:25, 1436:20, 1438:8, 1438:10, 1465:22, 1467:24
**Pacific** [2] - 1374:3, 1454:6
**packed** [1] - 1433:16
**PAGE** [1] - 1229:3
**page** [9] - 1285:25, 1289:5, 1289:10, 1314:23, 1369:8, 1382:25, 1384:2, 1391:2, 1395:6
**pages** [8] - 1239:17, 1248:11, 1260:25, 1272:17, 1274:3, 1277:5, 1278:9, 1468:8
**paid** [26] - 1259:25, 1263:2, 1270:13, 1270:18, 1270:24, 1319:24, 1323:12, 1324:12, 1348:15, 1356:4, 1357:6, 1403:10, 1403:19, 1405:8, 1410:4, 1410:8, 1418:1, 1418:7, 1424:6, 1424:15, 1424:17, 1424:24, 1424:25, 1440:19, 1453:10, 1456:10
**paint** [1] - 1377:7
**painted** [1] - 1304:13
**paper** [4] - 1232:2, 1282:8, 1451:6, 1451:8
**Paragraph** [1] - 1376:8
**paralegal** [3] - 1437:13, 1437:14, 1437:17
**Paris** [6] - 1366:24, 1366:25, 1370:18, 1371:24, 1388:2, 1433:16
**park** [1] - 1372:10
**parliament** [5] - 1320:3, 1327:16, 1412:15, 1412:19, 1419:5
**part** [40] - 1239:21, 1242:20, 1244:12, 1255:3, 1266:14, 1269:8, 1279:13, 1283:12, 1283:20, 1283:25, 1287:4, 1291:9, 1344:23, 1345:1, 1350:4, 1350:11, 1350:21,

1356:22, 1356:23, 1356:24, 1357:2, 1357:4, 1357:5, 1380:20, 1385:25, 1392:5, 1392:12, 1396:4, 1409:10, 1422:23, 1423:12, 1429:23, 1430:25, 1448:19, 1453:19, 1454:8, 1454:10, 1456:18, 1456:21
**participant** [3] - 1243:13, 1246:4, 1404:4
**participants** [1] - 1242:19
**participate** [8] - 1243:6, 1268:11, 1286:3, 1288:22, 1290:13, 1314:14, 1327:1, 1447:1
**participated** [5] - 1245:21, 1289:11, 1328:11, 1338:3, 1410:19
**participating** [4] - 1283:22, 1297:9, 1314:9, 1404:11
**participation** [15] - 1243:22, 1244:15, 1244:18, 1245:14, 1252:14, 1252:23, 1252:25, 1289:16, 1337:3, 1353:14, 1353:16, 1411:1, 1435:14, 1456:3, 1456:5
**particular** [30] - 1236:11, 1239:2, 1240:23, 1266:2, 1266:6, 1267:3, 1268:12, 1268:23, 1284:15, 1284:21, 1286:4, 1286:14, 1290:22, 1291:1, 1291:16, 1292:13, 1293:13, 1303:15, 1307:16, 1307:19, 1308:9, 1310:13, 1369:16, 1389:20, 1392:4, 1393:4, 1407:24, 1423:2, 1449:22, 1455:25
**particularly** [5] - 1231:5, 1341:6, 1447:9, 1463:15, 1464:16
**parties** [13] - 1242:13, 1246:18, 1247:16, 1262:9, 1264:25,

1294:20, 1298:25, 1300:16, 1326:8, 1360:3, 1364:25, 1423:10, 1462:24
**partisan** [1] - 1459:8
**partner** [1] - 1250:16
**partnership** [3] - 1240:4, 1246:12, 1250:13
**partnerships** [1] - 1250:14
**parts** [5] - 1356:18, 1356:19, 1389:8, 1400:16, 1441:25
**party** [12] - 1247:24, 1258:22, 1258:25, 1259:3, 1259:5, 1259:8, 1259:9, 1294:14, 1296:20, 1309:4
**pass** [10] - 1232:21, 1323:21, 1333:5, 1348:22, 1350:19, 1361:2, 1432:1, 1452:21, 1454:2, 1454:8
**passage** [2] - 1366:20, 1367:12
**passed** [6] - 1326:9, 1348:2, 1367:23, 1414:15, 1440:20, 1455:20
**passes** [2] - 1282:4, 1282:6
**passing** [6] - 1262:6, 1325:18, 1325:20, 1336:19, 1365:9, 1402:9
**past** [5] - 1361:11, 1367:13, 1368:2, 1436:11, 1436:17
**path** [3] - 1316:25, 1352:24, 1357:17
**paths** [1] - 1389:10
**patience** [1] - 1438:16
**Patrick** [1] - 1354:12
**pause** [2] - 1359:15, 1361:4
**paused** [1] - 1424:16
**pay** [42] - 1255:9, 1258:3, 1259:25, 1260:2, 1263:3, 1263:18, 1263:22, 1266:17, 1266:18, 1266:22, 1266:23, 1317:1, 1317:4, 1319:23, 1322:2, 1323:22, 1325:21, 1328:16, 1333:4, 1333:21, 1335:9,

1336:1, 1336:4, 1342:21, 1352:7, 1363:13, 1376:17, 1398:20, 1399:9, 1402:19, 1403:17, 1404:1, 1404:23, 1413:17, 1417:17, 1426:13, 1431:9, 1439:2, 1446:24, 1449:6, 1455:8
**payer** [1] - 1417:23
**paying** [13] - 1279:20, 1280:1, 1280:7, 1280:13, 1317:10, 1350:14, 1402:7, 1418:10, 1438:25, 1440:14, 1453:3, 1455:12, 1456:25
**payment** [67] - 1255:9, 1255:10, 1258:3, 1258:4, 1260:1, 1260:2, 1260:3, 1260:5, 1260:7, 1260:17, 1261:10, 1263:3, 1263:5, 1263:8, 1263:9, 1263:11, 1263:12, 1263:22, 1263:23, 1263:25, 1265:4, 1265:17, 1265:23, 1266:9, 1266:13, 1266:16, 1266:18, 1266:21, 1266:22, 1266:23, 1270:20, 1322:3, 1322:15, 1322:18, 1326:7, 1328:24, 1329:6, 1329:23, 1341:23, 1342:2, 1342:21, 1348:11, 1348:14, 1348:19, 1348:21, 1357:1, 1357:20, 1385:19, 1397:25, 1402:23, 1413:14, 1414:3, 1415:2, 1415:10, 1415:14, 1417:8, 1425:12, 1427:20, 1428:18, 1429:13, 1429:18, 1431:13, 1440:16, 1440:18, 1443:14
**payments** [68] - 1270:10, 1271:9, 1317:12, 1323:12, 1323:18, 1324:22, 1325:14, 1325:16, 1325:18, 1325:19, 1326:18, 1336:5, 1337:25, 1338:2, 1338:4, 1339:21, 1347:5, 1348:24,

1348:25, 1354:4, 1356:11, 1377:13, 1413:19, 1413:22, 1414:11, 1414:14, 1414:15, 1414:18, 1418:5, 1418:9, 1425:4, 1426:21, 1426:23, 1426:25, 1427:5, 1427:7, 1427:9, 1427:15, 1427:17, 1428:6, 1428:8, 1428:11, 1428:12, 1428:13, 1428:14, 1428:23, 1429:2, 1429:5, 1429:8, 1429:10, 1430:10, 1430:11, 1430:12, 1430:16, 1430:17, 1431:12, 1431:24, 1439:11, 1439:18, 1447:14, 1451:2, 1452:10, 1453:13, 1455:11, 1456:10

**peace** [1] - 1360:22
**PEACOCK** [1] - 1228:13
**Pedro** [3] - 1345:15, 1451:23
**peg** [1] - 1390:19
**penalties** [1] - 1271:17
**people** [36] - 1242:5, 1250:15, 1297:9, 1306:8, 1306:12, 1322:20, 1334:15, 1345:5, 1346:14, 1346:19, 1356:5, 1356:17, 1356:18, 1370:14, 1371:17, 1372:4, 1377:25, 1380:24, 1389:10, 1405:1, 1405:5, 1405:18, 1405:20, 1406:1, 1416:3, 1421:4, 1433:24, 1440:20, 1441:17, 1448:3, 1449:3, 1451:22, 1451:23, 1457:13, 1457:14
**people's** [2] - 1367:11, 1372:13
**percent** [18] - 1321:13, 1321:14, 1321:18, 1321:19, 1321:23, 1328:13, 1329:22, 1348:9, 1349:8, 1350:19, 1371:22, 1402:22, 1406:8, 1441:1, 1441:19,

1441:20, 1448:11
**percentage** [2] - 1440:18, 1442:7
**percentages** [1] - 1439:5, 1439:6
**perfect** [4] - 1369:24, 1382:10, 1408:14, 1421:12
**perfection** [2] - 1356:22, 1357:5
**perfectly** [3] - 1419:3, 1451:11, 1453:1
**perform** [6] - 1232:12, 1244:19, 1244:20, 1244:21, 1246:23, 1294:13
**performed** [4] - 1373:20, 1393:10, 1428:1, 1467:20
**performing** [2] - 1380:9, 1418:23
**performs** [4] - 1247:8, 1264:21, 1380:3, 1444:12
**perhaps** [4] - 1297:18, 1345:9, 1425:3, 1425:4
**period** [9] - 1236:14, 1236:22, 1252:4, 1252:22, 1254:12, 1278:12, 1353:13, 1372:7, 1456:2
**permitted** [5] - 1298:10, 1309:24, 1431:1, 1458:5, 1462:17
**permitting** [1] - 1235:25
**person** [52] - 1235:16, 1235:19, 1235:22, 1245:7, 1246:23, 1246:24, 1252:9, 1252:12, 1255:13, 1258:18, 1258:19, 1259:15, 1260:4, 1260:19, 1262:6, 1263:14, 1263:15, 1263:16, 1263:18, 1263:24, 1264:5, 1264:8, 1264:16, 1265:19, 1267:20, 1270:1, 1271:14, 1285:10, 1287:13, 1287:19, 1287:21, 1288:11, 1288:14, 1291:12, 1307:21, 1307:25, 1345:16, 1362:19, 1362:22, 1364:18, 1368:7, 1388:5, 1392:22,

1392:24, 1393:4, 1396:3, 1408:4, 1412:20, 1456:20
**person's** [2] - 1264:3, 1399:2
**personal** [6] - 1235:20, 1282:1, 1308:17, 1311:3, 1311:15, 1312:4
**personalities** [1] - 1234:1
**personally** [9] - 1262:13, 1268:11, 1269:2, 1286:3, 1286:18, 1337:20, 1365:20, 1427:5, 1454:21
**personnel** [1] - 1427:24
**persons** [16] - 1239:22, 1239:23, 1240:5, 1241:2, 1241:17, 1242:20, 1251:3, 1267:20, 1271:24, 1272:12, 1285:10, 1303:17, 1303:20, 1309:1, 1312:12, 1312:13
**perspective** [5] - 1297:12, 1373:23, 1375:17, 1411:8, 1418:20
**persuade** [4] - 1305:15, 1362:10, 1419:21, 1420:6
**persuaded** [4] - 1308:20, 1340:9, 1340:10, 1449:18
**persuasion** [1] - 1295:2
**pertaining** [1] - 1366:23
**pertinent** [3] - 1239:21, 1255:3, 1269:8
**phase** [1] - 1416:13
**Philippe** [1] - 1375:11
**philosophy** [2] - 1334:20, 1440:7
**phone** [2] - 1371:16, 1467:2
**phones** [1] - 1461:21
**phrase** [1] - 1387:22
**physically** [2] - 1282:12, 1287:11
**pick** [2] - 1390:6, 1465:21
**picked** [1] - 1385:4
**picks** [1] - 1386:4
**picture** [1] - 1411:12

**pictures** [3] - 1304:13, 1368:2, 1377:8
**piece** [2] - 1301:19, 1327:6
**pieces** [1] - 1343:19
**Pierre** [1] - 1373:15
**Pierucci** [69] - 1256:2, 1269:14, 1319:3, 1322:8, 1322:20, 1329:16, 1329:17, 1329:25, 1330:3, 1330:5, 1331:3, 1339:24, 1340:2, 1340:4, 1340:7, 1340:11, 1340:22, 1341:6, 1341:10, 1341:12, 1341:16, 1341:21, 1343:7, 1343:22, 1346:15, 1355:3, 1355:5, 1370:15, 1375:5, 1375:9, 1377:10, 1377:11, 1385:7, 1385:20, 1386:11, 1386:17, 1386:24, 1387:6, 1387:7, 1387:25, 1388:3, 1388:6, 1388:9, 1388:16, 1389:1, 1389:3, 1389:8, 1389:14, 1389:24, 1389:25, 1390:8, 1397:5, 1397:13, 1405:2, 1415:21, 1417:4, 1417:7, 1417:9, 1417:10, 1425:8, 1441:18, 1445:17, 1446:6, 1446:22, 1447:9, 1447:20, 1447:21, 1449:11
**Pierucci's** [4] - 1386:1, 1387:6, 1388:15, 1389:21
**Pirooz** [65] - 1256:6, 1317:4, 1320:5, 1320:6, 1320:8, 1320:12, 1321:12, 1321:16, 1321:21, 1323:23, 1324:3, 1324:5, 1325:5, 1325:17, 1327:14, 1327:16, 1327:18, 1328:13, 1328:19, 1328:23, 1330:23, 1331:11, 1331:21, 1331:22, 1332:1, 1332:3, 1332:10, 1334:12, 1335:2, 1336:21, 1336:23,

1337:19, 1338:13, 1340:19, 1346:16, 1348:2, 1348:8, 1348:10, 1348:14, 1348:15, 1348:20, 1349:4, 1349:10, 1349:13, 1349:15, 1350:14, 1351:9, 1352:3, 1357:20, 1363:12, 1370:16, 1375:24, 1376:2, 1378:13, 1398:19, 1400:14, 1402:11, 1441:5, 1442:5, 1442:6, 1442:18, 1443:1, 1452:25, 1457:14
**pitch** [2] - 1393:9, 1393:18
**place** [39] - 1246:15, 1248:10, 1249:4, 1263:6, 1273:16, 1273:17, 1275:24, 1278:22, 1279:10, 1279:11, 1280:20, 1280:21, 1280:22, 1281:11, 1281:22, 1281:23, 1288:15, 1303:5, 1317:11, 1318:24, 1322:16, 1323:1, 1323:17, 1328:23, 1348:18, 1349:13, 1354:13, 1356:10, 1356:21, 1360:15, 1367:14, 1425:14, 1455:1, 1455:16, 1455:19, 1457:21, 1460:4
**plain** [1] - 1405:6
**plaintiff** [1] - 1227:5
**plan** [16] - 1245:15, 1267:24, 1283:25, 1285:14, 1299:14, 1330:18, 1350:4, 1350:11, 1350:12, 1350:21, 1351:22, 1381:8, 1412:24, 1453:20, 1453:24, 1454:8
**planned** [2] - 1323:13, 1349:14
**plant** [2] - 1355:15, 1383:15
**play** [9] - 1231:7, 1244:22, 1312:15, 1340:14, 1356:17, 1422:20, 1463:4, 1464:15
**played** [7] - 1356:22, 1356:24, 1357:2,

1357:4, 1357:5,
1376:14, 1448:20
**players** [1] - 1421:20
**playing** [1] - 1344:7
**plays** [2] - 1356:23,
1423:25
**plead** [1] - 1311:14
**pleaded** [1] - 1361:14
**pleasantries** [1] -
1434:6
**pled** [3] - 1234:14,
1238:20, 1311:13
**PLN** [23] - 1264:25,
1271:9, 1317:18,
1320:2, 1320:9,
1320:20, 1321:19,
1323:9, 1324:12,
1327:19, 1328:16,
1329:9, 1332:10,
1352:5, 1355:18,
1357:22, 1419:5,
1419:10, 1419:21,
1440:17, 1441:12,
1441:13
**plug** [1] - 1371:19
**pocket** [5] - 1320:23,
1328:5, 1332:15,
1335:1, 1371:16
**pockets** [3] - 1335:10,
1350:15, 1403:5
**poetically** [1] - 1391:3
**point** [22] - 1315:24,
1348:21, 1357:12,
1357:17, 1358:4,
1360:1, 1369:25,
1374:24, 1381:14,
1382:2, 1382:7,
1387:13, 1391:15,
1394:3, 1400:18,
1434:2, 1439:10,
1440:1, 1441:20,
1442:7, 1454:18,
1455:15
**points** [4] - 1233:23,
1313:13, 1400:6,
1421:7
**policies** [5] - 1333:19,
1336:8, 1395:23,
1397:4, 1419:1
**policy** [10] - 1398:1,
1450:13, 1450:14,
1450:24, 1451:3,
1451:10, 1456:22,
1456:24, 1457:1,
1457:19
**political** [8] - 1258:22,
1258:23, 1258:25,
1259:1, 1259:3,
1259:5, 1259:8
**politician** [1] -

1412:10
**politicians** [1] -
1457:16
**Pomponi** [23] -
1256:1, 1269:14,
1322:21, 1341:19,
1342:5, 1342:10,
1342:12, 1342:13,
1342:15, 1343:9,
1346:16, 1370:15,
1375:8, 1388:11,
1396:12, 1396:13,
1400:14, 1400:15,
1405:2, 1415:14,
1425:11, 1425:13,
1441:18
**portion** [8] - 1255:13,
1258:19, 1260:5,
1263:25, 1270:12,
1270:17, 1270:23,
1326:9
**portions** [1] - 1337:7
**poses** [1] - 1240:20
**position** [3] - 1340:20,
1382:11, 1390:20
**positions** [2] -
1233:14, 1419:2
**positive** [1] - 1252:16
**possess** [1] - 1365:24
**possessed** [1] -
1292:19
**possession** [1] -
1246:17
**possessions** [1] -
1276:9
**possible** [9] -
1235:11, 1266:25,
1284:18, 1295:5,
1402:21, 1437:12,
1463:14, 1463:21,
1467:9
**possibly** [2] - 1399:5,
1464:18
**Post** [1] - 1228:18
**potential** [1] - 1295:14
**power** [5] - 1355:14,
1360:7, 1360:20,
1373:4, 1383:14
**Power** [43] - 1246:19,
1246:21, 1248:1,
1256:1, 1256:12,
1256:18, 1256:23,
1257:5, 1257:12,
1257:17, 1260:17,
1269:13, 1270:7,
1318:22, 1319:4,
1323:15, 1323:20,
1323:24, 1324:22,
1325:5, 1325:14,
1325:17, 1325:19,

1341:3, 1341:4,
1342:19, 1343:14,
1351:20, 1363:8,
1375:18, 1375:22,
1375:23, 1448:18,
1448:22, 1448:24,
1449:5, 1452:15,
1452:17, 1453:6,
1453:8, 1453:11,
1453:25, 1454:6
**practice** [3] - 1343:25,
1396:25, 1418:3
**Practices** [18] -
1238:3, 1238:6,
1239:14, 1254:24,
1267:13, 1275:20,
1277:13, 1279:15,
1281:15, 1282:25,
1283:5, 1283:9,
1286:25, 1287:25,
1289:9, 1398:9,
1460:16, 1460:18
**precedence** [1] -
1458:7
**precise** [3] - 1242:1,
1367:19, 1406:7
**precisely** [3] - 1249:1,
1422:9, 1443:1
**precision** [2] - 1368:3,
1368:4
**predicted** [3] -
1320:16, 1320:20,
1328:2
**prefer** [1] - 1457:10
**preference** [1] -
1422:18
**preferences** [2] -
1422:6, 1422:20
**preferred** [2] - 1333:6,
1354:10
**prefinancing** [1] -
1329:1
**prejudice** [4] -
1294:14, 1296:1,
1296:18, 1305:23
**preliminary** [1] -
1232:17
**prematurely** [1] -
1300:9
**premeeting** [1] -
1400:25
**prep** [1] - 1391:4
**prepare** [2] - 1368:20,
1382:16
**prepared** [3] -
1368:25, 1386:19,
1465:6
**preponderance** [14] -
1236:19, 1236:22,
1253:16, 1253:17,

1254:14, 1267:9,
1278:14, 1284:7,
1285:2, 1295:3,
1349:25, 1430:2,
1432:20, 1454:12
**prescribed** [1] -
1271:17
**presence** [4] - 1230:2,
1245:3, 1289:22,
1302:20
**present** [9] - 1247:10,
1312:19, 1330:12,
1339:2, 1374:11,
1400:16, 1407:2,
1460:4, 1462:5
**presentation** [2] -
1303:7, 1371:6
**presented** [6] -
1232:10, 1292:10,
1303:8, 1303:25,
1440:25, 1462:12
**preserve** [1] - 1466:11
**preside** [1] - 1459:23
**presided** [1] - 1467:21
**president** [25] -
1320:2, 1329:9,
1334:5, 1334:6,
1345:17, 1367:4,
1373:17, 1373:21,
1375:5, 1380:16,
1384:10, 1384:22,
1384:25, 1394:10,
1394:14, 1394:16,
1394:25, 1395:10,
1395:20, 1395:21,
1421:13, 1422:1,
1440:17, 1451:9
**President** [1] - 1367:3
**presidents** [8] -
1384:9, 1394:8,
1394:15, 1394:24,
1395:2, 1395:7,
1395:11, 1395:17
**presiding** [1] -
1232:12
**press** [1] - 1233:14
**pressed** [2] - 1341:5,
1447:7
**pressured** [1] - 1230:7
**presume** [1] - 1234:23
**presumed** [2] -
1308:25, 1361:12
**presumes** [1] -
1234:16
**presumption** [3] -
1235:5, 1361:8,
1361:23
**pretty** [4] - 1368:16,
1369:15, 1399:13,
1457:12

**prevent** [3] - 1253:11,
1353:7, 1429:10
**previously** [2] -
1288:5, 1291:2
**price** [9] - 1266:15,
1340:7, 1416:13,
1416:17, 1416:18,
1416:20, 1416:21,
1416:23, 1417:2
**primary** [3] - 1232:12,
1355:4, 1466:13
**principal** [14] -
1246:15, 1246:25,
1247:1, 1247:4,
1247:5, 1247:9,
1247:14, 1286:22,
1287:8, 1379:17,
1379:20, 1379:21,
1380:4, 1444:13
**principle** [2] -
1231:14, 1362:15
**priorities** [1] - 1395:22
**probability** [2] -
1264:10, 1293:7
**problem** [7] - 1328:3,
1372:3, 1377:18,
1378:6, 1405:16,
1429:22
**problems** [7] -
1320:16, 1327:25,
1423:19, 1423:22,
1443:11, 1443:12,
1443:13
**procedures** [1] -
1374:13
**proceed** [5] - 1316:16,
1358:23, 1359:6,
1438:13, 1461:4
**proceeding** [1] -
1314:11
**proceedings** [11] -
1231:2, 1231:5,
1275:23, 1314:21,
1316:9, 1358:16,
1358:25, 1436:20,
1438:10, 1458:10,
1465:22
**Proceedings** [1] -
1467:24
**proceeds** [6] -
1276:12, 1276:14,
1325:2, 1352:2,
1352:5, 1352:7
**process** [40] -
1297:16, 1298:4,
1314:18, 1315:11,
1319:15, 1328:22,
1343:4, 1376:25,
1381:2, 1381:5,
1382:4, 1382:15,

1385:12, 1385:25, 1386:4, 1386:20, 1386:25, 1397:3, 1403:13, 1404:16, 1413:16, 1416:24, 1417:1, 1418:9, 1418:13, 1419:4, 1427:20, 1427:21, 1428:18, 1429:8, 1444:18, 1445:11, 1446:14, 1450:12, 1450:20, 1450:22, 1452:5, 1463:1, 1464:21

**processed** [1] - 1418:5

**procures** [1] - 1287:7

**produce** [2] - 1307:12, 1361:21

**produced** [2] - 1254:2, 1303:23

**producing** [2] - 1234:22, 1309:12

**product** [3] - 1373:4, 1374:12, 1383:14

**professional** [2] - 1312:4, 1393:8

**profile** [1] - 1382:19

**profit** [1] - 1445:5

**profit-and-loss** [1] - 1445:5

**profits** [2] - 1276:15, 1344:17

**prohibits** [1] - 1266:10

**project** [26] - 1318:21, 1318:25, 1319:13, 1319:17, 1332:24, 1340:8, 1355:19, 1356:1, 1357:8, 1376:22, 1385:19, 1388:7, 1392:4, 1393:15, 1412:20, 1417:2, 1419:24, 1424:9, 1424:16, 1424:23, 1429:3, 1442:18, 1443:18, 1448:5, 1451:13, 1453:4

**Project** [68] - 1247:21, 1299:8, 1299:13, 1299:15, 1316:19, 1317:17, 1318:21, 1319:5, 1320:11, 1320:18, 1321:1, 1330:15, 1339:9, 1339:10, 1339:13, 1339:25, 1343:7, 1344:1, 1355:4, 1356:22, 1363:9, 1363:13, 1365:7,

1366:4, 1366:6, 1366:11, 1369:24, 1375:14, 1376:3, 1376:6, 1377:1, 1378:14, 1379:25, 1380:6, 1380:14, 1384:16, 1386:13, 1390:23, 1392:1, 1392:13, 1398:15, 1398:20, 1399:15, 1399:18, 1403:18, 1404:25, 1405:11, 1409:13, 1409:23, 1410:20, 1411:21, 1420:16, 1424:21, 1426:6, 1429:4, 1444:3, 1444:17, 1444:19, 1445:20, 1446:5, 1446:13, 1446:15, 1447:21, 1448:20, 1449:14, 1452:3, 1452:6

**projects** [21] - 1299:11, 1330:21, 1344:16, 1344:24, 1409:6, 1409:8, 1409:11, 1409:12, 1409:20, 1409:24, 1410:4, 1410:5, 1410:6, 1419:6, 1420:4, 1421:25, 1423:12, 1423:19, 1424:8, 1451:21

**Prom** [9] - 1256:2, 1257:2, 1257:9, 1269:14, 1325:20, 1351:14, 1413:17, 1452:22

**Prom's** [3] - 1256:25, 1257:7, 1271:6

**promise** [18] - 1255:9, 1255:11, 1258:3, 1258:4, 1258:5, 1260:2, 1261:10, 1263:7, 1263:12, 1263:18, 1263:22, 1265:23, 1266:9, 1266:11, 1266:13, 1266:17, 1266:18, 1266:22

**promised** [8] - 1255:15, 1258:21, 1259:25, 1260:6, 1263:2, 1264:1, 1309:16, 1309:21

**promote** [19] - 1252:14, 1270:20, 1273:18, 1277:11, 1279:21, 1280:2, 1280:8, 1280:14,

1280:23, 1281:4, 1281:13, 1282:23, 1289:7, 1325:1, 1347:14, 1349:3, 1351:7, 1393:3, 1433:13

**promoting** [5] - 1250:1, 1279:13, 1283:3, 1283:7, 1351:17

**promotions** [1] - 1393:6

**proof** [40] - 1235:11, 1235:20, 1235:21, 1240:24, 1242:9, 1242:19, 1243:15, 1247:12, 1252:18, 1267:2, 1274:5, 1275:9, 1284:20, 1295:23, 1301:9, 1302:7, 1302:13, 1302:15, 1302:16, 1304:15, 1308:22, 1314:2, 1361:9, 1362:3, 1362:20, 1362:21, 1364:16, 1379:9, 1395:13, 1397:2, 1404:21, 1405:11, 1406:18, 1408:3, 1409:21, 1409:25, 1417:19, 1428:3, 1435:4, 1459:11

**proofs** [1] - 1428:24

**propensity** [1] - 1299:17

**proper** [2] - 1253:8, 1284:16

**properly** [2] - 1243:17, 1300:22

**property** [9] - 1271:2, 1274:18, 1274:21, 1275:16, 1275:18, 1276:11, 1276:12, 1276:14, 1276:15

**prophylactic** [1] - 1438:1

**proposal** [4] - 1322:14, 1342:12, 1393:17, 1416:5

**proposals** [1] - 1322:12

**propose** [1] - 1407:10

**proposed** [7] - 1331:4, 1332:5, 1340:24, 1342:9, 1368:21, 1381:17, 1382:17

**proposes** [1] - 1381:17

**proprietorship** [1] -

1246:14

**prorate** [1] - 1329:23

**pros** [1] - 1333:24

**prosecute** [3] - 1309:20, 1430:5, 1430:24

**prosecution** [5] - 1251:25, 1252:5, 1294:17, 1310:11, 1311:13

**prosecutors** [1] - 1368:24

**prove** [102] - 1234:18, 1235:10, 1236:19, 1237:1, 1238:19, 1240:25, 1241:16, 1242:3, 1242:23, 1246:8, 1246:20, 1247:19, 1248:6, 1249:8, 1249:14, 1249:18, 1253:17, 1253:18, 1254:6, 1259:17, 1259:19, 1260:21, 1261:1, 1261:15, 1261:19, 1263:2, 1263:22, 1265:4, 1265:17, 1265:21, 1267:8, 1271:22, 1272:8, 1272:11, 1272:24, 1273:1, 1274:7, 1274:8, 1276:18, 1276:20, 1276:24, 1277:9, 1277:21, 1277:24, 1281:2, 1281:17, 1281:19, 1282:11, 1282:13, 1282:18, 1282:22, 1283:18, 1284:6, 1284:9, 1284:12, 1285:1, 1288:7, 1289:4, 1289:7, 1289:13, 1290:24, 1291:4, 1292:2, 1293:25, 1295:1, 1301:9, 1303:15, 1312:20, 1312:24, 1326:12, 1335:16, 1335:18, 1336:14, 1347:19, 1349:19, 1349:23, 1349:24, 1351:3, 1352:18, 1362:25, 1363:4, 1363:7, 1378:4, 1378:20, 1398:4, 1398:17, 1403:16, 1426:5, 1426:11, 1429:22, 1429:25, 1430:1, 1430:18, 1432:20, 1432:23,

1444:14, 1454:12, 1456:8, 1456:12, 1458:15, 1458:18

**proved** [32] - 1232:16, 1233:10, 1235:1, 1236:17, 1236:24, 1237:7, 1237:20, 1239:4, 1239:7, 1244:4, 1263:9, 1263:20, 1266:1, 1266:4, 1268:8, 1273:5, 1273:10, 1277:14, 1278:1, 1284:3, 1285:23, 1287:18, 1288:3, 1292:5, 1295:10, 1295:20, 1300:23, 1301:12, 1304:3, 1314:25, 1358:2, 1434:21

**proven** [14] - 1248:17, 1253:22, 1254:14, 1274:10, 1276:21, 1278:14, 1326:2, 1338:24, 1345:21, 1345:23, 1363:11, 1363:15, 1399:7, 1435:18

**proves** [7] - 1269:1, 1286:17, 1294:3, 1318:17, 1325:9, 1349:20, 1438:20

**provide** [14] - 1264:23, 1318:13, 1324:13, 1365:22, 1393:2, 1395:23, 1396:5, 1396:9, 1404:20, 1405:14, 1461:19, 1464:20, 1467:1, 1467:2

**provided** [7] - 1267:14, 1285:6, 1334:21, 1392:19, 1440:8, 1450:20, 1460:6

**provides** [4] - 1271:14, 1280:17, 1287:4, 1417:9

**providing** [6] - 1339:9, 1342:4, 1343:11, 1392:7, 1392:9, 1404:19

**province** [1] - 1233:4

**proving** [8] - 1238:22, 1252:6, 1253:15, 1254:9, 1281:2, 1291:24, 1294:24, 1361:16

**provision** [1] - 1414:3

**PT** [2] - 1351:21,

1454:7
**PTESI** [1] - 1441:17
**public** [3] - 1264:23,
1296:18, 1336:10
**public's** [1] - 1240:21
**publicity** [1] - 1300:20
**published** [1] - 1395:3
**Puckett** [31] - 1309:18,
1320:17, 1340:10,
1341:5, 1341:11,
1342:23, 1345:2,
1346:18, 1354:1,
1357:2, 1357:10,
1365:12, 1366:10,
1366:22, 1369:18,
1370:19, 1371:18,
1375:7, 1387:2,
1388:8, 1388:14,
1399:16, 1405:1,
1415:25, 1416:6,
1420:17, 1445:17,
1447:7, 1447:21,
1449:9
**Puckett's** [2] - 1367:8,
1369:10
**pull** [6] - 1392:15,
1417:6, 1420:1,
1426:2, 1451:15,
1454:5
**pulls** [1] - 1424:23
**punishable** [1] -
1287:7
**punishment** [2] -
1295:5, 1295:14
**Purnomo** [4] - 1334:3,
1334:9, 1439:24
**purpose** [47] - 1240:6,
1242:1, 1242:2,
1242:21, 1243:7,
1246:3, 1249:15,
1249:20, 1250:21,
1252:17, 1253:5,
1258:24, 1261:4,
1266:22, 1269:22,
1270:9, 1271:8,
1279:20, 1280:1,
1280:7, 1280:13,
1283:3, 1283:7,
1289:14, 1289:21,
1293:1, 1299:2,
1299:3, 1299:9,
1315:8, 1323:21,
1325:17, 1325:20,
1326:19, 1337:12,
1349:4, 1350:13,
1350:19, 1351:16,
1409:16, 1433:3,
1443:1, 1443:2,
1453:25, 1454:2,
1455:19, 1455:20

purposefully [1] -
1283:2
**purposely** [1] -
1261:14
**purposes** [20] -
1243:11, 1245:17,
1245:22, 1247:18,
1255:16, 1258:7,
1260:8, 1264:3,
1265:5, 1284:2,
1326:11, 1326:12,
1326:13, 1339:7,
1376:18, 1446:18,
1446:20, 1450:10,
1452:9, 1453:22
**pursuant** [4] -
1267:24, 1268:15,
1285:14, 1286:7
**pursue** [1] - 1389:16
**push** [1] - 1355:1
**pushed** [3] - 1317:5,
1317:8, 1342:10
**pushing** [1] - 1416:18
**put** [18] - 1315:6,
1323:1, 1323:17,
1334:12, 1336:3,
1343:24, 1348:18,
1356:10, 1357:17,
1364:15, 1411:24,
1417:21, 1444:21,
1453:14, 1454:25,
1455:15, 1455:18,
1457:21
**puts** [2] - 1252:1,
1449:16
**putting** [5] - 1230:24,
1343:19, 1390:19,
1391:15, 1455:21
**pyramid** [1] - 1384:14

**Q**

**qualified** [1] - 1413:2
**quality** [6] - 1307:18,
1364:7, 1364:8,
1366:18, 1368:13,
1370:5
**QUESTION** [2] -
1412:12, 1412:18
**questions** [14] -
1290:11, 1290:20,
1299:22, 1300:1,
1314:12, 1326:22,
1326:25, 1347:10,
1347:21, 1356:2,
1369:1, 1460:7,
1463:18, 1465:11
**quick** [3] - 1296:11,
1371:9, 1401:1
**quickly** [4] - 1327:12,

1408:19, 1463:21,
1467:6
**quite** [2] - 1312:1,
1387:6
**quote** [1] - 1239:21
**quotes** [1] - 1391:12

**R**

**R&C** [3] - 1383:5,
1384:5, 1384:6
**race** [1] - 1296:21
**raise** [1] - 1315:12
**raised** [4] - 1251:20,
1254:8, 1352:14,
1466:11
**raises** [1] - 1379:14
**ran** [1] - 1251:23
**randomly** [1] -
1464:23
**rather** [6] - 1247:14,
1274:9, 1276:20,
1359:22, 1386:3,
1402:23
**RE** [1] - 1468:3
**re** [4] - 1426:22,
1442:14, 1443:14,
1459:13
**re-emphasize** [1] -
1426:22
**re-examine** [1] -
1459:13
**reach** [2] - 1309:6,
1319:4
**reached** [5] - 1357:11,
1460:8, 1460:12,
1461:11, 1467:2
**reaching** [1] - 1459:5
**read** [23] - 1239:19,
1255:3, 1279:2,
1313:6, 1313:9,
1371:15, 1372:2,
1405:22, 1406:3,
1406:14, 1406:19,
1406:21, 1407:21,
1408:19, 1415:7,
1417:14, 1421:2,
1428:18, 1428:21,
1461:15, 1463:5,
1463:12, 1463:24
**reading** [1] - 1314:12
**readings** [1] - 1359:22
**reads** [1] - 1269:7
**ready** [1] - 1358:23
**real** [5] - 1242:14,
1378:6, 1381:13,
1411:4, 1421:18
**reality** [3] - 1389:7,
1451:4, 1457:12
**realize** [1] - 1414:19

**realizes** [1] - 1310:8
**really** [32] - 1315:8,
1318:8, 1327:14,
1362:7, 1364:14,
1367:14, 1367:22,
1368:5, 1368:14,
1369:22, 1371:3,
1384:22, 1387:23,
1390:19, 1391:4,
1391:17, 1396:21,
1399:14, 1399:18,
1399:23, 1401:13,
1403:4, 1404:7,
1409:1, 1416:18,
1422:24, 1422:25,
1439:1, 1439:4,
1444:2, 1451:4,
1451:5
**reason** [25] - 1234:20,
1234:23, 1235:15,
1250:10, 1268:14,
1286:5, 1297:20,
1301:10, 1305:3,
1319:9, 1322:8,
1322:9, 1326:10,
1329:21, 1330:5,
1330:7, 1335:25,
1336:1, 1351:18,
1362:18, 1378:18,
1429:9, 1437:11,
1439:7, 1464:17
**reasonable** [111] -
1230:10, 1230:14,
1232:24, 1234:19,
1235:2, 1235:8,
1235:12, 1235:13,
1235:14, 1235:16,
1235:19, 1235:21,
1235:22, 1236:5,
1236:10, 1236:18,
1237:2, 1237:8,
1238:23, 1239:5,
1239:7, 1241:1,
1241:16, 1244:1,
1248:6, 1249:3,
1249:8, 1249:14,
1250:25, 1253:13,
1259:20, 1260:21,
1266:2, 1266:5,
1267:6, 1267:14,
1268:8, 1269:1,
1271:22, 1273:5,
1281:7, 1281:20,
1284:7, 1284:23,
1285:6, 1285:23,
1286:17, 1287:18,
1288:3, 1290:25,
1292:3, 1292:24,
1294:3, 1294:25,
1295:11, 1295:21,
1298:14, 1298:18,

1300:24, 1302:5,
1302:8, 1302:18,
1303:5, 1304:4,
1307:8, 1307:12,
1310:3, 1312:21,
1318:18, 1325:9,
1326:2, 1338:25,
1345:21, 1345:23,
1349:24, 1352:11,
1353:9, 1361:17,
1362:3, 1362:12,
1362:17, 1362:20,
1362:21, 1363:1,
1363:7, 1363:11,
1363:15, 1363:21,
1364:17, 1378:5,
1379:3, 1398:4,
1398:18, 1399:8,
1404:22, 1406:13,
1406:23, 1407:3,
1408:4, 1415:6,
1417:19, 1418:22,
1426:6, 1426:12,
1429:25, 1432:24,
1434:21, 1438:20,
1442:25, 1458:16,
1458:19
**reasonableness** [1] -
1419:24
**reasonably** [12] -
1235:25, 1250:18,
1262:14, 1262:24,
1268:4, 1285:19,
1294:5, 1337:21,
1338:4, 1338:14,
1428:12, 1454:22
**reasoned** [1] - 1298:6
**reasons** [4] - 1336:25,
1423:1, 1424:5,
1425:7
**reassign** [1] - 1388:19
**rebuttal** [1] - 1316:14
**REBUTTAL** [1] -
1229:7
**receive** [3] - 1310:9,
1310:24, 1329:4
**received** [10] - 1254:1,
1298:24, 1299:1,
1328:21, 1400:8,
1403:22, 1409:24,
1430:11, 1433:25,
1442:14
**receives** [2] - 1422:21,
1430:16
**recess** [8] - 1315:21,
1315:22, 1358:13,
1358:17, 1358:19,
1436:15, 1438:7,
1466:24
**Recess** [2] - 1358:20,

1438:8
**recipient** [2] -
1266:11, 1266:19
**recognize** [1] - 1234:2
**recollection** [4] -
1233:6, 1401:14,
1458:8, 1458:10
**recollections** [3] -
1366:21, 1367:12,
1391:7
**recommendation** [1] -
1342:8
**recommended** [1] -
1415:15
**recommends** [1] -
1342:11
**reconstruct** [1] -
1367:13
**record** [5] - 1315:8,
1389:22, 1394:7,
1418:1, 1427:23
**records** [5] - 1348:3,
1371:5, 1371:6,
1398:5
**red** [3] - 1418:19,
1422:7, 1428:4
**refer** [9] - 1237:13,
1239:9, 1247:23,
1248:11, 1260:24,
1272:16, 1278:9,
1334:7, 1337:3
**reference** [2] - 1232:1,
1413:6
**referenced** [1] -
1314:24
**referencing** [1] -
1401:21
**referred** [2] - 1250:13,
1283:13
**referring** [2] -
1379:24, 1402:22
**refers** [4] - 1240:10,
1256:9, 1282:7,
1402:13
**reflect** [2] - 1297:3,
1404:15
**reflected** [1] - 1459:18
**reflects** [2] - 1233:9,
1427:23
**reflexes** [1] - 1296:9
**reflexive** [1] - 1297:2
**refrain** [1] - 1390:24
**refreshed** [2] -
1294:11, 1391:7
**refused** [2] - 1336:23,
1397:11
**regard** [6] - 1242:16,
1243:12, 1249:22,
1262:16, 1443:24,
1453:7

**regarding** [1] -
1272:14
**regardless** [5] -
1232:4, 1253:24,
1254:1, 1266:12,
1410:14
**region** [6] - 1345:17,
1373:19, 1382:12,
1386:14, 1394:17,
1395:20
**registered** [1] - 1453:8
**regular** [3] - 1314:14,
1314:16, 1465:7
**regularly** [1] - 1355:17
**rehearsed** [1] - 1369:2
**reimburse** [1] - 1317:9
**reissue** [2] - 1341:21,
1343:22
**reiterates** [1] -
1425:10
**reject** [4] - 1306:22,
1381:19, 1396:19,
1422:16
**rejected** [1] - 1322:12
**rejecting** [1] - 1317:15
**rejection** [1] - 1387:8
**relate** [5] - 1376:4,
1409:6, 1410:10,
1411:4, 1426:21
**related** [14] - 1247:21,
1307:10, 1330:10,
1341:15, 1378:10,
1379:2, 1409:22,
1410:12, 1420:24,
1422:22, 1444:16,
1450:1, 1450:6,
1450:13
**relates** [6] - 1366:22,
1375:20, 1377:14,
1377:22, 1380:6,
1411:9
**relating** [11] - 1299:15,
1313:18, 1376:11,
1378:12, 1398:14,
1399:15, 1409:15,
1410:1, 1411:5,
1415:18, 1422:5
**relationship** [12] -
1246:25, 1305:19,
1320:6, 1323:9,
1327:17, 1338:21,
1339:12, 1344:2,
1355:18, 1396:10,
1437:12, 1442:22
**relationships** [4] -
1319:21, 1421:17,
1439:3, 1448:2
**relative** [1] - 1423:6
**relevant** [12] - 1252:4,
1253:24, 1253:25,

1287:4, 1369:22,
1371:2, 1377:24,
1382:2, 1386:10,
1403:23, 1423:9,
1435:16
**reliability** [1] -
1367:25
**reliable** [10] - 1307:15,
1364:8, 1364:24,
1368:17, 1372:6,
1400:18, 1401:10,
1417:18, 1420:25,
1439:17
**relied** [3] - 1428:5,
1428:6, 1443:8
**relieve** [1] - 1254:9
**religion** [1] - 1296:21
**rely** [13] - 1233:5,
1235:23, 1326:1,
1362:22, 1364:18,
1368:5, 1400:13,
1407:23, 1408:5,
1408:11, 1423:8,
1439:12, 1458:9
**relying** [1] - 1443:21
**remain** [2] - 1315:7,
1315:9
**remaining** [2] -
1314:9, 1466:2
**remains** [2] - 1252:10,
1312:21
**remarkable** [1] -
1443:24
**remarks** [1] - 1313:19
**remember** [33] -
1234:12, 1254:7,
1296:14, 1300:3,
1306:13, 1308:2,
1308:12, 1309:10,
1337:23, 1340:3,
1344:1, 1352:21,
1356:14, 1367:17,
1367:18, 1381:6,
1391:5, 1392:15,
1394:7, 1408:17,
1409:9, 1410:3,
1424:11, 1432:21,
1436:25, 1442:16,
1446:11, 1446:15,
1448:6, 1456:7,
1459:8, 1463:13,
1464:3
**remembered** [1] -
1401:15
**remind** [5] - 1295:1,
1300:12, 1444:5,
1455:24, 1458:13
**reminded** [1] -
1409:14
**remote** [1] - 1429:6

**remotely** [1] - 1392:14
**remuneration** [1] -
1453:10
**renegotiate** [1] -
1449:1
**renounce** [1] - 1434:5
**repeat** [3] - 1237:3,
1277:6, 1310:20
**repeatedly** [1] -
1369:13, 1443:9,
1446:11
**replaced** [1] - 1345:16
**report** [5] - 1342:24,
1343:1, 1394:11,
1394:25, 1395:11
**reported** [16] -
1373:12, 1373:14,
1373:15, 1374:4,
1374:8, 1375:4,
1377:3, 1384:25,
1385:2, 1389:5,
1394:9, 1394:15,
1394:17, 1400:1,
1417:3, 1448:10
**Reporter** [3] -
1227:24, 1468:6,
1468:17
**reporters** [1] -
1230:21
**reporting** [18] -
1343:2, 1359:20,
1374:23, 1374:25,
1375:10, 1375:11,
1378:10, 1378:19,
1383:6, 1383:17,
1383:20, 1383:21,
1387:16, 1387:17,
1387:18, 1387:24,
1395:3, 1445:19
**reports** [7] - 1300:13,
1300:15, 1375:10,
1383:1, 1395:18,
1402:13, 1442:1
**represent** [1] -
1303:11
**representation** [5] -
1374:7, 1385:17,
1437:25, 1449:24,
1467:22
**representative** [2] -
1421:13, 1421:24
**representatives** [1] -
1422:7
**Republic** [1] - 1331:19
**request** [12] - 1360:11,
1376:1, 1385:16,
1385:22, 1386:1,
1387:4, 1393:15,
1436:1, 1463:6,
1463:11, 1463:15

**requested** [2] -
1375:23, 1395:24
**requesting** [2] -
1369:7, 1385:20
**requests** [4] - 1344:8,
1344:9, 1393:7,
1463:17
**require** [3] - 1303:16,
1303:22, 1414:18
**required** [25] -
1235:10, 1245:19,
1248:16, 1263:5,
1267:12, 1282:14,
1285:4, 1289:2,
1290:24, 1291:15,
1291:17, 1292:18,
1293:25, 1298:10,
1303:14, 1306:25,
1308:23, 1308:24,
1312:24, 1379:4,
1396:8, 1404:20,
1435:18, 1462:7,
1466:6
**requirement** [7] -
1284:4, 1284:5,
1284:6, 1284:10,
1284:13, 1288:10,
1338:7
**requirements** [1] -
1278:8
**requires** [6] - 1244:24,
1282:9, 1289:20,
1292:14, 1379:15,
1430:4
**research** [2] - 1462:2,
1465:6
**reservations** [2] -
1333:8, 1333:14
**resident** [1] - 1246:11
**resignation** [8] -
1253:2, 1323:3,
1353:1, 1354:9,
1355:23, 1355:24,
1434:3, 1434:7
**resigned** [2] -
1363:24, 1433:15
**resigning** [2] -
1433:10, 1434:12
**resolve** [4] - 1232:23,
1233:20, 1304:12,
1393:18
**resolved** [1] - 1315:10
**resounding** [1] -
1364:21
**Resources** [1] -
1454:7
**resources** [4] -
1373:23, 1375:18,
1392:10, 1395:19
**respect** [26] - 1264:4,

1267:3, 1272:3, 1274:6, 1275:10, 1277:16, 1278:3, 1284:21, 1351:12, 1368:15, 1368:23, 1382:8, 1399:12, 1403:6, 1407:15, 1407:19, 1409:17, 1429:13, 1432:12, 1432:22, 1435:8, 1435:17, 1463:12, 1466:19, 1466:20

**respective** [2] - 1233:14, 1395:1
**respond** [9] - 1371:15, 1372:2, 1414:23, 1435:5, 1438:17, 1451:14, 1463:10, 1463:20, 1467:8
**responded** [3] - 1332:25, 1333:12, 1349:12
**responding** [2] - 1331:25, 1342:15
**responds** [5] - 1402:4, 1440:5, 1442:12, 1442:13
**response** [11] - 1297:3, 1329:20, 1332:4, 1354:25, 1401:20, 1402:13, 1403:10, 1406:22, 1415:7, 1435:10, 1440:3
**responses** [5] - 1296:9, 1296:11, 1296:13, 1408:19, 1413:11
**responsibilities** [6] - 1359:12, 1380:15, 1383:22, 1395:7, 1423:15, 1448:12
**responsibility** [9] - 1268:19, 1286:10, 1345:8, 1345:19, 1360:9, 1361:2, 1451:17, 1451:24, 1464:7
**responsible** [9] - 1250:23, 1282:13, 1363:16, 1389:15, 1405:20, 1405:25, 1406:5, 1433:5, 1448:2
**responsibly** [1] - 1422:15
**restate** [1] - 1466:13
**restored** [1] - 1294:11
**restricting** [1] - 1414:11

**rests** [3] - 1295:8, 1361:17, 1386:9
**result** [13] - 1261:5, 1261:6, 1261:7, 1264:5, 1264:7, 1265:22, 1293:1, 1306:10, 1357:6, 1398:8, 1401:25, 1427:4, 1435:13
**resulting** [1] - 1276:16
**retain** [2] - 1376:5, 1465:24
**retained** [1] - 1265:22, 1425:21
**retaining** [5] - 1256:7, 1258:16, 1259:14, 1260:18, 1265:18
**retains** [1] - 1276:15
**retelling** [1] - 1400:13
**retellings** [1] - 1400:10
**retention** [3] - 1375:23, 1381:4, 1386:13
**retire** [1] - 1360:10
**retired** [3] - 1315:5, 1436:1, 1459:25
**retirement** [1] - 1360:22
**retiring** [1] - 1459:21
**retort** [1] - 1435:24
**retrieve** [1] - 1467:6
**return** [7] - 1237:6, 1237:22, 1239:7, 1354:13, 1358:10, 1426:9, 1458:22
**returned** [1] - 1433:17
**returning** [1] - 1354:22
**reverse** [1] - 1387:7
**review** [7] - 1318:5, 1376:24, 1387:14, 1387:21, 1390:8, 1397:24, 1429:1
**reviewed** [1] - 1397:7
**reviewing** [2] - 1312:6, 1380:9
**revised** [3] - 1341:22, 1341:23, 1416:2
**rewards** [1] - 1332:15
**Reza** [61] - 1256:3, 1320:4, 1320:7, 1320:16, 1320:19, 1321:21, 1322:13, 1322:22, 1327:11, 1327:22, 1327:23, 1328:1, 1328:18, 1328:25, 1329:7, 1329:13, 1329:16, 1329:19, 1329:24,

1331:16, 1331:21, 1332:1, 1334:25, 1340:19, 1341:2, 1342:3, 1342:9, 1343:10, 1345:6, 1346:16, 1349:10, 1355:13, 1356:4, 1370:15, 1384:21, 1384:24, 1385:9, 1394:18, 1402:5, 1402:6, 1402:11, 1402:21, 1403:2, 1403:4, 1403:7, 1405:2, 1415:15, 1416:6, 1416:18, 1417:3, 1417:4, 1424:1, 1425:15, 1425:18, 1443:5, 1443:10, 1449:15, 1449:16, 1451:22
**Reza's** [2] - 1414:23, 1415:8
**RI** [1] - 1331:18
**rich** [2] - 1428:13, 1457:12
**rid** [1] - 1349:6
**right-hand** [1] - 1430:12
**rightful** [1] - 1354:13
**rights** [1] - 1450:19
**rigorous** [1] - 1418:13
**rises** [1] - 1371:3
**risk** [3] - 1296:3, 1382:20, 1408:2
**riveting** [1] - 1359:19
**RMR** [3] - 1227:24, 1468:5, 1468:17
**road** [6] - 1317:25, 1338:5, 1338:15, 1371:22, 1371:24, 1406:7
**Road** [1] - 1228:18
**Roger** [3] - 1331:24, 1411:17
**role** [41] - 1231:7, 1233:13, 1233:15, 1244:23, 1312:15, 1343:11, 1343:13, 1344:7, 1345:18, 1345:19, 1356:14, 1356:19, 1373:22, 1375:14, 1376:16, 1376:24, 1376:25, 1378:19, 1380:12, 1380:14, 1381:9, 1382:9, 1385:1, 1389:19, 1391:21, 1392:2, 1394:24, 1395:2, 1395:25, 1404:19, 1448:4,

1448:20, 1450:9, 1450:12, 1450:13, 1451:8, 1451:12, 1451:16, 1456:17, 1456:20, 1464:15
**roles** [8] - 1244:22, 1244:23, 1343:8, 1356:17, 1375:16, 1383:22, 1391:18
**room** [20] - 1231:25, 1232:3, 1313:5, 1313:23, 1314:10, 1315:5, 1360:10, 1361:22, 1366:15, 1376:9, 1407:5, 1421:6, 1430:9, 1447:5, 1459:21, 1460:1, 1460:7, 1462:4, 1463:2, 1465:10
**Room** [2] - 1228:9, 1468:18
**Rosemond** [1] - 1466:21
**Rothschild** [43] - 1256:2, 1269:15, 1309:17, 1321:10, 1328:9, 1328:12, 1331:2, 1331:5, 1339:14, 1342:19, 1346:18, 1350:15, 1353:24, 1356:24, 1357:9, 1357:19, 1365:12, 1366:11, 1366:21, 1369:17, 1370:19, 1375:8, 1384:18, 1397:4, 1399:16, 1399:19, 1399:20, 1399:22, 1400:11, 1400:15, 1401:11, 1403:3, 1405:1, 1412:5, 1412:25, 1429:14, 1429:17, 1429:18, 1441:16, 1442:1, 1443:6, 1445:14, 1450:17
**Rothschild's** [5] - 1340:22, 1367:8, 1369:11, 1401:10, 1403:7
**roughly** [2] - 1316:6, 1374:22
**round** [1] - 1390:19
**route** [1] - 1332:5
**rubber** [1] - 1424:13
**rule** [2] - 1268:14, 1286:5
**rules** [3] - 1233:18, 1233:19, 1385:24

**ruling** [2] - 1233:8, 1300:7
**rulings** [1] - 1233:21
**run** [1] - 1464:17

### S

**sacrifice** [1] - 1359:17
**sacrifices** [2] - 1360:25
**safety** [1] - 1240:21
**salary** [2] - 1344:23, 1345:1
**sales** [12] - 1339:18, 1344:5, 1373:6, 1374:11, 1375:6, 1376:22, 1389:4, 1391:24, 1392:4, 1392:7, 1396:6, 1418:14
**Salim** [1] - 1332:3
**salmon** [1] - 1373:14
**salt** [1] - 1403:2
**salvage** [1] - 1333:11
**sang** [1] - 1391:2
**satisfactorily** [1] - 1315:10
**satisfied** [14] - 1235:1, 1236:9, 1242:25, 1267:2, 1268:21, 1283:9, 1284:20, 1286:12, 1293:3, 1302:4, 1302:7, 1362:1, 1454:11, 1455:5
**satisfy** [6] - 1240:24, 1241:20, 1248:15, 1249:17, 1282:17, 1399:11
**save** [2] - 1303:11, 1365:2
**saw** [72] - 1296:7, 1301:2, 1301:19, 1318:20, 1318:23, 1319:3, 1319:14, 1319:25, 1320:15, 1320:19, 1320:24, 1321:19, 1322:4, 1322:6, 1322:19, 1323:3, 1323:23, 1324:1, 1327:5, 1327:8, 1327:25, 1328:7, 1328:17, 1328:23, 1328:24, 1329:7, 1331:1, 1331:9, 1331:10, 1332:19, 1333:22, 1335:24, 1336:8, 1339:15, 1339:23, 1340:6, 1340:14,

1340:17, 1340:25, 1341:14, 1341:18, 1342:1, 1342:2, 1342:14, 1343:6, 1343:7, 1343:12, 1343:14, 1344:22, 1348:2, 1348:9, 1348:13, 1349:9, 1351:12, 1369:9, 1370:13, 1374:20, 1381:3, 1385:7, 1387:17, 1395:13, 1415:9, 1419:25, 1428:3, 1428:4, 1442:10, 1443:19, 1444:3, 1444:21, 1444:23, 1449:8

**scenarios** [1] - 1393:14

**scene** [1] - 1245:3

**schedule** [1] - 1425:11

**scheme** [31] - 1241:25, 1242:1, 1243:16, 1244:23, 1250:2, 1251:14, 1262:15, 1279:22, 1280:3, 1280:9, 1280:15, 1324:19, 1325:1, 1325:2, 1326:7, 1327:1, 1335:13, 1346:23, 1347:14, 1349:3, 1351:8, 1351:17, 1352:2, 1398:14, 1402:18, 1404:4, 1404:12, 1405:6, 1426:6, 1431:19, 1434:5

**scientists** [1] - 1296:8

**scope** [2] - 1244:10, 1329:2

**score** [1] - 1386:12

**scored** [1] - 1233:24

**scrambling** [1] - 1418:21

**screen** [2] - 1319:2, 1334:1

**scrutinize** [1] - 1304:19

**scrutinizing** [1] - 1310:15

**search** [1] - 1463:16

**seated** [7] - 1230:4, 1231:3, 1315:23, 1316:10, 1358:22, 1359:1, 1438:11

**second** [24] - 1237:12, 1242:22, 1261:1, 1274:13, 1276:24,

1278:4, 1282:21, 1283:9, 1317:6, 1317:8, 1318:14, 1328:16, 1341:1, 1349:22, 1363:10, 1379:18, 1402:25, 1407:19, 1414:8, 1424:18, 1426:25, 1444:20, 1456:17, 1460:25

**secondhand** [2] - 1364:10, 1401:11

**seconds** [1] - 1294:8

**secrecy** [1] - 1242:11

**section** [3] - 1239:20, 1449:22, 1451:2

**Section** [15] - 1228:8, 1257:22, 1257:23, 1271:13, 1273:21, 1273:22, 1273:24, 1274:25, 1275:1, 1275:3, 1275:11, 1277:8, 1279:16, 1281:6, 1287:3

**sections** [1] - 1271:16

**Sections** [1] - 1269:20

**sector** [18] - 1344:8, 1345:7, 1345:9, 1381:10, 1381:17, 1381:25, 1382:1, 1382:16, 1382:19, 1384:5, 1385:1, 1385:6, 1386:4, 1391:19, 1395:2, 1397:10, 1450:8

**sector's** [1] - 1386:7

**sectors** [5] - 1344:7, 1373:24, 1374:15, 1396:6, 1445:1

**secure** [5] - 1260:16, 1265:15, 1326:16, 1398:20, 1424:19

**securing** [3] - 1255:20, 1258:11, 1259:6

**securities** [1] - 1282:2

**security** [1] - 1374:13

**see** [29] - 1288:10, 1296:14, 1314:19, 1325:15, 1366:16, 1374:2, 1377:6, 1378:7, 1378:25, 1380:12, 1385:3, 1388:6, 1390:4, 1405:11, 1406:22, 1407:11, 1414:21, 1422:9, 1428:19, 1430:14, 1435:21, 1436:21, 1441:23, 1447:2, 1453:5,

1454:4, 1457:10, 1460:13, 1464:16

**seek** [1] - 1290:16

**seem** [2] - 1305:2, 1305:4

**sees** [1] - 1301:6

**select** [2] - 1390:5, 1465:13

**selected** [2] - 1417:8, 1464:23

**Selection** [1] - 1381:5

**selection** [5] - 1422:23, 1423:10, 1449:25, 1450:3, 1450:5

**selects** [1] - 1422:13

**send** [13] - 1338:8, 1341:19, 1341:20, 1341:23, 1343:23, 1343:24, 1348:20, 1360:21, 1385:10, 1408:22, 1417:11, 1431:20, 1431:23

**sending** [2] - 1270:2, 1399:20

**sends** [4] - 1334:25, 1382:20, 1401:22, 1422:21

**senior** [15] - 1345:17, 1373:17, 1373:20, 1380:16, 1384:8, 1384:10, 1387:13, 1393:14, 1393:16, 1394:16, 1394:25, 1395:2, 1395:7, 1429:15, 1451:9

**sense** [25] - 1235:15, 1242:14, 1295:6, 1295:16, 1297:21, 1298:13, 1301:11, 1301:22, 1306:5, 1308:3, 1308:17, 1361:19, 1381:1, 1382:10, 1395:15, 1396:19, 1408:18, 1412:4, 1420:11, 1420:22, 1421:3, 1421:12, 1430:10, 1439:9, 1445:18

**senses** [1] - 1301:5

**sent** [25] - 1262:19, 1322:20, 1333:23, 1349:16, 1367:7, 1371:12, 1372:4, 1372:14, 1381:24, 1384:6, 1385:22, 1397:5, 1397:7, 1397:9, 1402:5, 1403:22, 1405:21, 1406:1, 1407:13,

1407:20, 1408:17, 1409:24, 1411:4, 1430:20, 1452:14

**sentence** [2] - 1295:8, 1310:10

**sentencing** [1] - 1309:22

**separate** [10] - 1237:22, 1239:15, 1240:8, 1240:18, 1244:19, 1244:20, 1269:6, 1346:3, 1346:5, 1441:25

**separately** [10] - 1237:21, 1255:2, 1265:25, 1267:4, 1279:1, 1284:11, 1284:22, 1290:11, 1295:1, 1395:4

**September** [9] - 1236:15, 1249:10, 1251:22, 1252:8, 1254:16, 1278:16, 1332:16, 1400:7, 1432:16

**series** [1] - 1302:25

**serious** [1] - 1328:2

**serve** [2] - 1314:15, 1464:23

**served** [2] - 1311:1, 1467:11

**serves** [2] - 1451:4, 1451:5

**service** [5] - 1344:5, 1451:12, 1461:22, 1461:23, 1465:4

**services** [12] - 1246:24, 1247:8, 1264:23, 1339:9, 1380:3, 1380:7, 1392:18, 1404:19, 1405:15, 1428:3, 1428:24, 1444:12

**serving** [1] - 1344:7

**set** [16] - 1239:17, 1255:4, 1274:3, 1279:4, 1297:25, 1302:10, 1323:12, 1324:4, 1337:14, 1338:7, 1348:22, 1357:7, 1357:14, 1377:13, 1428:15, 1455:15

**sets** [3] - 1252:21, 1353:12, 1456:1

**setting** [1] - 1348:8

**Seven** [4] - 1257:16, 1290:12, 1324:20, 1378:23

**seven** [33] - 1238:4,

1238:14, 1254:20, 1254:22, 1254:25, 1255:3, 1259:18, 1259:19, 1260:16, 1265:24, 1265:25, 1266:1, 1266:4, 1267:1, 1267:14, 1267:17, 1268:9, 1268:23, 1272:8, 1281:16, 1286:21, 1287:1, 1287:24, 1289:3, 1293:21, 1325:16, 1325:23, 1326:24, 1337:24, 1390:12, 1398:11, 1427:1, 1460:18

**seventh** [1] - 1265:16

**several** [4] - 1261:24, 1309:1, 1427:23, 1450:7

**sexual** [1] - 1296:21

**shade** [1] - 1305:22

**shading** [1] - 1369:18

**shall** [4] - 1239:1, 1257:24, 1271:16, 1414:6

**sham** [1] - 1450:25

**shame** [2] - 1354:19, 1447:22

**Sharafi** [109] - 1256:6, 1269:17, 1270:8, 1270:12, 1270:17, 1270:23, 1270:24, 1317:4, 1317:6, 1320:5, 1320:6, 1320:8, 1320:12, 1320:21, 1320:22, 1321:12, 1321:16, 1321:21, 1321:23, 1323:23, 1324:3, 1324:5, 1325:6, 1325:17, 1327:14, 1327:16, 1327:18, 1328:13, 1328:19, 1330:23, 1331:21, 1331:22, 1334:12, 1335:2, 1336:22, 1336:23, 1337:19, 1338:13, 1340:19, 1346:16, 1348:2, 1348:14, 1348:16, 1348:20, 1349:5, 1349:15, 1350:14, 1350:15, 1351:9, 1357:1, 1357:20, 1363:12, 1370:16, 1375:24, 1376:2, 1378:13, 1380:13, 1384:18, 1384:20, 1384:23, 1387:4,

1397:3, 1397:5, 1398:19, 1399:9, 1400:7, 1400:15, 1400:17, 1400:23, 1400:24, 1401:25, 1402:11, 1402:17, 1402:19, 1402:22, 1402:25, 1403:19, 1403:25, 1413:24, 1414:14, 1420:17, 1420:24, 1421:3, 1426:12, 1426:23, 1427:7, 1427:8, 1427:11, 1427:13, 1428:6, 1428:10, 1428:11, 1429:13, 1429:16, 1430:10, 1430:13, 1431:20, 1431:22, 1441:5, 1441:18, 1441:21, 1442:18, 1443:2, 1452:25, 1453:6, 1454:1, 1454:4, 1457:14

**Sharafi's** [25] - 1256:15, 1256:20, 1257:15, 1257:19, 1270:3, 1270:13, 1270:18, 1279:19, 1279:25, 1280:6, 1280:12, 1328:23, 1331:11, 1348:8, 1348:10, 1349:10, 1349:13, 1352:3, 1413:6, 1414:3, 1420:20, 1426:21, 1428:24, 1431:6, 1431:12

**share** [2] - 1230:11, 1463:9

**shared** [1] - 1458:12

**sharp** [1] - 1435:24

**sheds** [1] - 1249:24

**sheet** [2] - 1348:13, 1351:20

**shifts** [1] - 1234:19, 1312:23

**ship** [1] - 1354:18

**short** [6] - 1235:3, 1236:16, 1300:17, 1399:13, 1443:14, 1464:17

**short-term** [1] - 1443:14

**shorter** [1] - 1316:14

**shorthand** [1] - 1468:10

**shortly** [1] - 1322:24

**shots** [4] - 1341:13, 1341:16, 1446:6,

1446:23

**show** [5] - 1248:20, 1287:10, 1330:24, 1336:25, 1415:18

**showed** [6] - 1330:15, 1330:19, 1335:22, 1337:13, 1375:2, 1453:14

**shown** [7] - 1302:18, 1302:20, 1302:24, 1328:6, 1329:10, 1329:24, 1391:4

**shows** [10] - 1264:9, 1375:9, 1381:2, 1391:6, 1397:2, 1411:12, 1414:12, 1422:24, 1423:1, 1440:25

**shrift** [1] - 1399:13

**side** [15] - 1233:24, 1254:4, 1313:13, 1313:24, 1314:3, 1334:1, 1387:12, 1410:16, 1410:17, 1423:5, 1430:12, 1430:13, 1436:22, 1444:22

**sidebar** [1] - 1436:22

**Sidebar** [1] - 1436:23

**sides** [3] - 1313:11, 1467:13, 1467:20

**sift** [1] - 1295:19

**sign** [5] - 1338:13, 1386:3, 1451:25, 1460:10, 1461:10

**sign-off** [1] - 1386:3

**signals** [2] - 1334:22, 1440:9

**signature** [1] - 1414:1

**signed** [7] - 1313:7, 1348:13, 1381:20, 1384:5, 1414:8, 1452:17, 1463:19

**significance** [2] - 1313:1, 1416:12

**significant** [2] - 1367:17, 1370:3

**significantly** [1] - 1367:24

**signs** [1] - 1381:21

**silent** [1] - 1466:5

**SILVER** [5] - 1228:13, 1437:4, 1437:8, 1438:4, 1466:10

**similar** [2] - 1300:14, 1424:22

**similarity** [1] - 1245:9

**similarly** [6] - 1237:5, 1241:23, 1245:5, 1248:18, 1303:16,

1306:11

**simple** [5] - 1234:20, 1311:16, 1384:12, 1386:15, 1393:19

**simplest** [1] - 1381:1

**simply** [19] - 1237:8, 1268:14, 1286:6, 1311:12, 1313:10, 1348:22, 1365:24, 1366:13, 1372:12, 1407:2, 1415:9, 1415:18, 1420:13, 1422:16, 1427:12, 1427:16, 1433:20, 1439:3, 1456:12

**simultaneously** [1] - 1377:7

**sincerely** [1] - 1360:11

**Singapore** [6] - 1257:3, 1257:10, 1324:2, 1324:9, 1336:22, 1351:21

**singing** [2] - 1369:24, 1396:20

**single** [22] - 1231:19, 1244:24, 1283:25, 1284:2, 1307:7, 1307:11, 1308:8, 1350:4, 1350:6, 1350:11, 1350:12, 1354:5, 1357:23, 1374:12, 1378:22, 1378:23, 1415:8, 1430:19, 1432:4, 1453:20, 1453:21

**sink** [1] - 1410:6

**sit** [2] - 1231:8, 1373:9

**sits** [3] - 1360:6, 1361:10, 1361:18

**sitting** [3] - 1371:23, 1382:11, 1412:10

**situation** [3] - 1330:2, 1333:12, 1447:18

**six** [8] - 1260:7, 1267:17, 1268:4, 1268:7, 1268:22, 1320:18, 1325:16, 1357:3

**Six** [2] - 1257:11, 1326:16

**sixth** [1] - 1265:3

**size** [4] - 1307:21, 1383:16, 1383:19, 1383:23

**skepticism** [1] - 1370:4

**skill** [1] - 1468:11

**skip** [1] - 1379:11

**slate** [1] - 1235:4

**slide** [3] - 1395:25,

1420:1, 1454:5

**slides** [1] - 1396:24

**slowing** [1] - 1329:21

**smack** [1] - 1376:6

**smart** [1] - 1420:11

**smartphones** [1] - 1371:13

**Snapchat** [1] - 1461:25

**snapshot** [1] - 1408:15

**social** [2] - 1461:23, 1462:15

**socioeconomic** [1] - 1296:22

**sole** [3] - 1232:20, 1246:14, 1459:10

**Sole** [3] - 1345:15, 1345:16, 1451:23

**solely** [3] - 1234:4, 1293:1, 1295:12

**someone** [15] - 1251:15, 1276:15, 1343:1, 1377:10, 1380:23, 1387:13, 1392:22, 1393:16, 1393:20, 1396:2, 1406:17, 1421:18, 1423:7, 1433:4

**someplace** [1] - 1282:20

**sometimes** [7] - 1247:23, 1306:8, 1345:5, 1372:15, 1377:9, 1377:12, 1457:9

**somewhere** [2] - 1282:19, 1377:17

**soon** [3] - 1424:10, 1462:8, 1467:9

**sooner** [3] - 1424:6, 1424:15, 1425:12

**sorry** [2] - 1354:22, 1394:20

**sort** [2] - 1409:3, 1420:22

**sought** [1] - 1269:22

**sound** [5] - 1354:15, 1380:22, 1380:23, 1402:7, 1402:8

**sounds** [4] - 1383:11, 1403:11, 1416:21, 1424:3

**source** [3] - 1270:15, 1364:9, 1400:18

**Southport** [1] - 1228:19

**SPEARS** [1] - 1228:17

**Spears** [1] - 1228:18

**Special** [2] - 1311:20,

1324:7

**special** [1] - 1314:10

**specialist** [1] - 1373:2

**specific** [18] - 1240:9, 1243:7, 1247:20, 1261:16, 1273:6, 1274:22, 1277:25, 1289:14, 1289:18, 1289:19, 1293:22, 1293:24, 1367:21, 1395:3, 1401:16, 1444:16, 1463:14, 1466:16

**specifically** [3] - 1262:20, 1283:17, 1463:6

**specified** [11] - 1273:18, 1275:19, 1276:16, 1277:12, 1279:14, 1280:24, 1281:5, 1281:14, 1282:23, 1289:8, 1414:5

**specify** [1] - 1464:1

**specifying** [1] - 1313:8

**speculation** [4] - 1235:14, 1298:6, 1302:6, 1370:21

**spend** [3] - 1318:16, 1328:6, 1346:6

**spends** [2] - 1448:13, 1448:14

**spent** [5] - 1351:8, 1361:6, 1371:21, 1409:9, 1443:25

**split** [2] - 1314:1, 1321:24

**spoken** [2] - 1242:4, 1332:13

**spokesperson** [1] - 1459:24

**spread** [2] - 1333:20, 1415:3

**spreadsheet** [2] - 1334:12, 1334:18

**square** [1] - 1390:19

**staff** [2] - 1393:5, 1395:18

**stage** [3] - 1283:25, 1350:4, 1453:19

**stages** [4] - 1283:24, 1350:3, 1350:11, 1453:18

**stake** [1] - 1243:14

**stand** [10] - 1294:8, 1294:21, 1313:4, 1315:20, 1358:19, 1369:3, 1435:2, 1438:7, 1465:6,

1467:23
**standard** [2] - 1298:18, 1398:7
**standing** [2] - 1240:18, 1249:23
**start** [12] - 1325:10, 1331:10, 1347:24, 1350:8, 1352:24, 1356:6, 1359:10, 1424:10, 1433:9, 1453:17, 1464:18, 1465:25
**started** [9] - 1318:24, 1318:25, 1319:24, 1329:17, 1340:23, 1350:9, 1351:13, 1358:5, 1424:9
**starting** [4] - 1241:4, 1348:1, 1368:16, 1441:7
**starts** [4] - 1327:13, 1382:16, 1386:4
**state** [21] - 1231:15, 1246:16, 1261:25, 1264:4, 1264:22, 1283:15, 1289:2, 1291:1, 1292:4, 1292:11, 1292:15, 1292:18, 1371:2, 1372:7, 1372:10, 1404:7, 1404:15, 1411:5, 1411:11
**state-controlled** [1] - 1264:22
**state-owned** [1] - 1264:22
**statement** [4] - 1403:19, 1409:5, 1415:16, 1444:9
**statements** [15] - 1234:5, 1242:18, 1243:24, 1250:7, 1250:19, 1250:24, 1251:2, 1251:6, 1251:10, 1251:12, 1251:15, 1299:20, 1406:1, 1445:5
**STATES** [3] - 1227:1, 1227:4, 1468:3
**states** [7] - 1231:14, 1239:21, 1257:24, 1261:24, 1262:7, 1276:8, 1291:6
**States** [63] - 1239:20, 1239:23, 1239:25, 1240:14, 1246:11, 1246:15, 1246:17, 1246:18, 1257:21, 1257:22, 1269:20, 1271:12, 1273:14,

1273:17, 1273:22, 1274:14, 1274:25, 1275:1, 1275:6, 1275:25, 1276:9, 1276:10, 1278:22, 1278:23, 1279:10, 1279:11, 1280:20, 1280:21, 1280:22, 1280:23, 1281:11, 1281:12, 1281:22, 1281:23, 1281:25, 1282:19, 1282:20, 1287:5, 1294:18, 1325:7, 1347:12, 1347:13, 1347:23, 1347:24, 1348:1, 1351:6, 1351:7, 1351:15, 1351:16, 1351:22, 1388:2, 1413:20, 1414:7, 1414:14, 1414:16, 1414:17, 1414:18, 1418:7, 1427:14, 1468:6, 1468:18
**status** [5] - 1296:23, 1319:5, 1340:1, 1401:22, 1417:9
**statute** [12] - 1236:14, 1236:21, 1251:23, 1252:1, 1252:4, 1254:12, 1271:14, 1278:12, 1287:3, 1287:9, 1335:19, 1336:15
**statutes** [2] - 1239:11, 1434:19
**stay** [8] - 1350:16, 1350:17, 1354:10, 1436:11, 1458:3, 1467:4, 1467:5, 1467:14
**stayed** [2] - 1354:25, 1437:15
**Step** [1] - 1381:22
**step** [6] - 1249:25, 1314:15, 1330:10, 1354:5, 1357:23, 1381:8
**steps** [12] - 1252:13, 1353:17, 1357:25, 1373:13, 1381:12, 1382:3, 1384:4, 1384:13, 1428:23, 1450:8, 1454:16, 1454:17
**stereotypes** [2] - 1296:10, 1297:6
**still** [10] - 1249:12, 1322:3, 1332:25, 1371:17, 1432:15,

1432:23, 1434:22, 1437:2, 1437:4, 1467:12
**stipulated** [4] - 1246:18, 1262:9, 1264:25, 1313:14
**stipulation** [1] - 1313:11
**stipulations** [5] - 1298:24, 1313:7, 1313:9, 1364:23, 1364:24
**stock** [1] - 1246:13
**stop** [2] - 1356:9, 1356:10
**stopped** [2] - 1424:9, 1429:8
**story** [1] - 1400:13
**straightforward** [1] - 1308:1
**strange** [3] - 1357:11, 1357:13, 1357:15
**strategy** [5] - 1340:12, 1341:16, 1389:15, 1444:24, 1449:13
**Street** [3] - 1227:7, 1228:4, 1468:18
**street** [1] - 1410:17
**strengthen** [1] - 1374:10
**stretch** [2] - 1294:8, 1424:13
**strict** [1] - 1437:18
**strongly** [2] - 1432:14, 1434:17
**struck** [1] - 1299:25
**structure** [3] - 1374:1, 1383:20, 1444:22
**style** [1] - 1231:22
**styles** [1] - 1234:1
**subject** [8] - 1271:16, 1295:24, 1327:11, 1364:11, 1366:6, 1390:7, 1409:7, 1451:16
**submission** [1] - 1428:24
**submit** [29] - 1326:4, 1326:21, 1338:19, 1364:20, 1366:17, 1369:6, 1369:16, 1372:12, 1372:19, 1382:18, 1390:17, 1398:16, 1398:21, 1399:10, 1404:9, 1404:13, 1405:9, 1405:21, 1406:15, 1408:6, 1408:25, 1410:25, 1411:25, 1413:10, 1414:12,

1416:2, 1424:14, 1433:10, 1434:21
**submits** [3] - 1355:22, 1355:23, 1386:5
**submitted** [1] - 1420:20
**submitting** [1] - 1416:25
**substance** [1] - 1301:18
**substantially** [1] - 1264:8
**substantive** [12] - 1240:10, 1240:11, 1240:14, 1267:23, 1268:2, 1268:5, 1278:19, 1285:13, 1285:17, 1285:20, 1294:7, 1429:21
**substitute** [3] - 1285:25, 1409:21, 1409:25
**substituted** [1] - 1302:7
**substitution** [1] - 1314:23
**succeed** [2] - 1288:23, 1290:17
**succeeds** [1] - 1458:20
**success** [3] - 1240:22, 1290:8, 1354:11
**successes** [1] - 1356:7
**successful** [1] - 1240:19
**successfully** [1] - 1343:9
**sudden** [1] - 1393:11
**sufficient** [13] - 1235:5, 1235:12, 1244:25, 1245:15, 1248:19, 1249:2, 1262:16, 1273:4, 1290:1, 1307:5, 1307:8, 1404:3, 1407:3
**suggest** [13] - 1367:23, 1379:7, 1402:19, 1405:24, 1406:15, 1407:17, 1408:1, 1408:11, 1410:15, 1415:14, 1422:5, 1426:2, 1464:5
**suggested** [6] - 1266:8, 1266:12, 1266:19, 1441:4, 1443:4, 1452:12
**suggesting** [3] -

1402:18, 1412:3, 1412:19
**suggestion** [3] - 1402:2, 1425:1, 1441:3
**suggests** [1] - 1425:7
**Suite** [1] - 1228:18
**Suliano** [7] - 1256:4, 1269:16, 1322:23, 1327:23, 1346:16, 1370:15, 1405:2
**sum** [4] - 1245:25, 1307:20, 1311:7, 1396:18
**Sumatra** [1] - 1355:15
**summaries** [2] - 1303:9, 1303:13
**summarize** [1] - 1318:15
**summary** [3] - 1324:14, 1420:21, 1428:25
**summation** [2] - 1379:23, 1405:3
**sun** [1] - 1467:13
**superintendent** [1] - 1374:15
**superiority** [1] - 1419:22
**superseding** [1] - 1237:12
**supervisor** [1] - 1393:14
**supervisors** [1] - 1393:5
**support** [45] - 1322:23, 1323:6, 1333:10, 1342:17, 1343:10, 1344:5, 1345:4, 1374:11, 1374:16, 1390:20, 1390:21, 1391:13, 1391:14, 1391:19, 1391:21, 1392:7, 1392:10, 1392:25, 1393:2, 1393:5, 1393:6, 1393:7, 1393:8, 1393:24, 1394:3, 1394:5, 1395:9, 1395:14, 1395:17, 1396:5, 1396:14, 1396:21, 1410:9, 1410:11, 1410:21, 1415:17, 1419:6, 1420:7, 1445:22, 1445:23, 1447:20
**supported** [6] - 1305:12, 1323:7, 1390:22, 1391:24,

1392:21, 1396:3
**supporter** [1] - 1396:1
**supporting** [3] - 1391:22, 1392:3, 1396:15
**supports** [2] - 1307:18, 1392:22
**supposed** [10] - 1333:19, 1336:7, 1357:13, 1357:15, 1412:22, 1424:10, 1450:23, 1452:24, 1456:17, 1457:18
**supposedly** [1] - 1451:3
**supreme** [1] - 1368:5
**surprise** [2] - 1335:3, 1422:4
**surprising** [2] - 1377:6, 1391:5
**surrender** [1] - 1459:16
**surrounding** [1] - 1303:3
**suspicious** [2] - 1235:14, 1417:13
**sustain** [1] - 1287:13
**sustained** [4] - 1274:5, 1275:9, 1300:8, 1379:8
**SVP** [1] - 1383:6
**sway** [1] - 1296:1
**Switzerland** [7] - 1257:1, 1257:8, 1325:20, 1351:14, 1370:18, 1413:17, 1420:3
**sworn** [3] - 1232:6, 1232:9, 1298:21
**sympathy** [2] - 1235:14, 1296:1
**synonym** [3] - 1392:25, 1394:4, 1417:23
**synonymous** [2] - 1374:16, 1418:17
**system** [4] - 1233:13, 1296:5, 1362:17, 1462:20

# T

**table** [1] - 1361:18
**tactics** [2] - 1340:12, 1449:13
**talks** [1] - 1441:9
**Tarahan** [114] - 1247:21, 1299:12, 1299:15, 1316:19, 1317:17, 1318:21,
1319:5, 1320:11, 1320:18, 1321:6, 1322:18, 1322:24, 1323:7, 1326:19, 1327:13, 1327:15, 1330:10, 1330:14, 1332:7, 1332:12, 1334:8, 1334:10, 1335:7, 1339:9, 1339:10, 1339:13, 1339:15, 1339:16, 1339:25, 1341:15, 1341:25, 1343:4, 1343:6, 1344:1, 1355:4, 1355:6, 1355:8, 1356:3, 1356:6, 1356:22, 1363:9, 1363:13, 1365:7, 1365:8, 1366:4, 1366:5, 1366:11, 1369:23, 1375:14, 1376:2, 1376:6, 1376:15, 1377:1, 1378:13, 1379:25, 1380:6, 1380:14, 1384:16, 1386:13, 1388:7, 1389:11, 1390:23, 1392:1, 1392:13, 1396:14, 1396:16, 1398:15, 1398:20, 1399:15, 1399:18, 1403:17, 1404:18, 1404:24, 1405:11, 1408:10, 1409:13, 1409:23, 1410:1, 1410:20, 1411:2, 1411:6, 1411:18, 1411:19, 1411:21, 1411:25, 1415:3, 1415:18, 1415:22, 1416:2, 1420:8, 1420:16, 1424:20, 1426:6, 1426:14, 1429:4, 1433:23, 1441:10, 1442:20, 1444:3, 1444:17, 1444:19, 1445:16, 1445:18, 1445:19, 1446:5, 1446:13, 1446:14, 1447:21, 1448:20, 1449:13, 1452:3, 1452:6
**task** [1] - 1415:4
**tasks** [1] - 1393:9
**Tawar** [23] - 1299:8, 1299:10, 1319:17, 1320:13, 1321:1, 1321:6, 1327:12, 1330:11, 1331:15, 1334:13, 1334:15,
1335:6, 1409:8, 1409:11, 1409:15, 1409:20, 1409:24, 1410:3, 1410:16, 1415:4, 1422:22, 1440:23, 1442:18
**teach** [1] - 1374:25
**team** [13] - 1320:9, 1320:20, 1322:21, 1327:20, 1331:13, 1360:23, 1375:4, 1392:22, 1392:24, 1393:4, 1396:6, 1421:19, 1429:2
**teams** [2] - 1392:4, 1418:14
**technicality** [1] - 1390:15
**techniques** [1] - 1303:15
**technology** [4] - 1419:23, 1423:7, 1444:25, 1461:24
**telephone** [2] - 1262:2, 1270:1
**Ten** [2] - 1279:23, 1285:8
**ten** [4] - 1230:15, 1358:13, 1361:11, 1381:8
**ten-minute** [1] - 1358:13
**ten-step** [1] - 1381:8
**tender** [1] - 1327:19
**tends** [1] - 1301:9
**tenet** [1] - 1362:16
**term** [19] - 1237:3, 1247:23, 1248:3, 1261:8, 1261:22, 1262:1, 1264:13, 1276:2, 1276:7, 1276:11, 1276:13, 1281:24, 1282:7, 1283:21, 1329:6, 1362:4, 1367:5, 1382:17, 1443:14
**terminate** [1] - 1252:13
**terms** [50] - 1230:18, 1288:6, 1289:5, 1292:17, 1322:3, 1322:15, 1322:18, 1328:24, 1329:23, 1339:21, 1341:23, 1342:2, 1342:21, 1344:19, 1348:10, 1348:14, 1348:18, 1348:21, 1380:10, 1380:18, 1381:17, 1381:19, 1382:13,
1382:17, 1384:3, 1385:14, 1385:18, 1385:19, 1390:6, 1397:11, 1397:17, 1397:25, 1413:8, 1415:2, 1415:10, 1415:14, 1417:8, 1423:18, 1424:3, 1424:4, 1425:9, 1425:12, 1440:16, 1440:18, 1443:14, 1447:14, 1450:21
**territories** [1] - 1276:9
**territory** [2] - 1246:17, 1406:6
**test** [1] - 1297:2
**testified** [25] - 1304:1, 1304:2, 1304:20, 1305:9, 1305:20, 1306:1, 1306:19, 1309:7, 1331:3, 1365:4, 1368:19, 1381:7, 1399:14, 1400:15, 1410:23, 1412:5, 1412:6, 1412:8, 1412:13, 1413:21, 1419:9, 1424:11, 1427:19, 1428:3, 1431:11
**testifies** [1] - 1301:4
**testify** [9] - 1306:12, 1308:24, 1309:3, 1309:17, 1310:11, 1312:17, 1312:19, 1313:2, 1324:7
**testifying** [3] - 1308:6, 1310:25, 1311:1
**testimony** [79] - 1232:24, 1253:24, 1298:22, 1299:25, 1301:2, 1304:7, 1304:10, 1304:16, 1304:19, 1304:23, 1305:11, 1305:13, 1305:16, 1305:17, 1306:9, 1306:16, 1306:18, 1306:20, 1306:22, 1306:25, 1307:1, 1307:4, 1307:5, 1307:7, 1307:11, 1308:1, 1308:8, 1308:10, 1308:12, 1309:14, 1310:1, 1310:2, 1310:10, 1310:12, 1310:14, 1310:15, 1310:22, 1311:6, 1311:16, 1311:20, 1311:23, 1312:3, 1312:7, 1312:8,
1314:12, 1359:19, 1366:3, 1366:9, 1367:15, 1367:25, 1368:21, 1369:10, 1369:15, 1369:19, 1370:2, 1370:13, 1370:20, 1374:21, 1377:2, 1381:3, 1387:2, 1387:17, 1388:9, 1391:12, 1391:15, 1398:5, 1399:12, 1403:8, 1411:11, 1412:25, 1421:15, 1429:15, 1441:15, 1441:16, 1463:5, 1463:12, 1463:17, 1463:24
**Tetuko** [1] - 1271:11
**text** [1] - 1461:22
**Thailand** [1] - 1394:14
**thanking** [2] - 1342:16, 1359:10
**THE** [41] - 1227:18, 1230:3, 1230:15, 1230:19, 1231:3, 1314:22, 1315:3, 1315:17, 1315:20, 1315:23, 1316:4, 1316:10, 1358:12, 1358:17, 1358:19, 1358:21, 1359:1, 1359:3, 1359:5, 1434:24, 1436:8, 1436:14, 1436:21, 1436:24, 1437:6, 1437:10, 1437:24, 1438:3, 1438:5, 1438:7, 1438:9, 1438:11, 1458:1, 1464:25, 1465:2, 1465:23, 1466:8, 1466:23, 1467:3, 1467:16, 1467:19
**themselves** [1] - 1336:2
**theoretical** [1] - 1396:24
**theory** [3] - 1288:2, 1290:23, 1396:18
**thereby** [1] - 1246:4
**therefore** [13] - 1235:21, 1238:22, 1250:2, 1251:22, 1268:17, 1286:8, 1290:18, 1309:5, 1310:12, 1312:25, 1313:12, 1386:21, 1432:3
**therein** [1] - 1372:3
**thereof** [8] - 1255:23,

1258:13, 1258:23,
1259:11, 1260:14,
1262:1, 1264:15,
1265:12
**thereto** [2] - 1282:3,
1282:6
**Thiessen** [52] -
1309:18, 1321:10,
1328:8, 1332:19,
1333:2, 1333:7,
1333:23, 1334:4,
1334:11, 1335:4,
1345:2, 1345:13,
1345:18, 1346:18,
1353:23, 1354:17,
1357:4, 1357:21,
1365:6, 1365:7,
1365:11, 1366:22,
1368:23, 1369:18,
1370:7, 1370:10,
1370:20, 1381:6,
1394:8, 1394:13,
1399:25, 1400:20,
1401:2, 1409:9,
1410:2, 1412:12,
1416:24, 1417:14,
1419:9, 1420:2,
1420:18, 1421:15,
1423:13, 1424:8,
1424:11, 1427:12,
1442:2, 1443:20,
1448:6, 1448:9,
1448:23
**Thiessen's** [6] -
1333:14, 1365:8,
1367:9, 1369:8,
1374:21, 1401:9
**thinking** [5] - 1296:2,
1296:12, 1296:25,
1442:17, 1443:14
**third** [12] - 1237:12,
1246:7, 1247:24,
1261:18, 1318:16,
1326:8, 1363:14,
1374:22, 1379:19,
1406:6, 1408:12,
1427:4
**third-party** [1] -
1247:24
**thirdhand** [2] -
1364:10, 1402:25
**thoughts** [1] - 1296:14
**threat** [1] - 1240:20
**threatened** [1] -
1429:16
**Three** [1] - 1256:17
**three** [25] - 1241:7,
1247:3, 1258:18,
1267:16, 1267:20,
1275:18, 1285:13,

1298:21, 1309:15,
1318:12, 1325:16,
1331:17, 1364:22,
1367:1, 1368:9,
1372:24, 1373:13,
1379:16, 1384:4,
1384:12, 1391:10,
1407:11, 1409:10,
1417:21, 1424:5
**throughout** [7] -
1234:24, 1312:22,
1359:11, 1362:4,
1405:3, 1436:7,
1464:14
**tied** [1] - 1368:12
**ties** [2] - 1433:11,
1434:13
**time-barred** [1] -
1251:25
**timely** [2] - 1253:7,
1353:4
**title** [4] - 1282:3,
1282:5, 1373:18,
1447:25
**Title** [11] - 1239:20,
1257:20, 1257:21,
1257:23, 1269:19,
1271:12, 1273:20,
1273:21, 1274:24,
1275:1, 1287:4
**titles** [1] - 1448:3
**today** [15] - 1230:7,
1231:7, 1314:5,
1318:12, 1318:17,
1345:7, 1358:5,
1362:8, 1371:13,
1390:2, 1406:9,
1408:23, 1436:7,
1436:10, 1443:10
**together** [11] - 1240:5,
1241:22, 1242:20,
1245:10, 1269:25,
1270:5, 1271:4,
1298:17, 1335:5,
1439:19, 1452:9
**tomorrow** [1] -
1465:14
**tonight** [1] - 1465:14
**took** [11] - 1270:12,
1270:17, 1270:23,
1275:24, 1303:5,
1338:3, 1354:5,
1357:23, 1357:25,
1451:24, 1458:6
**ToP** [3] - 1385:19,
1443:14, 1443:17
**top** [5] - 1334:14,
1334:16, 1384:13,
1440:7, 1442:21
**top-down** [2] -

1334:16, 1442:21
**total** [2] - 1441:24,
1442:1
**totally** [1] - 1405:23
**touch** [1] - 1439:14
**touches** [1] - 1301:6
**towards** [2] - 1454:19,
1459:5
**town** [1] - 1340:3
**traced** [1] - 1324:8
**track** [1] - 1460:20
**tracks** [1] - 1460:13
**trade** [2] - 1261:22,
1262:5
**trail** [1] - 1324:10
**transaction** [14] -
1274:15, 1275:13,
1275:15, 1275:22,
1275:24, 1276:2,
1277:22, 1283:19,
1283:23, 1284:2,
1350:6, 1430:19,
1432:4, 1453:21
**transactions** [6] -
1270:14, 1271:1,
1279:12, 1430:20,
1431:7, 1432:4
**transcription** [1] -
1468:9
**transfer** [29] -
1256:13, 1256:19,
1256:24, 1257:6,
1257:13, 1257:18,
1270:6, 1271:5,
1273:15, 1274:20,
1276:3, 1279:6,
1279:8, 1279:9,
1279:17, 1279:23,
1280:4, 1280:11,
1280:19, 1283:24,
1284:1, 1350:3,
1350:5, 1431:6,
1453:18, 1453:20,
1453:24, 1460:19,
1461:7
**transferred** [2] -
1257:2, 1257:9
**transfers** [13] -
1270:19, 1270:21,
1280:18, 1284:2,
1325:5, 1337:18,
1350:6, 1350:9,
1352:7, 1352:8,
1363:16, 1426:18,
1453:21
**transmission** [2] -
1373:4, 1383:15
**transmit** [5] - 1273:15,
1279:6, 1279:7,
1279:8, 1280:19

**transmits** [1] -
1280:18
**transport** [8] -
1273:15, 1278:21,
1279:6, 1279:7,
1279:8, 1280:18,
1281:10, 1281:21
**transportation** [8] -
1261:23, 1262:5,
1278:25, 1281:3,
1282:9, 1373:3,
1373:5, 1383:16
**transported** [6] -
1281:9, 1281:21,
1282:16, 1282:19,
1347:12, 1347:23
**transporting** [2] -
1278:20, 1282:14
**transports** [1] -
1280:17
**traveler's** [1] - 1282:1
**traveling** [1] - 1466:7
**treat** [1] - 1300:10
**treatment** [1] -
1310:24
**trial** [24] - 1232:13,
1233:8, 1233:25,
1235:3, 1303:23,
1309:2, 1311:19,
1312:14, 1312:22,
1313:6, 1317:20,
1317:23, 1359:11,
1360:14, 1365:4,
1401:17, 1405:3,
1409:20, 1431:1,
1436:7, 1437:7,
1458:6, 1464:4,
1467:21
**TRIAL** [1] - 1227:12
**tried** [2] - 1284:15,
1336:21
**trip** [3] - 1383:21,
1410:16, 1410:17
**true** [9] - 1253:19,
1293:7, 1293:11,
1296:3, 1370:24,
1376:19, 1454:18,
1468:9
**truly** [1] - 1372:6
**trust** [9] - 1246:13,
1327:20, 1367:15,
1401:13, 1403:4,
1421:22, 1422:3,
1422:11, 1443:6
**trusted** [2] - 1443:7
**trustworthy** [1] -
1307:15, 1423:4
**truth** [8] - 1293:2,
1304:22, 1305:4,
1305:22, 1310:22,

1311:5, 1369:14,
1377:16
**truthful** [2] - 1306:15,
1307:25
**truthfully** [2] - 1307:9,
1311:2
**try** [13] - 1273:8,
1312:2, 1329:6,
1355:13, 1369:19,
1404:17, 1418:25,
1419:20, 1420:9,
1421:24, 1447:15,
1447:17, 1448:22
**trying** [17] - 1305:10,
1305:14, 1305:15,
1307:25, 1322:6,
1340:6, 1356:9,
1356:10, 1357:21,
1377:7, 1408:17,
1409:3, 1419:14,
1420:6, 1424:24,
1430:24, 1449:16
**Tuban** [1] - 1299:10
**turn** [2] - 1364:2,
1398:13
**turns** [1] - 1291:18
**TV** [1] - 1362:5
**Twelve** [16] - 1280:10,
1285:9, 1288:7,
1289:6, 1293:23,
1315:1, 1325:3,
1347:9, 1347:17,
1347:20, 1349:17,
1349:22, 1351:2,
1426:18, 1429:20,
1431:4
**twelve** [22] - 1234:14,
1237:17, 1238:9,
1238:14, 1254:21,
1278:18, 1278:23,
1279:2, 1283:12,
1283:18, 1284:11,
1284:19, 1285:6,
1285:24, 1286:14,
1286:21, 1287:2,
1290:13, 1302:14,
1313:18, 1429:12,
1461:5
**twice** [3] - 1357:16,
1357:19, 1357:21
**Twitter** [1] - 1461:25
**Two** [5] - 1254:22,
1256:9, 1265:25,
1324:20, 1325:16
**two** [75] - 1230:6,
1232:12, 1236:1,
1236:17, 1238:4,
1238:13, 1239:21,
1240:5, 1241:2,
1241:5, 1241:17,

1242:5, 1247:2, 1254:20, 1254:24, 1255:2, 1259:18, 1267:1, 1267:13, 1267:16, 1267:18, 1268:9, 1268:23, 1271:23, 1271:25, 1272:12, 1272:18, 1272:24, 1275:15, 1281:12, 1283:10, 1285:10, 1285:24, 1286:20, 1286:25, 1287:23, 1289:3, 1290:12, 1293:21, 1294:8, 1300:21, 1313:9, 1313:25, 1316:5, 1320:1, 1326:22, 1326:24, 1332:18, 1333:25, 1337:24, 1347:1, 1347:9, 1347:21, 1349:19, 1350:24, 1350:25, 1361:4, 1366:10, 1375:23, 1377:7, 1377:17, 1384:24, 1388:5, 1389:8, 1393:23, 1400:10, 1409:6, 1427:1, 1431:24, 1450:1, 1460:18

**type** [3] - 1252:16, 1300:25, 1368:4

**types** [3] - 1250:14, 1300:21, 1371:4

## U

**U.S** [25] - 1228:3, 1228:7, 1256:1, 1256:12, 1256:18, 1256:23, 1257:5, 1257:12, 1257:17, 1257:23, 1269:13, 1273:21, 1274:20, 1287:4, 1336:18, 1336:20, 1336:24, 1396:13, 1413:13, 1413:14, 1413:15, 1437:17, 1437:21, 1466:19

**U.S.'s** [1] - 1270:7

**U.S.D.J** [1] - 1227:18

**UK** [1] - 1354:23

**ultimate** [3] - 1233:22, 1344:20, 1360:20

**ultimately** [6] - 1320:10, 1332:8, 1342:15, 1405:7, 1445:8, 1449:11

**unacceptable** [1] -

1381:18

**unambiguous** [1] - 1364:13

**unanimous** [6] - 1237:22, 1458:24, 1459:20, 1460:8, 1461:2, 1461:16

**unanimously** [3] - 1235:8, 1273:4, 1273:8

**unaware** [1] - 1296:12

**uncalled** [1] - 1466:21

**uncanny** [1] - 1391:9

**unclear** [1] - 1372:15

**unconscious** [2] - 1296:13, 1297:3

**uncontradicted** [1] - 1307:1

**under** [32] - 1233:12, 1233:18, 1245:19, 1246:16, 1250:21, 1259:24, 1261:21, 1263:15, 1269:19, 1276:25, 1287:9, 1288:1, 1295:13, 1304:20, 1312:18, 1354:12, 1376:1, 1380:24, 1383:8, 1389:23, 1392:13, 1392:23, 1393:11, 1394:1, 1396:2, 1396:16, 1397:20, 1401:8, 1406:12, 1448:7, 1448:8, 1454:9

**underlying** [4] - 1239:15, 1269:6, 1289:2, 1303:10

**undermine** [1] - 1357:24

**undermining** [3] - 1252:24, 1353:15, 1456:4

**understood** [15] - 1332:5, 1332:25, 1333:13, 1403:21, 1406:3, 1406:14, 1407:22, 1410:10, 1415:8, 1418:23, 1423:16, 1446:2, 1449:5, 1452:10

**undertaking** [17] - 1246:3, 1247:3, 1247:6, 1247:7, 1338:21, 1338:22, 1339:1, 1339:22, 1342:14, 1343:5, 1379:19, 1379:22, 1379:24, 1379:25, 1380:1, 1380:2,

1444:11

**underway** [1] - 1465:12

**undo** [1] - 1353:17

**undoing** [3] - 1355:2, 1356:8, 1357:13

**uneasy** [1] - 1366:14

**unfair** [1] - 1300:14

**unfairly** [1] - 1462:25

**unfavorable** [2] - 1311:18, 1312:11

**unhappy** [3] - 1329:9, 1329:18, 1329:22

**unified** [1] - 1374:12

**unincorporated** [1] - 1246:13

**unintended** [1] - 1297:6

**unit** [8] - 1344:19, 1387:12, 1391:22, 1428:25, 1448:5, 1450:18, 1453:3

**UNITED** [3] - 1227:1, 1227:4, 1468:3

**United** [63] - 1239:20, 1239:23, 1239:25, 1240:14, 1246:11, 1246:15, 1246:16, 1246:18, 1257:21, 1269:20, 1271:12, 1273:13, 1273:16, 1273:17, 1273:22, 1274:14, 1274:24, 1275:1, 1275:6, 1275:25, 1276:9, 1276:10, 1278:22, 1279:10, 1279:11, 1280:20, 1280:21, 1280:22, 1280:23, 1281:11, 1281:12, 1281:22, 1281:23, 1281:25, 1282:19, 1282:20, 1287:5, 1294:18, 1325:6, 1325:7, 1347:12, 1347:13, 1347:23, 1347:24, 1348:1, 1351:6, 1351:7, 1351:15, 1351:16, 1351:22, 1388:2, 1413:19, 1414:7, 1414:14, 1414:16, 1414:17, 1414:18, 1418:7, 1427:14, 1468:6, 1468:18

**units** [4] - 1344:11, 1344:14, 1344:15, 1344:25

**unknown** [1] - 1269:18

**unlawful** [50] - 1240:6, 1241:3, 1241:18, 1242:6, 1242:21, 1243:6, 1243:11, 1244:13, 1245:15, 1245:24, 1246:1, 1246:5, 1249:16, 1250:16, 1251:14, 1257:24, 1259:24, 1260:11, 1261:5, 1261:6, 1261:8, 1261:21, 1265:22, 1271:24, 1272:12, 1272:15, 1272:20, 1273:19, 1273:25, 1274:22, 1275:3, 1275:19, 1276:17, 1277:12, 1277:23, 1279:14, 1280:24, 1281:3, 1281:5, 1281:14, 1282:23, 1289:8, 1335:18, 1335:20, 1336:4, 1346:8, 1346:20, 1451:2

**unlawfully** [1] - 1278:20

**unless** [14] - 1235:6, 1239:2, 1253:3, 1264:11, 1268:25, 1286:16, 1288:2, 1338:8, 1361:24, 1378:20, 1379:2, 1381:20, 1382:4, 1465:7

**unlike** [7] - 1272:6, 1272:7, 1281:16, 1349:22, 1352:17, 1429:24

**unnecessary** [1] - 1303:11

**unreasonable** [3] - 1405:23, 1408:2, 1413:18

**unspoken** [1] - 1242:5

**unsuccessful** [1] - 1410:13

**unsupported** [2] - 1393:1, 1394:4

**unsure** [1] - 1398:2

**unto** [1] - 1454:1

**unusual** [2] - 1415:23, 1417:13

**up** [46] - 1293:14, 1294:8, 1307:21, 1308:15, 1310:23, 1313:25, 1318:25, 1321:20, 1322:7, 1322:10, 1323:8, 1324:4, 1328:7,

1328:8, 1328:17, 1329:2, 1332:18, 1333:2, 1333:20, 1335:4, 1337:14, 1338:7, 1338:13, 1357:7, 1371:17, 1375:10, 1385:5, 1385:6, 1387:11, 1388:4, 1389:5, 1392:15, 1394:15, 1402:1, 1403:5, 1413:25, 1417:6, 1420:1, 1433:16, 1435:2, 1449:21, 1451:15, 1453:15, 1454:5, 1465:21

**upcoming** [1] - 1424:6

**update** [2] - 1401:22, 1417:9

**upfront** [7] - 1317:9, 1329:1, 1330:6, 1342:5, 1423:4, 1424:24, 1425:4

**upper** [4] - 1321:5, 1332:22, 1334:14, 1334:20

**upwards** [1] - 1443:25

**urge** [1] - 1403:7

**US** [1] - 1228:14

**USA** [1] - 1351:21

**uses** [1] - 1248:3

**utilized** [1] - 1262:5

**utter** [1] - 1383:21

**uttered** [1] - 1303:1

**utterly** [1] - 1359:19

## V

**value** [13] - 1255:12, 1255:14, 1258:6, 1258:20, 1260:2, 1263:4, 1271:1, 1274:18, 1275:16, 1301:25, 1419:23, 1421:18

**variety** [1] - 1393:13

**various** [4] - 1262:6, 1291:3, 1304:12, 1427:22

**Varney** [19] - 1323:14, 1338:5, 1344:13, 1348:23, 1350:10, 1354:2, 1365:13, 1413:21, 1418:4, 1427:19, 1428:1, 1428:4, 1428:17, 1429:1, 1431:11, 1445:1, 1452:19, 1455:4, 1455:12

**venture** [5] - 1240:23,

1243:14, 1290:8, 1290:16, 1290:17
**venue** [23] - 1283:14, 1284:4, 1284:5, 1284:6, 1284:9, 1284:10, 1284:13, 1284:16, 1349:19, 1349:21, 1349:24, 1350:1, 1350:7, 1429:20, 1429:24, 1430:3, 1431:2, 1452:10, 1453:22, 1454:10, 1454:12, 1466:19
**verdict** [31] - 1232:7, 1233:10, 1237:6, 1237:22, 1237:25, 1239:8, 1295:16, 1296:4, 1297:16, 1303:24, 1358:10, 1370:21, 1426:9, 1458:19, 1458:21, 1458:22, 1458:24, 1459:19, 1460:5, 1460:9, 1460:11, 1460:12, 1460:13, 1461:2, 1461:11, 1461:13, 1461:15, 1461:16, 1461:17, 1462:3, 1464:6
**Veronique** [3] - 1383:9, 1388:10, 1401:23
**version** [1] - 1401:9
**vet** [1] - 1339:20
**veto** [1] - 1389:25
**vetted** [1] - 1381:13
**vetting** [1] - 1340:15
**via** [3] - 1270:1, 1414:7
**vice** [12] - 1345:17, 1373:17, 1373:20, 1375:5, 1380:16, 1384:9, 1384:10, 1394:16, 1394:25, 1395:2, 1395:7, 1451:9
**video** [1] - 1296:7
**view** [8] - 1232:7, 1235:25, 1310:13, 1364:3, 1377:9, 1377:12, 1459:5, 1459:16
**viewed** [2] - 1313:15, 1418:20
**views** [3] - 1459:3, 1459:13, 1459:15
**VII** [1] - 1227:13
**violate** [15] - 1232:8, 1238:2, 1239:14,

1240:2, 1240:7, 1277:8, 1277:20, 1324:16, 1325:11, 1346:1, 1351:11, 1351:25, 1390:16, 1434:18, 1460:15
**violated** [3] - 1325:12, 1326:23, 1345:24
**violating** [11] - 1238:5, 1239:15, 1259:17, 1261:17, 1275:10, 1282:24, 1283:8, 1289:9, 1335:19, 1336:15, 1336:17
**violation** [33] - 1232:6, 1240:9, 1254:23, 1255:1, 1255:19, 1257:20, 1258:10, 1259:4, 1260:11, 1265:9, 1271:12, 1273:13, 1273:20, 1273:21, 1273:24, 1274:2, 1274:14, 1274:24, 1274:25, 1275:3, 1275:6, 1275:19, 1277:12, 1277:17, 1278:4, 1279:15, 1280:15, 1281:5, 1287:25, 1300:18, 1377:23, 1457:1, 1462:7
**violations** [8] - 1267:12, 1268:10, 1281:14, 1283:4, 1286:24, 1324:21, 1325:10, 1338:16
**virtue** [1] - 1301:5
**visit** [1] - 1355:17
**voice** [1] - 1374:12
**VOLUME** [1] - 1227:13
**voluntarily** [3] - 1242:24, 1261:3, 1289:17
**vote** [5] - 1231:9, 1236:10, 1459:1, 1459:2, 1459:19
**VP** [1] - 1389:4

## W

**wait** [4] - 1230:7, 1230:9, 1230:11, 1368:8
**waiting** [2] - 1313:23, 1359:3
**walk** [4] - 1316:24, 1352:23, 1352:25, 1366:14
**walked** [2] - 1346:7, 1446:8

walking [2] - 1433:9, 1434:12
**wall** [1] - 1371:19
**wants** [11] - 1335:6, 1382:8, 1391:20, 1400:12, 1423:3, 1424:6, 1424:15, 1434:2, 1440:3, 1440:13, 1441:25
**Warner** [1] - 1375:10
**warning** [2] - 1253:7, 1353:4
**Washington** [1] - 1228:9
**wasteful** [1] - 1410:17
**wasting** [1] - 1407:18
**wax** [1] - 1391:3
**ways** [7] - 1296:24, 1333:20, 1350:25, 1393:5, 1393:19, 1393:25, 1403:5
**weak** [1] - 1411:2
**weaken** [1] - 1456:9
**weakening** [3] - 1252:24, 1353:15, 1456:4
**weaknesses** [1] - 1331:11
**website** [1] - 1461:23
**week** [4] - 1331:8, 1334:24, 1381:7, 1409:10
**weeks** [6] - 1320:18, 1332:18, 1334:8, 1357:3, 1430:20
**weigh** [3] - 1295:9, 1359:16, 1366:15
**weighing** [1] - 1235:17
**weighs** [1] - 1254:5
**weight** [9] - 1233:1, 1304:9, 1306:23, 1307:16, 1308:5, 1310:16, 1311:8, 1311:25, 1312:9
**welcome** [2] - 1465:13
**welfare** [1] - 1240:21
**well-aware** [1] - 1440:22
**well-informed** [1] - 1330:1
**well-rehearsed** [1] - 1369:2
**West** [1] - 1299:10
**whatsoever** [1] - 1410:18
**whim** [1] - 1235:13
**whole** [7] - 1231:17, 1231:18, 1279:13, 1283:12, 1335:25,

1349:4, 1350:19
**wholly** [2] - 1253:9, 1353:5
**Widiono** [25] - 1271:10, 1320:1, 1321:1, 1321:5, 1329:8, 1329:12, 1329:18, 1329:24, 1332:23, 1333:3, 1333:9, 1333:16, 1334:22, 1335:5, 1335:10, 1355:14, 1370:16, 1420:3, 1420:7, 1422:2, 1422:11, 1422:17, 1440:11, 1440:16
**Widiono's** [1] - 1422:6
**Wijaya** [6] - 1321:4, 1332:20, 1332:22, 1333:25, 1334:20, 1440:7
**wildly** [1] - 1400:10
**willful** [3] - 1289:16, 1292:14, 1327:9
**willfully** [22] - 1241:5, 1242:23, 1243:5, 1249:19, 1255:6, 1259:22, 1261:2, 1261:13, 1269:10, 1272:1, 1277:1, 1277:4, 1289:5, 1291:4, 1291:10, 1291:21, 1292:7, 1318:1, 1327:1, 1327:5, 1335:16, 1346:22
**willfulness** [2] - 1291:15, 1303:2
**William** [1] - 1396:12
**willing** [4] - 1246:4, 1404:4, 1439:2, 1439:5
**willingness** [1] - 1328:6
**win** [10] - 1317:17, 1322:18, 1326:19, 1355:20, 1356:1, 1356:21, 1392:11, 1404:17, 1410:5, 1451:20
**window** [1] - 1367:10
**Windsor** [16] - 1323:19, 1323:20, 1340:9, 1341:6, 1350:9, 1351:21, 1352:5, 1385:2, 1388:1, 1447:8, 1447:11, 1449:17, 1452:16, 1452:18
**winning** [7] - 1317:16,

1322:24, 1344:25, 1373:24, 1375:18, 1429:3, 1451:13
**wire** [23] - 1256:13, 1256:18, 1256:23, 1257:5, 1257:12, 1257:17, 1262:14, 1262:21, 1270:6, 1271:5, 1279:17, 1279:23, 1280:4, 1280:10, 1337:18, 1363:16, 1371:20, 1426:18, 1454:21, 1454:23, 1460:19, 1461:7
**wired** [2] - 1270:7, 1271:5
**wires** [11] - 1262:9, 1262:18, 1262:22, 1262:23, 1262:25, 1337:21, 1338:8, 1338:14, 1430:14, 1454:13, 1454:16
**wiring** [1] - 1427:13
**wish** [1] - 1231:10
**wished** [1] - 1290:14
**wishes** [2] - 1354:11, 1466:10
**withdraw** [4] - 1252:12, 1253:6, 1358:3, 1433:1
**withdrawal** [35] - 1252:11, 1252:24, 1253:3, 1254:3, 1254:6, 1254:11, 1254:19, 1274:20, 1276:3, 1278:7, 1278:8, 1278:11, 1295:3, 1337:23, 1347:16, 1352:13, 1352:15, 1353:2, 1353:3, 1353:14, 1357:18, 1432:9, 1432:10, 1432:20, 1432:23, 1433:3, 1433:7, 1434:23, 1455:23, 1455:24, 1456:4, 1456:8, 1456:12, 1466:15
**withdrawing** [1] - 1352:21
**withdraws** [2] - 1252:3, 1252:10
**withdrew** [14] - 1236:13, 1236:20, 1251:21, 1252:7, 1253:16, 1253:23, 1254:15, 1254:18, 1267:8, 1278:15, 1285:1, 1352:18,

1363:24, 1432:16

**witness** [48] -
1231:13, 1296:20,
1301:3, 1304:1,
1304:7, 1304:9,
1304:19, 1304:20,
1305:2, 1305:3,
1305:5, 1305:6,
1305:7, 1305:9,
1305:14, 1305:18,
1305:21, 1305:23,
1305:24, 1306:4,
1306:6, 1306:16,
1306:18, 1306:22,
1307:2, 1307:7,
1307:9, 1307:11,
1308:8, 1308:13,
1308:14, 1310:1,
1310:6, 1310:8,
1311:2, 1311:9,
1311:13, 1311:16,
1311:21, 1313:4,
1365:6, 1369:3,
1399:12, 1400:19,
1411:5, 1466:21

**witness's** [10] -
1301:2, 1304:10,
1304:22, 1305:11,
1305:16, 1306:7,
1306:9, 1307:3,
1309:17, 1311:14

**witnesses** [61] -
1232:22, 1234:22,
1253:24, 1297:8,
1298:22, 1299:21,
1299:23, 1303:17,
1303:21, 1304:1,
1304:6, 1304:16,
1305:13, 1306:9,
1306:17, 1307:17,
1308:6, 1308:9,
1308:10, 1308:15,
1308:21, 1308:23,
1309:5, 1309:12,
1309:15, 1310:21,
1312:3, 1312:8,
1324:11, 1341:14,
1342:18, 1346:17,
1361:21, 1364:23,
1365:3, 1365:12,
1365:25, 1366:10,
1368:10, 1369:2,
1369:17, 1369:21,
1370:2, 1370:22,
1371:1, 1391:2,
1391:10, 1403:15,
1403:16, 1403:20,
1410:22, 1411:13,
1417:16, 1417:21,
1445:13, 1445:22,
1445:25, 1446:2,

1450:15

**witnesses'** [2] -
1309:21, 1446:7

**won** [2] - 1343:6,
1357:8

**wondering** [1] -
1406:21

**word** [9] - 1237:9,
1282:9, 1282:10,
1342:24, 1371:9,
1374:16, 1415:8,
1432:9, 1435:23

**words** [49] - 1237:4,
1241:25, 1242:16,
1243:9, 1247:15,
1252:15, 1273:23,
1275:2, 1284:8,
1289:3, 1301:3,
1302:25, 1346:11,
1354:8, 1364:6,
1364:15, 1367:1,
1367:19, 1367:21,
1372:13, 1372:14,
1386:7, 1387:22,
1391:23, 1401:21,
1404:10, 1404:18,
1405:10, 1405:18,
1407:7, 1407:13,
1407:25, 1408:12,
1411:14, 1413:3,
1414:20, 1415:12,
1421:7, 1421:9,
1425:24, 1426:15,
1435:18, 1439:19,
1457:6, 1458:23

**wore** [1] - 1384:24

**worker** [1] - 1243:8

**works** [2] - 1415:2,
1437:17

**world** [2] - 1374:22,
1406:6

**worried** [1] - 1320:21

**worst** [1] - 1457:18

**worth** [1] - 1369:21

**worthy** [1] - 1307:5

**write** [1] - 1405:17

**writes** [1] - 1396:13

**writing** [4] - 1231:21,
1241:25, 1463:19,
1463:22

**written** [6] - 1371:12,
1404:25, 1405:5,
1408:18, 1409:5,
1452:13

**wrongdoing** [1] -
1313:16

**wrote** [12] - 1402:18,
1403:11, 1404:6,
1405:10, 1407:7,
1407:14, 1407:25,

1408:13, 1408:21,
1411:14, 1412:13,
1425:24

## Y

**year** [3] - 1332:11,
1356:25, 1367:3

**years** [17] - 1317:13,
1318:22, 1355:7,
1363:18, 1367:1,
1367:2, 1367:10,
1367:16, 1372:25,
1391:9, 1393:24,
1401:12, 1408:9,
1408:22, 1411:22,
1427:2, 1428:16

**yellow** [1] - 1374:21

**yesterday** [2] -
1412:13, 1442:6

**York** [9] - 1228:8,
1228:14, 1256:15,
1256:20, 1256:25,
1257:7, 1257:14,
1257:19, 1270:8

**yourself** [9] - 1290:11,
1295:19, 1297:7,
1314:6, 1347:10,
1367:12, 1406:21,
1435:9, 1465:16

**yourselves** [3] -
1243:2, 1300:19,
1310:20

**YouTube** [1] - 1461:25

**Yves** [7] - 1329:6,
1342:9, 1355:13,
1355:16, 1415:1,
1415:10, 1415:15

## Z

**zone** [1] - 1407:21

**Zurich** [2] - 1257:1,
1257:8