```
                UNITED STATES DISTRICT COURT                    10:01
                  DISTRICT OF CONNECTICUT


 _____
                                )
 UNITED STATES OF AMERICA,      )
                                ) No. 3:12-CR-238 (JBA)
              Plaintiff,        )
                                ) November 8, 2019
                                )
 v.                             ) 9:34 a.m.
                                )
                                ) 141 Church Street
                                ) New Haven, Connecticut
 LAWRENCE HOSKINS,              )
                                )
              Defendant.        )
 _____)



                    JURY TRIAL

                    VOLUME IX




 B E F O R E:

         THE HONORABLE JANET BOND ARTERTON, U.S.D.J.
                       AND A JURY






              Official Court Reporter:
              Melissa J. Cianciullo, RMR, CRR, CRC
              (203) 606-1794
```

```
 1   A P P E A R A N C E S:

 2   For the Government:

 3        DAVID E. NOVICK, AUSA
          U.S. Attorney's Office - NH
 4        157 Church Street, 23rd Floor
          New Haven, CT 06510
 5        (203) 821-3700
          E-mail: david.novick@usdoj.gov
 6
          DANIEL S. KAHN, ESQ.
 7        LORINDA LARYEA, ESQ.
          U.S. Department of Justice
 8        Fraud Section, Criminal Division
          1400 New York Avenue, N.W.
 9        Room 11308
          Washington, D.C., 20005
10        Email: daniel.kahn@usdoj.gov
                 lorinda.laryea@usdoj.gov
11
     For the Defendant:
12
          CHRISTOPHER J. MORVILLO, ESQ.
13        DANIEL SILVER, ESQ.
          BENJAMIN K. PEACOCK, ESQ.
14        Clifford Chance US LLP - NY
          New York, NY 10019-6131
15        (212) 878-8000
          E-mail: christopher.morvillo@cliffordchance.com
16                daniel.silver@cliffordchance.com
                  benjamin.peacock@cliffordchance.com
17
          BRIAN E. SPEARS, ESQ.
18        Spears Manning & Martini LLC
          2425 Post Road, Suite 203
19        Southport, CT 06890
          (203) 292-9766
20        E-mail: bspears@spearsmanning.com

21                                                              09:31

22                                                              09:31

23                                                              09:31

24

25
```

```
 1                (Call to Order, 9:34 a.m.)                      10:05
 2           THE COURT:  Good morning, Counsel.  You may          09:34
 3   be seated.                                                   09:34
 4           Yesterday late afternoon the jurors sent out         09:34
 5   their note that we've marked as Court's Exhibit D            09:34
 6   with respect to whether the requirement of venue             09:35
 7   applied to the alternative method of determining             09:35
 8   guilt, that is the Pinkerton liability.  We have             09:35
 9   discussed that.  Counsel has had the opportunity to          09:35
10   research that and they have both advised by e-mail           09:35
11   that they agree that the answer is yes.  Is that             09:35
12   correct, Mr. Novick?                                         09:35
13           MR. NOVICK:  Yes, Your Honor.                        09:35
14           THE COURT:  And Mr. Morvillo?                        09:35
15           MR. MORVILLO:  Yes.                                  09:35
16           THE COURT:  All right.  If there is no               09:35
17   objection, I am going to write "Thank you for your           09:35
18   question.  The answer is yes," and have it taken into        09:35
19   them.                                                        09:35
20           MR. MORVILLO:  We agree, Your Honor.                 09:35
21           MR. NOVICK:  That's fine, Your Honor.                09:35
22           THE COURT:  All right.  We are making copies         09:37
23   to give to the alternates.                                   09:37
24           Is there anything else that we need to take          09:37
25   up before we recess while the jurors continue to             09:37
```

1  deliberate?
2          MR. NOVICK:  Nothing from the government,
3  Your Honor.  Thank you.
4          MR. MORVILLO:  Same for the defense, Your
5  Honor.
6          THE COURT:  All right.  Thank you.
7          All right.  And the clerk is directed to take
8  the written answer into the jurors and to give copies
9  to the alternate jurors, and we will stand in recess.
10         MR. NOVICK:  Your Honor, so one other thing.
11 Was there any update as to whether we were able to
12 get the JERS system updated so we could also advise
13 them that it's accurate?
14         THE CLERK:  It has been updated and I checked
15 it this morning.
16         MR. NOVICK:  Great.  So should we also inform
17 them of -- that the electronic is accurate?
18         THE COURT:  Do you have any objection to
19 having Ms. Barry just tell them that?
20         MR. NOVICK:  Not at all, Your Honor.
21         MR. MORVILLO:  Nor does the defense.
22         THE COURT:  And we will otherwise stand in
23 recess.
24         (Jury begins deliberating, 9:39 a.m.)
25         (Recess taken, 9:39 a.m. to 10:58 a.m.)

|   |   |   |
|---|---|---|
| 1 | THE COURT: Ladies and gentlemen, you may be | 10:58 |
| 2 | seated. | 10:58 |
| 3 | The jury advises by its note that it has | 10:58 |
| 4 | reached a decision on all twelve counts. We will | 10:58 |
| 5 | bring the jury and the alternates in. I'll ask that | 10:58 |
| 6 | the alternates be seated at the end of the jury box | 10:58 |
| 7 | closest to the bench. | 10:58 |
| 8 | (Jury entered the proceedings, 11:00 a.m.) | 11:00 |
| 9 | THE COURT: All right. Please be seated, | 11:00 |
| 10 | ladies and gentlemen. | 11:00 |
| 11 | The note from your foreperson indicates that | 11:00 |
| 12 | the jury had reached a verdict. I'll ask that that | 11:00 |
| 13 | verdict form be handed to the clerk. Donna? | 11:00 |
| 14 | All right. Thank you. You have indeed | 11:01 |
| 15 | responded to each of the counts. I'll ask that the | 11:01 |
| 16 | verdict form be returned to the foreperson to be | 11:01 |
| 17 | read. | 11:01 |
| 18 | All right. If you would kindly stand and | 11:01 |
| 19 | read the verdict. | 11:01 |
| 20 | Mr. Hoskins, will you kindly stand. | 11:01 |
| 21 | JURY FOREPERSON: Count One, conspiracy to | 11:01 |
| 22 | violate the Foreign Corrupt Practices Act. As to the | 11:01 |
| 23 | charge in Count One of conspiracy to violate the | 11:01 |
| 24 | Foreign Corrupt Practices Act, we the jury | 11:01 |
| 25 | unanimously find that the defendant Lawrence Hoskins | 11:01 |

| | | |
|---|---|---|
| 1 | is guilty. | 11:01 |
| 2 |     Count Two, Foreign Corrupt Practices Act, | 11:01 |
| 3 | November 16, 2005, wire transfer.  As to the charge | 11:02 |
| 4 | in Count Two of the violation of Foreign Corrupt | 11:02 |
| 5 | Practices Act, we the jury unanimously find that the | 11:02 |
| 6 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 7 |     Count Three, Foreign Corrupt Practices Act, | 11:02 |
| 8 | January 4, 2006, wire transfer.  As to the charge in | 11:02 |
| 9 | count Three of violation of the Foreign Corrupt | 11:02 |
| 10 | Practices Act, we the jury unanimously find that the | 11:02 |
| 11 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 12 |     Count Four, Foreign Corrupt Practices Act, | 11:02 |
| 13 | March 28, 2006, wire transfer.  As to the charge in | 11:02 |
| 14 | Count Four of violation of the Foreign Corrupt | 11:02 |
| 15 | Practices Act, we the jury unanimously find that the | 11:02 |
| 16 | defendant Lawrence Hoskins is guilty. | 11:02 |
| 17 |     Count Five, Foreign Corrupt Practices Act, | 11:02 |
| 18 | December 6, 2006, wire transfer.  As to the charge in | 11:02 |
| 19 | Count Five of violation of the Foreign Corrupt | 11:02 |
| 20 | Practices Act, we the jury unanimously find that the | 11:02 |
| 21 | defendant Lawrence Hoskins is guilty. | 11:03 |
| 22 |     Count Six, Foreign Corrupt Practices Act, | 11:03 |
| 23 | March 7, 2007, wire transfer.  As to the charge in | 11:03 |
| 24 | Count Six of violation of the Foreign Corrupt | 11:03 |
| 25 | Practices Act, we the jury unanimously find that the | 11:03 |

|   |   |   |
|---|---|---|
| 1 | defendant Lawrence Hoskins is guilty. | 11:03 |
| 2 | Count Seven, Foreign Corrupt Practices Act, | 11:03 |
| 3 | October 5, 2009, wire transfer.  As to the charge in | 11:03 |
| 4 | Count Seven of violation of Foreign Corrupt Practices | 11:03 |
| 5 | Act, we the jury unanimously find that the defendant | 11:03 |
| 6 | Lawrence Hoskins is guilty. | 11:03 |
| 7 | Count Eight, conspiracy to commit money | 11:03 |
| 8 | laundering.  As to the charge in Count Eight of | 11:03 |
| 9 | conspiracy to commit money laundering, we the jury | 11:03 |
| 10 | unanimously find that the defendant Lawrence Hoskins | 11:03 |
| 11 | is guilty. | 11:03 |
| 12 | Count Nine, money laundering, December 14, | 11:03 |
| 13 | 2005, wire transfer.  As to the charge in Count Nine | 11:03 |
| 14 | of money laundering, we the jury unanimously find | 11:03 |
| 15 | that the defendant Lawrence Hoskins is guilty. | 11:04 |
| 16 | Count Ten, money laundering, March 1, 2006, | 11:04 |
| 17 | wire transfer.  As to the charge in Count Ten of | 11:04 |
| 18 | money laundering, we the jury unanimously find that | 11:04 |
| 19 | the defendant Lawrence Hoskins is guilty. | 11:04 |
| 20 | Count Eleven, money laundering, August 8, | 11:04 |
| 21 | 2006, wire transfer.  As to the charge in Count | 11:04 |
| 22 | Eleven of money laundering, we the jury unanimously | 11:04 |
| 23 | find that the defendant Lawrence Hoskins is not | 11:04 |
| 24 | guilty. | 11:04 |
| 25 | Count Twelve, money laundering, March 9, | 11:04 |

```
 1   2007, wire transfer.  As to the charge in Count           11:04
 2   Twelve of money laundering, we the jury unanimously       11:04
 3   find that the defendant Lawrence Hoskins is guilty.       11:04
 4           THE COURT:  Thank you.                            11:04
 5           I'm going to ask each of the jurors to stand      11:04
 6   as I call your number and tell me whether the verdict     11:04
 7   that was read by your foreperson is in fact your          11:04
 8   verdict.                                                  11:05
 9           Juror Number 1?                                   11:05
10           JUROR:  Yes.                                      11:05
11           THE COURT:  Juror Number 2?                       11:05
12           JUROR:  Yes.                                      11:05
13           THE COURT:  Juror Number 3?                       11:05
14           JUROR:  Yes.                                      11:05
15           THE COURT:  Juror Number 4?  I'm sorry.           11:05
16   Juror Number 5 -- 6 -- 5.                                 11:05
17           JUROR:  Yes.                                      11:05
18           THE COURT:  Juror Number 6.                       11:05
19           Juror Number 7?                                   11:05
20           JUROR:  Yes.                                      11:05
21           THE COURT:  Juror Number 6 being an               11:05
22   alternate.  I'm sorry.                                    11:05
23           Juror Number 9?  Is that next?  Yes.  Juror       11:05
24   Number 8?                                                 11:05
25           JUROR:  Yes.                                      11:05
```

```
 1           THE COURT:  Juror Number 9?                         11:05
 2           JUROR:  Yes.                                        11:05
 3           THE COURT:  Juror Number 10?                        11:05
 4           JUROR:  Yes.                                        11:05
 5           THE COURT:  Juror Number 11?                        11:05
 6           JUROR:  Yes.                                        11:06
 7           THE COURT:  Juror Number 12?                        11:06
 8           JUROR:  Yes.                                        11:06
 9           THE COURT:  Juror Number 13?                        11:06
10           JUROR:  Yes.                                        11:06
11           THE COURT:  And Juror Number 14?                    11:06
12           JUROR:  Yes.                                        11:06
13           THE COURT:  Thank you.  Would you kindly hand       11:06
14  the verdict form back to the clerk.  The verdict            11:06
15  having been returned and having been acknowledged as        11:06
16  the unanimous verdict of all the jurors, it is              11:06
17  accepted and entered.                                        11:06
18           Ladies and gentlemen, you've now done your         11:06
19  duty.  Making decisions such as you've made that            11:06
20  deeply affect the lives and interests of the parties        11:06
21  concerned of course is not easy.  To the extent you         11:06
22  have question about whether you've done the right           11:06
23  thing, I answer that by saying if you have tried your       11:06
24  best, if you have followed my instructions, then you        11:07
25  have done the right thing.                                   11:07
```

| | | |
|---|---|---|
| 1 | And we are grateful to you for performing | 11:07 |
| 2 | this important and difficult assignment, and the | 11:07 |
| 3 | reason that we are grateful is because we believe in | 11:07 |
| 4 | a system of law that places with our fellow citizens | 11:07 |
| 5 | the responsibility for administering justice and | 11:07 |
| 6 | resolving the important disputes in a system of | 11:07 |
| 7 | self-government in which the jurors drawn from our | 11:07 |
| 8 | community play this central role.  Yes, the jury | 11:07 |
| 9 | system has been much criticized over the years, | 11:07 |
| 10 | particularly by academic commentators.  It's a very | 11:07 |
| 11 | human system.  It's a very unsystematic system.  It | 11:08 |
| 12 | is a very imperfect system. | 11:08 |
| 13 | But I will call to your attention what Thomas | 11:08 |
| 14 | Jefferson said about it in 1788 which holds true | 11:08 |
| 15 | absolutely today.  "I consider trial by jury as the | 11:08 |
| 16 | only anchor ever yet imagined by man by which a | 11:08 |
| 17 | government can be held to the principles of its | 11:08 |
| 18 | Constitution." | 11:08 |
| 19 | And so, ladies and gentlemen, you are to be | 11:08 |
| 20 | thanked for your contribution to our system of -- our | 11:08 |
| 21 | American system of justice, and you are now | 11:08 |
| 22 | discharged.  Please understand and remember that you | 11:08 |
| 23 | are not to discuss the deliberations of your fellow | 11:08 |
| 24 | jurors. | 11:09 |
| 25 | Let me read your oath again in part.  "You do | 11:09 |

|   |   |   |
|---|---|---|
| 1 | solemnly swear after your verdict has been announced | 11:09 |
| 2 | in court you will speak to no one concerning the | 11:09 |
| 3 | deliberations or the vote of the jury or of any | 11:09 |
| 4 | individual juror other than yourself unless the | 11:09 |
| 5 | presiding judge gives you permission to do so." | 11:09 |
| 6 | That's a narrow order that remains.  And as | 11:09 |
| 7 | to your own experience and your own views, you are no | 11:09 |
| 8 | longer obligated to not discuss that.  So those who | 11:09 |
| 9 | have wondered what you have been doing for the last | 11:09 |
| 10 | two weeks, you may tell them. | 11:09 |
| 11 | And our jury system is not only the envy of | 11:09 |
| 12 | the world, it's one of the cornerstones of our | 11:09 |
| 13 | liberty, and it's people like you particularly in | 11:09 |
| 14 | this system that is what keeps it going. | 11:10 |
| 15 | I thank you.  I thank our alternates who | 11:10 |
| 16 | stood by throughout this, and I would like to extend | 11:10 |
| 17 | my personal thanks to you and answer any questions | 11:10 |
| 18 | that I am able to answer by meeting with you in the | 11:10 |
| 19 | jury room right now, and that includes the | 11:10 |
| 20 | alternates. | 11:10 |
| 21 | So you all are discharged with the Court's | 11:10 |
| 22 | thanks. | 11:10 |
| 23 | (Jury exited the proceedings, 11:10 a.m.) | 11:10 |
| 24 | THE COURT:  All right.  Counsel, please be | 11:11 |
| 25 | seated. | 11:11 |

|   |   |   |
|---|---|---|
| 1 | We need to set a schedule.  There will be | 11:11 |
| 2 | posttrial motions that will be filed in the ordinary | 11:11 |
| 3 | course.  We will set a sentencing schedule.  The | 11:11 |
| 4 | defendant will appear for sentencing on January 31, | 11:11 |
| 5 | 2020, at 11 a.m. in this courtroom.  The initial | 11:11 |
| 6 | presentence report will be disclosed to the | 11:11 |
| 7 | defendant, his counsel and the government by December | 11:11 |
| 8 | 20, objections or comments communicated to the | 11:11 |
| 9 | probation officer by January 3rd.  A final version of | 11:11 |
| 10 | the presentence report will be filed by January 13, | 11:11 |
| 11 | 2020, and the defendant's sentencing memorandum will | 11:11 |
| 12 | be filed by January 17, with the government's to | 11:11 |
| 13 | follow on January 24.  If there are replies, they | 11:11 |
| 14 | will be filed by January 28, 2020. | 11:12 |
| 15 | Is there anything else that we need to take | 11:12 |
| 16 | up before I recess court? | 11:12 |
| 17 | MR. NOVICK:  Your Honor, there's the issue of | 11:12 |
| 18 | release.  The defendant has been, as Your Honor is | 11:12 |
| 19 | aware, residing in the UK.  The government's | 11:12 |
| 20 | position -- we're not asking for the defendant to be | 11:12 |
| 21 | remanded.  But we believe that at this stage given | 11:12 |
| 22 | the procedural posture has changed, that the | 11:12 |
| 23 | defendant be required to remain in the United States. | 11:12 |
| 24 | I understand that the defendant's son lives in the | 11:12 |
| 25 | United States.  The government would not have an | 11:12 |

|   |   |   |
|---|---|---|
| 1 | objection to him residing with his son who I believe | 11:12 |
| 2 | lives in Dallas. | 11:12 |
| 3 | We would suggest that his passport be taken. | 11:12 |
| 4 | I understand that poses some issue because he has to | 11:12 |
| 5 | travel on his passport.  So our suggestion in | 11:12 |
| 6 | consultation with counsel is that Mr. Morvillo be | 11:13 |
| 7 | permitted to accompany -- or Mr. Morvillo or one of | 11:13 |
| 8 | his colleagues be permitted to accompany Mr. Hoskins | 11:13 |
| 9 | to Dallas where he then takes the passport back. | 11:13 |
| 10 | And other than that, Your Honor, the | 11:13 |
| 11 | government is satisfied with the other bond | 11:13 |
| 12 | conditions. | 11:13 |
| 13 | THE COURT:  Mr. Morvillo? | 11:13 |
| 14 | MR. MORVILLO:  Thank you, Your Honor. | 11:13 |
| 15 | I think that those conditions are | 11:13 |
| 16 | satisfactory to the defense as well.  If I understand | 11:13 |
| 17 | correctly, I just want to make sure it's perfectly | 11:13 |
| 18 | clear, I will take custody of Mr. Hoskins' passport. | 11:13 |
| 19 | I will or one of my team will accompany him to the | 11:13 |
| 20 | extent that it's necessarily to travel with the | 11:13 |
| 21 | passport, maintain custody of the passport and at all | 11:13 |
| 22 | times only provide it to him when he needs to go | 11:13 |
| 23 | through security at either end of the trip. | 11:14 |
| 24 | MR. NOVICK:  That's fine with the government. | 11:14 |
| 25 | THE COURT:  All right.  And by agreement of | 11:14 |

|   |   |   |
|---|---|---|
| 1 | counsel, the release on bond is modified to require | 11:14 |
| 2 | that Mr. Hoskins remain in the United States until he | 11:14 |
| 3 | is sentenced and that the passport be relinquished to | 11:14 |
| 4 | counsel at the appropriate time and place for him to | 11:14 |
| 5 | be able to travel to be with his son. | 11:14 |
| 6 |     Anything further? | 11:14 |
| 7 |     MR. NOVICK:  Nothing from the government, | 11:14 |
| 8 | Your Honor. | 11:14 |
| 9 |     MR. MORVILLO:  Just in terms of written | 11:14 |
| 10 | posttrial motions, Your Honor, did you want to set a | 11:14 |
| 11 | schedule for that? | 11:14 |
| 12 |     THE COURT:  I want you to file them as soon | 11:14 |
| 13 | as possible and no later than the time period set out | 11:14 |
| 14 | in the rules.  Is there any reason why that can't be | 11:14 |
| 15 | done? | 11:14 |
| 16 |     MR. MORVILLO:  I -- two weeks.  Would it be | 11:14 |
| 17 | possible to have three weeks, Your Honor? | 11:14 |
| 18 |     THE COURT:  All right.  So we'll have the | 11:14 |
| 19 | posttrial motions in three weeks. | 11:15 |
| 20 |     Do you think the government's period for | 11:15 |
| 21 | responding could be reduced to two weeks? | 11:15 |
| 22 |     MR. NOVICK:  Can we figure out what three | 11:15 |
| 23 | weeks is so we know?  I'm just worried it's going to | 11:15 |
| 24 | come right around the holidays, Your Honor. | 11:15 |
| 25 |     THE COURT:  So two weeks takes us to | 11:15 |

| | | |
|---|---|---|
| 1 | November -- you want three weeks, November 29.  Three | 11:15 |
| 2 | weeks further than that takes us to December 20. | 11:15 |
| 3 |       MR. NOVICK:  If we can get three weeks, Your | 11:15 |
| 4 | Honor, given the holiday there, I think that would be | 11:15 |
| 5 | preferable.  In light of all that, we will try to | 11:15 |
| 6 | file as quickly as possible.  It just depends, again, | 11:16 |
| 7 | on the number of issues raised by counsel and the | 11:16 |
| 8 | extent of the response that is required. | 11:16 |
| 9 |       THE COURT:  If there is any reply, that will | 11:16 |
| 10 | need to be filed no later than December 30. | 11:16 |
| 11 |       Anything further? | 11:16 |
| 12 |       MR. NOVICK:  No, Your Honor. | 11:16 |
| 13 |       MR. MORVILLO:  No, Your Honor. | 11:16 |
| 14 |       THE COURT:  All right.  Thank you very much. | 11:16 |
| 15 |       We are now in recess. | 11:17 |
| 16 |       (Proceedings concluded, 11:17 a.m.) | 11:17 |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

```
 1                    C E R T I F I C A T E

 2

 3   RE: UNITED STATES OF AMERICA v. LAWRENCE HOSKINS
              No. 3:12-CR-238 (JBA)
 4

 5            I, Melissa J. Cianciullo, RMR, CRR, CRC,

 6   Official Court Reporter for the United States

 7   District Court for the District of Connecticut, do

 8   hereby certify that the foregoing pages 1510 through

 9   1524 are a true and accurate transcription of my

10   shorthand notes taken in the aforementioned matter to

11   the best of my skill and ability.

12

13

14

15

16            /s/ Melissa J. Cianciullo_____

17         MELISSA J. CIANCIULLO, RMR, CRR
                Official Court Reporter
18            United States District Court
             141 Church Street, Room 147
19           New Haven, Connecticut  06510
                   (203) 606-1794
20

21

22

23

24

25
```

| / | | | | |
|---|---|---|---|---|
| **/s/_Melissa** [1] - 1525:16 | **24** [1] - 1521:13<br>**2425** [1] - 1511:18<br>**28** [2] - 1515:13, 1521:14<br>**29** [1] - 1524:1<br>**292-9766** [1] - 1511:19 | **able** [3] - 1513:11, 1520:18, 1523:5<br>**absolutely** [1] - 1519:15<br>**academic** [1] - 1519:10<br>**accepted** [1] - 1518:17 | **ARTERTON** [1] - 1510:18<br>**assignment** [1] - 1519:2<br>**attention** [1] - 1519:13<br>**Attorney's** [1] - 1511:3 | **clear** [1] - 1522:18<br>**clerk** [3] - 1513:7, 1514:13, 1518:14<br>**CLERK** [1] - 1513:14<br>**Clifford** [1] - 1511:14 |
| **0** | **3** | **accompany** [3] - 1522:7, 1522:8, 1522:19 | **August** [1] - 1516:20<br>**AUSA** [1] - 1511:3<br>**Avenue** [1] - 1511:8<br>**aware** [1] - 1521:19 | **closest** [1] - 1514:7<br>**colleagues** [1] - 1522:8<br>**commentators** [1] - 1519:10 |
| **06510** [2] - 1511:4, 1525:19<br>**06890** [1] - 1511:19 | **3** [1] - 1517:13<br>**30** [1] - 1524:10<br>**31** [1] - 1521:4<br>**3:12-CR-238** [2] - 1510:4, 1525:3<br>**3rd** [1] - 1521:9 | **accurate** [3] - 1513:13, 1513:17, 1525:9<br>**acknowledged** [1] - 1518:15<br>**Act** [14] - 1514:22, 1514:24, 1515:2, 1515:5, 1515:7, 1515:10, 1515:12, 1515:15, 1515:17, 1515:20, 1515:22, 1515:25, 1516:2, 1516:5 | **B** | **comments** [1] - 1521:8<br>**commit** [2] - 1516:7, 1516:9<br>**communicated** [1] - 1521:8<br>**community** [1] - 1519:8<br>**concerned** [1] - 1518:21<br>**concerning** [1] - 1520:2 |
| **1** | **4** | | **Barry** [1] - 1513:19<br>**begins** [1] - 1513:24<br>**bench** [1] - 1514:7<br>**BENJAMIN** [1] - 1511:13<br>**benjamin.peacock@cliffordchance.com** [1] - 1511:16<br>**best** [2] - 1518:24, 1525:11<br>**BOND** [1] - 1510:18<br>**bond** [2] - 1522:11, 1523:1<br>**box** [1] - 1514:6<br>**BRIAN** [1] - 1511:17<br>**bring** [1] - 1514:5<br>**bspears@spearsmanning.com** [1] - 1511:20 | **concluded** [1] - 1524:16 |
| **1** [2] - 1516:16, 1517:9<br>**10** [1] - 1518:3<br>**10019-6131** [1] - 1511:14<br>**10:58** [1] - 1513:25<br>**11** [2] - 1518:5, 1521:5<br>**11308** [1] - 1511:9<br>**11:00** [1] - 1514:8<br>**11:10** [1] - 1520:23<br>**11:17** [1] - 1524:16<br>**12** [1] - 1518:7<br>**13** [2] - 1518:9, 1521:10<br>**14** [2] - 1516:12, 1518:11<br>**1400** [1] - 1511:8<br>**141** [2] - 1510:7, 1525:18<br>**147** [1] - 1525:18<br>**1510** [1] - 1525:8<br>**1524** [1] - 1525:9<br>**157** [1] - 1511:4<br>**16** [1] - 1515:3<br>**17** [1] - 1521:12<br>**1788** [1] - 1519:14 | **4** [2] - 1515:8, 1517:15 | **administering** [1] - 1519:5<br>**advise** [1] - 1513:12<br>**advised** [1] - 1512:10<br>**advises** [1] - 1514:3<br>**affect** [1] - 1518:20<br>**aforementioned** [1] - 1525:10<br>**afternoon** [1] - 1512:4<br>**agree** [2] - 1512:11, 1512:20<br>**agreement** [1] - 1522:25<br>**alternate** [2] - 1513:9, 1517:22<br>**alternates** [5] - 1512:23, 1514:5, 1514:6, 1520:15, 1520:20<br>**alternative** [1] - 1512:7<br>**AMERICA** [2] - 1510:4, 1525:3<br>**American** [1] - 1519:21<br>**anchor** [1] - 1519:16<br>**AND** [1] - 1510:18<br>**announced** [1] - 1520:1 | | **conditions** [2] - 1522:12, 1522:15<br>**CONNECTICUT** [1] - 1510:1<br>**Connecticut** [3] - 1510:8, 1525:7, 1525:19<br>**consider** [1] - 1519:15<br>**conspiracy** [4] - 1514:21, 1514:23, 1516:7, 1516:9<br>**Constitution** [1] - 1519:18<br>**consultation** [1] - 1522:6<br>**continue** [1] - 1512:25<br>**contribution** [1] - 1519:20<br>**copies** [2] - 1512:22, 1513:8<br>**cornerstones** [1] - 1520:12 |
| | **5** | | | |
| | **5** [3] - 1516:3, 1517:16 | | | |
| | **6** | | | |
| | **6** [4] - 1515:18, 1517:16, 1517:18, 1517:21<br>**606-1794** [2] - 1510:25, 1525:19 | | | |
| | **7** | | | |
| | **7** [2] - 1515:23, 1517:19 | | | |
| | **8** | | **C** | |
| **2** | **8** [3] - 1510:5, 1516:20, 1517:24<br>**821-3700** [1] - 1511:5<br>**878-8000** [1] - 1511:15 | | **central** [1] - 1519:8<br>**certify** [1] - 1525:8<br>**Chance** [1] - 1511:14<br>**changed** [1] - 1521:22<br>**charge** [12] - 1514:23, 1515:3, 1515:8, 1515:13, 1515:18, 1515:23, 1516:3, 1516:8, 1516:13, 1516:17, 1516:21, 1517:1<br>**checked** [1] - 1513:14<br>**CHRISTOPHER** [1] - 1511:12<br>**christopher.morvillo@cliffordchance.com** [1] - 1511:15<br>**Church** [3] - 1510:7, 1511:4, 1525:18<br>**CIANCIULLO** [1] - 1525:17<br>**Cianciullo** [3] - 1510:24, 1525:5, 1525:16<br>**citizens** [1] - 1519:4 | **correct** [1] - 1512:12<br>**correctly** [1] - 1522:17<br>**Corrupt** [14] - 1514:22, 1514:24, 1515:2, 1515:4, 1515:7, 1515:9, 1515:12, 1515:14, 1515:17, 1515:19, 1515:22, 1515:24, 1516:2, 1516:4<br>**counsel** [8] - 1512:2, 1512:9, 1520:24, 1521:7, 1522:6, 1523:1, 1523:4, |
| **2** [1] - 1517:11<br>**20** [2] - 1521:8, 1524:2<br>**20005** [1] - 1511:9<br>**2005** [2] - 1515:3, 1516:13<br>**2006** [5] - 1515:8, 1515:13, 1515:18, 1516:16, 1516:21<br>**2007** [2] - 1515:23, 1517:1<br>**2009** [1] - 1516:3<br>**2019** [1] - 1510:5<br>**2020** [3] - 1521:5, 1521:11, 1521:14<br>**203** [5] - 1510:25, 1511:5, 1511:18, 1511:19, 1525:19<br>**212** [1] - 1511:15<br>**23rd** [1] - 1511:4 | **9** | **answer** [6] - 1512:11, 1512:18, 1513:8, 1518:23, 1520:17, 1520:18<br>**appear** [1] - 1521:4<br>**applied** [1] - 1512:7<br>**appropriate** [1] - 1523:4 | | |
| | **9** [3] - 1516:25, 1517:23, 1518:1<br>**9:34** [2] - 1510:6, 1512:1<br>**9:39** [2] - 1513:24, 1513:25 | | | |
| | **A** | | | |
| | **a.m** [9] - 1510:6, 1512:1, 1513:24, 1513:25, 1514:8, 1520:23, 1521:5, 1524:16<br>**ability** [1] - 1525:11 | | | |

Case 3:12-cr-00238-JBA     Document 603     Filed 01/06/20     Page 18 of 20

1524:7
**Count** [16] - 1514:21, 1514:23, 1515:2, 1515:4, 1515:12, 1515:14, 1515:19, 1515:22, 1515:24, 1516:7, 1516:8, 1516:13, 1516:17, 1516:20, 1516:21, 1517:1
**count** [8] - 1515:7, 1515:9, 1515:17, 1516:2, 1516:4, 1516:12, 1516:16, 1516:25
**counts** [2] - 1514:4, 1514:15
**course** [2] - 1518:21, 1521:3
**court** [2] - 1520:2, 1521:16
**COURT** [31] - 1510:1, 1512:2, 1512:14, 1512:16, 1512:22, 1513:6, 1513:18, 1513:22, 1514:1, 1514:9, 1517:4, 1517:11, 1517:13, 1517:15, 1517:18, 1517:21, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11, 1518:13, 1520:24, 1522:13, 1522:25, 1523:12, 1523:18, 1523:25, 1524:9, 1524:14
**Court** [5] - 1510:24, 1525:6, 1525:7, 1525:17, 1525:18
**Court's** [1] - 1520:21
**court's** [1] - 1512:5
**courtroom** [1] - 1521:5
**CRC** [2] - 1510:24, 1525:5
**Criminal** [1] - 1511:8
**criticized** [1] - 1519:9
**CRR** [3] - 1510:24, 1525:5, 1525:17
**CT** [2] - 1511:4, 1511:19
**custody** [2] - 1522:18, 1522:21

**D**

**D.C** [1] - 1511:9
**Dallas** [2] - 1522:2, 1522:9

**DANIEL** [2] - 1511:6, 1511:13
**daniel.kahn@usdoj.gov** [1] - 1511:10
**daniel.silver@cliffordchance.com** [1] - 1511:16
**DAVID** [1] - 1511:3
**david.novick@usdoj.gov** [1] - 1511:5
**December** [5] - 1515:18, 1516:12, 1521:7, 1524:2, 1524:10
**decision** [1] - 1514:4
**decisions** [1] - 1518:19
**deeply** [1] - 1518:20
**defendant** [17] - 1514:25, 1515:6, 1515:11, 1515:16, 1515:21, 1516:1, 1516:5, 1516:10, 1516:15, 1516:19, 1516:23, 1517:3, 1521:4, 1521:7, 1521:18, 1521:20, 1521:23
**Defendant** [2] - 1510:9, 1511:11
**defendant's** [2] - 1521:11, 1521:24
**defense** [3] - 1513:4, 1513:21, 1522:16
**deliberate** [1] - 1513:1
**deliberating** [1] - 1513:24
**deliberations** [2] - 1519:23, 1520:3
**Department** [1] - 1511:7
**determining** [1] - 1512:7
**difficult** [1] - 1519:2
**directed** [1] - 1513:7
**discharged** [2] - 1519:22, 1520:21
**disclosed** [1] - 1521:6
**discuss** [2] - 1519:23, 1520:8
**discussed** [1] - 1512:9
**disputes** [1] - 1519:6
**District** [3] - 1525:7, 1525:18
**DISTRICT** [2] - 1510:1, 1510:1
**Division** [1] - 1511:8
**done** [4] - 1518:18, 1518:22, 1518:25, 1523:15
**Donna** [1] - 1514:13
**drawn** [1] - 1519:7
**duty** [1] - 1518:19

**E**

**e-mail** [1] - 1512:10
**E-mail** [3] - 1511:5, 1511:15, 1511:20
**easy** [1] - 1518:21
**Eight** [2] - 1516:7, 1516:8
**either** [1] - 1522:23
**electronic** [1] - 1513:17
**Eleven** [2] - 1516:20, 1516:22
**Email** [1] - 1511:10
**end** [2] - 1514:6, 1522:23
**entered** [2] - 1514:8, 1518:17
**envy** [1] - 1520:11
**ESQ** [6] - 1511:6, 1511:7, 1511:12, 1511:13, 1511:13, 1511:17
**Exhibit** [1] - 1512:5
**exited** [1] - 1520:23
**experience** [1] - 1520:7
**extend** [1] - 1520:16
**extent** [3] - 1518:21, 1522:20, 1524:8

**F**

**fact** [1] - 1517:7
**fellow** [2] - 1519:4, 1519:23
**figure** [1] - 1523:22
**file** [2] - 1523:12, 1524:6
**filed** [5] - 1521:2, 1521:10, 1521:12, 1521:14, 1524:10
**final** [1] - 1521:9
**fine** [2] - 1512:21, 1522:24
**Five** [2] - 1515:17, 1515:19
**Floor** [1] - 1511:4
**follow** [1] - 1521:13
**followed** [1] - 1518:24
**foregoing** [1] - 1525:8
**Foreign** [14] - 1514:22, 1514:24, 1515:2, 1515:4, 1515:7, 1515:9, 1515:12, 1515:14, 1515:17, 1515:19, 1515:22, 1515:24, 1516:2, 1516:4
**foreperson** [3] - 1514:11, 1514:16, 1517:7
**FOREPERSON** [1] - 1514:21
**form** [3] - 1514:13, 1514:16, 1518:14
**Four** [2] - 1515:12, 1515:14
**Fraud** [1] - 1511:8

**G**

**gentlemen** [4] - 1514:1, 1514:10, 1518:18, 1519:19
**given** [2] - 1521:21, 1524:4
**government** [8] - 1513:2, 1519:7, 1519:17, 1521:7, 1521:25, 1522:11, 1522:24, 1523:7
**Government** [1] - 1511:2
**government's** [3] - 1521:12, 1521:19, 1523:20
**grateful** [2] - 1519:1, 1519:3
**great** [1] - 1513:16
**guilt** [1] - 1512:8
**guilty** [12] - 1515:1, 1515:6, 1515:11, 1515:16, 1515:21, 1516:1, 1516:6, 1516:11, 1516:15, 1516:19, 1516:24, 1517:3

**H**

**hand** [1] - 1518:13
**handed** [1] - 1514:13
**Haven** [3] - 1510:8, 1511:4, 1525:19
**held** [1] - 1519:17
**hereby** [1] - 1525:8
**holds** [1] - 1519:14
**holiday** [1] - 1524:4
**holidays** [1] - 1523:24
**Honor** [18] - 1512:13, 1512:20, 1512:21, 1513:3, 1513:5, 1513:10, 1513:20, 1521:17, 1521:18, 1522:10, 1522:14, 1523:8, 1523:10, 1523:17, 1523:24, 1524:4, 1524:12, 1524:13
**HONORABLE** [1] - 1510:18
**Hoskins** [15] - 1514:20, 1514:25, 1515:6, 1515:11, 1515:16, 1515:21, 1516:1, 1516:6, 1516:10, 1516:15, 1516:19, 1516:23, 1517:3, 1522:8, 1523:2
**HOSKINS** [2] - 1510:8, 1525:3
**Hoskins'** [1] - 1522:18
**human** [1] - 1519:11

**I**

**imagined** [1] - 1519:16
**imperfect** [1] - 1519:12
**important** [2] - 1519:2, 1519:6
**includes** [1] - 1520:19
**indeed** [1] - 1514:14
**indicates** [1] - 1514:11
**individual** [1] - 1520:4
**inform** [1] - 1513:16
**initial** [1] - 1521:5
**instructions** [1] - 1518:24
**interests** [1] - 1518:20
**issue** [2] - 1521:17, 1522:4
**issues** [1] - 1524:7
**IX** [1] - 1510:13

**J**

**JANET** [1] - 1510:18
**January** [7] - 1515:8, 1521:4, 1521:9, 1521:10, 1521:12, 1521:13, 1521:14
**JBA** [2] - 1510:4, 1525:3
**Jefferson** [1] - 1519:14
**JERS** [1] - 1513:12
**judge** [1] - 1520:5
**Juror** [15] - 1517:9, 1517:11, 1517:13, 1517:15, 1517:16,

1517:19, 1517:21, 1517:23, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11
**JUROR** [12] - 1517:10, 1517:12, 1517:14, 1517:17, 1517:20, 1517:25, 1518:2, 1518:4, 1518:6, 1518:8, 1518:10, 1518:12
**juror** [2] - 1517:18, 1520:4
**jurors** [8] - 1512:4, 1512:25, 1513:8, 1513:9, 1517:5, 1518:16, 1519:7, 1519:24
**JURY** [3] - 1510:12, 1510:18, 1514:21
**Jury** [3] - 1513:24, 1514:8, 1520:23
**jury** [21] - 1514:3, 1514:5, 1514:6, 1514:12, 1514:24, 1515:5, 1515:10, 1515:15, 1515:20, 1515:25, 1516:5, 1516:9, 1516:14, 1516:18, 1516:22, 1517:2, 1519:8, 1519:15, 1520:3, 1520:11, 1520:19
**justice** [2] - 1519:5, 1519:21
**Justice** [1] - 1511:7

## K

**KAHN** [1] - 1511:6
**keeps** [1] - 1520:14
**kindly** [3] - 1514:18, 1514:20, 1518:13

## L

**ladies** [4] - 1514:1, 1514:10, 1518:18, 1519:19
**LARYEA** [1] - 1511:7
**last** [1] - 1520:9
**late** [1] - 1512:4
**laundering** [10] - 1516:8, 1516:9, 1516:12, 1516:14, 1516:16, 1516:18, 1516:20, 1516:22, 1516:25, 1517:2
**law** [1] - 1519:4

**LAWRENCE** [2] - 1510:8, 1525:3
**Lawrence** [12] - 1514:25, 1515:6, 1515:11, 1515:16, 1515:21, 1516:1, 1516:6, 1516:10, 1516:15, 1516:19, 1516:23, 1517:3
**liability** [1] - 1512:8
**liberty** [1] - 1520:13
**light** [1] - 1524:5
**lives** [3] - 1518:20, 1521:24, 1522:2
**LLC** [1] - 1511:18
**LLP** [1] - 1511:14
**LORINDA** [1] - 1511:7
**lorinda.laryea@ usdoj.gov** [1] - 1511:10

## M

**mail** [4] - 1511:5, 1511:15, 1511:20, 1512:10
**maintain** [1] - 1522:21
**man** [1] - 1519:16
**Manning** [1] - 1511:18
**March** [4] - 1515:13, 1515:23, 1516:16, 1516:25
**marked** [1] - 1512:5
**Martini** [1] - 1511:18
**matter** [1] - 1525:10
**meeting** [1] - 1520:18
**Melissa** [2] - 1510:24, 1525:5
**MELISSA** [1] - 1525:17
**memorandum** [1] - 1521:11
**method** [1] - 1512:7
**modified** [1] - 1523:1
**money** [10] - 1516:7, 1516:9, 1516:12, 1516:14, 1516:16, 1516:18, 1516:20, 1516:22, 1516:25, 1517:2
**morning** [2] - 1512:2, 1513:15
**Morvillo** [4] - 1512:14, 1522:6, 1522:7, 1522:13
**MORVILLO** [9] - 1511:12, 1512:15, 1512:20, 1513:4, 1513:21, 1522:14, 1523:9, 1523:16,

1524:13
**motions** [3] - 1521:2, 1523:10, 1523:19
**MR** [20] - 1512:13, 1512:15, 1512:20, 1512:21, 1513:2, 1513:4, 1513:10, 1513:16, 1513:20, 1513:21, 1521:17, 1522:14, 1522:24, 1523:7, 1523:9, 1523:16, 1523:22, 1524:3, 1524:12, 1524:13

## N

**N.W** [1] - 1511:8
**narrow** [1] - 1520:6
**necessarily** [1] - 1522:20
**need** [4] - 1512:24, 1521:1, 1521:15, 1524:10
**needs** [1] - 1522:22
**New** [5] - 1510:8, 1511:4, 1511:8, 1511:14, 1525:19
**next** [1] - 1517:23
**NH** [1] - 1511:3
**Nine** [2] - 1516:12, 1516:13
**note** [3] - 1512:5, 1514:3, 1514:11
**notes** [1] - 1525:10
**nothing** [2] - 1513:2, 1523:7
**November** [4] - 1510:5, 1515:3, 1524:1
**Novick** [1] - 1512:12
**NOVICK** [13] - 1511:3, 1512:13, 1512:21, 1513:2, 1513:10, 1513:16, 1513:20, 1521:17, 1522:24, 1523:7, 1523:22, 1524:3, 1524:12
**number** [2] - 1517:6, 1524:7
**Number** [16] - 1517:9, 1517:11, 1517:13, 1517:15, 1517:16, 1517:18, 1517:19, 1517:21, 1517:23, 1517:24, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11
**NY** [2] - 1511:14,

1511:14

## O

**oath** [1] - 1519:25
**objection** [3] - 1512:17, 1513:18, 1522:1
**objections** [1] - 1521:8
**obligated** [1] - 1520:8
**October** [1] - 1516:3
**OF** [3] - 1510:1, 1510:4, 1525:3
**Office** [1] - 1511:3
**officer** [1] - 1521:9
**Official** [3] - 1510:24, 1525:6, 1525:17
**One** [2] - 1514:21, 1514:23
**one** [5] - 1513:10, 1520:2, 1520:12, 1522:7, 1522:19
**opportunity** [1] - 1512:9
**Order** [1] - 1512:1
**order** [1] - 1520:6
**ordinary** [1] - 1521:2
**otherwise** [1] - 1513:22
**own** [2] - 1520:7

## P

**pages** [1] - 1525:8
**part** [1] - 1519:25
**particularly** [2] - 1519:10, 1520:13
**parties** [1] - 1518:20
**passport** [7] - 1522:3, 1522:5, 1522:9, 1522:18, 1522:21, 1523:3
**PEACOCK** [1] - 1511:13
**people** [1] - 1520:13
**perfectly** [1] - 1522:17
**performing** [1] - 1519:1
**period** [2] - 1523:13, 1523:20
**permission** [1] - 1520:5
**permitted** [2] - 1522:7, 1522:8
**personal** [1] - 1520:17
**Pinkerton** [1] - 1512:8
**place** [1] - 1523:4
**places** [1] - 1519:4
**plaintiff** [1] - 1510:5

**play** [1] - 1519:8
**poses** [1] - 1522:4
**position** [1] - 1521:20
**possible** [3] - 1523:13, 1523:17, 1524:6
**Post** [1] - 1511:18
**posttrial** [3] - 1521:2, 1523:10, 1523:19
**posture** [1] - 1521:22
**Practices** [14] - 1514:22, 1514:24, 1515:2, 1515:5, 1515:7, 1515:10, 1515:12, 1515:15, 1515:17, 1515:20, 1515:22, 1515:25, 1516:2, 1516:4
**preferable** [1] - 1524:5
**presentence** [2] - 1521:6, 1521:10
**presiding** [1] - 1520:5
**principles** [1] - 1519:17
**probation** [1] - 1521:9
**procedural** [1] - 1521:22
**proceedings** [2] - 1514:8, 1520:23
**Proceedings** [1] - 1524:16
**provide** [1] - 1522:22

## Q

**questions** [1] - 1520:17
**quickly** [1] - 1524:6

## R

**raised** [1] - 1524:7
**RE** [1] - 1525:3
**reached** [2] - 1514:4, 1514:12
**read** [4] - 1514:17, 1514:19, 1517:7, 1519:25
**reason** [2] - 1519:3, 1523:14
**recess** [5] - 1512:25, 1513:9, 1513:23, 1521:16, 1524:15
**Recess** [1] - 1513:25
**reduced** [1] - 1523:21
**release** [2] - 1521:18, 1523:1
**relinquished** [1] - 1523:3
**remain** [2] - 1521:23,

| | | | | Y |
|---|---|---|---|---|
| 1523:2<br>**remains** [1] - 1520:6<br>**remanded** [1] - 1521:21<br>**remember** [1] - 1519:22<br>**replies** [1] - 1521:13<br>**reply** [1] - 1524:9<br>**report** [2] - 1521:6, 1521:10<br>**Reporter** [3] - 1510:24, 1525:6, 1525:17<br>**require** [1] - 1523:1<br>**required** [2] - 1521:23, 1524:8<br>**requirement** [1] - 1512:6<br>**research** [1] - 1512:10<br>**residing** [2] - 1521:19, 1522:1<br>**resolving** [1] - 1519:6<br>**respect** [1] - 1512:6<br>**responded** [1] - 1514:15<br>**responding** [1] - 1523:21<br>**response** [1] - 1524:8<br>**responsibility** [1] - 1519:5<br>**returned** [2] - 1514:16, 1518:15<br>**RMR** [3] - 1510:24, 1525:5, 1525:17<br>**Road** [1] - 1511:18<br>**role** [1] - 1519:8<br>**room** [1] - 1520:19<br>**Room** [2] - 1511:9, 1525:18<br>**rules** [1] - 1523:14<br><br>**S**<br><br>**satisfactory** [1] - 1522:16<br>**satisfied** [1] - 1522:11<br>**schedule** [3] - 1521:1, 1521:3, 1523:11<br>**seated** [5] - 1512:3, 1514:2, 1514:6, 1514:9, 1520:25<br>**Section** [1] - 1511:8<br>**security** [1] - 1522:23<br>**self** [1] - 1519:7<br>**self-government** [1] - 1519:7<br>**sent** [1] - 1512:4<br>**sentenced** [1] - 1523:3<br>**sentencing** [3] - | 1521:3, 1521:4, 1521:11<br>**set** [4] - 1521:1, 1521:3, 1523:10, 1523:13<br>**Seven** [2] - 1516:2, 1516:4<br>**shorthand** [1] - 1525:10<br>**SILVER** [1] - 1511:13<br>**Six** [2] - 1515:22, 1515:24<br>**skill** [1] - 1525:11<br>**solemnly** [1] - 1520:1<br>**son** [3] - 1521:24, 1522:1, 1523:5<br>**soon** [1] - 1523:12<br>**sorry** [2] - 1517:15, 1517:22<br>**Southport** [1] - 1511:19<br>**SPEARS** [1] - 1511:17<br>**Spears** [1] - 1511:18<br>**stage** [1] - 1521:21<br>**stand** [5] - 1513:9, 1513:22, 1514:18, 1514:20, 1517:5<br>**STATES** [3] - 1510:1, 1510:4, 1525:3<br>**States** [5] - 1521:23, 1521:25, 1523:2, 1525:6, 1525:18<br>**stood** [1] - 1520:16<br>**Street** [3] - 1510:7, 1511:4, 1525:18<br>**suggest** [1] - 1522:3<br>**suggestion** [1] - 1522:5<br>**Suite** [1] - 1511:18<br>**swear** [1] - 1520:1<br>**system** [11] - 1513:12, 1519:4, 1519:6, 1519:9, 1519:11, 1519:12, 1519:20, 1519:21, 1520:11, 1520:14<br><br>**T**<br><br>**team** [1] - 1522:19<br>**Ten** [2] - 1516:16, 1516:17<br>**terms** [1] - 1523:9<br>**thanked** [1] - 1519:20<br>**THE** [32] - 1510:18, 1512:2, 1512:14, 1512:16, 1512:22, 1513:6, 1513:14, 1513:18, 1513:22, 1514:1, 1514:9, | 1517:4, 1517:11, 1517:13, 1517:15, 1517:18, 1517:21, 1518:1, 1518:3, 1518:5, 1518:7, 1518:9, 1518:11, 1518:13, 1520:24, 1522:13, 1522:25, 1523:12, 1523:18, 1523:25, 1524:9, 1524:14<br>**Thomas** [1] - 1519:13<br>**three** [6] - 1523:17, 1523:19, 1523:22, 1524:1, 1524:3<br>**Three** [2] - 1515:7, 1515:9<br>**throughout** [1] - 1520:16<br>**today** [1] - 1519:15<br>**transcription** [1] - 1525:9<br>**transfer** [10] - 1515:3, 1515:8, 1515:13, 1515:18, 1515:23, 1516:3, 1516:13, 1516:17, 1516:21, 1517:1<br>**travel** [3] - 1522:5, 1522:20, 1523:5<br>**TRIAL** [1] - 1510:12<br>**trial** [1] - 1519:15<br>**tried** [1] - 1518:23<br>**trip** [1] - 1522:23<br>**true** [2] - 1519:14, 1525:9<br>**try** [1] - 1524:5<br>**Twelve** [2] - 1516:25, 1517:2<br>**twelve** [1] - 1514:4<br>**two** [4] - 1520:10, 1523:16, 1523:21, 1523:25<br>**Two** [2] - 1515:2, 1515:4<br><br>**U**<br><br>**U.S** [2] - 1511:3, 1511:7<br>**U.S.D.J** [1] - 1510:18<br>**UK** [1] - 1521:19<br>**unanimous** [1] - 1518:16<br>**unanimously** [12] - 1514:25, 1515:5, 1515:10, 1515:15, 1515:20, 1515:25, 1516:5, 1516:10, 1516:14, 1516:18, | 1516:22, 1517:2<br>**UNITED** [3] - 1510:1, 1510:4, 1525:3<br>**United** [5] - 1521:23, 1521:25, 1523:2, 1525:6, 1525:18<br>**unless** [1] - 1520:4<br>**unsystematic** [1] - 1519:11<br>**up** [2] - 1512:25, 1521:16<br>**update** [1] - 1513:11<br>**updated** [2] - 1513:12, 1513:14<br>**US** [1] - 1511:14<br><br>**V**<br><br>**venue** [1] - 1512:6<br>**verdict** [10] - 1514:12, 1514:13, 1514:16, 1514:19, 1517:6, 1517:8, 1518:14, 1518:16, 1520:1<br>**version** [1] - 1521:9<br>**views** [1] - 1520:7<br>**violate** [2] - 1514:22, 1514:23<br>**violation** [6] - 1515:4, 1515:9, 1515:14, 1515:19, 1515:24, 1516:4<br>**VOLUME** [1] - 1510:13<br>**vote** [1] - 1520:3<br><br>**W**<br><br>**Washington** [1] - 1511:9<br>**weeks** [10] - 1520:10, 1523:16, 1523:17, 1523:19, 1523:21, 1523:23, 1523:25, 1524:1, 1524:2, 1524:3<br>**wire** [10] - 1515:3, 1515:8, 1515:13, 1515:18, 1515:23, 1516:3, 1516:13, 1516:17, 1516:21, 1517:1<br>**wondered** [1] - 1520:9<br>**world** [1] - 1520:12<br>**worried** [1] - 1523:23<br>**write** [1] - 1512:17<br>**written** [2] - 1513:8, 1523:9 | **years** [1] - 1519:9<br>**yesterday** [1] - 1512:4<br>**York** [2] - 1511:8, 1511:14<br>**yourself** [1] - 1520:4 |