Crim-Mot hrg (Dec-2008)

HONORABLE: Janet Bond Arterton

DEPUTY CLERK Donna Barry          RPTR/ECRO/TAPE Melissa Cianciullo

TOTAL TIME: 1 hours 50 minutes      USPO NA          INTERPRETER NA

DATE: 02/19/2020     START TIME: 9:37 a.m.      END TIME: 11:27 a.m.

LUNCH RECESS   FROM: _____ TO: _____

RECESS (if more than ½ hr)   FROM: _____ TO: _____

CRIMINAL NO. 3:12-cr-00238-JBA _____ Deft # 3 _____

UNITED STATES OF AMERICA

vs

Lawrence Hoskins

D. Novick, D. Khan, L. Laryea
_____
AUSA

C. Morvillo, D. SIlver, B. Peacock, B. Spears
_____
Defendant's Counsel ☐ CJA ☒ Retained ☐ PDA

## HEARING ON CRIMINAL MOTIONS

| | | | |
|---|---|---|---|
| ☐......# ___ | Deft_____ Motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# 589 | Deft Lawrence Hoskins' Motion for Aquittal | ☐ granted ☐denied ☒advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft_____ Motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Govt's motion _____ | ☐granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Deft _____ oral motion _____ | ☐ granted ☐denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐......# ___ | Govt's oral motion _____ | ☐ granted ☐ denied ☐advisement |
| ☐.............. | Brief(s) due _____ Response(s) due _____ | Replies due _____ |
| ☐.............. | Bond ☐ set at $_____ ☐ reduced to $_____ | ☐ Non-surety ☐ Surety ☐ PR |
| ☐.............. | Bond ☐ revoked ☐ reinstated ☐ continued ☐modified | |
| ☐.............. | Defendant REMANDED to custody | |
| ☐.............. | Competency Hearing ☐ held ☐ continued until _____ at _____ | |
| ☐.............. | _____ hearing continued until _____ at _____ | |
| ☐.............. | Court finds defendant _____ ☐ competent ☐ incompetent | |
| ☐.............. | Court orders defendant _____ to undergo psychiatric evaluation | |
| ☐.............. | Motion Hearing continued until _____ at _____ | |
| ☐.............. | SEE PAGE II for additional entries | |

## DOCUMENTS FILED IN OPEN COURT

☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed
☐.............  _____  ☐ filed ☐ docketed

NOTES OR

## MISCELLANEOUS PROCEEDINGS

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____